FROM do_not_reply@psc.uscourts.gov  Jun 29 4:00 PM
TO mmann@cochranfirmorlando.com
CC
BCC

Pay.gov Payment Confirmation: FLORIDA MIDDLE DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Megan Jaffe at 407-835-4353.

Account Number: 6019981
Court: FLORIDA MIDDLE DISTRICT COURT
Amount: $402.00
Tracking Id: AFLMDC-20995619
Approval Code: 120609
Card Number: ************1008
Date/Time: 06/29/2023 04:00:07 ET

Attorney Name: MICHAEL G. MANN
Firm Name: THE COCHRAN FIRM
Name of Person Completing Transaction: MICHAEL G. MANN

NOTE: This is an automated message. Please do not reply