# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| **AMIRA HAMAD, individually and on behalf of similarly situated others,**<br><br>*Plaintiff*<br><br>v.<br><br>**FRONTIER AIRLINES, INC., a Colorado Corporation,**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 6:23-cv-01209-WWB-LHP |

## AFFIDAVIT OF SERVICE

I, J Lee Vause, Jr., being duly sworn, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on July 19, 2023 at 7:13 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon on FRONTIER AIRLINES, INC. in Leon County, FL on July 20, 2023 at 10:18 am at 1201 Hays St, FL32301-2525, Tallahassee, FL 32301 by leaving the following documents with Sebrena Randolph who as Employee Authorized to accept service at Corporation Service Company is authorized by appointment or by law to receive service of process for FRONTIER AIRLINES, INC.

Civil Cover Sheet
Complaint
Summons - Frontier Airlines

Additional Description:
CORPORATE SERVICE: I served and explained the contents to an employee of the registered agent company pursuant to F.S. 48.081(3)(a)

Black or African American Female, est. age 50, glasses: Y, Black hair, 220 lbs to 240 lbs, 5' 6" to 5' 9".

Geolocation of Serve: https://google.com/maps?q=30.4424633,-84.2627551
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AFFIDAVIT OF SERVICE, AND THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

/s/ *J Lee Vause, Jr.*

Signature
J Lee Vause, Jr.
081
+1 (850) 510-2797
221 W Park Ave, Tallahassee, FL 32302

Executed in  Jefferson County , FL  on  7/20/2023 .

# Exhibit 1

Exhibit 1a)

