# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

AMIRA HAMAD, individually and
on behalf of similarly situated others,

    Plaintiff,

v.

Case No.: 6:23-CV-01209-WWB-LHP

FRONTIER AIRLINES, INC.,
a Colorado Corporation,

    Defendant.

_____/

## JOINT MOTION FOR EXTENSION OF TIME

Defendant Frontier Airlines, Inc. ("Frontier") and Plaintiff Amira Hamad ("Plaintiff") (collectively, the "Parties"), jointly move for a 45-day extension of time, through and including September 25, 2023, for Frontier to respond to the Complaint (Doc. 1). The grounds for this motion are:

1. On or about July 20, 2023, Frontier was served with a copy of the Complaint in this action. Frontier's response to the Complaint is presently due on August 10, 2023.

2. Plaintiff, individually and on behalf of the putative class set forth in the Complaint, purports to allege four causes of action against Frontier, including for violation of Florida's Deceptive and Unfair Trade Practices Act, §§ 501.201, *et seq.*, *F.S.* ("FDUTPA"), breach of contract, fraudulent misrepresentation, and misleading advertising in violation of § 817.41, *F.S. See* (Doc. 1).

## MEMORANDUM OF LAW

3.	Pursuant to Fed. R. Civ. P. 6(b)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time [with or without motion if a request is made] before the original time or its extension expires . . . ."

4.	Good cause exists for the requested extension for the following reasons:

   a. Frontier intends to make a pre-answer motion (i) to strike class allegations on the grounds, *inter alia*, that Plaintiff failed to state a claim for a putative class (including failing to define an appropriate class) and (ii) to otherwise dismiss the Complaint on the grounds that: Plaintiff's claims are preempted by the Airline Deregulation Act; under Frontier's COC, Plaintiff waived her right to bring a class action; and, Plaintiff's claims may be subject to arbitration per the third-party contract with the (undisclosed and unpled) travel company.

   b. Frontier initiated a meet and confer with Plaintiff's counsel on August 4, 2023, and on August 7 and August 9, 2023, the parties had a meet and confer.  Plaintiff's counsel agreed that Plaintiff would amend the Complaint. The Parties plan to have an additional meet and confer conference scheduled. If Plaintiff indeed amends her Complaint, such an amendment may obviate the need for at least some motion practice.

   c. In order to conserve the resources of the Parties and the Court, the Parties request a 45-day extension so that Frontier and Plaintiff may continue conferral regarding an amendment to the Complaint and, in the event such

conferral is unsuccessful, so that Frontier will have time to prepare its pre-answer motion given planned summer absences.

5. The Parties have been in frequent contact in an effort to narrow the scope of the present controversy and plan to continue efforts. The parties agree that there will be no prejudice in this early stage of the litigation, which is necessary for efficiency of all parties.

**WHEREFORE,** the Parties request an extension of time, through and including September 25, 2023, for Frontier to respond to the Complaint.

Respectfully submitted this 10th day of August, 2023.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Counsel for Defendant Frontier has conferred with Counsel for Plaintiff several times, including by phone on August 7 and 9, 2023. The Parties jointly agree to the extension.

/s/ Michael G. Mann
MICHAEL G. MANN, ESQ.
Fla. Bar No. 1020249
The Cochran Firm Orlando, LLC
605 East Robinson Street, Suite 330
Orlando, Florida 32801
Telephone: (407) 271-8590
Facsimile: (407) 271-8059
MMann@cochranfirmorlando.com
Service@cochranfirmorlando.com

*Counsel for Plaintiffs*

/s/ Kristin N. Royal
Suzanne E. Gilbert, Esq.
Fla. Bar No. 94048
Kristin N. Royal, Esq.
Fla. Bar No. 0125734
HOLLAND & KNIGHT, LLP
200 South Orange Avenue, Suite 2600
Orlando, FL 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
suzanne.gilbert@hklaw.com
kristin.royal@hklaw.com

*Counsel for Defendant Frontier Airlines, Inc.*