**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMIRA HAMAD,

    Plaintiff,

v.        Case No:   6:23-cv-1209-WWB-LHP

FRONTIER AIRLINES, INC.,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** JOINT MOTION FOR EXTENSION OF TIME (Doc. No. 8)
>
> **FILED:** August 10, 2023
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendant to respond to the complaint is extended up to and including **September 25, 2023**.

**DONE** and **ORDERED** in Orlando, Florida on August 10, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties