**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMIRA HAMAD, individually and
on behalf of similarly situated others,

    Plaintiff,                                      Case No.: 6:23-CV-01209-WWB-LHP

v.

FRONTIER AIRLINES, INC.,
a Colorado Corporation,

    Defendant.

_____/

**JOINT MOTION FOR SECOND OF EXTENSION OF**
**TIME TO RESPOND TO THE PROPOSED AMENDED COMPLAINT AND FIRST**
**EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT**

Defendant Frontier Airlines, Inc. ("Frontier") and Plaintiff Amira Hamad ("Plaintiff") (collectively, the "Parties"), jointly move for: (1) a 30-day extension of time, through and including October 23, 2023, for Frontier to respond to the proposed Amended Complaint; and (2) an extension of time until 30 days after Frontier's response to the Amended Complaint to file their Joint Case Management Report, through and including November 24, 2023.  The grounds for this motion are:

    1.    On or about July 20, 2023, Frontier was served with a copy of the Complaint in this action. Frontier's response to the Complaint was due on August 10, 2023. (Doc. 1).

    2.    Plaintiff, individually and on behalf of the putative class set forth in the Complaint, purports to allege four causes of action against Frontier, including for violation of Florida's Deceptive and Unfair Trade Practices Act, §§ 501.201, *et seq.*, *F.S.*

("FDUTPA"), breach of contract, fraudulent misrepresentation, and misleading advertising in violation of § 817.41, *F.S.*

3. On August 10, 2023, the Parties Filed a Joint Motion for Extension of Time for Defendant to respond to Plaintiff's Complaint (the "First Motion") so that the Parties could continue to confer regarding an amendment to the Complaint by Plaintiff to avoid at least some pre-answer motion practice. (Doc. 8).

4. On August 10, 2023, the Court granted the First Motion, providing an extension of time for Frontier to respond to the Complaint, through and including September 25, 2023. (Doc. 9).

5. The Parties have indeed continued their conferral efforts, and Plaintiff advises she intends to amend her Complaint by September 22, 2023. In accordance with Fed. R. Civ. P. 15(a)(2), Frontier has consented in writing to the amendment of Plaintiff's Complaint.

6. Relatedly, pursuant to M.D. Fla. L.R. 3.02(b)(1), the deadline for the Parties to file their Case Management Report is presently September 19, 2023.

## MEMORANDUM OF LAW

7. Pursuant to Fed. R. Civ. P. 6(b)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time [with or without motion if a request is made] before the original time or its extension expires . . . ."

8. Good cause exists for the requested extensions for the following reasons:

   a. The Parties have conferred in good faith to narrow the scope of the controversy and to avoid at least some pre-answer motion practice. To that end, Plaintiff has advised she will amend her Complaint.

b. Notwithstanding, Plaintiff advises she intends to join additional Plaintiffs.

c. Frontier requests additional time to fully assess the forthcoming Amended Complaint, which will include additional Plaintiffs, in order to provide an accurate and fulsome response.

d. Additionally, the Parties request additional time to develop their proposed Case Management Report, which may require more complex planning, depending on the allegations of the forthcoming Amended Complaint (e.g. a request for bifurcated discovery, etc.).

9. The Parties have been in contact in an effort to narrow the scope of the present controversy and plan to continue these efforts. The Parties agree that there will be no prejudice in this early stage of the litigation, which is necessary for efficiency of all parties.

**WHEREFORE,** the Parties request: (1) an extension of time, through and including October 23, 2023, for Frontier to respond to the Amended Complaint; and (2) an extension of time, through and including November 24, 2023, for the Parties to file their Case Management Report.

Respectfully submitted this 15th day of September, 2023.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), Counsel for Defendant Frontier conferred with Counsel for Plaintiff, including by phone on September 14, 2023. The Parties jointly agree to the extensions requested.

/s/ Michael G. Mann
MICHAEL G. MANN, ESQ.
Fla. Bar No. 1020249
The Cochran Firm Orlando, LLC
605 East Robinson Street, Suite 330
Orlando, Florida 32801
Telephone: (407) 271-8590
Facsimile: (407) 271-8059
MMann@cochranfirmorlando.com
Service@cochranfirmorlando.com

*Counsel for Plaintiffs*

/s/ Kristin N. Royal
Suzanne E. Gilbert, Esq.
Fla. Bar No. 94048
Kristin N. Royal, Esq.
Fla. Bar No. 0125734
HOLLAND & KNIGHT, LLP
200 South Orange Avenue, Suite 2600
Orlando, FL 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
suzanne.gilbert@hklaw.com
kristin.royal@hklaw.com

*Counsel for Defendant Frontier Airlines, Inc.*