**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMIRA HAMAD,

       Plaintiff,

v.                               Case No:   6:23-cv-1209-WWB-LHP

FRONTIER AIRLINES, INC.,

       Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** JOINT MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO THE PROPOSED AMENDED COMPLAINT AND FIRST EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT (Doc. No. 10)
>
> **FILED:** September 15, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendant to respond to the complaint (or a forthcoming amended complaint) is extended up to and including **October 23, 2023**. The deadline for the parties to file their case management report is extended up to and

including **November 24, 2023**.  Given the length of these extensions, these deadlines will not be further extended absent exigent circumstances.

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties