**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMIRA HAMAD, individually and
on behalf of similarly situated others,
et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,
a Colorado Corporation,

    Defendant.

_____/

Case No.: 6:23-CV-01209-WWB-LHP

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A MOTION TO DISMISS IN EXCESS OF TWENTY-FIVE PAGES

Defendant Frontier Airlines, Inc. ("Frontier"), by and through its undersigned counsel, and pursuant to Local Rule 3.01(a) and this Court's Standing Order of Revised Local Rules, respectfully requests the Court enter an Order granting Frontier leave to exceed Local Rule 3.01(b)'s 25-page limitation by 10 pages in its forthcoming motion to dismiss. In support of this Motion and the request for leave to file a 35-page motion to dismiss, Frontier states as follows:

1. On June 29, 2023, Plaintiff Amira Hamad ("Hamad") commenced this litigation by filing a Class Action Complaint. (Doc. No. 1). Plaintiff Hamad's initial complaint included one named plaintiff, four separate Counts, and spanned 21 pages. (Doc. No. 1).

2. On September 29, 2023, Plaintiff Hamad filed a First Amended Class Action Complaint. (Doc. No. 12). The First Amended Class Action Complaint includes 10 new

plaintiffs and 12 total Counts compared to the four from before.  It also quadrupled in length to 86 pages.  (Doc. No. 12).

3. Frontier's response to the First Amended Complaint is due on or before October 23, 2023.  (Doc. No. 11).  Frontier is preparing a forthcoming motion to dismiss directed to all 11 Plaintiffs and 12 causes of action.  However, and despite Frontier's best efforts to stay within the 25-page limitation, Frontier needs 10 additional pages to fully brief its motion to dismiss.

4. Specifically, Frontier's additional pages will be used to address the relevant and applicable federal regulations, address the 12 separate causes of action Plaintiffs raised, and address the specific circumstances for why each of the 11 Plaintiffs' claims should be dismissed.  Based on the foregoing, there is good cause for this Court to grant Frontier leave to file ten additional pages and to allow Frontier's motion to dismiss to be up to 35 pages in length.

5. No party will be prejudiced by the relief requested in this Motion, and Frontier's request is not made for purposes of delay. To that end, Frontier has conferred with counsel for Plaintiffs, who confirmed that Plaintiffs do not oppose the relief Frontier requests in this Motion.

WHEREFORE, Defendant Frontier Airlines, Inc. respectfully requests this Court enter an Order granting this Motion, granting Frontier leave to file a motion to dismiss that is up to 35 pages in length, and granting any other relief this Court deems appropriate.

Respectfully submitted October 16, 2023.

    */s/ Kristin N. Royal*
Suzanne E. Gilbert, Esq.
Florida Bar No.: 94048
Kristin N. Royal, Esq.

        Florida Bar No.: 0125734
        HOLLAND & KNIGHT, LLP
        200 South Orange Avenue, Suite 2600
        Orlando, FL 32801
        Telephone: (407) 425-8500
        Facsimile: (407) 244-5288
        suzanne.gilbert@hklaw.com
        kristin.royal@hklaw.com
        *Counsel for Defendant Frontier Airlines, Inc.*

## **LOCAL RULE 3.01(g) CERTIFICATION**

I hereby certify that pursuant to Local Rule 3.01(g), Counsel for Defendant Frontier, Kristin Royal, conferred with Counsel for Plaintiffs, Mike Mann, by phone on October 16, 2023, and Plaintiffs do not oppose the relief sought in this motion.

        */s/ Kristin N. Royal*
        Kristin N. Royal, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all parties of record.

        */s/ Kristin N. Royal*
        Kristin N. Royal, Esq.
        Florida Bar No.: 0125734