## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**AMIRA HAMAD, TAYLOR HARRINGTON, ADRIENNE KRAFT, JOLENE YEADO, SHARON PINE, TESS GAYNOR, CAMILLE CRAWFORD, JOANNE HINRICHS, MASON SPRAGUE, BEATA URBANOWICZ, STEFANI GIMENEZ**, individually and on behalf of similarly situated others,

    Plaintiff,

v.                                                                                  **CASE NO: 6:23-cv-01209**

**FRONTIER AIRLINES, INC.**, a Colorado Corporation,

    Defendants.

_____/

### FRONTIER AIRLINES, INC.'S NOTICE OF FILING DECLARATIONS

Defendant, Frontier Airlines, Inc. ("Frontier"), by and through its undersigned counsel, hereby gives notice of filing the following declarations in support of its: 1) Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, to Enforce Class Action Waiver, and to Strike Jury Demand, filed on October 23, 2023; and 2) Motion to Compel Plaintiff Taylor Harrington's Claims to Arbitration and to Strike Harrington as a Class Representative, filed on October 23, 2023.

    A.  Declaration of Myriah Monteneri, Specialist, Legal Claims at Frontier Airlines, Inc.;

    B.  Declaration of Brian C. Carroll, General Counsel, Hopper, Inc.;

    C.  Declaration of Werner Kunz-Cho, CEO of Fareportal, Inc.; and

    D.  Declaration of Carolynn Howsley, Senior Paralegal, Expedia, Inc.

This Notice is respectfully submitted October 23, 2023.

/s/ *Suzanne E. Gilbertt*
Suzanne E. Gilbert, Esq.
Florida Bar No.: 94048
Kristin N. Royal, Esq.
Florida Bar No.: 0125734
HOLLAND & KNIGHT, LLP
200 South Orange Avenue, Suite 2600
Orlando, FL 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
suzanne.gilbert@hklaw.com
kristin.royal@hklaw.com
*Counsel for Defendant Frontier Airlines, Inc.*