**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AMIRA HAMAD, TAYLOR HARRINGTON, ADRIENNE KRAFT, JOLENE YEADO, SHARON PINE, TESS GAYNOR, CAMILLE CRAWFORD, JOANNE HINRICHS, MASON SPRAGUE, BEATA URBANOWICZ, STEFANI GIMENEZ,** individually and on behalf of similarly situated others,

*Plaintiffs,*

v. **CASE NO.: 6:23-cv-01209**

**FRONTIER AIRLINES, INC.**, a Colorado Corporation,

*Defendant*.
_______________________________________/

**DECLARATION OF MYRIAH MONTENERI**

I, Myriah Monteneri, hereby declare as follows:

1. I am a Specialist, Legal Claims at Defendant Frontier Airlines, Inc. ("Frontier"). In this role, I am responsible for, *inter alia*, handling passenger claims, including those related to baggage fee complaints. As such, I am familiar with Frontier's Contract of Carriage ("COC") and the following facts regarding the above-captioned matter.

**Frontier's Contract of Carriage**

2. Plaintiffs' contracts for transportation with Frontier are subject to the terms and conditions of Frontier's COC, which are incorporated by reference in Plaintiffs' electronic tickets.

3. From time to time, Frontier has amended its COC. Attached as **Exhibits A** and **B** are true and correct copies of Frontier's COCs that were in effect from December 26, 2022 through June 22, 2023, and cover all times when the Plaintiffs purchased their electronic tickets for travel on Frontier.[1]

4. Section 1 of the COC, titled **Introduction,** sets forth the scope of the COC, which includes, *inter alia*, terms on Frontier's website, and states:

> The following terms and conditions as well as such additional terms and conditions presented on Frontier Airlines' website, fare rules, published schedules or printed on or in any ticket or ticket-less travel authorization apply to all tickets issued for travel on flights operated by or for Frontier Airlines, Inc. ("Frontier"), as well as that transportation, regardless of whether such ticket was sold by Frontier or its authorized agents or whether such ticket is used ("Contract of Carriage").

5. Section 13 of the COC, titled **Carry-on Baggage**, sets forth the allowable dimensions for carry-on items. Passengers are permitted up to two carry-on items:

> 1) One free personal item not larger than 8" x 14" x 18"…that must fit within the personal item portion of the bag sizer.
>
> 2) One carry-on item not larger than 10"H x 16"W x 24"L …and weighing not more than 35 pounds… that may be placed in the overhead compartment or under the seat. A fee for the carry-on item may apply based on the ticket type purchased….
>
> 3) The size and weight of an item may be measured using manual or automated methods. If a bag sizer is used, items must fit completely into the applicable portion, including any wheels and handles, and without the passenger using undue force, as determined at Frontier's sole direction. If an item exceeds allowed dimensions, the item may be gate checked or considered to be a carry-on item, in each case to which the applicable fee will apply. Any fees owed may be unilaterally charged by Frontier using the card or other method of payment that is on file with Frontier.

---

[1] The relevant provisions of the COC cited herein (or their equivalents) have remained substantively the same since at least 2019.

6. Frontier's website (www.flyfrontier.com) (the "Website"), which is incorporated in its COC, and its communications with its passengers provide additional notices of charges related to carry-on and checked baggage and hyperlinks to the charges that a passenger may incur depending on a passenger's specific flight details and when they choose a baggage service (e.g., at booking, during check-in, at the gate). For example, the Website has a link to Bag Options (attached at **Exhibit C** is a true and correct screen capture from the Website).

7. In addition, passengers who have booked flights may obtain pricing for their specific Carry-On Baggage by using the Website's "Bag Price Checker," which is a link to a pricing chart for their bag size and flight. A true and correct screen capture of an example of the Bag Price Checker and Bag Prices is attached as **Exhibit D**. For carry-on bags checked at the gate (which includes an oversized Personal Item), the charge is $99. *Id.*

8. Section 21 of the COC, titled **Miscellaneous,** contains a class action waiver clause. Specifically, Paragraph I. states:

> I. No Class Action - Any case brought pursuant to this Contract of Carriage, Frontier's Tarmac Delay Plan, or Frontier's Customer Service Plan may be brought in a party's individual capacity and not as a plaintiff or class member in any purported class or representative proceeding.

9. Section 21 of the COC also provides a limitation period on when a legal action must be brought against Frontier. Specifically, Paragraph J. states:

> J. Time Limit for Action - No legal action may be brought by a passenger against Frontier unless commenced within 6 months from the date of the alleged incident.

10. Section 21 of the COC also contains a choice of law and jury trial waiver clause. Specifically, Paragraph K. states:

> K. Choice of Law – This Contract of Carriage will be governed by and construed in accordance with the laws of the United States of America and the State of Colorado without regard to conflict of law principles. All right to trial by jury in any action, proceeding or counterclaim arising out of or in connection with the Contract of Carriage is irrevocably waived.

11. Since 1994, Frontier's COC has been and remains available for public inspection at all airports where Frontier operates flights. The COC is and was also available on the Website at all times relevant to Plaintiffs' ticket purchases. Passengers may also request a copy of the COC from Frontier.

**Plaintiffs' Acceptance of Frontier's Terms and Conditions and COC**

12. Passengers who purchase electronic tickets directly with Frontier must click a button acknowledging that they agree to the terms and conditions in Frontier's COC in order to complete their booking.

13. More specifically, **Exhibit E** contains a composite of true and correct screen captures of the workflow with which passengers are presented when booking directly with Frontier. First, they are presented with a "Review Flight Summary" screen that sets forth their flight and fare information with a notation that "Additional Baggage Fees May Apply." *Id.* Then, they enter their personal contact information. *Id.*

14. Frontier next offers travel bundle options for passengers to save money on baggage and seating services. *Id.* This is followed by a "Select Your Seat" page, which provides passenger the option not to select a seat noting that they would then randomly be assigned one at check-in. *Id.*

15. Following Seat Selection, passengers are presented with a "Pick the Bags You Need" screen, which provides size information and charges related to checked and carry-on baggage, including the acceptable dimensions of a Personal Item with a link to "More info" about the Personal Item. *Id.* The "More info" link provides additional information, including notice that "If your personal item exceeds these measurements you will be charged a carry-on bag fee at the gate." *See* **Exhibit F**.

16. This screen further states that "Bags are more expensive at the airport" and includes a hyperlink to Frontier's Baggage Policy Info. *See* Exhibit C. Additionally, if a passenger does not purchase any baggage services, a pop-up screen will ask the passenger "Are you sure you don't need a carry-on bag?" *Id.* The pop-up screen further informs passengers that "[t]he size of your one included personal item will be checked during boarding. Items larger than the allowed dimensions are subject to additional charge." **Exhibit E.**

17. The next screen provides optional services and add-ons, including Priority Boarding, Airport Agent Assistance, and Insurance. *Id.*

18. The "Order Summary" screen follows and addresses Billing and Payment information. In order to complete the booking ("Purchase & Accept"), the passenger must click a box and agree to the terms and conditions in Frontier's COC, Change & Cancellation & Baggage Policies, all of which include hyperlinks. *Id*.

19. Following purchase, Frontier provides each passenger with an electronic ticket confirmation, which contains standard notices provided to all passengers, including Plaintiffs. It provides, *inter alia,* the following notice: "IMPORTANT: By purchasing you

have agreed to our terms and conditions and contract of carriage." A true and correct example of such a ticket confirmation email is attached as **Exhibit G**.

**Passenger Name Records**

20. In its ordinary course of business, Frontier creates and maintains computerized Passenger Name Records ("PNRs") for each passenger, which contain various information related to a passenger's (or group of passengers') ticketing, travel itinerary, and payments associated with their travel on Frontier.

21. A true and correct copy of the PNR for Plaintiff Amira Hamad is attached as **Exhibit H**. As reflected in the PNR, Plaintiff Hamad's ticket was purchased on May 5, 2023 through CheapOair, an on-line ticket agent, for one-way transportation from Orlando, Florida to Raleigh-Durham, North Carolina. Hamad was charged an ancillary fee of $99 for an oversized personal item at the airport gate.

22. A true and correct copy of the PNR for Plaintiff Taylor Harrington is attached as **Exhibit I**. As reflected in the PNR, Plaintiff Harrington's ticket was purchased on March 1, 2023 through Expedia, an on-line ticket agent, for roundtrip transportation from Fort Myers, Florida to Cleveland, Ohio. Plaintiff Harrington was charged an ancillary fee of $99 for a for an oversized personal item at the airport gate on March 12, 2023. Subsequently, Plaintiff Harrington was issued and accepted a $50 voucher from Frontier related to this charge.

23. A true and correct copy of the PNR for Plaintiff Stefani Gimenez's minor son is attached as **Exhibit J**. As reflected in the PNR, her son's ticket was purchased on June 22, 2023 directly through Frontier for roundtrip transportation from Dallas Fort

Worth, Texas to Islip, New York, stopping in Orlando, Florida. Her son was charged an ancillary fee of $99 for an oversized personal item at the airport gate.

24.    A true and correct copy of the PNRs for Plaintiff Adrienne Kraft is attached as **Composite Exhibit K**. As reflected in the PNRs, Plaintiff Kraft purchased a ticket on May 8, 2023 directly through Frontier for roundtrip transportation from Denver, Colorado to Washington, DC from June 6–12, 2023.  She was charged an ancillary fee of $198 for two oversized personal items ($99 for each) at the airport gate during this trip. Subsequently, Plaintiff Kraft purchased another ticket on June 14, 2023 directly through Frontier for roundtrip transportation from Denver, Colorado to Washington, DC from June 26, 2023–July 2, 2023. She was charged an ancillary fee of $99 for an oversized personal item at the airport gate during this trip.

25.    A true and correct copy of the PNR for Plaintiff Jolene Yeado is attached as **Exhibit L**. As reflected in the PNR, Plaintiff Yeado's ticket was purchased on March 28, 2023 directly through Frontier for roundtrip transportation from Denver, Colorado to Chicago, Illinois.  Prior to her flight, Plaintiff Yeado elected to pre-pay $56 for a carry-on bag, and was charged an ancillary fee of $99 for an oversized personal item at the airport gate. Subsequently, on May 16, 2023, Plaintiff Yeado received a refund of $99 from Frontier related to the ancillary fee.

26.    A true and correct copy of the PNR for Plaintiff Sharon Pine is attached as **Exhibit M**.  As reflected in the PNR, Plaintiff Pine's ticket was purchased on December 26, 2022 directly through Frontier for roundtrip transportation from Denver, Colorado to Atlanta, Georgia.  She was charged an ancillary fee of $99 for an oversized personal item at the airport gate on January 11, 2023.

27.     A true and correct copy of the PNR for Plaintiff Tess Gaynor is attached as **Exhibit N**. As reflected in the PNR, Plaintiff Gaynor's ticket was purchased on March 30, 2023 through Hopper, an on-line ticket agent, for roundtrip transportation from Washington, D.C. to San Diego, California. She was charged an ancillary fee of $99 for an oversized personal item at the airport gate.

28.     A true and correct copy of the PNR for Plaintiff Camille Crawford is attached as **Exhibit O**.  As reflected in the PNR, Plaintiff Crawford purchased three tickets on March 4, 2023 directly through Frontier for roundtrip transportation from Orlando, Florida to San Juan, Puerto Rico.  Prior to her flight, Plaintiff Crawford elected to pre-pay $69 for each of two carry-on bags, and was charged an ancillary fee of $297 for three oversized personal items ($99 each) at the airport gate. Subsequently, she was issued and accepted vouchers totaling $225 from Frontier related to the ancillary fee.

29.     A true and correct copy of the PNR for Plaintiff Joanne Hinrichs is attached as **Exhibit P**. As reflected in the PNR, Plaintiff Hinrichs purchased two tickets on April 17, 2023 directly through Frontier for one-way transportation from Milwaukee, Wisconsin to Orlando, Florida. She was charged an ancillary fee of $99 for an oversized personal item at the airport gate. Subsequently, Plaintiff Hinrichs was issued and accepted a voucher from Frontier in the amount of $75 related to the ancillary fee.

30.     A true and correct copy of the PNR for Plaintiff Mason Sprague is attached as **Exhibit Q**.  As reflected in the PNR, Plaintiff Sprague purchased two tickets on April 19, 2023 directly through Frontier for one-way transportation from Milwaukee, Wisconsin to Las Vegas, Nevada.  Before his flight, Plaintiff Sprague elected to pre-pay $69 for each of two carry-on bags. Subsequently, Plaintiff Sprague was issued and accepted three

vouchers from Frontier totaling $150 related to his pre-payment for carry-on bags. Two of three vouchers have been redeemed.

31. A true and correct copy of the PNR for Plaintiff Beata Urbanowicz is attached as **Exhibit R**. As reflected in the PNR, Plaintiff Urbanowicz purchased five tickets on March 1, 2023 directly through Frontier for one-way transportation from Orlando, Florida to Chicago, Illinois. Each passenger in Plaintiff Urbanowicz's reservation was charged an ancillary fee of $99 for an oversized personal item at the airport gate. Subsequently, each passenger was issued a voucher from Frontier in the amount of $75.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 23, 2023
Newnan, Georgia

Myriah Monteneri

# Exhibit A

FRONTIER AIRLINES

# Contract of Carriage

**Effective Date: 04/10/23**



# Table of Contents

| Section | Subject | Page |
|---|---|---|
| 1. | Introduction | 2 |
| 2. | Definitions | 2 |
| 3. | Refusal to Transport and Special Conditions | 3 |
| 4. | International Transportation | 6 |
| 5. | Child Passengers | 7 |
| 6. | Service Animals | 9 |
| 7. | Smoking | 9 |
| 8. | Tickets | 9 |
| 9. | Ticket Validity and Itinerary Changes | 10 |
| 10. | Check-in Times | 11 |
| 11. | Fares | 11 |
| 12. | Checked Baggage | 12 |
| 13. | Carry-On Baggage | 13 |
| 14. | Conditions and Charges for Special Items | 14 |
| 15. | Limitations of Liability | 16 |
| 16. | Claim Limits and Procedures | 17 |
| 17. | Failure to Operate on Schedule or Failure to Carry | 19 |
| 18. | Denied Boarding Compensation | 20 |
| 19. | Refunds; No-Show Cancellations and Service Charges | 21 |
| 20. | Currency and Mode of Payment and Fees | 23 |
| 21. | Miscellaneous | 23 |
| 22. | Contingency Plan for Extended Tarmac Delays | 24 |



## 1. Introduction

The following terms and conditions as well as such additional terms and conditions presented on Frontier Airlines' website, fare rules, published schedules or printed on or in any ticket or ticket-less travel authorization apply to all tickets issued for travel on flights operated by or for Frontier Airlines, Inc. ("Frontier"), as well as that transportation, regardless of whether such ticket was sold by Frontier or its authorized agents or whether such ticket is used ("Contract of Carriage").

This document is available for public inspection at all Frontier locations. Copies may be obtained by visiting the Frontier's web site at www.FlyFrontier.com or by writing to: Frontier Airlines, Inc., Customer Relations, 4545 Airport Way, Denver, CO 80239.

## 2. Definitions

A. **Codeshare** – A marketing and business arrangement in which two airlines "share" the same flight (which might include connecting legs). One airline places its designator code and flight number on a flight operated by the other airline, and markets and sells tickets for that shared flight as part of its published schedule.

B. **Code** -- The U.S. Internal Revenue Code of 1986, as amended.

C. **DOT** – U.S. Department of Transportation.

D. **FAA** -- U.S. Federal Aviation Administration.

E. **Fare Rules** -- The rules and requirements associated with a ticket.

F. **IATA** -- International Air Transport Association.

G. **No-Show Cancellation** – The automatic cancellation of a passenger's ticket upon such passenger failing to either (i) check-in for such passenger's flight, or (ii) board such passenger's flight, in either instance within the required times. The automatic cancellation will apply to all subsequent flights, including return flights, on the itinerary. Presentation of a ticket by someone other than the named passenger renders the ticket void and the ticket will then be treated as a No-Show Cancellation for all purposes of this Contract of Carriage. (See section 19. )

H. **Qualified Individual with a Disability** – An individual with a disability who: (i) has a physical or mental impairment that, on a permanent or temporary basis, substantially limits one or more major life activities; (ii) has a record of such an impairment; or, (iii) is regarded as having such an impairment, as further defined in 14 CFR 382.5.

I. **Standby Passenger** -- A passenger boarded subject to availability of seat space at departure time and only after all passengers having confirmed reservations for the flight have been boarded.

J. **Stopover** – An intentional interruption in a passenger's trip in excess of 4 hours at a point between the place of departure and the final destination.

K. **STRETCH Seat** - A seat located in the front rows and exit rows of certain Frontier aircraft that have additional legroom. These seats are made available to passengers for a fee.

L. **Ticket** -The record of agreement, including electronic tickets, for passenger air transportation provided by the airline under certain terms and conditions to the passenger as described on the ticket, in the fare rules, and in this Contract of Carriage.

M. **TSA** -- U.S. Transportation Security Administration.



# 3. Refusal to Transport and Special Conditions

A. Frontier may refuse to provide transportation to any person and may require that a passenger leave an aircraft or be removed from an aircraft for the following reasons, in which case Frontier will provide a refund of the amount paid for their ticket, which will be the limit of Frontier's liability.

1) Government Request – To comply with a government requisition of space or request for emergency transportation (e.g., in connection with national defense or natural disaster (actual, threatened, or reported)).

2) No Seat for Safety Assistant - If a passenger requires a safety assistant (see section 3. B.6) and there is not a seat available on the applicable flight and, thus, both the passenger and the safety assistant are denied transportation. For purposes of determining whether a seat is available for a safety assistant, the safety assistant is deemed to have checked in at the same time as the individual with the disability.

B. Frontier may refuse to provide transportation to any person and may require that a passenger leave an aircraft or be removed from an aircraft for the following reasons, in which case no refund will be due and Frontier will have no further liability.

1) Government Direction - To comply with a direction of a government official acting in their official capacity to remove or not provide transportation to a specific individual.

2) Identification -- The passenger refuses to produce a government-issued identification as required by Frontier's representatives or as required by law.

3) *MyFrontier* Account; Card on File - The passenger refuses to create a *MyFrontier* account or have a credit or debit card on file with Frontier, each of which is active at the time of travel. Any fees owed to Frontier may be unilaterally charged by Frontier using the card or other method of payment that is on file with Frontier.

4) Balance Due - If at the time of travel there is any balance unpaid to Frontier for ticket or optional services charges, the ticket and all optional services may be canceled, whether or not a passenger has been notified of such cancellation.

5) Passports/Visas – The passenger intending to travel across any international border fails to possess and present all valid documents (passports, visas, certificates, etc.) required by the laws of the countries from, over, or into which the passenger will fly, which will in all cases be the passenger's exclusive responsibility.

6) Failure to Check In or Appear - The passenger fails to check-in for their flight within the required times or appear for boarding of that flight within the required times. (The ticket will be deemed to be a No-Show Cancellation (see Section 2.G) and canceled. All subsequent flights, including return flights, on the itinerary will also be treated as No-Show Cancellations (see Section 20)).

7) Special Medical Requirements – The passenger will be refused transport if the passenger requires medical equipment be used in flight or services (i) not provided by Frontier, (ii) that may not be used in flight, or (iii) does not have sufficient supplies therefor. The foregoing includes any medical equipment that would require use of power from the aircraft, medical equipment for which the passenger does not have sufficient batteries for the duration of the flight plus unexpected delays. Passengers must be able to sit in a single seat with the seat in the full and upright position, which precludes passengers that must lie flat or that must be transported on a stretcher. Frontier does not provide medical oxygen.



*EXCEPTION:* A respiratory device (e.g., ventilator, respirator, CPAP machine or Portable Oxygen Concentrator) is considered an assistive device and is permitted as carry-on or checked baggage at no charge provided that all batteries must be transported in carry-on baggage and must be packaged in a manner that protects them from physical damage and short circuits, and provided that if the device is to be used in flight: (i) the passenger must carry enough fully-charged batteries to power the device throughout the entire journey including all ground time (between connections), the duration of the flight and for unexpected delays, (ii) the device must be approved by the FAA with stickers indicating such, and (iii) prior to traveling, the passenger must complete the Portable Oxygen Concentrator Medical Authorization (form 30881) available on Frontier's website or obtain a medical statement from the passenger's physician addressing the points on the POC Medical Authorization form.

*NOTE:* *Passengers are referred to 14 CFR Part 121, SFAR No. 106 for regulations regarding and a list of Portable Oxygen Concentrators that are approved for use on aircraft.*

8) Qualified Individual with a Disability -- If transportation is refused because the passenger fails to comply with the following: Qualified individuals with a disability will be transported in accordance with the conditions and requirements of 14 C.F.R. § 382 unless the carriage of such individuals may impair the safety of the flight or violate Federal Aviation Regulations. Pursuant to 14 C.F.R. § 382.113, Frontier does not provide certain extensive in flight special services such as assistance in actual eating, assistance within the lavatory or at the individual's seat with elimination functions, or provision of medical services. Moreover, pursuant to 14 C.F.R. § 382.29, a qualified individual with a disability may be required to be accompanied by a safety assistant as a condition of being provided air transportation in any of the following circumstances: (i) when the individual, because of a mental disability, is unable to comprehend or respond appropriately to safety instructions from employees, including the required safety briefing, (ii) when the individual has a mobility impairment so severe that the individual is unable to assist in the passenger's own evacuation of the aircraft, (iii) when the individual has both severe hearing and severe vision impairments, if the individual cannot establish some means of communication with employees adequate to permit transmission of the required safety briefing, (iv) on the day of departure, if it is determined that an individual meeting the criteria of (i), (ii) or (iii) must travel with a safety assistant, contrary to the individual's self-assessment that the passenger is capable of traveling independently, the safety assistant will not be charged to accompany the individual with a disability.

9) Prisoners - Frontier will not transport any prisoners under any circumstances.

10) Proper Attire - Any passenger who is barefoot and over 3 years of age, unless required to be barefoot for medical reasons, or who is not otherwise fully clothed in clothing that is not lewd or obscene, threatening, intimidating, or would be objectionable to reasonable persons.

11) Malodorous Condition - Any passenger who has a severe or offensive body odor that is not due to a disability.

12) Intoxication - Any passenger who appears to be intoxicated or under the influence of drugs.



13) Communicable Disease or Infection - A passenger who has a communicable disease or infection (that is known or reasonably believed to pose a direct threat to the health or safety of others in the course of flight) may be denied boarding by Frontier. If such a passenger presents a medical certificate dated within 10 days of the date of the flight for which it is being presented that includes specific conditions under which the individual can travel and not pose a direct threat to the health and safety of other persons, transportation will be provided to such individual unless it is not reasonable or feasible to implement the conditions set forth in the medical certificate as necessary to prevent the transmission of the disease or infection to other persons in the normal course of flight. Unacceptable measures include, but are not limited to: a required separation between the passenger and other persons, use of medical equipment not permitted to be used on the aircraft, or a requirement that any other passenger wear protective gear.

    a) 2019 Novel Coronavirus (COVID-19) – Frontier may screen passengers during the check-in and boarding process, and may deny boarding to passengers who Frontier reasonably believes do not meet Frontier's COVID-19 screening measures. Screening will include, but is not be limited to: completion of a health acknowledgment, required wearing of facial coverings, and submission to a temperature check. Notwithstanding Section 11 above, a passenger who presents a medical certificate dated within 10 days of the date of the flight for which it is being presented may be denied boarding if, on the planned date of travel, the passenger fails to meet Frontier's COVID-19 screening measures.

14) Refusal or Inability to Sit - Any passenger who is unwilling or unable to sit in an upright position during takeoff and landing with the seat belt fastened.

15) Failure to Follow Instructions - Any passenger who refuses to obey instructions from an employee or crewmember.

16) Use of Ticket Issued to Other Person - Any passenger who attempts to use a ticket not issued to that person. Transfer of a ticket by a passenger to another person is not permitted. (This ticket will be deemed to be a No-Show Cancellation (see Section 2.G) and canceled. All subsequent flights, including return flights, on the itinerary will also be treated as No-Show Cancellations (see Section 20)).

17) Interference - Any passenger who interferes with any member of the flight crew in pursuit of their duties or attempts to do so.

18) Smoking - Any passenger who smokes or attempts to smoke on an aircraft.

19) Weapon - Any passenger who, except as permitted by law (see 49 C.F.R. § 1544.219), wears or has on or about their persons concealed or unconcealed, deadly or dangerous weapons.

20) Purchase in Violation of Contract of Carriage - Any passenger that purchases a ticket in violation of this Contract of Carriage or any fare rule. In addition, Frontier may (i) invalidate the tickets or any other that may have been purchased in the same manner, (ii) cancel any remaining portion of the passenger's itinerary, or (iii) confiscate any unused portions of the ticket.

21) General Refusal - Any person whom Frontier has informed is not permitted to purchase transportation from Frontier.

C. Refusal to Sell Transportation - Frontier may refuse to sell transportation to any person, including the following, and may inform such persons that they are not permitted to purchase transportation from Frontier:

    1) Refusal to Comply - A person who refuses to comply with instruction given by employees or representatives prohibiting the solicitation of items for sale or purchase, including airline tickets, passes, or travel award certificates.

    2) Prior Conduct - A person who has disrupted airline operations, mistreated employees, or has not complied with Frontier's policies or otherwise violates this Contract of Carriage.



3) Misconduct - A person who has committed a fraudulent act against Frontier.

D. Customer of Size - If, in Frontier's sole judgment, a passenger is unable to sit in an aircraft seat without lifting either or both armrests and occupying all or a portion of the adjacent seats, or encroaching into the aisle or adjacent seats, the passenger will be required to purchase a ticket for an additional seat (or more, if required to accommodate the passenger) at the price then applicable. If sufficient, contiguous seats are not available, the passenger will be given the option to switch to flights on which such seats are available (for which applicable fees will apply) or be given a refund.

E. Allergies (Peanut, Pet, or Chemical) - Items are not removed from the aircraft to accommodate a passenger's allergy to a particular food, substance, or chemical. A variety of snacks are served on board many flights, including products that may contain peanuts or other nuts. A "peanut-free" or "chemical-free" environment cannot be provided to passengers onboard the aircraft. Passengers are advised to consult a healthcare professional regarding the risks of onboard exposure to any allergen.

F. Pregnancy - Passengers who are pregnant are urged to consult with their doctor on whether it is safe to travel by air, including with due consideration to the possibility of turbulence, cabin pressurization, significantly increased risk of deep vein thrombosis associated with pregnancy, and lack of ready access to medical care. This is particularly important for women in their ninth month of pregnancy, who are urged to obtain an examination from their physician shortly before flying to confirm air travel will be safe. Women with a history of complications or premature delivery should not fly if pregnant. By traveling with Frontier, pregnant women acknowledge and accept these risks. Different policies for passengers who are pregnant may apply on any leg of a codeshare flight that is operated by the codeshare airline.

G. Electronic Surveillance of Passengers and Baggage - Passengers and their baggage are subject to inspection, including via electronic means, with or without the passenger's consent or knowledge.

H. Diversion While in Flight or Return to Gate- In the event that Frontier is required to divert an aircraft while in flight or return to gate because a passenger requires medical attention or due to the passenger's conduct, the passenger may be required to reimburse Frontier for the costs that Frontier incurs, including the cost to accommodate other passengers. The amount due will be as determined by Frontier.

## 4. International Transportation

A. Compliance with Regulations - Passengers shall comply with all laws, regulations, orders, demands, or travel requirements of countries to be flown from, into, or over. Frontier is not liable for any aid or information given by any agent or employee to any passenger in connection with obtaining necessary documents or complying therewith (including as may be provided in this Contract of Carriage) or the consequences to any passenger resulting from the passenger's failure to obtain such documents or to comply with such laws, regulations, orders, demands, requirements, or instructions.

B. Compliance with Foreign Country Regulations regarding Importation of Goods - Passengers shall comply with all laws, regulations, orders, demands, or travel requirements of countries to be flown from, into, or over. Frontier is not liable for the consequences to any passenger resulting from the passenger's failure to comply with such laws, regulations, orders, demands, requirements, or instructions.

C. Customs Inspection - If required, a passenger must attend the inspection of the passenger's baggage, checked or unchecked, by customs or other government officials. Frontier accepts no responsibility to the passenger if they fail to observe this condition.



D. Government Regulation - No liability shall attach to Frontier if, based on what it understands to be applicable law, government regulation, demand, order, or requirement, it refuses to carry passenger. If, however, it is ultimately determined that Frontier was incorrect, the limit of its liability will be to refund the amount paid for the ticket on which transportation was refused.

E. International Operations - Frontier is required to make an attempt to obtain emergency contact information from a passenger traveling into or out of a foreign country. If a passenger refuses to provide emergency contact information, Frontier will document the attempt and may require the passenger to sign the document.

F. Indemnification - A passenger shall indemnify Frontier for any loss, damage, or expense suffered or incurred by Frontier by reason of the passenger's failure to possess any required travel documents or other failure to comply with the provisions of this section, including the applicable fare if Frontier is required to transport the passenger home from a country. Frontier is not liable to the passenger for loss or expense due to the passenger's failure to comply with this provision.

G. Baggage Limitation - Passengers shall comply with all laws, regulations, orders, demands, or travel requirements regarding baggage size and weight limitations of countries to be flown from, into, or over. Frontier is not liable for the consequences to any passenger resulting from the passenger's failure to comply with such laws, regulations, orders, demands, requirements, or instructions.

## 5. Child Passengers

A. Accompanied Children -- Children from 7 days through 14 years of age may travel with another passenger who is at least 15 years old.

B. Unaccompanied Children

1) Frontier does not allow children under the age of 15 years old to travel unaccompanied; they must be accompanied by a passenger who is at least 15 years old. Passengers who are 15 years old or older may travel on Frontier without an adult companion. A birth certificate, official school ID, or other form of ID may be requested for age verification purposes if the child's age appears questionable.

*NOTE: Passengers under age 18 traveling without both parents may need additional documentation to travel across international borders, depending on the country's requirements.*

C. Infant and Child Fares (except as otherwise provided in a specific fare rule) are as follows:

1) Infants under 2 years of age are accepted, without charge, when the infant does not occupy a separate seat and is accompanied by a fare-paying passenger at least 15 years old. A birth certificate may be requested for age verification purposes if the infant's age appears questionable.

*NOTE: Due to supplemental equipment considerations, the number of infants accepted per flight may be limited based on aircraft type.*

2) One adult may accompany up to two infants under the age of 2.

a) When an adult passenger is traveling with two infants under 2 years of age, a seat must be purchased for at least one infant. The fare is the same as an adult fare.

3) Children 7 days - 14 years of age occupying a seat are charged the same fare as an adult passenger.

*NOTE: Passengers under age 2 traveling as lap children (not purchasing a seat) are subject to international taxes. These taxes must be paid prior to boarding the originating departure flight.*



D. Child Restraint Systems - Frontier accepts infant and child restraint systems (car seat or harness) approved for air travel that fit in the applicable aircraft seat with the arm rest down that meet the following requirements:

1) Approved seats manufactured to U.S. standards between January 1, 1981, and February 25, 1985, must bear the label: "This child restraint system conforms to all applicable Federal motor vehicle safety standards."

2) Seats manufactured to U.S. standards on or after February 26, 1985, must bear two labels: (i) "This child restraint system conforms to all applicable Federal motor vehicle safety standards" and (ii) "THIS RESTRAINT IS CERTIFIED FOR USE IN MOTOR VEHICLES AND AIRCRAFT" in red lettering.

3) Seats not meeting the above criteria must bear a label or markings showing: (i) the seat was approved by a foreign government, (ii) the seat was manufactured under the standards of the United Nations, (iii) the seat or child restraint device furnished by the certificate holder was approved by the FAA through Type Certificate or Supplemental Type Certificate, or (iv) the seat or child restraint device was approved by the FAA in accordance with 14 C.F.R § 21.8(d), or FAA Technical Standard Order C-100b, or a later version.

*NOTE 1: A child under the age of 2 must be held in the passenger's lap or be seated in an approved car seat for taxi, takeoff, and landing.*

*NOTE 2: Frontier encourages all adults traveling with infants under 2 years of age to secure the infant in an approved car seat or harness in the infant's own purchased seat.*

4) Child Harness - The FAA-approved AMSafe Aviation C.A.R.E.S. child harness device may be used on-board the aircraft. It is designed for children weighing between 22 and 44 pounds (between 10 and 20 kilograms) and must bear the label "FAA Approved in accordance with 14 CFR 21.305(d) approved for aircraft use only."

5) Car Seats - A car seat may be used by a child between the ages of 7 days and 2 years if seat space is available after boarding, even if a seat has not been purchased for the child. A car seat may be used by any child when a separate seat has been purchased. To use a car seat onboard the aircraft:

a) It must bear manufacturer labels identifying approval for aircraft use, as described in subsection (1) and (2) above.

b) It must have a solid seat and solid back.

c) It must have restraint straps installed to hold the child in the car seat.

d) The child may not exceed the weight limitation of the car seat.

e) It may not be placed in the emergency exit rows, in the seats immediately in front of or behind the exit rows, or in any seat that has an airbag seatbelt installed.

f) Window seats are the preferred location for a car seat, so it does not impede a passenger's movement or egress into the aisle. Other seat assignments are permitted provided the car seat is not obstructing the egress of any passenger.

g) It must be secured by a seat belt at all times.

6) Booster Seats - Booster seats may be carried onboard aircraft but must be stowed in an overhead compartment or underneath the seat for takeoff and landing. Once the aircraft has reached cruising altitude, the passenger may use the seat during the flight. The booster seat must be stowed when the aircraft begins its descent.



## 6. Service Animals

A. General - The following categories of service animals are allowed in the cabin without charge:

1) Trained service dogs that assist passengers with disabilities. Passengers traveling with a service dog must complete and submit the Department of Transportation Service Animal Air Transportation Form, attesting to the dog's health, behavior, and training. For reservations booked more than 48 hours prior to travel, passengers must submit the completed form no later than 48 hours prior to travel. For reservations booked less than 48 hours prior to travel, passengers must submit the completed form in person to a Customer Service Agent upon arrival at the airport. Only dogs will be accepted as trained service animals. The animal must be at least 4 months old. The passenger is required to keep the animal under control at all times, with the animal on a leash or harness while in the boarding area and onboard the aircraft. Psychiatric support animals are recognized as trained service animals. Comfort animals, companionship animals, or any other non-task-trained animals are not recognized as service animals. Service animals in training will not be accepted.

2) Service Animals trained in explosive detection, contraband search, or search and rescue on active duty and traveling for that purpose will be accepted for travel. The passenger must present credible documentation the animal is traveling for that purpose.

B. Seating - The passenger may sit anywhere, except in an emergency exit row, provided the animal does not obstruct an aisle or egress of passengers in an emergency evacuation. The animal must fit under the seat or on the passenger's lap. If the passenger is seated in row 1, the animal will not be allowed on the passenger's lap. The animal may not occupy a seat. An animal that cannot or does not comply with the foregoing will not be accepted.

C. International - Restrictions for travel with an animal to international destinations vary by country. Frontier recommends contacting the appropriate embassy or consulate before purchasing a ticket for travel with a service animal or emotional support animal. Different policies may apply on any leg of a codeshare flight that is operated by the codeshare airline.

D. Oxygen - No oxygen will be administered to a service animal in the event of an emergency.

## 7. Smoking

A. Smoking is prohibited on all flights.

B. Federal law prohibits tampering with, disabling, or destroying any smoke detector installed in an aircraft lavatory.

C. The use of electronic smoking devices is prohibited at all times on all aircraft.

## 8. Tickets

A. A passenger is entitled to transportation only upon presentation of a valid electronic ticket (e-ticket). The ticket entitles the passenger to transportation between the point of origin and the destination.

*NOTE: Paper tickets are not issued on Frontier ticket stock. Only electronic tickets are issued for travel on Frontier. However, paper tickets from other airlines may be accepted for travel at Frontier's discretion.*



B. Tickets are honored only in the order in which they are issued.

C. The following practices are prohibited:

1) Back to Back Ticketing – The purchase or use of portions of tickets from two or more tickets issued as round-trip fares or other scheme for circumventing minimum stay requirements.

2) Throwaway Ticketing – The purchase or use of round-trip tickets for one-way travel.

3) Hidden City/Point Beyond Ticketing – The purchase or use of a ticket from a point before the passenger's actual origin or to a point beyond the passenger's actual destination.

D. A ticket which has not been properly issued or paid for, or which has been altered, mutilated, or improperly issued by an unauthorized party is not valid for travel or refund.

E. The purchaser of a ticket and the passenger intending to use it are responsible for ensuring that the ticket accurately states the name of the **passenger**.

F. A ticket may only be used by the person named on the ticket. Frontier is not liable to the purchaser of a ticket if the ticket is used by someone other than the person named on the ticket. Tickets may not be purchased for the transport of items of baggage that are too large to be stowed safely in a suitable baggage compartment in the aircraft cabin or under a passenger seat (such as, but not limited to, musical instruments, electronic equipment).

G. Presentation of a ticket by someone other than the named passenger renders the ticket void. The ticket is subject to confiscation, and the ticket will then be treated as a No-Show Cancellation for all purposes of this Contract of Carriage. (See section 19. )

H. An additional processing fee may apply to each ticket purchased or changed via Frontier's reservation center.

## 9. Ticket Validity and Itinerary Changes

A. Period of Validity

1) Tickets issued by Frontier are valid for transportation only on the flights and dates shown on the ticket and have no value and are not valid for transportation thereafter. If a passenger cancels a ticket before the scheduled flight departure time, the value of the ticket less a service fee and certain other carrier charges will be retained for 90 days from the date of cancellation of the ticket in the form of a credit. The credit has no cash or refund value and may only be applied to subsequent tickets on Frontier flights for the same passenger as the original ticket. In the case of a No-Show Cancellation, see section 19.

2) Except as required by law or as provided in this Contract of Carriage, Frontier shall have no obligation of any kind to reschedule any passengers who cancels a ticket before the scheduled flight departure time or to provide them with any refund or other credit for unused tickets.

3) Except as required by law or as provided in this Contract of Carriage, in the case of a No-Show Cancellation, Frontier shall have no obligation of any kind to reschedule any such passengers on any other flight, and the rules respecting No-Show Cancellations shall apply (see section 19. ).

B. Except for tickets purchased for travel within 7 days (168 hours) of purchase, all tickets may be canceled within twenty-four (24) hours of the purchase and a full refund will be given. After that time, except for tickets and services that are purchased as refundable, all tickets and optional charges or services are non-refundable.



## 10. Check-in Times

A. Airport Check-In - It is the passenger's responsibility to arrive at the airport, taking into consideration travel time both to and within the applicable airport, with enough time to complete check-in, to drop off any checked bags with a Frontier representative or Frontier-provided system, and to complete processing through the security check point.

B. Passengers can check in beginning 2 hours before departure at Frontier's airport check-in counters or 24 hours before departure at www.FlyFrontier.com or on the Frontier mobile app, if the reservation is eligible for online or mobile app check-in.

C. Check-In Times

1) For domestic flights (originating and to a destination within the United States), the passenger must be checked in with a printed boarding pass or a Frontier mobile app boarding pass in-hand at least 45 minutes prior to scheduled departure whether or not checking bags.

a) Effective August 16, 2023, all passengers must be checked in with a printed boarding pass or a Frontier mobile app digital boarding pass in-hand, and with checked bags, if any, presented to and accepted by a Frontier representative or Frontier-provided system, at least 60 minutes prior to scheduled departure.

2) For international flights, the passenger must be checked in with a printed boarding pass or a Frontier mobile app digital boarding pass in-hand and with checked bags, if any, presented to and accepted by a Frontier representative or Frontier-provided system, at least 60 minutes prior to scheduled departure.

D. Time Limit for Checking Bags - Baggage to be checked must be presented at the airport within the minimum check-in time. Passengers who present baggage after the minimum check-in time may be refused transport. At some airports, the counter may close at the check-in cut-off time, in such cases, passenger and baggage check-in are not permitted after the check-in deadline. In the event that baggage is accepted after the minimum check-in time, the passenger will be liable for any costs and fees for the bag to be delivered in the event that it is not carried on the same flight.

E. Availability for Boarding - Tickets and seat assignments are subject to cancellation for passengers who fail to make themselves available for boarding at the departure gate at least 20 minutes prior to scheduled departure.

F. Failure to Check In or Appear - If a passenger fails to check in or board the flight within the required time, the ticket will be deemed to be a No-Show Cancellation (see Section 2.G) and canceled. All subsequent flights, including return flights, on the itinerary will also be treated as No-Show Cancellations (see Section 20).

G. Misconnected Passengers - The ticket of any passenger who does not meet the minimum check-in time due to the late arrival of an inbound connecting flight operating by Frontier will be accommodated on the next available flight operated by Frontier to the same destination. Frontier will not provide transportation on another airline or reimburse the cost of transportation purchased from another airline. The ticket of any passenger who does not meet the minimum check-in time due to the late arrival of an inbound connecting flight operated by any other airline will be canceled and no refund or accommodation on another flight will be due unless available and purchased at the applicable price by the passenger.

## 11. Fares

A. Fares apply for transportation only between the airports for which they are published.



B. When a passenger requires connecting service with arrival at one airport and departure from another airport, transportation between those airports must be arranged by and at the expense of the passenger.

C. Fares are subject to change without notice until a ticket is issued.

## 12. Checked Baggage

A. Fees applicable to checked baggage:

1) Baggage fees apply to each checked bag.

2) Active U.S. military personnel, with Common Access Card (CAC), may check two bags at no charge for all types of tickets. Overweight and oversize charges for the first two free bags are also waived. This policy is for active U.S. military personnel only and does not extend to family members or traveling companions.

B. Baggage Allowance Exceptions - The following may be checked or carried on at no charge and do not count toward the passenger's baggage allowance.

1) Medical Assistive Devices - Canes, crutches, braces, wheelchairs, etc. for the use of the passenger. There is no limit to the number of mobility aids a passenger may check. Medical assistive devices must be packed separately, in protective packaging, for baggage fees to be waived.

2) Wheelchairs - In compliance with federal law, wheelchairs or other types of mobility devices for the passenger are accepted as checked baggage in addition to the passenger's baggage allowance at no additional charge. Certain Frontier aircraft can accommodate up to two wheelchairs up to 40 inches (101 cm) high, 50 inches (127 cm) long, 13 inches (33 cm) wide, and weighing no more than 70 pounds (31 kilograms) in the cabin of the aircraft on a first-come, first-served basis. Wheelchairs carried in the cabin of the aircraft will be brought to the front of the aircraft after all other passengers have deplaned.

3) Essential Infant or Child Items - Child restraint devices, car seats, strollers, diaper bags, and other essential baby items when the infant is traveling. These items must be packed separately, in protective packaging, for baggage fees to be waived.

C. Acceptable Baggage - Frontier will accept for transportation as baggage such personal property necessary or appropriate for the wear, use, comfort, or convenience of the passenger for the purpose of the trip, subject to the following:

1) Checked Baggage Size and Weight:

a) Excess baggage charge will be applied to any checked baggage that exceeds the standard weight or dimension. Standard baggage size is defined as maximum of 62 inches (157 cm) in linear dimension (height plus length plus width).

Standard baggage weight is defined as:

- For tickets purchased before January 18, 2022, maximum of 50 pounds (22.6 kilograms).
- For tickets purchased on or after January 18, 2022, and travel completed before March 1, 2022, maximum of 50 pounds (22.6 kilograms).
- For tickets purchased on or after January 18, 2022, and travel on or after March 1, 2022, maximum of 40 pounds (18.1 kilograms).

b) Baggage weighing 100 or more pounds (45 kilograms) or exceeding 110 linear inches will not be accepted, with the exception of assistive devices or musical instruments.

2) The TSA website maintains a list of items that passengers are not permitted to check in baggage. See www.tsa.gov for a complete list. Baggage containing any items on that list will not be accepted.



3) An item for transportation not suitably packaged to withstand ordinary handling and turbulence, or of a size, weight, or character that renders it unsuitable for transportation will not be accepted.

4) The passenger is responsible for ensuring that all items packed in checked baggage are properly packaged and padded to resist handling and turbulence. (Refer to section 16. )

5) All baggage is subject to inspection by Frontier. Frontier is not, however, obligated to perform an inspection. Frontier will refuse to transport or will remove baggage if the passenger refuses to submit the baggage for inspection.

6) Frontier will not accept baggage or other personal property for storage.

7) Frontier will check baggage only when the passenger presents a valid ticket for transportation on the applicable flight.

8) The passenger's name, address, and telephone number must appear on the baggage.

9) Frontier has the right to refuse to transport baggage on any flight other than the one carrying the passenger.

10) Baggage will not be checked:

    a) To a point that is not reflected on the passenger's ticket.

    b) Other than the passenger's destination on the applicable flight, but if the flight is a connecting flight, to the final destination, but if that connecting flight is scheduled to depart from an airport different from the one at which the passenger is scheduled to arrive then only to the destination of the first leg.

11) Live animals are not accepted as checked baggage.

12) Agricultural items, perishable items, or products that do not conform with customs or agricultural government law at the flight's destination will not be accepted.

13) Frontier will not accept for carriage any restricted/hazardous materials as defined in the DOT Hazardous Materials Regulations (49 C.F.R. §§ 171-177) and IATA Dangerous Goods Regulations. Examples of such goods are (i) liquor products over 140 proof, (ii) gasoline-powered tools, (iii) compressed gases, (iv) corrosives (such as acids and wet batteries), (v) explosives (such as dynamite and fireworks), (vi) flammables (such as matches and lighter fuels), (vii) poisons, and (viii) magnetic and radioactive materials. Electronic smoking devices (commonly referred to as e-cigarettes or personal vaporizers) pose a safety risk and are not permitted in checked baggage. These items are permitted in carry-on baggage. Spare lithium batteries are not allowed in checked baggage.

14) Perishable items must be packaged properly such that they cannot leak through their packaging. (Refer to section 16. )

D. Codeshare Flights – The baggage policy of the airline on which a passenger originally booked the codeshare flight will apply to the entire itinerary.

## 13. Carry-On Baggage

A. Passengers are permitted up to two carry-on items:

1) One free personal item not larger than 8" x 14" x 18" (20 cm x 35 cm x 45 cm) that must fit within the personal item portion of the bag sizer.



2) One carry-on item not larger than 10"H x 16"W x 24"L (25 cm x 40 cm x 114 cm) and weighing not more than 35 pounds (15 kilograms) that may be placed in the overhead compartment or under the seat. A fee for the carry-on item may apply based on the ticket type purchased. Active U.S. military personnel, with Common Access Card (CAC), may take a carry-on item free of charge for all types of tickets.

3) The size and weight of an item may be measured using manual or automated methods. If a bag sizer is used, items must fit completely into the applicable portion, including any wheels and handles, and without the passenger using undue force, as determined at Frontier's sole direction. If an item exceeds allowed dimensions, the item may be gate checked or considered to be a carry-on item, in each case to which the applicable fee will apply. Any fees owed may be unilaterally charged by Frontier using the card or other method of payment that is on file with Frontier.

B. The TSA website maintains a list of items that passengers are not permitted to carry onboard an aircraft. See www.tsa.gov for a complete list. Carry-on items containing any items on that list will not be accepted.

C. The passenger is responsible for all items brought on board the aircraft. Items must be stored under a seat or in the overhead compartment.

D. Use of Portable Electronic Devices (PEDs)

1) Small authorized PEDs are devices under 2 pounds and are of a size that can easily be placed in a seat pocket along with the other materials that are normally found in the seat pocket (Passenger Safety Information Card, Menu or airsickness bag). They include devices like tablets, readers, and mobile phones and may be used during all phases of flight when in airplane mode including taxi, takeoff, and landing. However, if using them during taxi, takeoff, and landing, you must secure these devices by holding them, putting them in your pocket or holster, or placing them in a seatback pocket.

2) Large authorized PEDs are devices 2 pounds or more such as full-size laptops. They must be turned off and stowed during taxi, takeoff, and landing. You may stow them under the seat in front of you or in an overhead compartment. These devices may be used above 10,000 feet when authorized by a Flight Attendant announcement.

3) On all flights operating outside U.S. airspace, PEDs cannot be used during taxi, takeoff, and landing, but may be used in airplane mode above 10,000 feet when authorized by a Flight Attendant announcement.

E. Sound Emitting Devices - Portable electronic devices that emit sound (e.g., music or video players or games) may be used only with headphones and provided the sound, even via the headphones, cannot be heard by others.

F. Codeshare Flights – The baggage policy of the airline on which a passenger originally booked the codeshare flight will apply to the entire itinerary.

## 14. Conditions and Charges for Special Items

The following items are accepted as checked or carry-on baggage, subject to the conditions specified and payment of applicable fees.

NOTE: *Refer to the Sports Equipment and Special/Fragile Items chart hosted at www.FlyFrontier.com for other items which have specific packaging or other requirements which need to be met in order to be transported by air. All items listed on the Sports Equipment and Special/Fragile Items chart are subject to baggage fees. Baggage fees for excess, oversize, and overweight are cumulative and all may be assessed on one item.*

A. Firearms – Firearms are accepted as checked baggage on flights within the United States, but not international flights. Carriage of any firearm is subject to the following conditions:



1) In accordance with federal law, a passenger who presents baggage that contains a firearm must (i) ensure the firearm is unloaded, (ii) pack the firearm in a lockable, hard-sided container, (iii) declare the firearm unloaded at the time of check-in, and (iv) sign a "Firearms Unloaded" declaration.
2) If the firearm is in a locked, hard-sided container INSIDE a piece of checked baggage, the declaration must be placed inside the checked baggage and proximate to, but not inside of, that container.
3) If the firearm is in a locked, hard-sided container, but NOT INSIDE a piece of checked baggage, the declaration must be placed inside the container.
4) After screening, the passenger must lock the firearm container and retain the key or combination.
5) The passenger must make arrangements for and assume full responsibility for complying with any applicable laws, customs and government regulations, or restrictions of the state or territory to which the firearm is being transported.

B. Ammunition - Ammunition for firearms (whether or not the firearm is also being carried) is accepted as checked baggage on flights within the United States, but not international flights, subject to the following conditions:

1) The ammunition must be securely packed in the original manufacturer's packaging, fiber (such as cardboard), wood, or metal boxes or other sturdy and durable packaging providing sufficient cartridge separation.
2) Each passenger is allowed up to 11 pounds (4.9 kilograms) of ammunition.
3) Loaded ammunition clips and magazines must also be securely boxed.
4) Ammunition may be packed with the firearm.

C. Live Animals -- Frontier accepts live animals only in the cabin of the aircraft, not as checked baggage. The transportation of live animals is subject to fees for carriage and the terms and conditions below.

EXCEPTION: See separate rules with respect to service animals referred to in 6. Service Animals.

1) Only the following animals are permitted:
   a) Domestic Flights -- Domesticated dogs, cats, rabbits, guinea pigs, hamsters, or small household birds.
   b) International Flights -- Domesticated dogs and cats.
2) The passengers carrying the animal are responsible for making arrangements and assuming full responsibility for complying with any applicable laws, customs and other governmental regulations, requirements or restrictions of the country, state or territory to which the animal is being transported.
3) The passengers carrying the animal are responsible for paying any import/export fees, duties, or taxes that may apply as well as any fines for failing to comply with applicable law.
4) International - Restrictions for travel with an animal to international destinations vary by country. Frontier recommends contacting the appropriate embassy or consulate before purchasing a ticket for travel.
5) The passengers carrying the animal are responsible for making advance reservations because no more than ten pet containers will be accepted per flight.
6) No passenger may carry more than one pet container.
7) The animal must remain in a pet container at all times and may not be fed while onboard the aircraft.
8) The pet container must be large enough for the pet to stand, turn around, and lie down in a natural position and fit underneath the seat in front of the passenger.



9) The animal may not disrupt other passengers and the passenger must be able to quiet the animal without removing it from the container.

10) The container counts toward the carry-on baggage allowance.

11) No oxygen will be administered to an animal in the event of an emergency.

D. Human Remains:

1) Crematory remains (human or animal) may be transported as carry-on or checked baggage subject to the following conditions:

a) The container must be made of a material such as wood or plastic that can be successfully screened by the TSA. If the container cannot be screened, it will not be allowed.

b) If the container is checked, it must be sufficiently packaged in a well-insulated and sturdy container.

c) If the container is carried onboard the flight, it counts toward the passenger's carry-on allowance and it must meet carry-on baggage dimensions.

2) Human remains in caskets are not accepted.

E. Dry Ice (frozen carbon dioxide) – Dry ice may be carried under the following conditions:

1) A maximum of 5.5 pounds (2.5 kilograms) of dry ice per passenger is accepted in checked or carry-on baggage.

2) The cooler or package must permit the release of carbon dioxide gas. Styrofoam containers are not accepted.

F. Bicycle - Bicycles may be carried under the following conditions:

1) The handlebars must be fixed sideways, and the pedals removed or wrapped in plastic foam or similar material and the entire bicycle is encased in a hard-sided case.

2) Bicycles may only be carried as checked baggage.

3) A fee applies for each bicycle checked as baggage.

4) Bicycles are excluded from baggage liability unless packaged in a hard-sided case.

G. Special Items - The following items may exceed carry-on baggage dimensions but may be taken as a carry-on item (and count toward the carry-on bag allowance) as long as they fit in the overhead bin: fishing rods, tennis rackets, wedding attire, poster tubes, and musical instruments. If any such items are comprised of more than one piece, they must be packaged together to be considered one item. The carry-on bag fee applies.

H. Codeshare Flights – The baggage policy of the airline on which a passenger originally booked the codeshare flight will apply to the entire itinerary.

## 15. Limitations of Liability

A. Consequential Damages – Unless it is specifically stated otherwise in this Contract of Carriage, or as required by any applicable law, Frontier is not liable for any indirect, special, or consequential damages arising out of or resulting from transportation provided, delay in transportation, or any failure to provide transportation.



B. International Transportation – With respect to international transportation, as defined in the following referenced conventions, as applicable, Frontier's liability will be limited as specified in, as and if applicable, (i) the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, October 12, 1929, as amended ("Warsaw Convention"), but subject to the Agreement entered into by Frontier pursuant to 14 C.F.R. Part 203 or (ii) the Convention for the Unification of Certain Rules for International Carriage by Air, signed at Montreal, May 28, 1999 ("Montreal Convention").

## 16. Claim Limits and Procedures

A. Limitations of Liability

1) Domestic Flights – With respect to domestic flights (i.e., those flights originating and ending within the United States) without any scheduled stops outside of the United States, or international flights to which neither the Warsaw Convention or the Montreal Convention apply, Frontier's limit of liability, if any, for the loss, damage or delay in the carriage of checked baggage shall be limited to $3,800 for all bags checked under a single ticketed passenger's name. Frontier will not be liable for:

   i) The following items included in checked baggage, with or without the knowledge of Frontier:

   - alcohol
   - antiques
   - art, paintings
   - art supplies
   - artifacts
   - bags made from lightweight material not designed for shipping
   - blueprints
   - books
   - business documents
   - CDs
   - cell phones
   - Cigars, cigarettes, electronic cigarettes, vape pens
   - collectibles
   - computer equipment (including hardware, software and all accessories)
   - dentures
   - drugs prohibited by federal or state law
   - DVDs
   - eyeglasses
   - files
   - food/perishables
   - fragile articles or other similar valuable items and commercial effects
   - hand and power tools
   - heirlooms
   - irreplaceable items
   - jewelry
   - keys
   - machinery and its parts
   - manuscripts
   - medication
   - money
   - natural fur products
   - negotiable papers/ instruments
   - optics
   - orthodontics
   - orthotics
   - photographic/video/ electronic equipment and accessories
   - precious metals or stones
   - publications
   - samples
   - securities
   - silverware
   - sound reproduction equipment
   - sunglasses
   - surgical supports
   - toys

   ii) Articles strapped, taped, or tied to other pieces of baggage, which may become separated as a result of normal handling during transportation

   iii) Damage to the following items when not packed in a hard-sided case or other packing that is suitable for the item:

      - Prosthetic devices
      - Medical equipment
      - Musical instruments



- Recreational or sporting equipment
- Baby items including car seats and strollers

iv) Damage to handles, straps, wheels, and zippers arising from normal wear and tear caused by ordinary handling of baggage

v) Damage arising from ordinary wear and tear, such as cuts, scratches, scuffs, stains, dents, punctures, marks, and dirt

vi) Damage resulting from over-packing or misuse

vii) Damage arising from liquids on or in baggage; including weather (e.g., rain, snow)

2) International Flights/Montreal Convention – With respect to international flights to which the Montreal Convention applies, Frontier's limit of liability, if any, for the loss, damage or delay in the carriage of baggage (whether checked or carry-on) shall be limited to 1,288 Special Drawing Rights per ticketed passenger. The conversion rate, available at www.imf.org, in effect on the date of loss will be used for determining maximum liability amount.

3) International Flights/Warsaw Convention – With respect to international flights to which the Warsaw Convention applies, Frontier's limit of liability, if any, for the loss, damage or delay of (i) checked baggage shall be limited to 17 Special Drawing Rights per pound, or actual value, whichever is less, (ii) carry-on baggage shall be limited to 332 Special Drawing Rights or actual value, whichever is less. The conversion rate, available at www.imf.org, in effect on the date of loss will be used for determining maximum liability amount. Absent evidence to the contrary, bags will be presumed to weigh 20 pounds.

4) Frontier does not accept declarations of higher value or accept fees based on such declarations.

5) Subject to the above specified limits of liability, Frontier will compensate a passenger whose baggage has been lost, damaged or delayed for reasonable, documented direct damages up to the specified limit of liability, provided the passenger has made reasonable effort to minimize the amount of damage and provided documentation of the loss. The compensation due for lost or damaged property will be determined by the lesser of the documented original purchase price less applicable depreciation or the cost to make repairs.

6) Frontier's liability for wheelchairs, mobility aids, and assistive devices used by a passenger with a disability if lost or damaged by Frontier shall be up to the original purchase price of the device without regard to the above limitations of liability.

7) Passengers who incur incidental expenses as a result of delayed baggage delivery will be reimbursed per established DOT guidelines, subject to the above limitations of liability (as applicable). Any amounts paid to the passenger for incidental expenses will be deducted from the total loss amount prior to check issuance.

8) Frontier will not be liable for loss or damage to carry-on baggage unless such damage is caused by Frontier's or its agent's negligence, which does not include damage resulting from turbulence, shifting of items during flight, or ordinary handling, including placing the baggage in overhead compartments or under seats.

9) Frontier's employees and agents are not liable to passengers.

B. Time Limit to Make Claims and Procedures



1) With respect to domestic flights and those international flights to which the Montreal Convention does not apply, any claim based on damage, delay, or loss of baggage must be reported to Frontier within 4 hours of the arrival of the flight on which the loss or damage is claimed to have occurred. Claims for pilferage may be made up to 24 hours after flight arrival. Any documentation required to support the claim must be submitted within 30 days from the date the requesting passenger receives the claim form packet from Frontier; Frontier will not be liable if the completed claims are not submitted, with documentation, within that time period.

2) With respect to international flights to which the Montreal Convention applies, in the case of baggage damage, the person entitled to delivery must submit in writing to Frontier as soon as possible after discovery of the damage, and at the latest in writing 7 days from receipt of checked baggage and in the case of delay or loss, complaints must be made at the latest within 21 days from the date on which the baggage has been placed at the passenger's disposal or should have been placed at the passenger's disposal in the case of loss. All claims must be made in writing and must be accompanied by supporting documentation. Any subsequent request for documentation from Frontier must be provided to Frontier within 21 days of the request.

## 17. Failure to Operate on Schedule or Failure to Carry

A. Liability Limited - Frontier will use reasonable efforts to transport passengers and baggage to the purchased destination, but published schedules, flight times, aircraft types, seat assignments, and similar details set forth in the ticket or Frontier's published schedules are not guaranteed and form no part of this Contract of Carriage. Frontier may substitute alternate aircraft, change schedules, delay or cancel flights, change seat assignments, and alter or omit stopping places shown on the ticket as required by its operations in Frontier's sole discretion. Frontier's obligations for failure to operate any flight, failure to operate a flight according to its schedule, or for changing the schedule or type of equipment used on any flight, with or without notice to the passenger, are set forth below.

B. Force Majeure - In the occurrence of a force majeure event, Frontier may cancel, divert, or delay any flight without liability except to provide a refund for the unused portion of the ticket.

C. Delay, Misconnection, or Cancellation - In the event (i) a passenger's flight is canceled, (ii) a passenger is denied boarding because an aircraft with lesser capacity is substituted, (iii) a passenger misses a connecting Frontier flight due to a delay or cancellation of a Frontier flight (but not flights of other carriers), (iv) a passenger is delivered to a different destination because of the omission of a scheduled stop to which the passenger held a ticket, to the extent possible, Frontier will provide transportation on its own flights at no additional charge to the passenger's original destination or equivalent destination as provided herein. Frontier will have no obligation to provide transportation on another carrier. If Frontier cannot provide the foregoing transportation, Frontier shall, if requested, provide a refund for the unused portion of the passenger's ticket in lieu of the transportation under the foregoing. The foregoing shall be the limit of Frontier's liability for the matters covered by this provision.

D. For purposes of involuntary reroute (a diversion), use this link https://www.flyfrontier.com/travel/travel-info/travel-policies#same-day-flight-changes and see under the title Same Day Flight Changes section of the flyfrontier.com page for the groups of cities that are considered to be the same point. If Frontier is able to provide transportation to one of the specified alternative cities, Frontier has met its obligation for transport to the final destination.

E. Schedule Change Prior to Day of Travel -- When a passenger's itinerary is changed because of a modification in Frontier's schedule, arrangements will be made to:



1) Transport the passenger over its own route system to the destination; or
2) In the event Frontier determines that the schedule modification is significant, Frontier shall, if requested, provide passengers a refund of the cost of the unused portion of the ticket.

F. Extended Onboard Ground Delays -- In accordance with FAA regulations, Frontier maintains and complies with a separate Contingency Plan for Lengthy Tarmac Delays. Frontier's Contingency Plan for Lengthy Tarmac Delays may be found on Frontier's website at https://az832049.vo.msecnd.net/media/1567/f9-contingency-plan-for-extended-tarmac-delays-2015.pdf. Frontier's Contingency Plan for Lengthy Tarmac Delays is subject to change without notice and is not part of this Contract of Carriage.

## 18. Denied Boarding Compensation

When a seat cannot be provided due to an inadequate number of seats for the number of passengers holding confirmed reservations (overbooking), the actions described in this section will be taken.

A. Voluntary – Passengers on a flight with an overbooking will be encouraged to voluntarily relinquish their seats in exchange for alternate travel and for compensation in the form of an Electronic Travel Voucher for future transportation to be booked within 365 days on Frontier. The request and selection of volunteers will be in a manner determined solely by Frontier.

B. Involuntary – If insufficient passengers volunteer, passengers who cannot be accommodated on the flight will be denied boarding and Frontier will provide transportation on a Frontier flight to the same destination. After a passenger's boarding pass is collected or scanned and accepted by the gate agent, and the passenger has boarded, a passenger may be removed from a flight only for safety or security reasons or in accordance with Section 3 of this Contract of Carriage.

C. Amount of Compensation – Frontier will compensate a passenger for involuntary-denied boarding based on the new arrival time after the originally scheduled arrival time as follows:

| Domestic | International | Compensation |
|---|---|---|
| New arrival time within :59 | New arrival time within :59 | No Compensation |
| New arrival time within 1 - 1:59 | New arrival time within 1 - 3:59 | 200% (2x) of the one-way fare, not to exceed $775 |
| New arrival time 2 hours or more | New arrival time 4 hours or more | 400% (4x) of the one-way fare, not to exceed $1550 |

*NOTE 1: Frontier is not obligated to provide compensation for denied boarding when an aircraft of lesser capacity is substituted due to operational or safety reasons.*

*NOTE 2: No compensation will be due if boarding is denied for reasons other than overbooking (e.g., pursuant to applicable law or other provisions of this Contract of Carriage).*

D. Onward Transportation for Passengers Denied Boarding

1) A passenger denied boarding, voluntarily or involuntarily, pursuant to this section, will be transported on Frontier's next available flight on which space is available and at no additional charge.
2) If a passenger who has been denied boarding, voluntarily or involuntarily, pursuant to this section, wishes to modify the travel date, if space is available, a ticket will be provided for travel within 72 hours at no additional charge.



E. Electronic Travel Voucher

1) Involuntary Denied Boarding - Frontier may offer passengers denied boarding involuntarily an Electronic Travel Voucher good for transportation on Frontier in lieu of cash compensation otherwise due under this section. Passengers may decline such offer in favor of the applicable cash compensation. The Electronic Travel Voucher has no refund value, will expire 365 days from date of issuance, is not transferable, cannot be applied to group travel (more than nine passengers on a booking), and may be used towards a booking with multiple people as long as the passenger to whom it is issued is present in the same booking. Electronic Travel Vouchers can be applied to ancillary services (e.g., seats, baggage), fees, and taxes. If a ticket purchased with an Electronic Travel Voucher costs less than the amount of the voucher, no residual value remains. Changes to a ticket purchased with an Electronic Travel Voucher may result in a change fee and any additional fare difference based on the rules of the issued ticket.

2) Voluntary Denied Boarding - Frontier may offer passengers who volunteer for denied boarding an Electronic Travel Voucher good for transportation on Frontier. The Electronic Travel Voucher has no refund value, will expire 365 days from date of issuance, is not transferable, cannot be applied to group travel (more than nine passengers on a booking), and may be used towards a booking with multiple people as long as the passenger to whom it is issued is present in the booking. Electronic Travel Vouchers can be applied to ancillary services (e.g., seats, baggage) and fees; no taxes will be covered by the Electronic Travel Voucher. If a ticket purchased with an Electronic Travel Voucher costs less than the amount of the voucher, no residual value remains. Changes to a ticket purchased with an Electronic Travel Voucher may result in a change fee and any additional fare difference based on the rules of the issued ticket.

F. Time of Offer and Payment of Compensation

1) The offer of compensation for overbooking will be made by Frontier on the day and at the place where the failure to provide confirmed space occurred. If accepted, compensation will be given to the passenger. If the alternative transportation arranged for the passenger's convenience departs before the payment can be made, payment will be made by mail or other means within 24 hours after the denied boarding occurs.

2) Acceptance of any Denied Boarding Compensation constitutes full compensation for damages incurred by the passenger as a result of Frontier's failure to provide the passenger with a confirmed seat.

## 19. Refunds; No-Show Cancellations and Service Charges

A. The provisions of this Section (20.A) shall apply with respect to refunds for tickets under this Contract of Carriage:

1) All refunds will be subject to government laws, rules, regulations, or orders of the country in which the ticket was originally purchased and of the country in which the refund is being made.

2) The first portion of any amount refunded will be the full amount of government-imposed taxes and fees, as well as certain carrier charges applied to the ticket purchase.

3) If applicable, cancellation fees or service charges will be assessed in a separate transaction and netted against the refunded amount.

4) <u>No Use</u> - If no portion of the ticket has been used, the refund amount will be equal to the fare, plus any ancillary purchases (checked or carry-on bag, seat assignments, etc.), all government-imposed charges, taxes, and fees, and certain carrier charges paid for the ticket issued to the passenger.

5) <u>Partial use</u> - If a portion of the ticket has been used:



a) One-way ticket: If travel was terminated at an intermediate or stopover point, the refund amount will be equal to the amount of the fare and all ancillary purchases (checked or carry-on bag, seat assignments, etc.) paid from the point of termination to the destination or to the point at which transportation is to resume and will be the lowest one-way fare for the class of service paid for minus any discount, plus all government-imposed charges, taxes, and fees and certain carrier charges, as proportionately attributable, which shall be reasonably determined by Frontier.

b) Round-trip ticket purchased: the refund amount will be equal to the amount of the fare and ancillary purchases (checked or carry-on bag, seat assignments, etc.) paid on the unused portion of the ticket, plus all government-imposed charges, taxes, and fees and certain carrier charges, as proportionately attributable, which shall be reasonably determined by Frontier.

B. In addition to the provisions of Section 20.A, in situations other than No-Show Cancellations, the provisions of this Section (20.B) shall apply with respect to refunds for tickets under this Contract of Carriage:

1) For refundable tickets that are canceled prior to flight departure, passengers should fill out an online request, available at www.FlyFrontier.com.

2) For tickets that are canceled up to 24 hours after the time of purchase (excluding tickets purchased within seven days before travel, which will be held as a credit, less the applicable cancellation fee and certain carrier charges), passengers should cancel their tickets online at www.FlyFrontier.com.

3) Payment - A refund will be provided only to the original purchaser's form of payment. However, if, at the time of the application for refund, evidence is submitted that a company purchased the ticket on behalf of its employee or a travel agency has made a refund to its client, the refund will be made directly to the employee's company or the travel agency. The Table below illustrates other rules respecting payment:

| **Payment Type** | **Refunded To** |
|---|---|
| Universal Air Travel Plan | The subscriber against whose account the ticket was charged |
| Transportation Request issued by a government agency other than a U.S. government agency | The government agency that issued the transportation request |
| U.S. Government Transportation Request | The U.S. government agency that issued the U.S. Government Transportation Request with a check payable to the "Treasurer of the United States" |
| Card | The account of the person to whom the credit or debit card was issued |
| Electronic Travel Voucher | The original voucher value will be reinstated if the cancellation is within 90 days of the voucher issue date |

4) Identity - Frontier does not assume responsibility to confirm that the person using or presenting a ticket for refund is the true owner of the ticket.

C. In situations involving a No-Show Cancellation, in addition to the provisions of Section 20.A, the provisions of this Section (20.C) shall apply with respect to refunds for tickets under this Contract of Carriage.

1) Automatic Refund; No Additional Submission Required – In the case of a No-Show Cancellation, the refund described in Section 20.A shall be automatically refunded to the purchaser.

2) Automatic Imposition of a No-Show Cancellation Service Charge.



a) Refund – The refund described in Section 20.A shall be given, but will be netted against the No-Show Cancellation Service Charge in a separate transaction.

b) Imposition of a No-Show Cancellation Service Charge – A No-Show Cancellation Service Charge will apply with respect to the ticket (or the segment for which the No-Show Cancellation applies) in the amount of the fare plus all ancillary purchases plus all government-imposed charges, taxes and fees and certain carrier charges attributable to the fare and ancillary purchases.

c) The payment of the No-Show Cancellation Service Charge shall not entitle the purchaser (and, if different, the passenger or other party to whom a refund would otherwise be due) to transportation.

D. To the extent required by applicable law, including Code § 6415(a) and the regulations promulgated thereunder, the purchaser (and, if different, the passenger or other party to whom a refund would otherwise be due) hereby consents to Frontier recovering any allowance of a credit or refund of any overpayment of governmental fees or tax imposed, including pursuant to Code § 4261, including in each case which overpayment arises directly or indirectly as a result of a No-Show Cancellation as contemplated in this Contract of Carriage.

## 20. Currency and Mode of Payment and Fees

A. Fares, fees, charges, and taxes charged or collected by Frontier are due in United States dollars, except for bookings made through available Canadian online travel sites, which are due in Canadian dollars. Any purchases made in connection with such bookings would also be due in Canadian dollars.

B. All amounts due to Frontier must be paid with a credit or debit card; Frontier may require that each passenger have a card on file with Frontier to purchase a ticket and complete transport on Frontier. Frontier does not accept cash for any transactions, including those on Frontier's aircraft, except that Frontier may accept cash at certain international locations.

C. Frontier does not accept personal checks, traveler's checks, certified (cashier's) checks, or money orders.

D. A service charge will apply to any improper chargeback on a credit or debit card and may be charged to the same card via which the chargeback is made.

## 21. Miscellaneous

A. Subordination to Law - In all cases, this Contract of Carriage will be subordinate to any applicable law.

B. Metric References - Conversion of British units to metric units are approximate and for reference only. The British unit will apply.

C. Change Without Notice - Except as may be required by applicable laws, government regulations, orders, and requirements, Frontier reserves the right to amend this Contract of Carriage without notice, provided that no such change shall apply to carriage that has commenced.

D. No Waiver/Modification of Terms - No employee or agent of Frontier has the authority to waive, modify, or alter any provisions of the Contract of Carriage unless authorized by a corporate officer of Frontier. Accommodations provided beyond what is required by the Contract of Carriage do not alter the Contract of Carriage. Frontier's employees and agents, including third party travel agents and online travel sites, are only authorized to sell tickets for air transportation on Frontier subject to the Contract of Carriage.



E. Changes in Rules, Fares, and Charges - Unless otherwise provided within specific fare rules, transportation is subject to the rules, fares, and charges in effect on the date a ticket is issued, determined by the validation stamped or imprinted on the ticket, or valid electronic ticket.

F. Use of Images - Passengers (or in the case of minors, their parents or legal guardians) consent to the unpaid use of any photos, videos, or other images taken of them by or for Frontier, for advertising or marketing purposes.

G. Taxes and Charges - When the ticket is issued for the effective date, all government, airport, vendor, or other charges that apply to passenger travel into foreign countries are the responsibility of the passenger to whom the ticket was originally issued and are in addition to the published fare and charges.

H. Fares/Charges - Specific fares and charges information is available through Frontier reservations offices and at www.FlyFrontier.com.

I. No Class Action - Any case brought pursuant to this Contract of Carriage, Frontier's Tarmac Delay Plan, or Frontier's Customer Service Plan may be brought in a party's individual capacity and not as a plaintiff or class member in any purported class or representative proceeding.

J. Time Limit for Action - No legal action may be brought by a passenger against Frontier unless commenced within 6 months from the date of the alleged incident.

K. Choice of Law - This Contract of Carriage will be governed by and construed in accordance with the laws of the United States of America and the State of Colorado without regard to conflict of law principles or law. All right to trial by jury in any action, proceeding or counterclaim arising out of or in connection with this Contract of Carriage is irrevocably waived.

L. Codeshare Flights – Except for baggage policies (see section 12. , section 13. , and section 14. ), the policies, rules, and procedures of the operating airline will apply on any codeshare flight.

## 22. Contingency Plan for Extended Tarmac Delays

The safety of our passengers is our #1 priority at Frontier Airlines. With that in mind, Frontier works hard to avoid extended tarmac delay situations. However, occasionally these situations do arise. Frontier maintains a plan to resolve the extended tarmac delays as quickly as possible as well as mitigating the impact and inconvenience to our passengers.

For all flights that remain at the gate or other disembarkation area with the main cabin door open 30 minutes after scheduled departure time (including any revised departure time that passengers were notified about before boarding) from which there is an opportunity to deplane, Frontier will notify passengers that they have the opportunity to deplane from the aircraft and repeat that notice at least every 30 minutes thereafter while that opportunity continues to exist.

A. For all flights that have departed from a gate without taking off or after a flight has landed without arriving at a gate ("Delay"), Frontier will notify passengers of the status of the Delay every 30 minutes while the aircraft is Delayed, including the reasons for the Delay, if known.

B. No later than 120 minutes after a Delay begins, Frontier will ensure that all passengers have been afforded the opportunity to receive food and water, unless the pilot-in-command determines that safety or security considerations preclude such service.

C. At 150 minutes (210 for international flights) after a delay begins, unless the pilot in command deems that departure is imminent, Frontier will look to return the aircraft to a gate or move to a remote parking location where passengers can be afforded the opportunity to deplane.



D. By no later than 180 (240 for international flights) minutes after a Delay begins Frontier will return the aircraft to a gate or other location where passengers will have the opportunity to deplane, unless:

E. The pilot in command determines there is a safety related or security related reason (e.g., weather, a directive from an appropriate government agency) why the aircraft cannot leave its position on the tarmac to deplane passengers; or

F. Air traffic control advises the pilot in command that returning to the gate or another disembarkation point elsewhere in order to deplane passengers would significantly disrupt airport operations.

G. During any Delay, Frontier will ensure that a comfortable temperature is maintained throughout the passenger cabin.

H. During any Delay, Frontier will ensure access to medical attention is available to meet all requests, including the use of a third-party medical consultation service.

I. During any Delay, Frontier will ensure that operable lavatory facilities are available provided the pilot-in-command determines that it is safe and secure for passenger to move about the aircraft cabin.

J. At each airport where Frontier flies, including diversion airports, this plan has been coordinated with airport authorities, Customs & Border Protection, and the Transportation Security Administration.

K. Frontier has ensured that it has adequate resources available to administer this plan.

Frontier would also like our passengers to be aware of certain the following that will apply in the case of a Delay:

A. If a flight returns to a gate or diverts from its planned destination, in most cases, the delayed or diverted flight will attempt to continue to its final destination. The right to deplane in such cases will be determined in accordance with the above.

B. Frontier maintains information and arrangements with both airports and other airlines to secure additional gate space if needed during a tarmac delay. If allowed by the airport, the deplaning of passengers may take place when it is safe and secure to do so, either at a gate or at an approved remote parking position via stairs and ground transportation.

C. Any passengers who choose to deplane from a flight that has experienced a delay and make alternative travel arrangements may do so when it is determined to be safe and secure, after the aircraft has been moved into position for deplaning, all operational requirements for deplaning have been completed, and the pilot-in-command has allowed customer deplaning to begin.

D. Passengers should be aware that if they choose to deplane, they do so at their own risk and the flight may depart without them. Frontier will make reasonable attempts, e.g., via airport announcements, to communicate the new departure time of the flight. In cases where an aircraft that has returned to a gate, passengers may be advised how long the aircraft will remain at the gate to determine how much time (if any) passengers may spend inside the terminal prior to having to re-board the aircraft for the continuation of the flight. Such time may, however, be shorted in which case an announcement will be made to return to the aircraft.

E. Passengers who choose to deplane and/or make alternative travel arrangements should be aware that on most domestic flights their checked baggage will remain on the aircraft. In cases where a flight returns to the gate and is canceled baggage will be returned to the baggage claim area.

F. In instances where passengers are permitted to deplane at a remote aircraft parking position, reboarding the aircraft may not be possible.

# Exhibit B

FRONTIER AIRLINES

# Contract of Carriage

**Effective Date: 11/04/22**



# Table of Contents

| Section | Subject | Page |
|---|---|---|
| 1. | Introduction | 2 |
| 2. | Definitions | 2 |
| 3. | Refusal to Transport and Special Conditions | 3 |
| 4. | International Transportation | 6 |
| 5. | Child Passengers | 7 |
| 6. | Service Animals | 9 |
| 7. | Smoking | 9 |
| 8. | Tickets | 9 |
| 9. | Ticket Validity and Itinerary Changes | 10 |
| 10. | Check-in Times | 11 |
| 11. | Fares | 11 |
| 12. | Checked Baggage | 12 |
| 13. | Carry-On Baggage | 13 |
| 14. | Conditions and Charges for Special Items | 14 |
| 15. | Limitations of Liability | 16 |
| 16. | Claim Limits and Procedures | 17 |
| 17. | Failure to Operate on Schedule or Failure to Carry | 19 |
| 18. | Denied Boarding Compensation | 20 |
| 19. | Refunds; No-Show Cancellations and Service Charges | 21 |
| 20. | Currency and Mode of Payment and Fees | 23 |
| 21. | Miscellaneous | 23 |



## 1. Introduction

The following terms and conditions as well as such additional terms and conditions presented on Frontier Airlines' website, fare rules, published schedules or printed on or in any ticket or ticket-less travel authorization apply to all tickets issued for travel on flights operated by or for Frontier Airlines, Inc. ("Frontier"), as well as that transportation, regardless of whether such ticket was sold by Frontier or its authorized agents or whether such ticket is used ("Contract of Carriage").

This document is available for public inspection at all Frontier locations. Copies may be obtained by visiting the Frontier's web site at www.FlyFrontier.com or by writing to: Frontier Airlines, Inc., Customer Relations, 4545 Airport Way, Denver, CO 80239.

## 2. Definitions

A. **Codeshare** – A marketing and business arrangement in which two airlines "share" the same flight (which might include connecting legs). One airline places its designator code and flight number on a flight operated by the other airline, and markets and sells tickets for that shared flight as part of its published schedule.

B. **Code** -- The U.S. Internal Revenue Code of 1986, as amended.

C. **DOT** – U.S. Department of Transportation.

D. **FAA** -- U.S. Federal Aviation Administration.

E. **Fare Rules** -- The rules and requirements associated with a ticket.

F. **IATA** -- International Air Transport Association.

G. **No-Show Cancellation** – The automatic cancellation of a passenger's ticket upon such passenger failing to either (i) check-in for such passenger's flight, or (ii) board such passenger's flight, in either instance within the required times. The automatic cancellation will apply to all subsequent flights, including return flights, on the itinerary. Presentation of a ticket by someone other than the named passenger renders the ticket void and the ticket will then be treated as a No-Show Cancellation for all purposes of this Contract of Carriage. (See section 19. )

H. **Qualified Individual with a Disability** -- An individual with a disability who: (i) has a physical or mental impairment that, on a permanent or temporary basis, substantially limits one or more major life activities; (ii) has a record of such an impairment; or, (iii) is regarded as having such an impairment, as further defined in 14 CFR 382.5.

I. **Standby Passenger** -- A passenger boarded subject to availability of seat space at departure time and only after all passengers having confirmed reservations for the flight have been boarded.

J. **Stopover** – An intentional interruption in a passenger's trip in excess of 4 hours at a point between the place of departure and the final destination.

K. **STRETCH Seat** - A seat located in the front rows and exit rows of certain Frontier aircraft that have additional legroom. These seats are made available to passengers for a fee.

L. **Ticket** -The record of agreement, including electronic tickets, for passenger air transportation provided by the airline under certain terms and conditions to the passenger as described on the ticket, in the fare rules, and in this Contract of Carriage.

M. **TSA** -- U.S. Transportation Security Administration.



## 3. Refusal to Transport and Special Conditions

A. Frontier may refuse to provide transportation to any person and may require that a passenger leave an aircraft or be removed from an aircraft for the following reasons, in which case Frontier will provide a refund of the amount paid for their ticket, which will be the limit of Frontier's liability.

1) Government Request – To comply with a government requisition of space or request for emergency transportation (e.g., in connection with national defense or natural disaster (actual, threatened, or reported)).

2) No Seat for Safety Assistant - If a passenger requires a safety assistant (see section 3. B.6) and there is not a seat available on the applicable flight and, thus, both the passenger and the safety assistant are denied transportation. For purposes of determining whether a seat is available for a safety assistant, the safety assistant is deemed to have checked in at the same time as the individual with the disability.

B. Frontier may refuse to provide transportation to any person and may require that a passenger leave an aircraft or be removed from an aircraft for the following reasons, in which case no refund will be due and Frontier will have no further liability.

1) Government Direction - To comply with a direction of a government official acting in their official capacity to remove or not provide transportation to a specific individual.

2) Identification -- The passenger refuses to produce a government-issued identification as required by Frontier's representatives or as required by law.

3) *MyFrontier* Account; Card on File - The passenger refuses to create a *MyFrontier* account or have a credit or debit card on file with Frontier, each of which is active at the time of travel. Any fees owed to Frontier may be unilaterally charged by Frontier using the card or other method of payment that is on file with Frontier.

4) Balance Due - If at the time of travel there is any balance unpaid to Frontier for ticket or optional services charges, the ticket and all optional services may be canceled, whether or not a passenger has been notified of such cancellation.

5) Passports/Visas -- The passenger intending to travel across any international border fails to possess and present all valid documents (passports, visas, certificates, etc.) required by the laws of the countries from, over, or into which the passenger will fly, which will in all cases be the passenger's exclusive responsibility.

6) Failure to Check In or Appear - The passenger fails to check-in for their flight within the required times or appear for boarding of that flight within the required times. (The ticket will be deemed to be a No-Show Cancellation (see Section 2.G) and canceled. All subsequent flights, including return flights, on the itinerary will also be treated as No-Show Cancellations (see Section 20)).

7) Special Medical Requirements – The passenger will be refused transport if the passenger requires medical equipment be used in flight or services (i) not provided by Frontier, (ii) that may not be used in flight, or (iii) does not have sufficient supplies therefor. The foregoing includes any medical equipment that would require use of power from the aircraft, medical equipment for which the passenger does not have sufficient batteries for the duration of the flight plus unexpected delays. Passengers must be able to sit in a single seat with the seat in the full and upright position, which precludes passengers that must lie flat or that must be transported on a stretcher. Frontier does not provide medical oxygen.



*EXCEPTION:* A respiratory device (e.g., ventilator, respirator, CPAP machine or Portable Oxygen Concentrator) is considered an assistive device and is permitted as carry-on or checked baggage at no charge provided that all batteries must be transported in carry-on baggage and must be packaged in a manner that protects them from physical damage and short circuits, and provided that if the device is to be used in flight: (i) the passenger must carry enough fully-charged batteries to power the device throughout the entire journey including all ground time (between connections), the duration of the flight and for unexpected delays, (ii) the device must be approved by the FAA with stickers indicating such, and (iii) prior to traveling, the passenger must complete the Portable Oxygen Concentrator Medical Authorization (form 30881) available on Frontier's website or obtain a medical statement from the passenger's physician addressing the points on the POC Medical Authorization form.

*NOTE: Passengers are referred to 14 CFR Part 121, SFAR No. 106 for regulations regarding and a list of Portable Oxygen Concentrators that are approved for use on aircraft.*

8) Qualified Individual with a Disability -- If transportation is refused because the passenger fails to comply with the following: Qualified individuals with a disability will be transported in accordance with the conditions and requirements of 14 C.F.R. § 382 unless the carriage of such individuals may impair the safety of the flight or violate Federal Aviation Regulations. Pursuant to 14 C.F.R. § 382.113, Frontier does not provide certain extensive in flight special services such as assistance in actual eating, assistance within the lavatory or at the individual's seat with elimination functions, or provision of medical services. Moreover, pursuant to 14 C.F.R. § 382.29, a qualified individual with a disability may be required to be accompanied by a safety assistant as a condition of being provided air transportation in any of the following circumstances: (i) when the individual, because of a mental disability, is unable to comprehend or respond appropriately to safety instructions from employees, including the required safety briefing, (ii) when the individual has a mobility impairment so severe that the individual is unable to assist in the passenger's own evacuation of the aircraft, (iii) when the individual has both severe hearing and severe vision impairments, if the individual cannot establish some means of communication with employees adequate to permit transmission of the required safety briefing, (iv) on the day of departure, if it is determined that an individual meeting the criteria of (i), (ii) or (iii) must travel with a safety assistant, contrary to the individual's self-assessment that the passenger is capable of traveling independently, the safety assistant will not be charged to accompany the individual with a disability.

9) Prisoners - Frontier will not transport any prisoners under any circumstances.

10) Proper Attire - Any passenger who is barefoot and over 3 years of age, unless required to be barefoot for medical reasons, or who is not otherwise fully clothed in clothing that is not lewd or obscene, threatening, intimidating, or would be objectionable to reasonable persons.

11) Malodorous Condition - Any passenger who has a severe or offensive body odor that is not due to a disability.

12) Intoxication - Any passenger who appears to be intoxicated or under the influence of drugs.



13) Communicable Disease or Infection - A passenger who has a communicable disease or infection (that is known or reasonably believed to pose a direct threat to the health or safety of others in the course of flight) may be denied boarding by Frontier. If such a passenger presents a medical certificate dated within 10 days of the date of the flight for which it is being presented that includes specific conditions under which the individual can travel and not pose a direct threat to the health and safety of other persons, transportation will be provided to such individual unless it is not reasonable or feasible to implement the conditions set forth in the medical certificate as necessary to prevent the transmission of the disease or infection to other persons in the normal course of flight. Unacceptable measures include, but are not limited to: a required separation between the passenger and other persons, use of medical equipment not permitted to be used on the aircraft, or a requirement that any other passenger wear protective gear.

a) 2019 Novel Coronavirus (COVID-19) – Frontier may screen passengers during the check-in and boarding process, and may deny boarding to passengers who Frontier reasonably believes do not meet Frontier's COVID-19 screening measures. Screening will include, but is not be limited to: completion of a health acknowledgment, required wearing of facial coverings, and submission to a temperature check. Notwithstanding Section 11 above, a passenger who presents a medical certificate dated within 10 days of the date of the flight for which it is being presented may be denied boarding if, on the planned date of travel, the passenger fails to meet Frontier's COVID-19 screening measures.

14) Refusal or Inability to Sit - Any passenger who is unwilling or unable to sit in an upright position during takeoff and landing with the seat belt fastened.

15) Failure to Follow Instructions - Any passenger who refuses to obey instructions from an employee or crewmember.

16) Use of Ticket Issued to Other Person - Any passenger who attempts to use a ticket not issued to that person. Transfer of a ticket by a passenger to another person is not permitted. (This ticket will be deemed to be a No-Show Cancellation (see Section 2.G) and canceled. All subsequent flights, including return flights, on the itinerary will also be treated as No-Show Cancellations (see Section 20)).

17) Interference - Any passenger who interferes with any member of the flight crew in pursuit of their duties or attempts to do so.

18) Smoking - Any passenger who smokes or attempts to smoke on an aircraft.

19) Weapon - Any passenger who, except as permitted by law (see 49 C.F.R. § 1544.219), wears or has on or about their persons concealed or unconcealed, deadly or dangerous weapons.

20) Purchase in Violation of Contract of Carriage - Any passenger that purchases a ticket in violation of this Contract of Carriage or any fare rule. In addition, Frontier may (i) invalidate the tickets or any other that may have been purchased in the same manner, (ii) cancel any remaining portion of the passenger's itinerary, or (iii) confiscate any unused portions of the ticket.

21) General Refusal - Any person whom Frontier has informed is not permitted to purchase transportation from Frontier.

C. Refusal to Sell Transportation - Frontier may refuse to sell transportation to any person, including the following, and may inform such persons that they are not permitted to purchase transportation from Frontier:

1) Refusal to Comply - A person who refuses to comply with instruction given by employees or representatives prohibiting the solicitation of items for sale or purchase, including airline tickets, passes, or travel award certificates.

2) Prior Conduct - A person who has disrupted airline operations, mistreated employees, or has not complied with Frontier's policies or otherwise violates this Contract of Carriage.



3) Misconduct - A person who has committed a fraudulent act against Frontier.

D. Customer of Size - If, in Frontier's sole judgment, a passenger is unable to sit in an aircraft seat without lifting either or both armrests and occupying all or a portion of the adjacent seats, or encroaching into the aisle or adjacent seats, the passenger will be required to purchase a ticket for an additional seat (or more, if required to accommodate the passenger) at the price then applicable. If sufficient, contiguous seats are not available, the passenger will be given the option to switch to flights on which such seats are available (for which applicable fees will apply) or be given a refund.

E. Allergies (Peanut, Pet, or Chemical) - Items are not removed from the aircraft to accommodate a passenger's allergy to a particular food, substance, or chemical. A variety of snacks are served on board many flights, including products that may contain peanuts or other nuts. A "peanut-free" or "chemical-free" environment cannot be provided to passengers onboard the aircraft. Passengers are advised to consult a healthcare professional regarding the risks of onboard exposure to any allergen.

F. Pregnancy - Passengers who are pregnant are urged to consult with their doctor on whether it is safe to travel by air, including with due consideration to the possibility of turbulence, cabin pressurization, significantly increased risk of deep vein thrombosis associated with pregnancy, and lack of ready access to medical care. This is particularly important for women in their ninth month of pregnancy, who are urged to obtain an examination from their physician shortly before flying to confirm air travel will be safe. Women with a history of complications or premature delivery should not fly if pregnant. By traveling with Frontier, pregnant women acknowledge and accept these risks. Different policies for passengers who are pregnant may apply on any leg of a codeshare flight that is operated by the codeshare airline.

G. Electronic Surveillance of Passengers and Baggage - Passengers and their baggage are subject to inspection, including via electronic means, with or without the passenger's consent or knowledge.

H. Diversion While in Flight or Return to Gate- In the event that Frontier is required to divert an aircraft while in flight or return to gate because a passenger requires medical attention or due to the passenger's conduct, the passenger may be required to reimburse Frontier for the costs that Frontier incurs, including the cost to accommodate other passengers. The amount due will be as determined by Frontier.

## 4. International Transportation

A. Compliance with Regulations - Passengers shall comply with all laws, regulations, orders, demands, or travel requirements of countries to be flown from, into, or over. Frontier is not liable for any aid or information given by any agent or employee to any passenger in connection with obtaining necessary documents or complying therewith (including as may be provided in this Contract of Carriage) or the consequences to any passenger resulting from the passenger's failure to obtain such documents or to comply with such laws, regulations, orders, demands, requirements, or instructions.

B. Compliance with Foreign Country Regulations regarding Importation of Goods - Passengers shall comply with all laws, regulations, orders, demands, or travel requirements of countries to be flown from, into, or over. Frontier is not liable for the consequences to any passenger resulting from the passenger's failure to comply with such laws, regulations, orders, demands, requirements, or instructions.

C. Customs Inspection - If required, a passenger must attend the inspection of the passenger's baggage, checked or unchecked, by customs or other government officials. Frontier accepts no responsibility to the passenger if they fail to observe this condition.



D. Government Regulation - No liability shall attach to Frontier if, based on what it understands to be applicable law, government regulation, demand, order, or requirement, it refuses to carry passenger. If, however, it is ultimately determined that Frontier was incorrect, the limit of its liability will be to refund the amount paid for the ticket on which transportation was refused.

E. International Operations - Frontier is required to make an attempt to obtain emergency contact information from a passenger traveling into or out of a foreign country. If a passenger refuses to provide emergency contact information, Frontier will document the attempt and may require the passenger to sign the document.

F. Indemnification - A passenger shall indemnify Frontier for any loss, damage, or expense suffered or incurred by Frontier by reason of the passenger's failure to possess any required travel documents or other failure to comply with the provisions of this section, including the applicable fare if Frontier is required to transport the passenger home from a country. Frontier is not liable to the passenger for loss or expense due to the passenger's failure to comply with this provision.

G. Baggage Limitation - Passengers shall comply with all laws, regulations, orders, demands, or travel requirements regarding baggage size and weight limitations of countries to be flown from, into, or over. Frontier is not liable for the consequences to any passenger resulting from the passenger's failure to comply with such laws, regulations, orders, demands, requirements, or instructions.

## 5. Child Passengers

A. Accompanied Children -- Children from 7 days through 14 years of age may travel with another passenger who is at least 15 years old.

B. Unaccompanied Children

1) Frontier does not allow children under the age of 15 years old to travel unaccompanied; they must be accompanied by a passenger who is at least 15 years old. Passengers who are 15 years old or older may travel on Frontier without an adult companion. A birth certificate, official school ID, or other form of ID may be requested for age verification purposes if the child's age appears questionable.

NOTE: *Passengers under age 18 traveling without both parents may need additional documentation to travel across international borders, depending on the country's requirements.*

C. Infant and Child Fares (except as otherwise provided in a specific fare rule) are as follows:

1) Infants under 2 years of age are accepted, without charge, when the infant does not occupy a separate seat and is accompanied by a fare-paying passenger at least 15 years old. A birth certificate may be requested for age verification purposes if the infant's age appears questionable.

NOTE: *Due to supplemental equipment considerations, the number of infants accepted per flight may be limited based on aircraft type.*

2) One adult may accompany up to two infants under the age of 2.

a) When an adult passenger is traveling with two infants under 2 years of age, a seat must be purchased for at least one infant. The fare is the same as an adult fare.

3) Children 7 days - 14 years of age occupying a seat are charged the same fare as an adult passenger.

NOTE: *Passengers under age 2 traveling as lap children (not purchasing a seat) are subject to international taxes. These taxes must be paid prior to boarding the originating departure flight.*



D. Child Restraint Systems - Frontier accepts infant and child restraint systems (car seat or harness) approved for air travel that fit in the applicable aircraft seat with the arm rest down that meet the following requirements:

1) Approved seats manufactured to U.S. standards between January 1, 1981, and February 25, 1985, must bear the label: "This child restraint system conforms to all applicable Federal motor vehicle safety standards."

2) Seats manufactured to U.S. standards on or after February 26, 1985, must bear two labels: (i) "This child restraint system conforms to all applicable Federal motor vehicle safety standards" and (ii) "THIS RESTRAINT IS CERTIFIED FOR USE IN MOTOR VEHICLES AND AIRCRAFT" in red lettering.

3) Seats not meeting the above criteria must bear a label or markings showing: (i) the seat was approved by a foreign government, (ii) the seat was manufactured under the standards of the United Nations, (iii) the seat or child restraint device furnished by the certificate holder was approved by the FAA through Type Certificate or Supplemental Type Certificate, or (iv) the seat or child restraint device was approved by the FAA in accordance with 14 C.F.R § 21.8(d), or FAA Technical Standard Order C-100b, or a later version.

*NOTE 1: A child under the age of 2 must be held in the passenger's lap or be seated in an approved car seat for taxi, takeoff, and landing.*

*NOTE 2: Frontier encourages all adults traveling with infants under 2 years of age to secure the infant in an approved car seat or harness in the infant's own purchased seat.*

4) Child Harness - The FAA-approved AMSafe Aviation C.A.R.E.S. child harness device may be used on-board the aircraft. It is designed for children weighing between 22 and 44 pounds (between 10 and 20 kilograms) and must bear the label "FAA Approved in accordance with 14 CFR 21.305(d) approved for aircraft use only."

5) Car Seats - A car seat may be used by a child between the ages of 7 days and 2 years if seat space is available after boarding, even if a seat has not been purchased for the child. A car seat may be used by any child when a separate seat has been purchased. To use a car seat onboard the aircraft:

   a) It must bear manufacturer labels identifying approval for aircraft use, as described in subsection (1) and (2) above.

   b) It must have a solid seat and solid back.

   c) It must have restraint straps installed to hold the child in the car seat.

   d) The child may not exceed the weight limitation of the car seat.

   e) It may not be placed in the emergency exit rows, in the seats immediately in front of or behind the exit rows, or in any seat that has an airbag seatbelt installed.

   f) Window seats are the preferred location for a car seat, so it does not impede a passenger's movement or egress into the aisle. Other seat assignments are permitted provided the car seat is not obstructing the egress of any passenger.

   g) It must be secured by a seat belt at all times.

6) Booster Seats - Booster seats may be carried onboard aircraft but must be stowed in an overhead compartment or underneath the seat for takeoff and landing. Once the aircraft has reached cruising altitude, the passenger may use the seat during the flight. The booster seat must be stowed when the aircraft begins its descent.



## 6. Service Animals

A. General - The following categories of service animals are allowed in the cabin without charge:

1) Trained service dogs that assist passengers with disabilities. Passengers traveling with a service dog must complete and submit the Department of Transportation Service Animal Air Transportation Form, attesting to the dog's health, behavior, and training. For reservations booked more than 48 hours prior to travel, passengers must submit the completed form no later than 48 hours prior to travel. For reservations booked less than 48 hours prior to travel, passengers must submit the completed form in person to a Customer Service Agent upon arrival at the airport. Only dogs will be accepted as trained service animals. The animal must be at least 4 months old. The passenger is required to keep the animal under control at all times, with the animal on a leash or harness while in the boarding area and onboard the aircraft. Psychiatric support animals are recognized as trained service animals. Comfort animals, companionship animals, or any other non-task-trained animals are not recognized as service animals. Service animals in training will not be accepted.

2) Service Animals trained in explosive detection, contraband search, or search and rescue on active duty and traveling for that purpose will be accepted for travel. The passenger must present credible documentation the animal is traveling for that purpose.

B. Seating - The passenger may sit anywhere, except in an emergency exit row, provided the animal does not obstruct an aisle or egress of passengers in an emergency evacuation. The animal must fit under the seat or on the passenger's lap. If the passenger is seated in row 1, the animal will not be allowed on the passenger's lap. The animal may not occupy a seat. An animal that cannot or does not comply with the foregoing will not be accepted.

C. International - Restrictions for travel with an animal to international destinations vary by country. Frontier recommends contacting the appropriate embassy or consulate before purchasing a ticket for travel with a service animal or emotional support animal. Different policies may apply on any leg of a codeshare flight that is operated by the codeshare airline.

D. Oxygen - No oxygen will be administered to a service animal in the event of an emergency.

## 7. Smoking

A. Smoking is prohibited on all flights.

B. Federal law prohibits tampering with, disabling, or destroying any smoke detector installed in an aircraft lavatory.

C. The use of electronic smoking devices is prohibited at all times on all aircraft.

## 8. Tickets

A. A passenger is entitled to transportation only upon presentation of a valid electronic ticket (e-ticket). The ticket entitles the passenger to transportation between the point of origin and the destination.

*NOTE:* *Paper tickets are not issued on Frontier ticket stock. Only electronic tickets are issued for travel on Frontier. However, paper tickets from other airlines may be accepted for travel at Frontier's discretion.*



B. Tickets are honored only in the order in which they are issued.

C. The following practices are prohibited:

1) Back to Back Ticketing – The purchase or use of portions of tickets from two or more tickets issued as round-trip fares or other scheme for circumventing minimum stay requirements.

2) Throwaway Ticketing – The purchase or use of round-trip tickets for one-way travel.

3) Hidden City/Point Beyond Ticketing – The purchase or use of a ticket from a point before the passenger's actual origin or to a point beyond the passenger's actual destination.

D. A ticket which has not been properly issued or paid for, or which has been altered, mutilated, or improperly issued by an unauthorized party is not valid for travel or refund.

E. The purchaser of a ticket and the passenger intending to use it are responsible for ensuring that the ticket accurately states the name of the passenger.

F. A ticket may only be used by the person named on the ticket. Frontier is not liable to the purchaser of a ticket if the ticket is used by someone other than the person named on the ticket. Tickets may not be purchased for the transport of items of baggage that are too large to be stowed safely in a suitable baggage compartment in the aircraft cabin or under a passenger seat (such as, but not limited to, musical instruments, electronic equipment).

G. Presentation of a ticket by someone other than the named passenger renders the ticket void. The ticket is subject to confiscation, and the ticket will then be treated as a No-Show Cancellation for all purposes of this Contract of Carriage. (See section 19. )

H. An additional processing fee may apply to each ticket purchased or changed via Frontier's reservation center.

## 9. Ticket Validity and Itinerary Changes

A. Period of Validity

1) Tickets issued by Frontier are valid for transportation only on the flights and dates shown on the ticket and have no value and are not valid for transportation thereafter. If a passenger cancels a ticket before the scheduled flight departure time, the value of the ticket less a service fee and certain other carrier charges will be retained for 90 days from the date of cancellation of the ticket in the form of a credit. The credit has no cash or refund value and may only be applied to subsequent tickets on Frontier flights for the same passenger as the original ticket. In the case of a No-Show Cancellation, see section 19.

2) Except as required by law or as provided in this Contract of Carriage, Frontier shall have no obligation of any kind to reschedule any passengers who cancels a ticket before the scheduled flight departure time or to provide them with any refund or other credit for unused tickets.

3) Except as required by law or as provided in this Contract of Carriage, in the case of a No-Show Cancellation, Frontier shall have no obligation of any kind to reschedule any such passengers on any other flight, and the rules respecting No-Show Cancellations shall apply (see section 19. ).

B. Except for tickets purchased for travel within 7 days (168 hours) of purchase, all tickets may be canceled within twenty-four (24) hours of the purchase and a full refund will be given. After that time, except for tickets and services that are purchased as refundable, all tickets and optional charges or services are non-refundable.



## 10. Check-in Times

A. Airport Check-In - It is the passenger's responsibility to arrive at the airport, taking into consideration travel time both to and within the applicable airport, including processing through the security check point with enough time to complete check-in and security screening processes.

B. Passengers can check in beginning 2 hours before departure at Frontier's airport check-in counters or 24 hours before departure at www.FlyFrontier.com or on the Frontier mobile app, if the reservation is eligible for online or mobile app check-in.

C. Check-In Times

1) For domestic flights (originating and to a destination within the United States), the passenger must be checked in with a printed boarding pass or a Frontier mobile app boarding pass in-hand at least 45 minutes prior to scheduled departure whether or not checking bags.

2) For international flights, the passenger must be checked in with a printed boarding pass or a Frontier mobile app boarding pass in-hand at least 60 minutes prior to scheduled departure.

D. Time Limit for Checking Bags - Baggage to be checked must be presented at the airport within the minimum check-in time. Passengers who present baggage after the minimum check-in time may be refused transport. At some airports, the counter may close at the check-in cut-off time, in such cases, passenger and baggage check-in are not permitted after the check-in deadline. In the event that baggage is accepted after the minimum check-in time, the passenger will be liable for any costs and fees for the bag to be delivered in the event that it is not carried on the same flight.

E. Availability for Boarding - Tickets and seat assignments are subject to cancellation for passengers who fail to make themselves available for boarding at the departure gate at least 20 minutes prior to scheduled departure.

F. Failure to Check In or Appear - If a passenger fails to check in or board the flight within the required time, the ticket will be deemed to be a No-Show Cancellation (see Section 2.G) and canceled. All subsequent flights, including return flights, on the itinerary will also be treated as No-Show Cancellations (see Section 20).

G. Misconnected Passengers - The ticket of any passenger who does not meet the minimum check-in time due to the late arrival of an inbound connecting flight operating by Frontier will be accommodated on the next available flight operated by Frontier to the same destination. Frontier will not provide transportation on another airline or reimburse the cost of transportation purchased from another airline. The ticket of any passenger who does not meet the minimum check-in time due to the late arrival of an inbound connecting flight operated by any other airline will be canceled and no refund or accommodation on another flight will be due unless available and purchased at the applicable price by the passenger.

## 11. Fares

A. Fares apply for transportation only between the airports for which they are published.

B. When a passenger requires connecting service with arrival at one airport and departure from another airport, transportation between those airports must be arranged by and at the expense of the passenger.

C. Fares are subject to change without notice until a ticket is issued.



## 12. Checked Baggage

A. Fees applicable to checked baggage:

1) Baggage fees apply to each checked bag.

2) Active U.S. military personnel, with Common Access Card (CAC), may check two bags at no charge for all types of tickets. Overweight and oversize charges for the first two free bags are also waived. This policy is for active U.S. military personnel only and does not extend to family members or traveling companions.

B. Baggage Allowance Exceptions - The following may be checked or carried on at no charge and do not count toward the passenger's baggage allowance.

1) Medical Assistive Devices - Canes, crutches, braces, wheelchairs, etc. for the use of the passenger. There is no limit to the number of mobility aids a passenger may check. Medical assistive devices must be packed separately, in protective packaging, for baggage fees to be waived.

2) Wheelchairs - In compliance with federal law, wheelchairs or other types of mobility devices for the passenger are accepted as checked baggage in addition to the passenger's baggage allowance at no additional charge. Certain Frontier aircraft can accommodate up to two wheelchairs up to 40 inches (101 cm) high, 50 inches (127 cm) long, 13 inches (33 cm) wide, and weighing no more than 70 pounds (31 kilograms) in the cabin of the aircraft on a first-come, first-served basis. Wheelchairs carried in the cabin of the aircraft will be brought to the front of the aircraft after all other passengers have deplaned.

3) Essential Infant or Child Items - Child restraint devices, car seats, strollers, diaper bags, and other essential baby items when the infant is traveling. These items must be packed separately, in protective packaging, for baggage fees to be waived.

C. Acceptable Baggage - Frontier will accept for transportation as baggage such personal property necessary or appropriate for the wear, use, comfort, or convenience of the passenger for the purpose of the trip, subject to the following:

1) Checked Baggage Size and Weight:

a) Excess baggage charge will be applied to any checked baggage that exceeds the standard weight or dimension. Standard baggage size is defined as maximum of 62 inches (157 cm) in linear dimension (height plus length plus width).

Standard baggage weight is defined as:

- For tickets purchased before January 18, 2022, maximum of 50 pounds (22.6 kilograms).
- For tickets purchased on or after January 18, 2022, and travel completed before March 1, 2022, maximum of 50 pounds (22.6 kilograms).
- For tickets purchased on or after January 18, 2022, and travel on or after March 1, 2022, maximum of 40 pounds (18.1 kilograms).

b) Baggage weighing 100 or more pounds (45 kilograms) or exceeding 110 linear inches will not be accepted, with the exception of assistive devices or musical instruments.

2) The TSA website maintains a list of items that passengers are not permitted to check in baggage. See www.tsa.gov for a complete list. Baggage containing any items on that list will not be accepted.

3) An item for transportation not suitably packaged to withstand ordinary handling and turbulence, or of a size, weight, or character that renders it unsuitable for transportation will not be accepted.

4) The passenger is responsible for ensuring that all items packed in checked baggage are properly packaged and padded to resist handling and turbulence. (Refer to section 16. )



5) All baggage is subject to inspection by Frontier. Frontier is not, however, obligated to perform an inspection. Frontier will refuse to transport or will remove baggage if the passenger refuses to submit the baggage for inspection.
6) Frontier will not accept baggage or other personal property for storage.
7) Frontier will check baggage only when the passenger presents a valid ticket for transportation on the applicable flight.
8) The passenger's name, address, and telephone number must appear on the baggage.
9) Frontier has the right to refuse to transport baggage on any flight other than the one carrying the passenger.
10) Baggage will not be checked:
    a) To a point that is not reflected on the passenger's ticket.
    b) Other than the passenger's destination on the applicable flight, but if the flight is a connecting flight, to the final destination, but if that connecting flight is scheduled to depart from an airport different from the one at which the passenger is scheduled to arrive then only to the destination of the first leg.
11) Live animals are not accepted as checked baggage.
12) Agricultural items, perishable items, or products that do not conform with customs or agricultural government law at the flight's destination will not be accepted.
13) Frontier will not accept for carriage any restricted/hazardous materials as defined in the DOT Hazardous Materials Regulations (49 C.F.R. §§ 171-177) and IATA Dangerous Goods Regulations. Examples of such goods are (i) liquor products over 140 proof, (ii) gasoline-powered tools, (iii) compressed gases, (iv) corrosives (such as acids and wet batteries), (v) explosives (such as dynamite and fireworks), (vi) flammables (such as matches and lighter fuels), (vii) poisons, and (viii) magnetic and radioactive materials. Electronic smoking devices (commonly referred to as e-cigarettes or personal vaporizers) pose a safety risk and are not permitted in checked baggage. These items are permitted in carry-on baggage. Spare lithium batteries are not allowed in checked baggage.
14) Perishable items must be packaged properly such that they cannot leak through their packaging. (Refer to section 16. )

D. Codeshare Flights – The baggage policy of the airline on which a passenger originally booked the codeshare flight will apply to the entire itinerary.

## 13. Carry-On Baggage

A. Passengers are permitted up to two carry-on items:
1) One free personal item not larger than 8" x 14" x 18" (20 cm x 35 cm x 45 cm) that must fit within the personal item portion of the bag sizer.
2) One carry-on item not larger than 10"H x 16"W x 24"L (25 cm x 40 cm x 114 cm) and weighing not more than 35 pounds (15 kilograms) that may be placed in the overhead compartment or under the seat. A fee for the carry-on item may apply based on the ticket type purchased. Active U.S. military personnel, with Common Access Card (CAC), may take a carry-on item free of charge for all types of tickets.



3) The size and weight of an item may be measured using manual or automated methods. If a bag sizer is used, items must fit completely into the applicable portion, including any wheels and handles, and without the passenger using undue force, as determined at Frontier's sole direction. If an item exceeds allowed dimensions, the item may be gate checked or considered to be a carry-on item, in each case to which the applicable fee will apply. Any fees owed may be unilaterally charged by Frontier using the card or other method of payment that is on file with Frontier.

B. The TSA website maintains a list of items that passengers are not permitted to carry onboard an aircraft. See www.tsa.gov for a complete list. Carry-on items containing any items on that list will not be accepted.

C. The passenger is responsible for all items brought on board the aircraft. Items must be stored under a seat or in the overhead compartment.

D. Use of Portable Electronic Devices (PEDs)

1) Small authorized PEDs are devices under 2 pounds and are of a size that can easily be placed in a seat pocket along with the other materials that are normally found in the seat pocket (Passenger Safety Information Card, Menu or airsickness bag). They include devices like tablets, readers, and mobile phones and may be used during all phases of flight when in airplane mode including taxi, takeoff, and landing. However, if using them during taxi, takeoff, and landing, you must secure these devices by holding them, putting them in your pocket or holster, or placing them in a seatback pocket.

2) Large authorized PEDs are devices 2 pounds or more such as full-size laptops. They must be turned off and stowed during taxi, takeoff, and landing. You may stow them under the seat in front of you or in an overhead compartment. These devices may be used above 10,000 feet when authorized by a Flight Attendant announcement.

3) On all flights operating outside U.S. airspace, PEDs cannot be used during taxi, takeoff, and landing, but may be used in airplane mode above 10,000 feet when authorized by a Flight Attendant announcement.

E. Sound Emitting Devices - Portable electronic devices that emit sound (e.g., music or video players or games) may be used only with headphones and provided the sound, even via the headphones, cannot be heard by others.

F. Codeshare Flights – The baggage policy of the airline on which a passenger originally booked the codeshare flight will apply to the entire itinerary.

## 14. Conditions and Charges for Special Items

The following items are accepted as checked or carry-on baggage, subject to the conditions specified and payment of applicable fees.

*NOTE: Refer to the Sports Equipment and Special/Fragile Items chart hosted at www.FlyFrontier.com for other items which have specific packaging or other requirements which need to be met in order to be transported by air. All items listed on the Sports Equipment and Special/Fragile Items chart are subject to baggage fees. Baggage fees for excess, oversize, and overweight are cumulative and all may be assessed on one item.*

A. Firearms – Firearms are accepted as checked baggage on flights within the United States, but not international flights. Carriage of any firearm is subject to the following conditions:

1) In accordance with federal law, a passenger who presents baggage that contains a firearm must (i) ensure the firearm is unloaded, (ii) pack the firearm in a lockable, hard-sided container, (iii) declare the firearm unloaded at the time of check-in, and (iv) sign a "Firearms Unloaded" declaration.



2) If the firearm is in a locked, hard-sided container INSIDE a piece of checked baggage, the declaration must be placed inside the checked baggage and proximate to, but not inside of, that container.

3) If the firearm is in a locked, hard-sided container, but NOT INSIDE a piece of checked baggage, the declaration must be placed inside the container.

4) After screening, the passenger must lock the firearm container and retain the key or combination.

5) The passenger must make arrangements for and assume full responsibility for complying with any applicable laws, customs and government regulations, or restrictions of the state or territory to which the firearm is being transported.

B. Ammunition - Ammunition for firearms (whether or not the firearm is also being carried) is accepted as checked baggage on flights within the United States, but not international flights, subject to the following conditions:

1) The ammunition must be securely packed in the original manufacturer's packaging, fiber (such as cardboard), wood, or metal boxes or other sturdy and durable packaging providing sufficient cartridge separation.

2) Each passenger is allowed up to 11 pounds (4.9 kilograms) of ammunition.

3) Loaded ammunition clips and magazines must also be securely boxed.

4) Ammunition may be packed with the firearm.

C. Live Animals – Frontier accepts live animals only in the cabin of the aircraft, not as checked baggage. The transportation of live animals is subject to fees for carriage and the terms and conditions below.

EXCEPTION: See separate rules with respect to service animals referred to in 6. Service Animals.

1) Only the following animals are permitted:

a) Domestic Flights – Domesticated dogs, cats, rabbits, guinea pigs, hamsters, or small household birds.

b) International Flights – Domesticated dogs and cats.

2) The passengers carrying the animal are responsible for making arrangements and assuming full responsibility for complying with any applicable laws, customs and other governmental regulations, requirements or restrictions of the country, state or territory to which the animal is being transported.

3) The passengers carrying the animal are responsible for paying any import/export fees, duties, or taxes that may apply as well as any fines for failing to comply with applicable law.

4) International - Restrictions for travel with an animal to international destinations vary by country. Frontier recommends contacting the appropriate embassy or consulate before purchasing a ticket for travel.

5) The passengers carrying the animal are responsible for making advance reservations because no more than ten pet containers will be accepted per flight.

6) No passenger may carry more than one pet container.

7) The animal must remain in a pet container at all times and may not be fed while onboard the aircraft.

8) The pet container must be large enough for the pet to stand, turn around, and lie down in a natural position and fit underneath the seat in front of the passenger.

9) The animal may not disrupt other passengers and the passenger must be able to quiet the animal without removing it from the container.

10) The container counts toward the carry-on baggage allowance.

11) No oxygen will be administered to an animal in the event of an emergency.



D. Human Remains:

1) Crematory remains (human or animal) may be transported as carry-on or checked baggage subject to the following conditions:

a) The container must be made of a material such as wood or plastic that can be successfully screened by the TSA. If the container cannot be screened, it will not be allowed.

b) If the container is checked, it must be sufficiently packaged in a well-insulated and sturdy container.

c) If the container is carried onboard the flight, it counts toward the passenger's carry-on allowance and it must meet carry-on baggage dimensions.

2) Human remains in caskets are not accepted.

E. Dry Ice (frozen carbon dioxide) – Dry ice may be carried under the following conditions:

1) A maximum of 5.5 pounds (2.5 kilograms) of dry ice per passenger is accepted in checked or carry-on baggage.

2) The cooler or package must permit the release of carbon dioxide gas. Styrofoam containers are not accepted.

F. Bicycle - Bicycles may be carried under the following conditions:

1) The handlebars must be fixed sideways, and the pedals removed or wrapped in plastic foam or similar material and the entire bicycle is encased in a hard-sided case.

2) Bicycles may only be carried as checked baggage.

3) A fee applies for each bicycle checked as baggage.

4) Bicycles are excluded from baggage liability unless packaged in a hard-sided case.

G. Special Items - The following items may exceed carry-on baggage dimensions but may be taken as a carry-on item (and count toward the carry-on bag allowance) as long as they fit in the overhead bin: fishing rods, tennis rackets, wedding attire, poster tubes, and musical instruments. If any such items are comprised of more than one piece, they must be packaged together to be considered one item. The carry-on bag fee applies.

H. Codeshare Flights – The baggage policy of the airline on which a passenger originally booked the codeshare flight will apply to the entire itinerary.

## 15. Limitations of Liability

A. Consequential Damages – Unless it is specifically stated otherwise in this Contract of Carriage, or as required by any applicable law, Frontier is not liable for any indirect, special, or consequential damages arising out of or resulting from transportation provided, delay in transportation, or any failure to provide transportation.

B. International Transportation – With respect to international transportation, as defined in the following referenced conventions, as applicable, Frontier's liability will be limited as specified in, as and if applicable, (i) the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, October 12, 1929, as amended ("Warsaw Convention"), but subject to the Agreement entered into by Frontier pursuant to 14 C.F.R. Part 203 or (ii) the Convention for the Unification of Certain Rules for International Carriage by Air, signed at Montreal, May 28, 1999 ("Montreal Convention").



## 16. Claim Limits and Procedures

A. Limitations of Liability

1) Domestic Flights – With respect to domestic flights (i.e., those flights originating and ending within the United States) without any scheduled stops outside of the United States, or international flights to which neither the Warsaw Convention or the Montreal Convention apply, Frontier's limit of liability, if any, for the loss, damage or delay in the carriage of checked baggage shall be limited to $3,800 for all bags checked under a single ticketed passenger's name. Frontier will not be liable for:

i) The following items included in checked baggage, with or without the knowledge of Frontier:

- alcohol
- antiques
- art, paintings
- art supplies
- artifacts
- bags made from lightweight material not designed for shipping
- blueprints
- books
- business documents
- CDs
- cell phones
- Cigars, cigarettes, electronic cigarettes, vape pens
- collectibles
- computer equipment (including hardware, software and all accessories)
- dentures
- drugs prohibited by federal or state law
- DVDs
- eyeglasses
- files
- food/perishables
- fragile articles or other similar valuable items and commercial effects
- hand and power tools
- heirlooms
- irreplaceable items
- jewelry
- keys
- machinery and its parts
- manuscripts
- medication
- money
- natural fur products
- negotiable papers/ instruments
- optics
- orthodontics
- orthotics
- photographic/video/ electronic equipment and accessories
- precious metals or stones
- publications
- samples
- securities
- silverware
- sound reproduction equipment
- sunglasses
- surgical supports
- toys

ii) Articles strapped, taped, or tied to other pieces of baggage, which may become separated as a result of normal handling during transportation

iii) Damage to the following items when not packed in a hard-sided case or other packing that is suitable for the item:

- Prosthetic devices
- Medical equipment
- Musical instruments
- Recreational or sporting equipment
- Baby items including car seats and strollers

iv) Damage to handles, straps, wheels, and zippers arising from normal wear and tear caused by ordinary handling of baggage

v) Damage arising from ordinary wear and tear, such as cuts, scratches, scuffs, stains, dents, punctures, marks, and dirt



vi) Damage resulting from over-packing or misuse

vii) Damage arising from liquids on or in baggage; including weather (e.g., rain, snow)

2) International Flights/Montreal Convention – With respect to international flights to which the Montreal Convention applies, Frontier's limit of liability, if any, for the loss, damage or delay in the carriage of baggage (whether checked or carry-on) shall be limited to 1,288 Special Drawing Rights per ticketed passenger. The conversion rate, available at www.imf.org, in effect on the date of loss will be used for determining maximum liability amount.

3) International Flights/Warsaw Convention – With respect to international flights to which the Warsaw Convention applies, Frontier's limit of liability, if any, for the loss, damage or delay of (i) checked baggage shall be limited to 17 Special Drawing Rights per pound, or actual value, whichever is less, (ii) carry-on baggage shall be limited to 332 Special Drawing Rights or actual value, whichever is less. The conversion rate, available at www.imf.org, in effect on the date of loss will be used for determining maximum liability amount. Absent evidence to the contrary, bags will be presumed to weigh 20 pounds.

4) Frontier does not accept declarations of higher value or accept fees based on such declarations.

5) Subject to the above specified limits of liability, Frontier will compensate a passenger whose baggage has been lost, damaged or delayed for reasonable, documented direct damages up to the specified limit of liability, provided the passenger has made reasonable effort to minimize the amount of damage and provided documentation of the loss. The compensation due for lost or damaged property will be determined by the lesser of the documented original purchase price less applicable depreciation or the cost to make repairs.

6) Frontier's liability for wheelchairs, mobility aids, and assistive devices used by a passenger with a disability if lost or damaged by Frontier shall be up to the original purchase price of the device without regard to the above limitations of liability.

7) Passengers who incur incidental expenses as a result of delayed baggage delivery will be reimbursed per established DOT guidelines, subject to the above limitations of liability (as applicable). Any amounts paid to the passenger for incidental expenses will be deducted from the total loss amount prior to check issuance.

8) Frontier will not be liable for loss or damage to carry-on baggage unless such damage is caused by Frontier's or its agent's negligence, which does not include damage resulting from turbulence, shifting of items during flight, or ordinary handling, including placing the baggage in overhead compartments or under seats.

9) Frontier's employees and agents are not liable to passengers.

B. Time Limit to Make Claims and Procedures

1) With respect to domestic flights and those international flights to which the Montreal Convention does not apply, any claim based on damage, delay, or loss of baggage must be reported to Frontier within 4 hours of the arrival of the flight on which the loss or damage is claimed to have occurred. Claims for pilferage may be made up to 24 hours after flight arrival. Any documentation required to support the claim must be submitted within 30 days from the date the requesting passenger receives the claim form packet from Frontier; Frontier will not be liable if the completed claims are not submitted, with documentation, within that time period.



2) With respect to international flights to which the Montreal Convention applies, in the case of baggage damage, the person entitled to delivery must submit in writing to Frontier as soon as possible after discovery of the damage, and at the latest in writing 7 days from receipt of checked baggage and in the case of delay or loss, complaints must be made at the latest within 21 days from the date on which the baggage has been placed at the passenger's disposal or should have been placed at the passenger's disposal in the case of loss. All claims must be made in writing and must be accompanied by supporting documentation. Any subsequent request for documentation from Frontier must be provided to Frontier within 21 days of the request.

## 17. Failure to Operate on Schedule or Failure to Carry

A. Liability Limited - Frontier will use reasonable efforts to transport passengers and baggage to the purchased destination, but published schedules, flight times, aircraft types, seat assignments, and similar details set forth in the ticket or Frontier's published schedules are not guaranteed and form no part of this Contract of Carriage. Frontier may substitute alternate aircraft, change schedules, delay or cancel flights, change seat assignments, and alter or omit stopping places shown on the ticket as required by its operations in Frontier's sole discretion. Frontier's obligations for failure to operate any flight, failure to operate a flight according to its schedule, or for changing the schedule or type of equipment used on any flight, with or without notice to the passenger, are set forth below.

B. Force Majeure - In the occurrence of a force majeure event, Frontier may cancel, divert, or delay any flight without liability except to provide a refund for the unused portion of the ticket.

C. Delay, Misconnection, or Cancellation - In the event (i) a passenger's flight is canceled, (ii) a passenger is denied boarding because an aircraft with lesser capacity is substituted, (iii) a passenger misses a connecting Frontier flight due to a delay or cancellation of a Frontier flight (but not flights of other carriers), (iv) a passenger is delivered to a different destination because of the omission of a scheduled stop to which the passenger held a ticket, to the extent possible, Frontier will provide transportation on its own flights at no additional charge to the passenger's original destination or equivalent destination as provided herein. Frontier will have no obligation to provide transportation on another carrier. If Frontier cannot provide the foregoing transportation, Frontier shall, if requested, provide a refund for the unused portion of the passenger's ticket in lieu of the transportation under the foregoing. The foregoing shall be the limit of Frontier's liability for the matters covered by this provision.

D. For purposes of involuntary reroute (a diversion), use this link https://www.flyfrontier.com/travel/travel-info/travel-policies#same-day-flight-changes and see under the title Same Day Flight Changes section of the flyfrontier.com page for the groups of cities that are considered to be the same point. If Frontier is able to provide transportation to one of the specified alternative cities, Frontier has met its obligation for transport to the final destination.

E. Schedule Change Prior to Day of Travel -- When a passenger's itinerary is changed because of a modification in Frontier's schedule, arrangements will be made to:

1) Transport the passenger over its own route system to the destination; or

2) In the event Frontier determines that the schedule modification is significant, Frontier shall, if requested, provide passengers a refund of the cost of the unused portion of the ticket.



F. Extended Onboard Ground Delays – In accordance with FAA regulations, Frontier maintains and complies with a separate Contingency Plan for Lengthy Tarmac Delays. Frontier's Contingency Plan for Lengthy Tarmac Delays may be found on Frontier's website at https://az832049.vo.msecnd.net/media/1567/f9-contingency-plan-for-extended-tarmac-delays-2015.pdf. Frontier's Contingency Plan for Lengthy Tarmac Delays is subject to change without notice and is not part of this Contract of Carriage.

## 18. Denied Boarding Compensation

When a seat cannot be provided due to an inadequate number of seats for the number of passengers holding confirmed reservations (overbooking), the actions described in this section will be taken.

A. Voluntary – Passengers on a flight with an overbooking will be encouraged to voluntarily relinquish their seats in exchange for alternate travel and for compensation in the form of an Electronic Travel Voucher for future transportation to be booked within 365 days on Frontier. The request and selection of volunteers will be in a manner determined solely by Frontier.

B. Involuntary – If insufficient passengers volunteer, passengers who cannot be accommodated on the flight will be denied boarding and Frontier will provide transportation on a Frontier flight to the same destination. After a passenger's boarding pass is collected or scanned and accepted by the gate agent, and the passenger has boarded, a passenger may be removed from a flight only for safety or security reasons or in accordance with Section 3 of this Contract of Carriage.

C. Amount of Compensation – Frontier will compensate a passenger for involuntary-denied boarding based on the new arrival time after the originally scheduled arrival time as follows:

| Domestic | International | Compensation |
|---|---|---|
| New arrival time within :59 | New arrival time within :59 | No Compensation |
| New arrival time within 1 - 1:59 | New arrival time within 1 - 3:59 | 200% (2x) of the one-way fare, not to exceed $775 |
| New arrival time 2 hours or more | New arrival time 4 hours or more | 400% (4x) of the one-way fare, not to exceed $1550 |

*NOTE 1: Frontier is not obligated to provide compensation for denied boarding when an aircraft of lesser capacity is substituted due to operational or safety reasons.*

*NOTE 2: No compensation will be due if boarding is denied for reasons other than overbooking (e.g., pursuant to applicable law or other provisions of this Contract of Carriage).*

D. Onward Transportation for Passengers Denied Boarding

1) A passenger denied boarding, voluntarily or involuntarily, pursuant to this section, will be transported on Frontier's next available flight on which space is available and at no additional charge.

2) If a passenger who has been denied boarding, voluntarily or involuntarily, pursuant to this section, wishes to modify the travel date, if space is available, a ticket will be provided for travel within 72 hours at no additional charge.

E. Electronic Travel Voucher



1) Involuntary Denied Boarding - Frontier may offer passengers denied boarding involuntarily an Electronic Travel Voucher good for transportation on Frontier in lieu of cash compensation otherwise due under this section. Passengers may decline such offer in favor of the applicable cash compensation. The Electronic Travel Voucher has no refund value, will expire 365 days from date of issuance, is not transferable, cannot be applied to group travel (more than nine passengers on a booking), and may be used towards a booking with multiple people as long as the passenger to whom it is issued is present in the same booking. Electronic Travel Vouchers can be applied to ancillary services (e.g., seats, baggage), fees, and taxes. If a ticket purchased with an Electronic Travel Voucher costs less than the amount of the voucher, no residual value remains. Changes to a ticket purchased with an Electronic Travel Voucher may result in a change fee and any additional fare difference based on the rules of the issued ticket.

2) Voluntary Denied Boarding - Frontier may offer passengers who volunteer for denied boarding an Electronic Travel Voucher good for transportation on Frontier. The Electronic Travel Voucher has no refund value, will expire 365 days from date of issuance, is not transferable, cannot be applied to group travel (more than nine passengers on a booking), and may be used towards a booking with multiple people as long as the passenger to whom it is issued is present in the booking. Electronic Travel Vouchers can be applied to ancillary services (e.g., seats, baggage) and fees; no taxes will be covered by the Electronic Travel Voucher. If a ticket purchased with an Electronic Travel Voucher costs less than the amount of the voucher, no residual value remains. Changes to a ticket purchased with an Electronic Travel Voucher may result in a change fee and any additional fare difference based on the rules of the issued ticket.

F. Time of Offer and Payment of Compensation

1) The offer of compensation for overbooking will be made by Frontier on the day and at the place where the failure to provide confirmed space occurred. If accepted, compensation will be given to the passenger. If the alternative transportation arranged for the passenger's convenience departs before the payment can be made, payment will be made by mail or other means within 24 hours after the denied boarding occurs.

2) Acceptance of any Denied Boarding Compensation constitutes full compensation for damages incurred by the passenger as a result of Frontier's failure to provide the passenger with a confirmed seat.

## 19. Refunds; No-Show Cancellations and Service Charges

A. The provisions of this Section (20.A) shall apply with respect to refunds for tickets under this Contract of Carriage:

1) All refunds will be subject to government laws, rules, regulations, or orders of the country in which the ticket was originally purchased and of the country in which the refund is being made.

2) The first portion of any amount refunded will be the full amount of government-imposed taxes and fees, as well as certain carrier charges applied to the ticket purchase.

3) If applicable, cancellation fees or service charges will be assessed in a separate transaction and netted against the refunded amount.

4) No Use - If no portion of the ticket has been used, the refund amount will be equal to the fare, plus any ancillary purchases (checked or carry-on bag, seat assignments, etc.), all government-imposed charges, taxes, and fees, and certain carrier charges paid for the ticket issued to the passenger.

5) Partial use - If a portion of the ticket has been used:



a) One-way ticket: If travel was terminated at an intermediate or stopover point, the refund amount will be equal to the amount of the fare and all ancillary purchases (checked or carry-on bag, seat assignments, etc.) paid from the point of termination to the destination or to the point at which transportation is to resume and will be the lowest one-way fare for the class of service paid for minus any discount, plus all government-imposed charges, taxes, and fees and certain carrier charges, as proportionately attributable, which shall be reasonably determined by Frontier.

b) Round-trip ticket purchased: the refund amount will be equal to the amount of the fare and ancillary purchases (checked or carry-on bag, seat assignments, etc.) paid on the unused portion of the ticket, plus all government-imposed charges, taxes, and fees and certain carrier charges, as proportionately attributable, which shall be reasonably determined by Frontier.

B. In addition to the provisions of Section 20.A, in situations other than No-Show Cancellations, the provisions of this Section (20.B) shall apply with respect to refunds for tickets under this Contract of Carriage:

1) For refundable tickets that are canceled prior to flight departure, passengers should fill out an online request, available at www.FlyFrontier.com.

2) For tickets that are canceled up to 24 hours after the time of purchase (excluding tickets purchased within seven days before travel, which will be held as a credit, less the applicable cancellation fee and certain carrier charges), passengers should cancel their tickets online at www.FlyFrontier.com.

3) Payment - A refund will be provided only to the original purchaser's form of payment. However, if, at the time of the application for refund, evidence is submitted that a company purchased the ticket on behalf of its employee or a travel agency has made a refund to its client, the refund will be made directly to the employee's company or the travel agency. The Table below illustrates other rules respecting payment:

| Payment Type | Refunded To |
|---|---|
| Universal Air Travel Plan | The subscriber against whose account the ticket was charged |
| Transportation Request issued by a government agency other than a U.S. government agency | The government agency that issued the transportation request |
| U.S. Government Transportation Request | The U.S. government agency that issued the U.S. Government Transportation Request with a check payable to the "Treasurer of the United States" |
| Card | The account of the person to whom the credit or debit card was issued |
| Electronic Travel Voucher | The original voucher value will be reinstated if the cancellation is within 90 days of the voucher issue date |

4) Identity - Frontier does not assume responsibility to confirm that the person using or presenting a ticket for refund is the true owner of the ticket.

C. In situations involving a No-Show Cancellation, in addition to the provisions of Section 20.A, the provisions of this Section (20.C) shall apply with respect to refunds for tickets under this Contract of Carriage.

1) Automatic Refund; No Additional Submission Required – In the case of a No-Show Cancellation, the refund described in Section 20.A shall be automatically refunded to the purchaser.

2) Automatic Imposition of a No-Show Cancellation Service Charge.



a) Refund – The refund described in Section 20.A shall be given, but will be netted against the No-Show Cancellation Service Charge in a separate transaction.

b) Imposition of a No-Show Cancellation Service Charge – A No-Show Cancellation Service Charge will apply with respect to the ticket (or the segment for which the No-Show Cancellation applies) in the amount of the fare plus all ancillary purchases plus all government-imposed charges, taxes and fees and certain carrier charges attributable to the fare and ancillary purchases.

c) The payment of the No-Show Cancellation Service Charge shall not entitle the purchaser (and, if different, the passenger or other party to whom a refund would otherwise be due) to transportation.

D. To the extent required by applicable law, including Code § 6415(a) and the regulations promulgated thereunder, the purchaser (and, if different, the passenger or other party to whom a refund would otherwise be due) hereby consents to Frontier recovering any allowance of a credit or refund of any overpayment of governmental fees or tax imposed, including pursuant to Code § 4261, including in each case which overpayment arises directly or indirectly as a result of a No-Show Cancellation as contemplated in this Contract of Carriage.

## 20. Currency and Mode of Payment and Fees

A. Fares, fees, charges, and taxes charged or collected by Frontier are due in United States dollars, except for bookings made through available Canadian online travel sites, which are due in Canadian dollars. Any purchases made in connection with such bookings would also be due in Canadian dollars.

B. All amounts due to Frontier must be paid with a credit or debit card; Frontier may require that each passenger have a card on file with Frontier to purchase a ticket and complete transport on Frontier. Frontier does not accept cash for any transactions, including those on Frontier's aircraft, except that Frontier may accept cash at certain international locations.

C. Frontier does not accept personal checks, traveler's checks, certified (cashier's) checks, or money orders.

D. A service charge will apply to any improper chargeback on a credit or debit card and may be charged to the same card via which the chargeback is made.

## 21. Miscellaneous

A. Subordination to Law - In all cases, this Contract of Carriage will be subordinate to any applicable law.

B. Metric References - Conversion of British units to metric units are approximate and for reference only. The British unit will apply.

C. Change Without Notice - Except as may be required by applicable laws, government regulations, orders, and requirements, Frontier reserves the right to amend this Contract of Carriage without notice, provided that no such change shall apply to carriage that has commenced.

D. No Waiver/Modification of Terms - No employee or agent of Frontier has the authority to waive, modify, or alter any provisions of the Contract of Carriage unless authorized by a corporate officer of Frontier. Accommodations provided beyond what is required by the Contract of Carriage do not alter the Contract of Carriage. Frontier's employees and agents, including third party travel agents and online travel sites, are only authorized to sell tickets for air transportation on Frontier subject to the Contract of Carriage.



E. Changes in Rules, Fares, and Charges - Unless otherwise provided within specific fare rules, transportation is subject to the rules, fares, and charges in effect on the date a ticket is issued, determined by the validation stamped or imprinted on the ticket, or valid electronic ticket.

F. Use of Images - Passengers (or in the case of minors, their parents or legal guardians) consent to the unpaid use of any photos, videos, or other images taken of them by or for Frontier, for advertising or marketing purposes.

G. Taxes and Charges - When the ticket is issued for the effective date, all government, airport, vendor, or other charges that apply to passenger travel into foreign countries are the responsibility of the passenger to whom the ticket was originally issued and are in addition to the published fare and charges.

H. Fares/Charges - Specific fares and charges information is available through Frontier reservations offices and at www.FlyFrontier.com.

I. No Class Action - Any case brought pursuant to this Contract of Carriage, Frontier's Tarmac Delay Plan, or Frontier's Customer Service Plan may be brought in a party's individual capacity and not as a plaintiff or class member in any purported class or representative proceeding.

J. Time Limit for Action - No legal action may be brought by a passenger against Frontier unless commenced within 6 months from the date of the alleged incident.

K. Choice of Law - This Contract of Carriage will be governed by and construed in accordance with the laws of the United States of America and the State of Colorado without regard to conflict of law principles or law. All right to trial by jury in any action, proceeding or counterclaim arising out of or in connection with this Contract of Carriage is irrevocably waived.

L. Codeshare Flights – Except for baggage policies (see section 12. , section 13. , and section 14. ), the policies, rules, and procedures of the operating airline will apply on any codeshare flight.

# Exhibit C

# BUY BAGS NOW & SAVE LATER

Everything you need to know when it comes to traveling with your stuff. Haven't purchased your bags yet? Not a problem! You can buy your carry-on and checked bags after your initial flight purchase. Remember that you can save a lot by purchasing your bags early.



**Personal Item**

One Included

Size: 14"H X 18"W X 8"D including handles, wheels and straps

Think purses, totes, computer bags, briefcases, diaper bags and kids backpacks

NOTE: **The size of your personal item will be checked during boarding. Items larger than the allowed dimensions are subject to an additional charge.**



**Carry-On**

The cheapest time to buy is at initial booking! See Pricing

Size: 24"H X 16"W X 10"D and < 35lbs including handles, wheels and straps

Think large backpacks, small duffel bags, and small suitcases/wheeled bags

Included with the WORKS℠



**Carry-On & Board First**

With our Board First option, you will get to board the plane before Zone 1. Just add the option when purchasing your carry-on bag! See pricing



**Checked Bag**

Buy up to 45 min before domestic (60 min international) flights! See Pricing

Size: 62 linear inches and < 40lbs.

Think large duffel bags, large suitcases and sporting equipment

1 Included with the WORKS℠

Click here for FAQ's and more information on special items, including sporting/musical equipment and firearms, or for assistance with a delayed or damaged bag or missing items."

# Exhibit D




## BAG PRICES

Per Person / Per Direction

| | During Booking on Web / Mobile App *No longer available* | Before Check-In on Web / Mobile App | At Check-In on Web / Mobile App | At Airport Kiosk or Ticket Counter | At Airport Boarding Gate | Customer Support Agent |
|---|---|---|---|---|---|---|
| Carry On | $55 | BEST VALUE $64 | $64 | $79 | $99 | $79 |
| 1st Checked | $55 | BEST VALUE $64 | $64 | $79 | $99 | $79 |
| 2nd Checked | $75 | $84 | $84 | $89 | N/A | $89 |
| 3 + Checked price per bag | $95 | $104 | $104 | $95 | N/A | $95 |

**1 Personal item is included**

*All prices are per person, per direction. Prices are valid for this browser session ONLY. To lock in these prices, you must complete your booking before your session expires. If you did not complete all sections of this form, or your actual booking varies from the information you provided, then your prices may be different from those listed above. In some instances, a government tax may be applied to your baggage price, which will be reflected in the total price quoted to you before you book. All Elite members may bring a carry-on bag for free, and all passengers on an Elite 100k members booking may bring a carry-on bag and/or may check one bag for free. Active duty military passengers, subject to verification, may bring one carry-on bag and/or may check up to two bags, which may be oversized and/or overweight, for free. This benefit does not extend to family members or other traveling companions.

*A service charge of up to $25 per person per direction applies to all agent assisted transactions.*

NEED TO UPGRADE YOUR BAG WEIGHT?

Plan on doing a little shopping on your trip? You can upgrade your checked bag weight from 41-50 lbs and 51-99 lbs on our website and mobile app

Click here for more pricing information

Bag Prices for Existing Trip | Bag Prices for New Trip

BAG PRICE CHECKER *Required Fields

Roundtrip One Way

From * Atlanta, Georgia (ATL)

To * Denver, Colorado (DEN)

Depart Date * 10/30/2023

Return Date * 10/31/2023

Travelers * 1 Adult

Currency USD

Yes, I accept the Bag Price Terms

I understand that if I already booked, my prices may vary from those below. The only way to get accurate pricing is to enter the flight confirmation #, or visit "Manage My Booking" to view prices & buy bags.

CHECK BAG PRICES

Carry On Bag
10"D X 16"W X 24"H
< 35 lbs

Checked Bag
62 Linear Inches
< 40 LBS

Personal Item
8"D X 18"W X 14"H
Personal item size will be checked during boarding

VIEW BAG PRICES FOR:

Departure Time (ATL > DEN) 05:55 AM (10 Hrs 31 Min)

Return Time (DEN > ATL) 12:20 AM (12 Hrs 57 Min)

SEARCH

BAG PRICES

Per Person / Per Direction

| | During Booking on Web / Mobile App | Before Check-In on Web / Mobile App | At Check-In on Web / Mobile App | At Airport Kiosk or Ticket Counter | At Airport Boarding Gate | Customer Support Agent |
|---|---|---|---|---|---|---|
| Carry On | BEST VALUE ~~$60~~ $53 | BEST VALUE $63 | $63 | $79 | $99 | $79 |
| 1st Checked | BEST VALUE $53 | BEST VALUE $63 | $63 | $79 | $99 | $79 |
| 2nd Checked | $73 | $83 | $83 | $89 | N/A | $89 |
| 3 + Checked price per bag | $93 | $103 | $103 | $95 | N/A | $95 |

1 Personal item is included

*All prices are per person, per direction. Prices are valid for this browser session ONLY. To lock in these prices, you must complete your booking before your session expires. If you did not complete all sections of this form, or your actual booking varies from the information you provided, then your prices may be different from those listed above. In some instances, a government tax may be applied to your baggage price, which will be reflected in the total price quoted to you before you book. All Elite members may bring a carry-on bag for free, and all passengers on an Elite 100k members booking may bring a carry-on bag and/or may check one bag for free. Active duty military passengers, subject to verification, may bring one carry-on bag and/or may check up to two bags, which may be oversized and/or overweight, for free. This benefit does not extend to family members or other traveling companions.

*A service charge of up to $25 per person per direction applies to all agent assisted transactions.*

# Exhibit E

## 1. Passenger Flight Selection



## 2. Passenger Information Entry



## 3. Bundling Options



## 4. Seat Selection



## 5. Baggage Selection





YOUR BAG SUMMARY
BAG TOTAL : $0
total for all passengers and flights
Baggage Total Details [+]
Baggage Policy Info
TAKE CARE WHEN PACKING
Some everyday products can be dangerous when transported on the aircraft. Please ensure the following prohibited hazardous materials are left at home:
Fireworks
Weapons
Flammables
Corrosives
Compressed Gas
Household Items
Lithium Batteries
Other Dangerous Items
Find more information at FAA.gov
By clicking continue, I agree to the above hazardous material policy.
Back to Previous Step
CONTINUE

HANG ON
Are you sure you don't need a carry-on bag?
Now is the cheapest time to buy a carry-on
The size of your one included personal item will be checked during boarding. Items larger than the allowed dimensions are subject to additional charge
Save $11 compared to the bag price at Check-In
I DON'T NEED A CARRY-ON
ADD A CARRY-ON

## 6. Add-On Options



## 7. Payment and Acceptance of Contract of Carriage





EXTRAS [view]
Subtotal: $0.00
Taxes and Carrier Imposed Fees [+]
TOTAL PAYMENT DUE
$177.96
*Required fields
Payment Information
We Accept:
VISA
UATP
or
NOT AVAILABLE
Cardholder Name*
Card Number*
XXXX-XXXX-XXXX-XXXX
Expiration Date*
month
year
CVC/CVV/CID*
Add Additional Payment
Earn 20,000 Bonus Miles
plus
$200 Statement Credit
Your Total $177.96
Future Credit Card Statement Credit -$200
New Total After Credit $0.00
NEW
FRONTIER
APPLY NOW!
$89 Annual Fee | See Terms & Conditions
Billing Information
Same as contact information
Address 1*
Address 2
Country of Residence*
United States of America
Zip Code*
30236
City*
State*
Email Address*
none@none.com
You are agreeing to the terms & conditions in Frontier's Contract of Carriage, Change & Cancellation & Baggage Policies. All bookings are refundable within 24 hours of booking for flights over 7 days from departure. Outside of the said window, the booking is considered non-refundable and is subject to the Change & Cancellation Policies.
Book with confidence!
Cancel for free within 24 hours of booking



You are agreeing to the terms & conditions in Frontier's Contract of Carriage, Change & Cancellation & Baggage Policies. All bookings are refundable within 24 hours of booking for flights over 7 days from departure. Outside of the said window, the booking is considered non-refundable and is subject to the Change & Cancellation Policies.
Book with confidence!
Cancel for free within 24 hours of booking
Back to Previous Step
PURCHASE & ACCEPT
You are agreeing to the terms & conditions in Frontier's Contract of Carriage, Change & Cancellation & Baggage Policies. All bookings are refundable within 24 hours of booking for flights over 7 days from departure. Outside of the said window, the booking is considered non-refundable and is subject to the Change & Cancellation Policies.
Book with confidence!
Cancel for free within 24 hours of booking
Back to Previous Step
PURCHASE & ACCEPT

# Exhibit F



Buy bags now!
Upgrade Myriah's bag weight:
No Increase
Increase bags to 41-50 lbs - $75
Increase bags up to 99 lbs - $100
FREE PERSONAL ITEM
1 included per passenger, per direction
Recommended for You
Our Best Deal!
UPGRADE TO THE WOR
You'll get
One Carry-On Bag & One Checked Bag!
Plus you'll get
Reserved Seating, Board First℠, Flight Fle
YOU CAN
SAVE $576 TODAY!
BUNDLE & SAVE $576!
MORE INFO
PERSONAL ITEM
PRICES
Free: 1 personal item per passenger, per direction is included in your ticket price.
SIZE
Personal items can be no larger than 14 in. long, 18 in. wide and 8 inches deep (including handles, wheels and straps). It must be placed under the seat in front of you.
Please Note: If your personal item exceeds these measurements you will be charged a carry-on bag fee at the gate.
STROLLERS, CAR SEATS & DIAPER BAGS
Strollers, car seats and diaper bags (when traveling with an infant) are exempt from bag charges.
Please Note: If you are bringing a car seat in cabin make sure it is FAA approved.
WHAT TO AVOID PACKING
Liquids: If you are bringing liquids (liquids, creams, gels or pastes) in your carry-on bag be sure they are in 3.4 ounces (100 ml) or smaller containers. Additionally, all liquid must fit in a quart sized bag. Please visit TSA liquid rules for more information.
Hazardous Items: The following hazardous items are prohibited: aerosol, ammunition/weapons, corrosives, explosives, flammables, lithium batteries, oxidizers, radioactive and toxins. Please visit FAA.gov for more information.
RETURN TO MY BOOKING

# Exhibit G



# PURCHASE CONFIRMATION

Thank you for your purchase with us!

Your flight confirmation code is: 

You can check-in and retrieve your boarding pass 24 hours before your flight.

Need to update or cancel/change your flight?

 ACCESS YOUR BOOKING

## PURCHASE SUMMARY

**AMOUNT PAID: $258.56**

## FLIGHTS

Subtotal: $203.56

### DEPARTING FLIGHT 100

**Atlanta (ATL) to San Juan (SJU)**

Depart: 2/9/2023 4:29 PM | Arrive: 2/9/2023 9:11 PM
Total Duration: 3 hr 42 min



### RETURNING FLIGHT 101

San Juan (SJU) to Atlanta (ATL)

Depart: 2/12/2023 6:00 AM | Arrive: 2/12/2023 9:09 AM
Total Duration: 4 hr 9 min

## PASSENGERS

### ADULT(S)

1 - [redacted]

Not a *FRONTIER Miles*℠ Member? Sign Up!

## BUNDLE IT

### BUNDLE AND SAVE

Add the PERKS℠ Bundle and save!

Buy Now And Save!
You get: 1 Carry-on, 1 Checked Bag & Seat Assignment

## SERVICES

Subtotal: $0.00

### Self-Service

$0.00 | No Pre-Purchased Airport Agent Assistance

FREE - You have chosen Self-Service and will not need assistance from an airport agent.



Please download our mobile app or visit flyfrontier.com.

If you prefer Agent Assistance at the airport ticket counter for things like checking in and printing your boarding pass, you may purchase that now. See exclusions.

Reminder, bags and seats cost more at the airport.

**SEATS** Subtotal: $55.00

**SEATS - ATL to SJU**

1 - [redacted]

Seat Assignment: 5A

**SEATS - SJU to ATL**

1 - [redacted]

Seat Assignment: 10F

**BAGS** Subtotal: $0.00

**NEW: Checked Bags Limited to 40lbs**

**BAGS - ATL to SJU**

1 - [redacted]

Carry-On | Qty 1

Checked | Qty 1

### BAGS - SJU to ATL

1 - [redacted]

Carry-On | Qty 1

Checked | Qty 1

LOOKING FOR TRAVEL INSURANCE?
Protect your trip with Travel Guard™ travel insurance

AIG

Be Prepared!
Pack a travel insurance plan.

GET A QUOTE

## PASSENGER OPTIONS & EXTRAS DETAIL

[redacted]

| | |
|---|---|
| Seat Assignment | $27.00 |
| Seat Assignment | $28.00 |

## TAXES AND CARRIER IMPOSED FEES

| | |
|---|---|
| Carrier Interface Charge *Non-Refundable | $18.40 |
| External Booking Fee*Non-Refundable | $1.00 |
| US Passenger Security Fee | $5.60 |
| SJU Passenger Facility Charge | $4.50 |
| Carrier Interface Charge *Non-Refundable | $18.40 |
| External Booking Fee*Non-Refundable | $1.00 |
| US Passenger Security Fee | $5.60 |
| ATL Passenger Facility Charge | $4.50 |

## PURCHASE TOTAL

| | |
|---|---|
| Airfare | $127.96 |
| Options | $55.00 |
| Total Discounts | -$25.60 |
| Taxes and Carrier-Imposed Fees | $101.20 |
| **Grand Total** | **$258.56** |

## PAYMENT: MASTERCARD

| | |
|---|---|
| **Total** | **$203.56** |
| Payment Date | 01-21-2023 |
| Payment Type | Mastercard |
| ***Approved*** | [redacted] |

## PAYMENT: VISA

| | |
|---|---|
| **Total** | **$55.00** |
| Payment Date | 01-21-2023 |
| Payment Type | VISA |
| ***Approved*** | [redacted] |

[redacted]

[redacted]

[redacted] redeem for up to 5 domestic one-way tickets with the FRONTIER Airlines World Mastercard® after qualifying account activity. Terms apply.

APPLY NOW
From MONEY. © 2023 Ad Practitioners, LLC. All rights reserved. Used under license.
BOOK A FLIGHT
ONLINE DEALS
MANAGE TRAVEL
FRONTIER
FRONTIER
CONNECT WITH US
DOWNLOAD THE APP
Download on the App Store
GET IT ON Google Play
You are receiving this email because of account activity with Frontier Airlines.
Privacy Policy
This message was sent to @myriah.monteneri@flyfrontier.com
©2023 Frontier Airlines. All Rights Reserved.
4545 Airport Way | Denver, CO 80239

AIRLINE PASSENGERS WITH DISABILITIES BILL OF RIGHTS

If you are a passenger with a disability and require special services, please review the Airline Passengers with Disabilities Bill of Rights for more information.

**Tips to assist with your travel planning:**

Save time at the airport: check in online within 24 hours of your departure.

Want more legroom? We have it! STRETCH seating is now available on all our airplanes. Learn More.

Rental Cars: Choose from Avis or Budget, all from one easy search! Rent a Car. Book Now.

Terms and Conditions

**IMPORTANT: By purchasing you have agreed to our terms and conditions and contract of carriage.**

You can add Checked and Carry-On Bag options, choose pre-assigned seats, and check the status of your flight on Frontier Airlines' mobile app: Android or iOS.

All passengers are permitted to take one personal item not to exceed 14" tall, 18" wide, and 8" deep on-board the aircraft with no additional charge. Visit our carry-on baggage page for details.

BAG OPTION PRICES:

| Purchase Location | Carry-On Bag | 1st Checked Bag | 2nd Checked Bag | >3+ Checked Bag |
|---|---|---|---|---|
| BEST VALUE! At booking on web/mobile | $0 | $0 | $69 | $89 |
| After booking and up to 24 hrs before departure on web/mobile | $0 | $0 | $71 | $91 |

| | | | | |
|---|---|---|---|---|
| Call Center | $79 | $79 | $89 | $95 |
| Web/mobile check-in | $0 | $0 | $79 | $99 |
| Airport ticket counter or self-serve kiosk | $79 | $79 | $89 | $95 |
| Departure gate | $99 | $99 for bags exceeding our size requirements | N/A | N/A |

All prices are per person, per direction.

Charges for seating upgrades are charged per flight, including connecting flights in the itinerary.

All Elite members may bring a large carry-on bag for free. All passengers on an Elite 100k members' booking may bring a large carry-on bag and/or may check one bag for free. Active military passengers, subject to verification, may bring one carry-on bag and/or may check up to two bags, which may be oversize and/or overweight, for free. This benefit does not extend to family members or other travelling companions.

PERSONAL ITEM: Personal items can be no larger than 14" tall, 18" wide, and 8" deep.

CARRY-ON BAG SPECIFICATIONS: Carry-On Bags can be no larger than 24" tall, 10" wide, and 16" long (including handles, wheels, and straps) and no heavier than 35 pounds. Any customer who arrives at the gate with a carry-on bag that exceeds the allowable dimensions will be charged the Checked Bag price to gate check the bag.

Any bags that exceed 62 linear inches (up to a maximum of 110 linear inches) will incur a $75 oversize fee per bag, per direction. Any bags weighing 41-50 pounds will be charged $50 per bag, per direction. Bags weighing 51-100 pounds will be charged $100 per bag, per direction. One bag may incur both an oversize and an overweight fee.

If you purchased your ticket at FlyFrontier.com or through our Reservations Department, you may request a full refund up to 24 hours after the time of purchase if the purchase was made 7 days (168 hours) or more prior to your flight's departure. This ticket may be canceled and refunded at the My Trips section on

FlyFrontier.com.

Passengers are required to have their boarding pass in hand 45 minutes prior to departure for domestic flights and 60 minutes for international flights. Passengers must be at the designated gate 30 minutes prior to departure.

You may change an Economy ticket provided that (1) you do so prior to the scheduled flight departure time and (2) you pay any difference between the fare purchased and the fare for the new flight(s) (no refund will apply if the fare of the new ticket is less) plus a service fee. For full details, visit FlyFrontier.com.

If you purchased a Discount Den membership, you can find all details of your subscription on the Membership Terms and Conditions page.

To contact Customer Relations, visit www.flyfrontier.com/customer-support/ or mail to: Attn: Customer Relations, Frontier Airlines, 4545 Airport Way, Denver, CO 80239

# Exhibit H



PASSENGER PNR DETAILS FOR NGMFWN

DOT Compliant # -

DOT Analyst -

*All time displayed in this PNR portal are in Mountain Time(MT)

SUMMARY

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| NGMFWN | CHEAPOAIR | 05/05/2023 | $142.98 | $0.00 |

PASSENGERS & FLIGHTS

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMIRA | HAMAD | | Female | 1 | 1660 | 27A | 05/11/2023 | MCO | MCO | 05/11/2023 | 02:02 PM | 02:18 PM | Boarded | RDU | 04:12 PM |

BOOKING CONTACT

| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| Travelong | | | | |

BOOKING COMMENTS

©2023 - Frontier Airlines



| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| Levarti System User | 8719611 | LevartiSU | 05/10/2023 | 07:03 PM | Controllable\|Notification\|F91660\|MCO\|RDU\|11May2023 16:18\|11May2023 16:18\|TSA Early Arrivals\|email failure |
| Levarti System User | 8719611 | LevartiSU | 05/10/2023 | 07:03 PM | Error sending EMAIL notification for F91660 to pnr NGMFWN |
| Levarti System User | 8719611 | LevartiSU | 05/10/2023 | 07:04 PM | Delay\|Notification\|F91660\|MCO\|RDU\|11May2023 16:18\|11May2023 16:18\|notify-tsa-early-arrivals\|sms failure |
| Levarti System User | 8719611 | LevartiSU | 05/10/2023 | 07:04 PM | Error sending SMS notification for F91660 to pnr NGMFWN |
| Levarti System User | 8719611 | LevartiSU | 05/11/2023 | 09:11 AM | Controllable\|Notification\|F91660\|MCO\|RDU\|11May2023 16:18\|11May2023 16:18\|Oversold Offer FREE\|email failure |
| Levarti System User | 8719611 | LevartiSU | 05/11/2023 | 09:11 AM | Error sending EMAIL notification for F91660 to pnr NGMFWN |
| Levarti System User | 8719611 | LevartiSU | 05/11/2023 | 09:11 AM | Delay\|Notification\|F91660\|MCO\|RDU\|11May2023 16:18\|11May2023 16:18\|notify-oversold-offer-free\|sms failure |
| Levarti System User | 8719611 | LevartiSU | 05/11/2023 | 09:11 AM | Error sending SMS notification for F91660 to pnr NGMFWN |

RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 05/05/2023 | 01:29 PM | +H | 5/5/2023 23:29:59 | GDSMaster | GDS |
| 05/05/2023 | 01:31 PM | -H | 5/5/2023 23:29:59 | GDSMaster | GDS |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 05/05/2023 | 01:31 PM | +P | VI 43.98 USD 0 | GDSMaster | GDS |
| 05/11/2023 | 12:59 PM | SR | AMIRA HANEEN HAMAD AAFF 5/11/2023 MCORDU 1660 A | MOBILE | DEN |
| 05/11/2023 | 12:59 PM | CI | 5/11/2023 16:18:0 5/11/2023 16:18:0 5/11/2023 18:12:0 MCO RDU F9 1660 0 AMIRA HANEEN HAMAD 248 | MOBILE | DEN |
| 05/11/2023 | 01:00 PM | BP | 5/11/2023 16:18:0 5/11/2023 16:18:0 5/11/2023 18:12:0 MCO RDU F9 1660 0 AMIRA HANEEN HAMAD 248 | MOBILE | DEN |
| 05/11/2023 | 01:09 PM | BP | 5/11/2023 16:18:0 5/11/2023 16:18:0 5/11/2023 18:12:0 MCO RDU F9 1660 0 AMIRA HANEEN HAMAD 248 | MOBILE | DEN |
| 05/11/2023 | 02:02 PM | AS | MCO RDU 1660 27A Y 5/11/2023 16:18:0 AMIRA HANEEN HAMAD | [redacted] | MCO |
| 05/11/2023 | 02:02 PM | BP | 5/11/2023 16:18:0 5/11/2023 16:18:0 5/11/2023 18:12:0 MCO RDU F9 1660 27A | [redacted] | MCO |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | AMIRA HANEEN HAMAD 248 | | |
| 05/11/2023 | 02:03 PM | SF | GTNC 0 AMIRA HAMAD GTNC:: 99.00 0 False | [REDACTED] | MCO |
| 05/11/2023 | 02:03 PM | SR | AMIRA HANEEN HAMAD GTNC 5/11/2023 MCORDU 1660 A | [REDACTED] | MCO |
| 05/11/2023 | 02:03 PM | +P | MC 99.00 USD 0 | [REDACTED] | MCO |
| 05/11/2023 | 02:03 PM | +P | MC 99.00 USD 0 | [REDACTED] | MCO |
| 05/11/2023 | 02:05 PM | +P | MC 99.00 USD 0 | [REDACTED] | MCO |
| 05/11/2023 | 02:05 PM | BD | 5/11/2023 16:18:0 5/11/2023 16:18:0 5/11/2023 18:12:0 MCO RDU F9 1660 27A AMIRA HANEEN HAMAD 248 | [REDACTED] | MCO |

FARE

| First Name | Last Name | Charge Amount |
|---|---|---|
| AMIRA | HAMAD | $1.08 |
| Total | | $1.08 |

ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|

©2023 - Frontier Airlines



| | | | | |
|---|---|---|---|---|
| AMIRA | HAMAD | GTNC | GTNC | $99.00 |
| Total | | | | $99.00 |

PAYMENT

| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | Visa | [redacted] | AMIRA HAMAD | $43.98 |
| ExternalAccount | MasterCard | [redacted] | AMIRA HAMAD | $99.00 |

RETURNING CUSTOMERS

| PNR | Booking Date |
|---|---|
| VCBTKW | 11/11/2021 |
| EYGMQM | 08/29/2022 |
| NYVLTZ | 10/21/2021 |

©2023 - Frontier Airlines

# Exhibit I



## PASSENGER PNR DETAILS FOR KCPRSJ

DOT Compliant # -

DOT Analyst -

*All time displayed in this PNR portal are in Mountain Time(MT)

### SUMMARY

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| KCPRSJ | EXPEDIA.COM TRAVEL | 03/01/2023 | $313.96 | $50.00 |

### PASSENGERS & FLIGHTS

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAYLOR | HARRINGTON | | Male | 1 | 2424 | 6C | 03/10/2023 | RSW | RSW | 03/10/2023 | 05:21 PM | 08:12 PM | Boarded | CLE | 11:01 PM |
| TAYLOR | HARRINGTON | | Male | 1 | 2423 | 25E | 03/12/2023 | CLE | CLE | 03/12/2023 | 01:14 PM | 11:57 AM | Boarded | RSW | 02:51 PM |

### BOOKING CONTACT

| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| EXPEDIA INC | | | | |

©2023 - Frontier Airlines



BOOKING COMMENTS

| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 03/07/2023 | 10:02 AM | Email sent to MORGANMAURER00@GMAIL.COM 72 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 03/09/2023 | 11:39 PM | Email sent to [redacted] 24 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 03/10/2023 | 10:23 AM | Email sent to [redacted] 10 Hour Pre-Flight Check In |
| AppSupport MassPNR | 7822380 | MassPNR | 03/10/2023 | 04:24 PM | Email sent to [redacted] 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 03/10/2023 | 05:20 PM | Email sent to [redacted] 3 Hour Pre-Flight Check In |
| Levarti System User | 8719611 | LevartiSU | 03/10/2023 | 06:41 PM | Notification \| DELAYED \| F92424 \| RSW \| CLE \| 10032023 22:12 \| 10032023 23:45 \| Email Sent to [redacted] \| Notified Email |
| Levarti System User | 8719611 | LevartiSU | 03/10/2023 | 06:41 PM | Notification \| DELAYED \| F92424 \| RSW \| CLE \| 10032023 22:12 \| 10032023 23:45 \| SMS Failure |
| AppSupport MassPNR | 7822380 | MassPNR | 03/11/2023 | 12:40 AM | Email sent to [redacted] Inflight |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 03/11/2023 | 12:09 PM | Email sent to [redacted] 24 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 03/12/2023 | 03:24 AM | Email sent to [redacted] 10 Hour Pre-Flight Check In |
| AppSupport MassPNR | 7822380 | MassPNR | 03/12/2023 | 08:18 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 03/12/2023 | 12:38 PM | Notification \| BOARDING \| F92423 \| CLE \| RSW \| 12032023 13:57 \| 12032023 15:20 \| Email Sent to [redacted] \| Notified Email |
| Levarti System User | 8719611 | LevartiSU | 03/12/2023 | 12:38 PM | Notification \| BOARDING \| F92423 \| CLE \| RSW \| 12032023 13:57 \| 12032023 15:20 \| SMS Failure |
| Levarti System User | 8719611 | LevartiSU | 03/12/2023 | 01:34 PM | Notification \| FINAL \| F92423 \| CLE \| RSW \| 12032023 13:57 \| 12032023 15:45 \| Email Sent to [redacted] \| Notified Email |
| Levarti System User | 8719611 | LevartiSU | 03/12/2023 | 01:34 PM | Notification \| FINAL \| F92423 \| CLE \| RSW \| 12032023 13:57 \| 12032023 15:45 \| SMS Failure |
| AppSupport MassPNR | 7822380 | MassPNR | 03/13/2023 | 12:41 AM | Email sent to [redacted] Inflight |

©2023 - Frontier Airlines



| AppSupport MassPNR | 7822380 | MassPNR | 03/13/2023 | 01:52 AM | Email sent to [redacted] Airport |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 03/13/2023 | 06:51 PM | 03/13/2023//[redacted]// 230313-001343// Pax contacting to report she was charged for a small bag on her return flight, when she was not charged for it on her first flight// Advise passenger about the bag policy, also share the link so she can see it herself. |
| [redacted] | [redacted] | [redacted] | 03/20/2023 | 02:36 PM | 03/20/2023//[redacted]// 230313-001343// Reinstate the policy to the pax, also offer a $50.00 voucher as a one time exception due to this inconvenience. |
| [redacted] | [redacted] | [redacted] | 03/20/2023 | 05:53 PM | 03/20/2023//[redacted]r// 230313-001343// Ask Passenger to please resend the information he wanted to share because we did not receive it. |
| [redacted] | [redacted] | [redacted] | 03/30/2023 | 08:02 PM | 03/30/20233//[redacted]// INC-230313-001343// Pax contacting to report that he wants to be escalated to a manager// Reinstate the bag policy to the passenger. |
| [redacted] | [redacted] | [redacted] | 04/16/2023 | 12:27 PM | Voucher 122112010210600001 added for this booking. |
| [redacted] | [redacted] | [redacted] | 04/16/2023 | 12:30 PM | 4/16/2023//[redacted]// INC-230313-001343// Pax contacting to |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | | | accept the offer// Help pax issuing a $50.00 voucher. |

RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 02/28/2023 | 09:17 PM | +H | 3/1/2023 8:17:10 | GDSMaster | GDS |
| 02/28/2023 | 09:17 PM | -H | 3/1/2023 8:17:10 | GDSMaster | GDS |
| 02/28/2023 | 09:17 PM | +P | VI 214.96 USD 0 | GDSMaster | GDS |
| 02/28/2023 | 09:17 PM | IS | 2 [redacted] 3/1/2023 4:17:17 | PaymentMaster | SYS |
| 03/02/2023 | 12:03 PM | AS | CLE RSW 2423 25E Y 3/12/2023 13:57:0 TAYLOR PATRICK HARRINGTON | 434917 | HDQ |
| 03/10/2023 | 05:21 PM | SR | TAYLOR PATRICK HARRINGTON AAFF 3/12/2023 CLERSW 2423 A | MOBAND | DEN |
| 03/10/2023 | 05:21 PM | SR | TAYLOR PATRICK HARRINGTON AAFF 3/10/2023 RSWCLE 2424 A | MOBAND | DEN |
| 03/10/2023 | 05:21 PM | IS | 2 [redacted] 3/11/2023 0:21:36 | MOBAND | DEN |
| 03/10/2023 | 05:21 PM | CI | 3/10/2023 22:12:0 3/10/2023 22:12:0 3/11/2023 1:1:0 RSW CLE F9 2424 0 TAYLOR PATRICK HARRINGTON 163 | MOBAND | DEN |

©2023 - Frontier Airlines



| 03/10/2023 | 05:21 PM | AS | RSW CLE 2424 6C Y 3/10/2023 22:12:0 TAYLOR PATRICK HARRINGTON | MOBAND | DEN |
|---|---|---|---|---|---|
| 03/10/2023 | 05:22 PM | BP | 3/10/2023 22:12:0 3/10/2023 22:12:0 3/11/2023 1:1:0 RSW CLE F9 2424 6C TAYLOR PATRICK HARRINGTON 163 | MOBAND | DEN |
| 03/10/2023 | 06:48 PM | BP | 3/10/2023 22:12:0 3/10/2023 22:12:0 3/11/2023 1:1:0 RSW CLE F9 2424 6C TAYLOR PATRICK HARRINGTON 163 | MOBAND | DEN |
| 03/10/2023 | 09:17 PM | BP | 3/10/2023 22:12:0 3/10/2023 22:12:0 3/11/2023 1:1:0 RSW CLE F9 2424 6C TAYLOR PATRICK HARRINGTON 163 | MOBAND | DEN |
| 03/10/2023 | 09:17 PM | BP | 3/10/2023 22:12:0 3/10/2023 22:12:0 3/11/2023 1:1:0 RSW CLE F9 2424 6C TAYLOR PATRICK HARRINGTON 163 | MOBAND | DEN |
| 03/10/2023 | 09:40 PM | BD | 3/10/2023 22:12:0 3/10/2023 22:12:0 3/11/2023 1:1:0 RSW CLE F9 2424 6C TAYLOR PATRICK HARRINGTON 163 | AT604609 | RSW |
| 03/12/2023 | 07:34 AM | IS | 2 [redacted] 3/12/2023 13:34:57 | MOBAND | DEN |
| 03/12/2023 | 07:34 AM | CI | 3/12/2023 13:57:0 3/12/2023 13:57:0 3/12/2023 16:51:0 CLE RSW F9 2423 25E TAYLOR PATRICK HARRINGTON 162 | MOBAND | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 03/12/2023 | 07:35 AM | BP | 3/12/2023 13:57:0 3/12/2023 13:57:0 3/12/2023 16:51:0 CLE RSW F9 2423 25E TAYLOR PATRICK HARRINGTON 162 | MOBAND | DEN |
| 03/12/2023 | 10:30 AM | BP | 3/12/2023 13:57:0 3/12/2023 13:57:0 3/12/2023 16:51:0 CLE RSW F9 2423 25E TAYLOR PATRICK HARRINGTON 162 | MOBAND | DEN |
| 03/12/2023 | 11:25 AM | SF | GTNC 0 TAYLOR HARRINGTON GTNC:: 99.00 0 False | | CLE |
| 03/12/2023 | 11:25 AM | SR | TAYLOR PATRICK HARRINGTON GTNC 3/12/2023 CLERSW 2423 A | | CLE |
| 03/12/2023 | 11:25 AM | +P | VI 99.00 USD 0 | | CLE |
| 03/12/2023 | 11:26 AM | BP | 3/12/2023 13:57:0 3/12/2023 13:57:0 3/12/2023 16:51:0 CLE RSW F9 2423 25E TAYLOR PATRICK HARRINGTON 162 | | CLE |
| 03/12/2023 | 11:26 AM | BD | 3/12/2023 13:57:0 3/12/2023 13:57:0 3/12/2023 16:51:0 CLE RSW F9 2423 25E TAYLOR PATRICK HARRINGTON 162 | | CLE |
| 03/12/2023 | 12:33 PM | CO | 3/12/2023 13:57:0 3/12/2023 13:57:0 3/12/2023 16:51:0 CLE RSW F9 2423 25E TAYLOR PATRICK HARRINGTON 0 | | CLE |
| 03/12/2023 | 01:14 PM | CI | 3/12/2023 13:57:0 3/12/2023 13:57:0 3/12/2023 16:51:0 CLE RSW F9 2423 25E TAYLOR PATRICK HARRINGTON 223 | | CLE |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 03/12/2023 | 01:14 PM | BP | 3/12/2023 13:57:0 3/12/2023 13:57:0 3/12/2023 16:51:0 CLE RSW F9 2423 25E TAYLOR PATRICK HARRINGTON 223 | [REDACTED] | CLE |
| 03/12/2023 | 01:17 PM | BP | 3/12/2023 13:57:0 3/12/2023 13:57:0 3/12/2023 16:51:0 CLE RSW F9 2423 25E TAYLOR PATRICK HARRINGTON 223 | MOBAND | DEN |
| 03/12/2023 | 01:18 PM | BD | 3/12/2023 13:57:0 3/12/2023 13:57:0 3/12/2023 16:51:0 CLE RSW F9 2423 25E TAYLOR PATRICK HARRINGTON 223 | [REDACTED] | CLE |

VOUCHER

| Voucher ID | Issue Date | Voucher Basis Code | Station | Employee Number | Voucher Reference | Issued Amount | Used Amount |
|---|---|---|---|---|---|---|---|
| 12497080 | 04/16/2023 | CRMS_N | RSAL | [REDACTED] | 122112010210600001 | $50.00 | $0.00 |
| Total | | | | | | $50.00 | $0.00 |

FARE

| First Name | Last Name | Charge Amount |
|---|---|---|
| TAYLOR | HARRINGTON | $28.08 |
| TAYLOR | HARRINGTON | $101.08 |
| Total | | $129.16 |

©2023 - Frontier Airlines



ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| TAYLOR | HARRINGTON | GTNC | GTNC | $99.00 |
| Total | | | | $99.00 |

PAYMENT

| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | Visa | [redacted] | MORGAN MAURER | $214.96 |
| ExternalAccount | Visa | [redacted] | TAYLOR P HARRINGTON | $99.00 |

©2023 - Frontier Airlines

# Exhibit J



## PASSENGER PNR DETAILS FOR Q7GTKL

DOT Compliant # -

DOT Analyst -

*All time displayed in this PNR portal are in Mountain Time(MT)

### SUMMARY

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| Q7GTKL | Frontier Airlines | 06/22/2023 | $356.96 | $0.00 |

### PASSENGERS & FLIGHTS

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | 1 | 1248 | 5B | 06/27/2023 | DFW | DFW | 06/26/2023 | 08:49 PM | 05:45 AM | Boarded | MCO | 08:33 AM |
| | | | Male | 2 | 1096 | 28A | 06/27/2023 | MCO | MCO | 06/26/2023 | 08:49 PM | 07:58 PM | Boarded | ISP | 10:44 PM |
| | | | Male | 1 | 1097 | 7C | 07/07/2023 | ISP | ISP | 07/06/2023 | 11:36 AM | 04:00 AM | Boarded | MCO | 06:53 AM |
| | | | Male | 2 | 1249 | 22C | 07/07/2023 | MCO | MCO | 07/06/2023 | 11:36 AM | 08:39 AM | Boarded | DFW | 11:31 AM |

### BOOKING CONTACT

©2023 - Frontier Airlines



| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| Stefani | Gimenez | [redacted] | | [redacted] |

BOOKING COMMENTS

| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 06/24/2023 | 08:21 AM | Email sent to [redacted] 72 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 06/26/2023 | 06:44 AM | Email sent to [redacted] 24 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 06/26/2023 | 08:43 PM | Email sent to [redacted] 10 Hour Pre-Flight Check In |
| AppSupport MassPNR | 7822380 | MassPNR | 06/27/2023 | 02:39 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 06/27/2023 | 03:49 AM | Gate Change Notification \| F91248 \| DFW \| MCO \| 27062023 06:45 \| Old Gate \| New Gate NI \| Email Sent to [redacted] \| Notified Email not-gat-succ |
| Levarti System User | 8719611 | LevartiSU | 06/27/2023 | 03:49 AM | Gate Change Notification \| F91248 \| DFW \| MCO \| 27062023 06:45 \| Old Gate NI \| New Gate NI \| SMS Sent to [redacted] \| Notified SMS |
| Levarti System User | 8719611 | LevartiSU | 06/27/2023 | 04:50 AM | Gate Change Notification \| F91248 \| DFW \| MCO \| 27062023 06:45 \| Old Gate \| New Gate E21 \| Email Sent to [redacted] \| Notified Email not-gat-succ |
| Levarti System User | 8719611 | LevartiSU | 06/27/2023 | 04:50 AM | Gate Change Notification \| F91248 \| DFW \| MCO \| 27062023 06:45 \| Old Gate E21 \| New Gate E21 \| SMS Sent to [redacted] \| Notified SMS |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| Levarti System User | 8719611 | LevartiSU | 06/27/2023 | 05:00 AM | Gate Change Notification \| F91248 \| DFW \| MCO \| 27062023 06:45 \| Old Gate \| New Gate E10 \| Email Sent to [redacted] \| Notified Email not-gat-succ |
| Levarti System User | 8719611 | LevartiSU | 06/27/2023 | 05:00 AM | Gate Change Notification \| F91248 \| DFW \| MCO \| 27062023 06:45 \| Old Gate E10 \| New Gate E10 \| SMS Sent to [redacted] \| Notified SMS |
| Levarti System User | 8719611 | LevartiSU | 06/27/2023 | 05:30 AM | Gate Change Notification \| F91248 \| DFW \| MCO \| 27062023 06:45 \| Old Gate \| New Gate E21 \| Email Sent to [redacted] Notified Email not-gat-succ |
| Levarti System User | 8719611 | LevartiSU | 06/27/2023 | 05:30 AM | Gate Change Notification \| F91248 \| DFW \| MCO \| 27062023 06:45 \| Old Gate E21 \| New Gate E21 \| SMS Sent to [redacted] \| Notified SMS |
| Levarti System User | 8719611 | LevartiSU | 06/27/2023 | 06:34 PM | Gate Change Notification \| F91096 \| MCO \| ISP \| 27062023 21:58 \| Old Gate \| New Gate 11 \| Email Sent to [redacted] \| Notified Email not-gat-succ |
| Levarti System User | 8719611 | LevartiSU | 06/27/2023 | 06:34 PM | Gate Change Notification \| F91096 \| MCO \| ISP \| 27062023 21:58 \| Old Gate 11 \| New Gate 11 \| SMS Sent to [redacted] \| Notified SMS |
| AppSupport MassPNR | 7822380 | MassPNR | 06/28/2023 | 08:07 AM | Email sent to [redacted] Post Flight Miles Survey |
| AppSupport MassPNR | 7822380 | MassPNR | 06/28/2023 | 08:29 AM | Email sent to [redacted] Post Flight Miles Survey |
| AppSupport MassPNR | 7822380 | MassPNR | 07/06/2023 | 05:02 AM | Email sent to [redacted] 24 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 07/06/2023 | 04:32 PM | Controllable\|Notification\|F91249\|MCO\|DFW\|07Jul2023 10:39\|07Jul2023 10:39\|TSA Early Arrivals\|notified email\|en-s |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| Levarti System User | 8719611 | LevartiSU | 07/06/2023 | 04:34 PM | Controllable\|Notification\|F91249\|MCO\|DFW\|07Jul2023 10:39\|07Jul2023 10:39\|notify-tsa-early-arrivals\|notified sms |
| AppSupport MassPNR | 7822380 | MassPNR | 07/07/2023 | 12:58 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 07/08/2023 | 02:29 AM | Email sent to [redacted] Airport |
| AppSupport MassPNR | 7822380 | MassPNR | 07/08/2023 | 09:28 AM | Email sent to [redacted] Post Flight Miles Survey |
| [redacted] | [redacted] | [redacted] | 07/15/2023 | 04:55 AM | whatsapp Stefani Gimenez Q7GTKL Issue: his son was charged for gtnc at the airport and was informed by ato to recv the refund withn 4 days Reso: ob call made to [redacted] //adv no docs from the ato//charges was tagged as valid// cx insisting that the px was informed to get the refund// as per supp adv, adv cx to send the proof of the bag online but educated her that will be subject to approval and will be validated//agreed//eoc |
| [redacted] | [redacted] | [redacted] | 07/15/2023 | 08:18 AM | RNT: INC-230715-000981 Hello [redacted], We hope you are well. We thank you for your email regarding the refund of your carry-on bag. Unfortunately, we are unable to process your refund request as your carry-on bag exceeded the allowed size. Our airport agents have charged the $99.00 corresponding to the additional size of your carry-on bag. It is important that our passengers comply with the size and weight limits for carry-on baggage set by our airline, as this ensures that the flight can take off on time and cabin safety is guaranteed. Additional baggage size charges are non-refundable once the airport agents have applied them. We appreciate your understanding in this matter and if you have any other questions or concerns, please do not hesitate to contact us. If you need to know the carry-on baggage limits set by Frontier Airlines or any other |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| | | | | | aspect of our baggage policies, you can find more details on our website or in your booking confirmation email. |

RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 06/21/2023 | 06:30 PM | IS | 2 [redacted] 6/22/2023 0:30:22 | PaymentMaster | SYS |
| 06/26/2023 | 08:49 PM | AS | MCO ISP 1096 28A Y 6/27/2023 0:0:0 [redacted] | [redacted] | WWW |
| 06/26/2023 | 08:49 PM | AS | DFW MCO 1248 5B Y 6/27/2023 0:0:0 [redacted] | [redacted] | WWW |
| 06/26/2023 | 08:49 PM | CI | 6/27/2023 6:45:0 6/27/2023 6:45:0 6/27/2023 10:33:0 DFW MCO F9 1248 5B [redacted] 116 | MOBILE | DEN |
| 06/26/2023 | 08:49 PM | CI | 6/27/2023 21:58:0 6/27/2023 21:58:0 6/28/2023 0:44:0 MCO ISP F9 1096 28A [redacted] 50 | MOBILE | DEN |
| 06/26/2023 | 08:49 PM | BP | 6/27/2023 6:45:0 6/27/2023 6:45:0 6/27/2023 10:33:0 DFW MCO F9 1248 5B [redacted] 116 | MOBILE | DEN |

©2023 - Frontier Airlines



| 06/26/2023 | 08:49 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A ███<br>███ 50 | MOBILE | DEN |
|---|---|---|---|---|---|
| 06/26/2023 | 08:50 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A ███<br>███ 50 | MOBILE | DEN |
| 06/26/2023 | 08:50 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B ███<br>███ 116 | MOBILE | DEN |
| 06/26/2023 | 08:50 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B ███<br>███ | MOBILE | DEN |
| 06/26/2023 | 08:50 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A ███<br>███ 50 | MOBILE | DEN |
| 06/27/2023 | 03:40 AM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B ███<br>███ 116 | MOBILE | DEN |
| 06/27/2023 | 03:40 AM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO | MOBILE | DEN |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| | | | ISP F9 1096 28A [redacted]<br>[redacted] 50 | | |
| 06/27/2023 | 05:42 AM | BD | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [redacted]<br>[redacted] 116 | [redacted] | DFW |
| 06/27/2023 | 03:33 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [redacted]<br>[redacted] 116 | MOBILE | DEN |
| 06/27/2023 | 03:33 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A[redacted]<br>[redacted] 50 | MOBILE | DEN |
| 06/27/2023 | 04:54 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A [redacted]<br>[redacted]50 | MOBILE | DEN |
| 06/27/2023 | 04:54 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [redacted]<br>[redacted] 116 | MOBILE | DEN |
| 06/27/2023 | 04:55 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5[redacted]<br>[redacted]116 | MOBILE | DEN |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| 06/27/2023 | 04:55 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A [redacted]<br>[redacted] 50 | MOBILE | DEN |
| 06/27/2023 | 06:45 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A [redacted]<br>[redacted] 50 | MOBILE | DEN |
| 06/27/2023 | 06:45 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5[redacted]<br>[redacted] 116 | MOBILE | DEN |
| 06/27/2023 | 06:47 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [redacted]<br>[redacted] 116 | MOBILE | DEN |
| 06/27/2023 | 06:47 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28[redacted]<br>[redacted] 50 | MOBILE | DEN |
| 06/27/2023 | 06:50 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [redacted]<br>[redacted] 116 | MOBILE | DEN |
| 06/27/2023 | 06:50 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | ISP F9 1096 28A 50 | | |
| 06/27/2023 | 07:21 PM | BP | 6/27/2023 21:58:0 6/27/2023 21:58:0 6/28/2023 0:44:0 MCO ISP F9 1096 28A 50 | MOBILE | DEN |
| 06/27/2023 | 07:21 PM | BP | 6/27/2023 6:45:0 6/27/2023 6:45:0 6/27/2023 10:33:0 DFW MCO F9 1248 5B 116 | MOBILE | DEN |
| 06/27/2023 | 07:33 PM | BD | 6/27/2023 21:58:0 6/27/2023 21:58:0 6/28/2023 0:44:0 MCO ISP F9 1096 28A 50 | | MCO |
| 07/06/2023 | 11:36 AM | AS | MCO DFW 1249 22C Y 7/7/2023 0:0:0 | Website | SYS |
| 07/06/2023 | 11:36 AM | AS | ISP MCO 1097 7C Y 7/7/2023 0:0:0 | Website | SYS |
| 07/06/2023 | 11:36 AM | CI | 7/7/2023 6:0:0 7/7/2023 6:0:0 7/7/2023 8:53:0 ISP MCO F9 1097 7C 112 | Website | SYS |
| 07/06/2023 | 11:36 AM | CI | 7/7/2023 10:39:0 7/7/2023 10:39:0 7/7/2023 12:31:0 MCO | Website | SYS |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | DFW F9 1249 22C [redacted] 46 | | |
| 07/06/2023 | 11:36 AM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP<br>MCO F9 1097 7C [redacted]<br>[redacted] 112 | Website | SYS |
| 07/06/2023 | 11:36 AM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO<br>DFW F9 1249 22C<br>[redacted] 46 | Website | SYS |
| 07/06/2023 | 10:58 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [redacted]<br>[redacted] 116 | MOBAND | DEN |
| 07/06/2023 | 10:58 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A [redacted]<br>[redacted] 50 | MOBAND | DEN |
| 07/06/2023 | 10:58 PM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO<br>DFW F9 1249 22C<br>[redacted] 46 | MOBAND | DEN |
| 07/06/2023 | 10:58 PM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP<br>MCO F9 1097 7C [redacted]<br>[redacted] 112 | MOBAND | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 07/06/2023 | 10:59 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B n<br>116 | MOBAND | DEN |
| 07/06/2023 | 10:59 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A<br>50 | MOBAND | DEN |
| 07/06/2023 | 10:59 PM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO<br>DFW F9 1249 22C<br>46 | MOBAND | DEN |
| 07/06/2023 | 10:59 PM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP<br>MCO F9 1097 7C<br>112 | MOBAND | DEN |
| 07/06/2023 | 11:01 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B<br>116 | MOBAND | DEN |
| 07/06/2023 | 11:01 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A<br>50 | MOBAND | DEN |
| 07/06/2023 | 11:01 PM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP | MOBAND | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | MCO F9 1097 7C [redacted]<br>[redacted] 112 | | |
| 07/06/2023 | 11:01 PM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO<br>DFW F9 1249 22C<br>[redacted] 46 | MOBAND | DEN |
| 07/06/2023 | 11:01 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [redacted]<br>[redacted] 116 | MOBAND | DEN |
| 07/06/2023 | 11:01 PM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP<br>MCO F9 1097 7C [redacted]<br>[redacted] 112 | MOBAND | DEN |
| 07/06/2023 | 11:01 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A [redacted]<br>[redacted] 50 | MOBAND | DEN |
| 07/06/2023 | 11:01 PM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO<br>DFW F9 1249 22C<br>[redacted] 46 | MOBAND | DEN |
| 07/06/2023 | 11:02 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [redacted]<br>[redacted] 116 | MOBAND | DEN |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| 07/06/2023 | 11:02 PM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP<br>MCO F9 1097 7C [redacted]<br>[redacted] 112 | MOBAND | DEN |
| 07/06/2023 | 11:02 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A [redacted]<br>[redacted] 50 | MOBAND | DEN |
| 07/06/2023 | 11:02 PM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO<br>DFW F9 1249 22C<br>[redacted] 46 | MOBAND | DEN |
| 07/06/2023 | 11:04 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [redacted]<br>[redacted] 116 | MOBAND | DEN |
| 07/06/2023 | 11:04 PM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP<br>MCO F9 1097 7C [redacted]<br>[redacted] 112 | MOBAND | DEN |
| 07/06/2023 | 11:04 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A [redacted]<br>[redacted] 50 | MOBAND | DEN |
| 07/06/2023 | 11:04 PM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO | MOBAND | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | DFW F9 1249 22C [redacted] 46 | | |
| 07/06/2023 | 11:06 PM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW MCO F9 1248 5B [redacted] [redacted] 116 | MOBAND | DEN |
| 07/06/2023 | 11:06 PM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO ISP F9 1096 28A [redacted] [redacted] 50 | MOBAND | DEN |
| 07/06/2023 | 11:06 PM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP MCO F9 1097 7C [redacted] [redacted] 112 | MOBAND | DEN |
| 07/06/2023 | 11:06 PM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO DFW F9 1249 22C [redacted] 46 | MOBAND | DEN |
| 07/06/2023 | 11:09 PM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP MCO F9 1097 7C [redacted] [redacted] 112 | Website | SYS |
| 07/06/2023 | 11:09 PM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO DFW F9 1249 22C [redacted] 46 | Website | SYS |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| 07/07/2023 | 02:44 AM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A [redacted] 50 | MOBILE | DEN |
| 07/07/2023 | 02:44 AM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [redacted] 116 | MOBILE | DEN |
| 07/07/2023 | 02:44 AM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP<br>MCO F9 1097 7C [redacted] 112 | MOBILE | DEN |
| 07/07/2023 | 02:44 AM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO<br>DFW F9 1249 22C<br>[redacted] 46 | MOBILE | DEN |
| 07/07/2023 | 02:45 AM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A [redacted] 50 | MOBILE | DEN |
| 07/07/2023 | 02:45 AM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [redacted] 116 | MOBILE | DEN |
| 07/07/2023 | 02:45 AM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | MCO F9 1097 7C ███<br>████ 112 | | |
| 07/07/2023 | 02:45 AM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO<br>DFW F9 1249 22C<br>███████ 46 | MOBILE | DEN |
| 07/07/2023 | 02:47 AM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B███<br>████ 116 | MOBILE | DEN |
| 07/07/2023 | 02:47 AM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A ███<br>████50 | MOBILE | DEN |
| 07/07/2023 | 02:47 AM | BP | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP<br>MCO F9 1097 7C ███<br>████ 112 | MOBILE | DEN |
| 07/07/2023 | 02:47 AM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO<br>DFW F9 1249 22C<br>███████ 46 | MOBILE | DEN |
| 07/07/2023 | 02:47 AM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B ███<br>████ 116 | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 07/07/2023 | 02:47 AM | BP | 6/27/2023 21:58:0 6/27/2023 21:58:0 6/28/2023 0:44:0 MCO [redacted] 50 | MOBILE | DEN |
| 07/07/2023 | 02:47 AM | BP | 7/7/2023 6:0:0 7/7/2023 6:0:0 7/7/2023 8:53:0 ISP MCO F9 1097 7C [redacted] 112 | MOBILE | DEN |
| 07/07/2023 | 02:47 AM | BP | 7/7/2023 10:39:0 7/7/2023 10:39:0 7/7/2023 12:31:0 MCO DFW F9 1249 22C [redacted] 46 | MOBILE | DEN |
| 07/07/2023 | 02:47 AM | BP | 6/27/2023 6:45:0 6/27/2023 6:45:0 6/27/2023 10:33:0 DFW MCO F9 1248 5B [redacted] 116 | MOBILE | DEN |
| 07/07/2023 | 02:47 AM | BP | 6/27/2023 21:58:0 6/27/2023 21:58:0 6/28/2023 0:44:0 MCO ISP F9 1096 28A [redacted] 50 | MOBILE | DEN |
| 07/07/2023 | 02:47 AM | BP | 7/7/2023 6:0:0 7/7/2023 6:0:0 7/7/2023 8:53:0 ISP MCO F9 1097 7C[redacted] 112 | MOBILE | DEN |
| 07/07/2023 | 02:47 AM | BP | 7/7/2023 10:39:0 7/7/2023 10:39:0 7/7/2023 12:31:0 MCO | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | DFW F9 1249 22C 46 | | |
| 07/07/2023 | 02:50 AM | BP | 6/27/2023 6:45:0 6/27/2023 6:45:0 6/27/2023 10:33:0 DFW MCO F9 1248 5B 116 | MOBILE | DEN |
| 07/07/2023 | 02:50 AM | BP | 6/27/2023 21:58:0 6/27/2023 21:58:0 6/28/2023 0:44:0 MCO ISP F9 1096 28A 50 | MOBILE | DEN |
| 07/07/2023 | 02:50 AM | BP | 7/7/2023 10:39:0 7/7/2023 10:39:0 7/7/2023 12:31:0 MCO DFW F9 1249 22C 46 | MOBILE | DEN |
| 07/07/2023 | 02:50 AM | BP | 7/7/2023 6:0:0 7/7/2023 6:0:0 7/7/2023 8:53:0 ISP MCO F9 1097 7C 112 | MOBILE | DEN |
| 07/07/2023 | 02:50 AM | BP | 6/27/2023 6:45:0 6/27/2023 6:45:0 6/27/2023 10:33:0 DFW MCO F9 1248 5B 116 | MOBILE | DEN |
| 07/07/2023 | 02:50 AM | BP | 7/7/2023 6:0:0 7/7/2023 6:0:0 7/7/2023 8:53:0 ISP MCO F9 1097 7C 112 | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 07/07/2023 | 02:50 AM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0<br>6/28/2023 0:44:0 MCO<br>ISP F9 1096 28A [REDACTED]<br>[REDACTED] 50 | MOBILE | DEN |
| 07/07/2023 | 02:50 AM | BP | 7/7/2023 10:39:0<br>7/7/2023 10:39:0<br>7/7/2023 12:31:0 MCO<br>DFW F9 1249 22C<br>[REDACTED] 46 | MOBILE | DEN |
| 07/07/2023 | 03:40 AM | BD | 7/7/2023 6:0:0<br>7/7/2023 6:0:0<br>7/7/2023 8:53:0 ISP<br>MCO F9 1097 7C [REDACTED]<br>[REDACTED] 112 | [REDACTED] | ISP |
| 07/07/2023 | 03:42 AM | SF | GTNC 0 [REDACTED]<br>GTNC:: 99.00 0 False | [REDACTED] | ISP |
| 07/07/2023 | 03:42 AM | SR | [REDACTED] GTNC<br>7/7/2023 MCODFW<br>1249 A | [REDACTED] | ISP |
| 07/07/2023 | 03:42 AM | SR | [REDACTED] GTNC<br>7/7/2023 ISPMCO 1097<br>A | [REDACTED] | ISP |
| 07/07/2023 | 03:42 AM | +P | VI 99.00 USD 0 | [REDACTED] | ISP |
| 07/07/2023 | 06:41 AM | BP | 6/27/2023 6:45:0<br>6/27/2023 6:45:0<br>6/27/2023 10:33:0 DFW<br>MCO F9 1248 5B [REDACTED]<br>[REDACTED] 116 | MOBILE | DEN |
| 07/07/2023 | 06:41 AM | BP | 6/27/2023 21:58:0<br>6/27/2023 21:58:0 | MOBILE | DEN |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| | | | 6/28/2023 0:44:0 MCO ISP F9 1096 28A [redacted] 50 | | |
| 07/07/2023 | 06:41 AM | BP | 7/7/2023 10:39:0 7/7/2023 10:39:0 7/7/2023 12:31:0 MCO DFW F9 1249 22C [redacted] 46 | MOBILE | DEN |
| 07/07/2023 | 06:41 AM | BP | 7/7/2023 6:0:0 7/7/2023 6:0:0 7/7/2023 8:53:0 ISP MCO F9 1097 7C [redacted] 112 | MOBILE | DEN |
| 07/07/2023 | 07:32 AM | BP | 7/7/2023 10:39:0 7/7/2023 10:39:0 7/7/2023 12:31:0 MCO DFW F9 1249 22C [redacted] 46 | MZ098846 | MCO |
| 07/07/2023 | 07:47 AM | BP | 6/27/2023 6:45:0 6/27/2023 6:45:0 6/27/2023 10:33:0 DFW MCO F9 1248 5B [redacted] 116 | MOBILE | DEN |
| 07/07/2023 | 07:47 AM | BP | 6/27/2023 21:58:0 6/27/2023 21:58:0 6/28/2023 0:44:0 MCO ISP F9 1096 28A [redacted] 50 | MOBILE | DEN |
| 07/07/2023 | 07:47 AM | BP | 7/7/2023 6:0:0 7/7/2023 6:0:0 7/7/2023 8:53:0 ISP | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | MCO F9 1097 7C [redacted] [redacted] 112 | | |
| 07/07/2023 | 07:47 AM | BP | 7/7/2023 10:39:0 7/7/2023 10:39:0 7/7/2023 12:31:0 MCO DFW F9 1249 22C Jalen Gimenez 46 | MOBILE | DEN |
| 07/07/2023 | 08:08 AM | BD | 7/7/2023 10:39:0 7/7/2023 10:39:0 7/7/2023 12:31:0 MCO DFW F9 1249 22C [redacted] 46 | [redacted] | MCO |
| 07/29/2023 | 05:07 AM | CC | P [redacted] EN-US 2500022245 2 0 P [redacted] NEW YORK NY 10010 US US en-US 2500022245 2 0 | [redacted] | RBCD |
| 07/29/2023 | 05:07 AM | IS | 2 [redacted] 7/29/2023 11:7:24 | [redacted] | RBCD |

FARE

| First Name | Last Name | Charge Amount |
|---|---|---|
| Jalen | Gimenez | $78.78 |

©2023 - Frontier Airlines



| | | |
|---|---|---|
| [redacted] | [redacted] | $38.78 |
| Total | | $117.56 |

ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| [redacted] | [redacted] | GTNC | GTNC | $99.00 |
| Total | | | | $99.00 |

PAYMENT

| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | MasterCard | [redacted] | Adrianna Ruiz Velazquez | $257.96 |
| ExternalAccount | Visa | [redacted] | [redacted] | $99.00 |

RETURNING CUSTOMERS

| PNR | Booking Date |
|---|---|
| OF2PMK | 07/20/2020 |
| NG9DPK | 01/26/2022 |
| G6B76Y | 02/19/2023 |
| FCS6KA | 06/22/2020 |

©2023 - Frontier Airlines



| | |
|---|---|
| NJQ45B | 06/10/2023 |
| NF8RKK | 03/26/2021 |
| NE1T9D | 01/01/2023 |
| LH15YH | 08/27/2021 |
| TK16VE | 04/29/2023 |
| ND3WUJ | 04/20/2023 |
| VBZGRC | 04/29/2023 |
| Q81B3C | 07/20/2021 |
| F8MNVF | 01/01/2023 |
| JI9G2E | 04/22/2023 |

©2023 - Frontier Airlines

# Exhibit K



## PASSENGER PNR DETAILS FOR LCPWKJ

DOT Compliant # -

DOT Analyst -

*All time displayed in this PNR portal are in Mountain Time(MT)

SUMMARY

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| LCPWKJ | Frontier Airlines | 05/08/2023 | $605.96 | $0.00 |

PASSENGERS & FLIGHTS

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adrienne | Kraft | | Female | 1 | 536 | 21B | 06/06/2023 | DEN | DEN | 06/05/2023 | 05:11 PM | 12:26 PM | Boarded | DCA | 03:48 PM |
| Adrienne | Kraft | | Female | 1 | 539 | 27E | 06/13/2023 | DCA | DCA | 06/12/2023 | 02:32 PM | 11:39 AM | Boarded | DEN | 03:40 PM |

BOOKING CONTACT

| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| Adrienne | Kraft | | | |

©2023 - Frontier Airlines



BOOKING COMMENTS

| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 06/03/2023 | 07:40 AM | Email sent to [redacted] 72 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 06/05/2023 | 12:55 PM | Email sent to [redacted] 24 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 06/05/2023 | 03:47 PM | Controllable\|Notification\|F9536\|DEN\|DCA\|06Jun2023 12:26\|06Jun2023 12:26\|TSA Early Arrivals\|notified email\|en-s |
| Levarti System User | 8719611 | LevartiSU | 06/05/2023 | 03:50 PM | Controllable\|Notification\|F9536\|DEN\|DCA\|06Jun2023 12:26\|06Jun2023 12:26\|notify-tsa-early-arrivals\|notified sms |
| AppSupport MassPNR | 7822380 | MassPNR | 06/06/2023 | 09:06 AM | Email sent to [redacted].com 4 Hour Pre-Flight |
| [redacted] | [redacted] | [redacted] | 06/06/2023 | 12:06 PM | pac was very uoset because she had to p;ay for carry on and she had 2 item and both did not fit on are sizer she said she been flying with frontier 23 years with frontier and never had a problem agian her both bags did not fit |
| AppSupport MassPNR | 7822380 | MassPNR | 06/07/2023 | 01:47 AM | Email sent to [redacted] Airport |
| AppSupport MassPNR | 7822380 | MassPNR | 06/13/2023 | 08:21 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| [redacted] | [redacted] | [redacted] | 06/13/2023 | 02:03 PM | pax waas asked to size her roller bag in the personal item sizer it didnt fit. she was then advised to pay for her bag she refused saying that she never pays and that frontier just lets her take it on again she was advised to pay for her bag because it doesnt fit the |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | | | item sizer it doesnt count as a personal item and she need to pay for her carry on she yelled and insulted me and i told her im just following the policies for frontier she said our policies were stupid and she wasnt going to pay finally she paid when she heard the door is closing |
| AppSupport MassPNR | 7822380 | MassPNR | 06/14/2023 | 01:49 AM | Email sent to [redacted] Airport |
| AppSupport MassPNR | 7822380 | MassPNR | 06/14/2023 | 09:37 AM | Email sent to [redacted].com Post Flight Miles Survey |

RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 05/07/2023 | 08:13 PM | IS | 2 [redacted] 5/8/2023 2:13:50 | PaymentMaster | SYS |
| 06/02/2023 | 01:59 PM | AS | DEN DCA 536 21B Y 6/6/2023 12:26:0 Adrienne Kraft | [redacted] | HDQ |
| 06/05/2023 | 05:11 PM | IS | 2 [redacted] 6/5/2023 23:11:2 | MOBILE | DEN |
| 06/05/2023 | 05:11 PM | CI | 6/6/2023 12:26:0 6/6/2023 12:26:0 6/6/2023 17:48:0 DEN DCA F9 536 21B Adrienne Kraft 102 | MOBILE | DEN |
| 06/05/2023 | 05:11 PM | BP | 6/6/2023 12:26:0 6/6/2023 12:26:0 6/6/2023 17:48:0 DEN DCA F9 536 21B Adrienne Kraft 102 | MOBILE | DEN |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| 06/05/2023 | 05:14 PM | BP | 6/6/2023 12:26:0 6/6/2023 12:26:0 6/6/2023 17:48:0 DEN DCA F9 536 21B Adrienne Kraft 102 | MOBILE | DEN |
| 06/05/2023 | 06:40 PM | BP | 6/6/2023 12:26:0 6/6/2023 12:26:0 6/6/2023 17:48:0 DEN DCA F9 536 21B Adrienne Kraft 102 | MOBILE | DEN |
| 06/06/2023 | 10:26 AM | BP | 6/6/2023 12:26:0 6/6/2023 12:26:0 6/6/2023 17:48:0 DEN DCA F9 536 21B Adrienne Kraft 102 | MOBILE | DEN |
| 06/06/2023 | 10:42 AM | BP | 6/6/2023 12:26:0 6/6/2023 12:26:0 6/6/2023 17:48:0 DEN DCA F9 536 21B Adrienne Kraft 102 | Website | SYS |
| 06/06/2023 | 11:56 AM | BP | 6/6/2023 12:26:0 6/6/2023 12:26:0 6/6/2023 17:48:0 DEN DCA F9 536 21B Adrienne Kraft 102 | [redacted] | DEN |
| 06/06/2023 | 12:04 PM | SF | GTNC 0 Adrienne Kraft GTNC:: 99.00 0 False | [redacted] | DEN |
| 06/06/2023 | 12:04 PM | SR | Adrienne Kraft GTNC 6/6/2023 DENDCA 536 A | [redacted] | DEN |
| 06/06/2023 | 12:04 PM | +P | VI 99.00 USD 0 | [redacted] | DEN |
| 06/06/2023 | 12:05 PM | BD | 6/6/2023 12:26:0 6/6/2023 12:26:0 6/6/2023 17:48:0 DEN DCA F9 536 21B Adrienne Kraft 102 | [redacted] | DEN |

©2023 - Frontier Airlines



| 06/12/2023 | 02:32 PM | AS | DCA DEN 539 27E Y 6/13/2023 0:0:0 Adrienne Kraft | MOBILE | DEN |
|---|---|---|---|---|---|
| 06/12/2023 | 02:32 PM | CI | 6/13/2023 13:39:0 6/13/2023 13:39:0 6/13/2023 15:40:0 DCA DEN F9 539 27E Adrienne Kraft 52 | MOBILE | DEN |
| 06/12/2023 | 02:32 PM | BP | 6/13/2023 13:39:0 6/13/2023 13:39:0 6/13/2023 15:40:0 DCA DEN F9 539 27E Adrienne Kraft 52 | MOBILE | DEN |
| 06/12/2023 | 02:32 PM | BP | 6/13/2023 13:39:0 6/13/2023 13:39:0 6/13/2023 15:40:0 DCA DEN F9 539 27E Adrienne Kraft 52 | MOBILE | DEN |
| 06/12/2023 | 02:32 PM | BP | 6/13/2023 13:39:0 6/13/2023 13:39:0 6/13/2023 15:40:0 DCA DEN F9 539 27E Adrienne Kraft 52 | MOBILE | DEN |
| 06/13/2023 | 11:05 AM | BD | 6/13/2023 13:39:0 6/13/2023 13:39:0 6/13/2023 15:40:0 DCA DEN F9 539 27E Adrienne Kraft 52 | AT32328 | DCA |
| 06/13/2023 | 11:14 AM | SF | GTNC 1 Adrienne Kraft GTNC:: 99.00 0 False | | DCA |
| 06/13/2023 | 11:14 AM | SR | Adrienne Kraft GTNC 6/13/2023 DCADEN 539 A | | DCA |
| 06/13/2023 | 11:14 AM | +P | VI 99.00 USD 0 | | DCA |
| 06/13/2023 | 11:15 AM | BP | 6/13/2023 13:39:0 6/13/2023 13:39:0 6/13/2023 15:40:0 | | DCA |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | DCA DEN F9 539 27E Adrienne Kraft 52 | | |
| 06/13/2023 | 11:15 AM | BP | 6/13/2023 13:39:0 6/13/2023 13:39:0 6/13/2023 15:40:0 DCA DEN F9 539 27E Adrienne Kraft 52 | [REDACTED] | DCA |
| 08/09/2023 | 12:06 PM | BP | 6/6/2023 12:26:0 6/6/2023 12:26:0 6/6/2023 17:48:0 DEN DCA F9 536 21B Adrienne Kraft 102 | MOBILE | DEN |
| 08/09/2023 | 12:06 PM | BP | 6/13/2023 13:39:0 6/13/2023 13:39:0 6/13/2023 15:40:0 DCA DEN F9 539 27E Adrienne Kraft 52 | MOBILE | DEN |
| 08/09/2023 | 12:06 PM | BP | 6/6/2023 12:26:0 6/6/2023 12:26:0 6/6/2023 17:48:0 DEN DCA F9 536 21B Adrienne Kraft 102 | MOBILE | DEN |
| 08/09/2023 | 12:20 PM | BP | 6/13/2023 13:39:0 6/13/2023 13:39:0 6/13/2023 15:40:0 DCA DEN F9 539 27E Adrienne Kraft 52 | MOBILE | DEN |
| 08/09/2023 | 12:20 PM | BP | 6/6/2023 12:26:0 6/6/2023 12:26:0 6/6/2023 17:48:0 DEN DCA F9 536 21B Adrienne Kraft 102 | MOBILE | DEN |

FARE

| First Name | Last Name | Charge Amount |
|---|---|---|

©2023 - Frontier Airlines



| | | |
|---|---|---|
| Adrienne | Kraft | $181.08 |
| Adrienne | Kraft | $151.08 |
| Total | | $332.16 |

ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| Adrienne | Kraft | GTNC | GTNC | $99.00 |
| Adrienne | Kraft | GTNC | GTNC | $99.00 |
| Total | | | | $198.00 |

PAYMENT

| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | Visa | | Adrienne G. Kraft | $407.96 |
| ExternalAccount | Visa | | ADRIENNE KRAFT | $99.00 |
| ExternalAccount | Visa | | ADRIENNE KRAFT | $99.00 |

RETURNING CUSTOMERS

| PNR | Booking Date |
|---|---|
| Z6HMML | 09/10/2021 |
| J5CJ5L | 05/29/2022 |

©2023 - Frontier Airlines

| JINLHR | 07/20/2022 |
|---|---|
| L8T1WV | 06/14/2023 |
| XKGE9R | 09/04/2023 |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

## PASSENGER PNR DETAILS FOR L8T1WV

DOT Compliant # -

DOT Analyst -

*All time displayed in this PNR portal are in Mountain Time(MT)

### SUMMARY

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| L8T1WV | Frontier Airlines | 06/14/2023 | $286.96 | $0.00 |

### PASSENGERS & FLIGHTS

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adrienne | Kraft | [redacted] | Female | 1 | 536 | 29C | 06/27/2023 | DEN | DEN | 06/26/2023 | 01:32 PM | 12:36 PM | Boarded | DCA | 03:58 PM |
| Adrienne | Kraft | [redacted] | Female | 1 | 539 | 27C | 07/02/2023 | DCA | DCA | 07/01/2023 | 01:28 PM | 11:30 AM | Boarded | DEN | 03:31 PM |

### BOOKING CONTACT

| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| Adrienne | Kraft | [redacted] | | [redacted] |

©2023 - Frontier Airlines



BOOKING COMMENTS

| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 06/24/2023 | 07:56 AM | Email sent to [redacted] 72 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 06/26/2023 | 01:28 PM | Email sent to [redacted] 24 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 06/27/2023 | 09:23 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 06/28/2023 | 01:51 AM | Email sent to [redacted] Airport |
| AppSupport MassPNR | 7822380 | MassPNR | 06/28/2023 | 09:23 AM | Email sent to [redacted] Post Flight Miles Survey |
| AppSupport MassPNR | 7822380 | MassPNR | 07/01/2023 | 12:18 PM | Email sent to [redacted] 24 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 07/02/2023 | 08:27 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 07/03/2023 | 02:04 AM | Email sent to [redacted] Airport |
| AppSupport MassPNR | 7822380 | MassPNR | 07/03/2023 | 09:11 AM | Email sent to [redacted] Post Flight Miles Survey |

©2023 - Frontier Airlines



RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 06/14/2023 | 04:19 PM | IS | 2 [redacted] 6/14/2023 22:19:24 | PaymentMaster | SYS |
| 06/26/2023 | 01:31 PM | AS | DEN DCA 536 29C Y 6/27/2023 0:0:0 Adrienne Kraft | MOBILE | DEN |
| 06/26/2023 | 01:32 PM | CI | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 06/26/2023 | 01:32 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 06/26/2023 | 01:32 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 06/26/2023 | 01:32 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 06/27/2023 | 12:08 PM | BD | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | [redacted] | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 06/27/2023 | 12:19 PM | +P | VI 99.00 USD 0 | [redacted] | DEN |
| 06/27/2023 | 12:19 PM | SR | Adrienne Kraft GTNC 6/27/2023 DENDCA 536 A | [redacted] | DEN |
| 06/27/2023 | 12:19 PM | SF | GTNC 0 Adrienne Kraft GTNC:: 99.00 0 False | [redacted] | DEN |
| 06/27/2023 | 12:19 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | [redacted] | DEN |
| 07/01/2023 | 01:28 PM | AD | K XXXXXXX3742 | Website | SYS |
| 07/01/2023 | 01:28 PM | AS | DCA DEN 539 27C Y 7/2/2023 0:0:0 Adrienne Kraft | Website | SYS |
| 07/01/2023 | 01:28 PM | CI | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | Website | SYS |
| 07/01/2023 | 01:28 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | Website | SYS |
| 07/01/2023 | 07:18 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 07/01/2023 | 07:18 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | MOBILE | DEN |

©2023 - Frontier Airlines



| 07/01/2023 | 07:18 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536  29C Adrienne  Kraft  47 | MOBILE | DEN |
|---|---|---|---|---|---|
| 07/01/2023 | 07:18 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536  29C Adrienne  Kraft  47 | MOBILE | DEN |
| 07/01/2023 | 07:22 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536  29C Adrienne  Kraft  47 | MOBILE | DEN |
| 07/01/2023 | 07:22 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539  27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/01/2023 | 07:22 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536  29C Adrienne  Kraft  47 | MOBILE | DEN |
| 07/01/2023 | 07:24 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536  29C Adrienne  Kraft  47 | MOBILE | DEN |
| 07/01/2023 | 07:24 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539  27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/01/2023 | 07:25 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | DEN DCA F9 536 29C Adrienne Kraft 47 | | |
| 07/01/2023 | 07:25 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/01/2023 | 07:32 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 07/01/2023 | 07:32 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/01/2023 | 07:32 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 07/01/2023 | 07:32 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/01/2023 | 07:32 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 07/01/2023 | 07:32 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 07/01/2023 | 07:33 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 07/01/2023 | 07:33 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/01/2023 | 07:34 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 07/01/2023 | 07:34 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/01/2023 | 07:36 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 07/01/2023 | 07:36 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/01/2023 | 07:39 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536 29C Adrienne Kraft 47 | MOBILE | DEN |
| 07/01/2023 | 07:39 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | DEN F9 539  27C Adrienne Kraft 31 | | |
|---|---|---|---|---|---|
| 07/01/2023 | 07:46 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536  29C Adrienne Kraft 47 | MOBILE | DEN |
| 07/01/2023 | 07:46 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539  27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/01/2023 | 07:51 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536  29C Adrienne Kraft 47 | MOBILE | DEN |
| 07/01/2023 | 07:51 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539  27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/01/2023 | 07:52 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536  29C Adrienne Kraft 47 | MOBILE | DEN |
| 07/01/2023 | 07:52 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539  27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/01/2023 | 07:53 PM | BP | 6/27/2023 12:36:0 6/27/2023 12:36:0 6/27/2023 17:58:0 DEN DCA F9 536  29C Adrienne Kraft 47 | MOBILE | DEN |

©2023 - Frontier Airlines



| 07/01/2023 | 07:53 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | MOBILE | DEN |
|---|---|---|---|---|---|
| 07/01/2023 | 07:53 PM | BP | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | MOBILE | DEN |
| 07/02/2023 | 11:03 AM | BD | 7/2/2023 13:30:0 7/2/2023 13:30:0 7/2/2023 15:31:0 DCA DEN F9 539 27C Adrienne Kraft 31 | AT3245 | DCA |

FARE

| First Name | Last Name | Charge Amount |
|---|---|---|
| Adrienne | Kraft | $81.08 |
| Adrienne | Kraft | $31.08 |
| Total | | $112.16 |

ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| Adrienne | Kraft | GTNC | GTNC | $99.00 |
| Total | | | | $99.00 |

PAYMENT

©2023 - Frontier Airlines



| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | Visa | [redacted] | Adrienne G Kraft | $187.96 |
| ExternalAccount | Visa | [redacted] | ADRIENNE KRAFT | $99.00 |

RETURNING CUSTOMERS

| PNR | Booking Date |
|---|---|
| Z6HMML | 09/10/2021 |
| J5CJ5L | 05/29/2022 |
| JINLHR | 07/20/2022 |
| XKGE9R | 09/04/2023 |
| LCPWKJ | 05/08/2023 |

©2023 - Frontier Airlines

# Exhibit L



## PASSENGER PNR DETAILS FOR E6G5HL

DOT Compliant # -

DOT Analyst -

*All time displayed in this PNR portal are in Mountain Time(MT)

### SUMMARY

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| E6G5HL | Frontier Airlines | 03/28/2023 | $153.96 | $0.00 |

### PASSENGERS & FLIGHTS

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jolene | Yeado | | Female | 1 | 4830 | 27F | 05/11/2023 | DEN | DEN | 05/10/2023 | 09:17 AM | 06:30 AM | Boarded | MDW | 08:51 AM |
| Jolene | Yeado | | Female | 1 | 4829 | 14D | 05/15/2023 | MDW | MDW | 05/14/2023 | 08:38 PM | 08:25 PM | Boarded | DEN | 11:16 PM |

### BOOKING CONTACT

| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| Jolene | Yeado | | | |

©2023 - Frontier Airlines



BOOKING COMMENTS

| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 05/08/2023 | 07:26 AM | Email sent to [redacted] 72 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 05/10/2023 | 06:52 AM | Email sent to [redacted] 24 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 05/10/2023 | 09:27 AM | Boarding pass email sent |
| Levarti System User | 8719611 | LevartiSU | 05/10/2023 | 09:27 AM | boarding pass sms sent |
| Levarti System User | 8719611 | LevartiSU | 05/10/2023 | 07:14 PM | Controllable\|Notification\|F94830\|DEN\|MDW\|11May2023 06:30\|11May2023 06:30\|TSA Early Arrivals\|notified email |
| Levarti System User | 8719611 | LevartiSU | 05/10/2023 | 07:15 PM | Controllable\|Notification\|F94830\|DEN\|MDW\|11May2023 06:30\|11May2023 06:30\|notify-tsa-early-arrivals\|notified sms |
| AppSupport MassPNR | 7822380 | MassPNR | 05/11/2023 | 02:47 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| [redacted] | [redacted] | [redacted] | 05/11/2023 | 02:11 PM | 230511-000744 Denied Refund |
| AppSupport MassPNR | 7822380 | MassPNR | 05/12/2023 | 12:52 AM | Email sent to [redacted] Virtual CheckIn |
| AppSupport MassPNR | 7822380 | MassPNR | 05/14/2023 | 08:36 PM | Email sent to [redacted] m 24 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 05/15/2023 | 04:32 PM | Email sent to [redacted] m 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 05/16/2023 | 12:29 AM | Email sent to [redacted] .com Inflight |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 05/16/2023 | 01:27 AM | Email sent to [redacted] Airport |
| [redacted] | [redacted] | [redacted] | 05/16/2023 | 12:44 PM | **SOCMED** Name: Jolene Yeado PNR: E6G5HL > pax contacted regarding the GTNC and COB refund > informed pax that it is non refundable and informed that it was avliad charges > no refund provided > explain the normal guidelines for the bag > eoc -Jen |
| [redacted] | [redacted] | [redacted] | 05/16/2023 | 02:22 PM | GTNC REFUND - Care - Add-on Charges - NO SPCIFIC REFUND CODE FOR GTNC |
| [redacted] | [redacted] | [redacted] | 05/16/2023 | 02:22 PM | **SOCMED** Name: Jolene Yeado PNR: E6G5HL > pax contacted regarding the GTNC and COB refund > informed pax that it is non refundable and informed that it was avliad charges > no refund provided > explain the normal guidelines for the bag > pax insisted and sent a picture of the personal item > https://frontier-customercare.knowledgeowl.com/help/cr-december-exceptions > as per KB under the Cx Exception - Under Sup Approval > refund the $99 but not the COB $56 > provided refund time frame 7 BD - provided PCNS > informed about the refund guidleines. > eoc > no response yet from pax |
| [redacted] | [redacted] | [redacted] | 07/05/2023 | 04:18 AM | Do Not Refund - Chargeback received $56.00 Case#1050686372 Reason Code - 4837 |

RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 03/28/2023 | 03:20 PM | IS | [redacted] 3/28/2023 21:20:36 | [redacted] | WWW |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 05/10/2023 | 09:17 AM | AS | DEN MDW 4830 27F Y 5/11/2023 0:0:0 Jolene Yeado | Website | SYS |
| 05/10/2023 | 09:17 AM | CI | 5/11/2023 6:30:0 5/11/2023 6:30:0 5/11/2023 9:51:0 DEN MDW F9 4830 27F Jolene Yeado 97 | Website | SYS |
| 05/10/2023 | 09:17 AM | BP | 5/11/2023 6:30:0 5/11/2023 6:30:0 5/11/2023 9:51:0 DEN MDW F9 4830 27F Jolene Yeado 97 | Website | SYS |
| 05/11/2023 | 03:23 AM | BP | 5/11/2023 6:30:0 5/11/2023 6:30:0 5/11/2023 9:51:0 DEN MDW F9 4830 27F Jolene Yeado 97 | MOBAND | DEN |
| 05/11/2023 | 05:04 AM | BP | 5/11/2023 6:30:0 5/11/2023 6:30:0 5/11/2023 9:51:0 DEN MDW F9 4830 27F Jolene Yeado 97 | MOBAND | DEN |
| 05/11/2023 | 05:44 AM | BP | 5/11/2023 6:30:0 5/11/2023 6:30:0 5/11/2023 9:51:0 DEN MDW F9 4830 27F Jolene Yeado 97 | MOBAND | DEN |
| 05/11/2023 | 05:46 AM | BP | 5/11/2023 6:30:0 5/11/2023 6:30:0 5/11/2023 9:51:0 DEN | MOBAND | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | MDW F9 4830 27F<br>Jolene Yeado 97 | | |
| 05/11/2023 | 06:08 AM | BP | 5/11/2023 6:30:0<br>5/11/2023 6:30:0<br>5/11/2023 9:51:0 DEN<br>MDW F9 4830 27F<br>Jolene Yeado 97 | MOBAND | DEN |
| 05/11/2023 | 06:10 AM | BD | 5/11/2023 6:30:0<br>5/11/2023 6:30:0<br>5/11/2023 9:51:0 DEN<br>MDW F9 4830 27F<br>Jolene Yeado 97 | [redacted] | DEN |
| 05/11/2023 | 06:13 AM | SF | GTNC 0 Jolene Yeado<br>GTNC:: 99.00 0 False | [redacted] | DEN |
| 05/11/2023 | 06:13 AM | SR | Jolene Yeado GTNC<br>5/11/2023 DENMDW<br>4830 A | [redacted] | DEN |
| 05/11/2023 | 06:13 AM | +P | MC 99.00 USD 0 | [redacted] | DEN |
| 05/11/2023 | 06:13 AM | BP | 5/11/2023 6:30:0<br>5/11/2023 6:30:0<br>5/11/2023 9:51:0 DEN<br>MDW F9 4830 27F<br>Jolene Yeado 97 | [redacted] | DEN |
| 05/11/2023 | 06:39 AM | BP | 5/11/2023 6:30:0<br>5/11/2023 6:30:0<br>5/11/2023 9:51:0 DEN<br>MDW F9 4830 27F<br>Jolene Yeado 97 | MOBAND | DEN |
| 05/14/2023 | 08:38 PM | IS | 2 [redacted]<br>5/15/2023 2:38:0 | MOBAND | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 05/14/2023 | 08:38 PM | CI | 5/15/2023 21:25:0 5/15/2023 21:25:0 5/15/2023 23:16:0 MDW DEN F9 4829 0 Jolene Yeado 42 | MOBAND | DEN |
| 05/14/2023 | 08:38 PM | AS | MDW DEN 4829 14D Y 5/15/2023 21:25:0 Jolene Yeado | MOBAND | DEN |
| 05/14/2023 | 08:38 PM | BP | 5/15/2023 21:25:0 5/15/2023 21:25:0 5/15/2023 23:16:0 MDW DEN F9 4829 14D Jolene Yeado 42 | MOBAND | DEN |
| 05/14/2023 | 09:39 PM | BP | 5/15/2023 21:25:0 5/15/2023 21:25:0 5/15/2023 23:16:0 MDW DEN F9 4829 14D Jolene Yeado 42 | MOBAND | DEN |
| 05/15/2023 | 09:20 AM | BP | 5/15/2023 21:25:0 5/15/2023 21:25:0 5/15/2023 23:16:0 MDW DEN F9 4829 14D Jolene Yeado 42 | MOBAND | DEN |
| 05/15/2023 | 05:47 PM | BP | 5/15/2023 21:25:0 5/15/2023 21:25:0 5/15/2023 23:16:0 MDW DEN F9 4829 14D Jolene Yeado 42 | MOBAND | DEN |
| 05/15/2023 | 07:16 PM | SF | COB1 1 Jolene Yeado CWMB:: 56.00 0 False | Website | SYS |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| 05/15/2023 | 07:16 PM | SR | Jolene Yeado COB1<br>5/15/2023 MDWDEN<br>4829 A | Website | SYS |
| 05/15/2023 | 07:16 PM | +P | MC 56.00 USD 0 | Website | SYS |
| 05/15/2023 | 07:16 PM | IS | 2[redacted]<br>5/16/2023 1:16:4 | Website | SYS |
| 05/15/2023 | 07:16 PM | BP | 5/15/2023 21:25:0<br>5/15/2023 21:25:0<br>5/15/2023 23:16:0<br>MDW DEN F9 4829<br>14D Jolene Yeado 42 | Website | SYS |
| 05/15/2023 | 07:41 PM | BD | 5/15/2023 21:25:0<br>5/15/2023 21:25:0<br>5/15/2023 23:16:0<br>MDW DEN F9 4829<br>14D Jolene Yeado 42 | [redacted] | MDW |
| 05/16/2023 | 01:00 PM | CC | P[redacted]<br>US US en-US<br>6050052776 2 0 P<br>[redacted] US<br>US 6050052776 2 0 | [redacted] | BCD |
| 05/16/2023 | 02:03 PM | XF | GTNC 0 Yeado/Jolene<br>GTNC:: 0.0000 99.0000<br>False | [redacted] | BCD |
| 05/16/2023 | 02:14 PM | +P | MC -99.0000 USD 0 | [redacted] | BCD |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 05/16/2023 | 02:14 PM | IS | 2[redacted]<br>5/16/2023 20:14:41 | [redacted] | BCD |
| 05/16/2023 | 02:15 PM | IS | 2[redacted]<br>5/16/2023 20:15:50 | [redacted] | BCD |

FARE

| First Name | Last Name | Charge Amount |
|---|---|---|
| Jolene | Yeado | $11.08 |
| Jolene | Yeado | $11.08 |
| Total | | $22.16 |

ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| Jolene | Yeado | GTNC | GTNC | $99.00 |
| Jolene | Yeado | GTNC | GTNC | ($99.00) |
| Jolene | Yeado | COB1 | COB1 | $62.00 |
| Jolene | Yeado | COB1 | COB1 | $6.00 |
| Total | | | | $68.00 |

PAYMENT

©2023 - Frontier Airlines



| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | MasterCard | [redacted] | Jolene Yeado | $97.96 |
| ExternalAccount | MasterCard | [redacted] | JOLENE YEADO | $99.00 |
| ExternalAccount | MasterCard | [redacted] | Jolene Yeado | $56.00 |
| ExternalAccount | MasterCard | [redacted] | JOLENE YEADO | ($99.00) |

RETURNING CUSTOMERS

| PNR | Booking Date |
|---|---|
| VBF6XM | 02/13/2022 |
| FD8DMQ | 09/16/2021 |
| YHL1HE | 05/29/2020 |
| F74PNF | 09/16/2021 |
| RD2YKT | 10/06/2021 |
| XBKFSZ | 09/16/2021 |

©2023 - Frontier Airlines

# Exhibit M



## PASSENGER PNR DETAILS FOR TCUPNJ

DOT Compliant # -

DOT Analyst -

*All time displayed in this PNR portal are in Mountain Time(MT)

### SUMMARY

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| TCUPNJ | Frontier Airlines | 12/26/2022 | $381.92 | $0.00 |

### PASSENGERS & FLIGHTS

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sharon | Pine | | Female | 1 | 454 | 29C | 01/11/2023 | DEN | DEN | 01/10/2023 | 12:14 PM | 10:11 AM | Boarded | ATL | 01:10 PM |
| Sharon | Pine | | Female | 1 | 453 | 26A | 01/16/2023 | ATL | ATL | 01/15/2023 | 05:14 PM | 02:16 PM | Boarded | DEN | 05:52 PM |
| Aiman | Sabaawy | | Male | 1 | 454 | 29B | 01/11/2023 | DEN | DEN | 01/10/2023 | 12:14 PM | 10:11 AM | Boarded | ATL | 01:10 PM |
| Aiman | Sabaawy | | Male | 1 | 453 | 26B | 01/16/2023 | ATL | ATL | 01/15/2023 | 05:14 PM | 02:16 PM | Boarded | DEN | 05:52 PM |

### BOOKING CONTACT

©2023 - Frontier Airlines



| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| Sharon | Pine | [redacted] | | [redacted] |

BOOKING COMMENTS

| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 01/08/2023 | 08:25 AM | Email sent to [redacted] 72 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 01/10/2023 | 12:28 PM | Boarding pass email sent |
| Levarti System User | 8719611 | LevartiSU | 01/10/2023 | 12:28 PM | boarding pass sms sent |
| AppSupport MassPNR | 7822380 | MassPNR | 01/10/2023 | 12:42 PM | Email sent to [redacted] 24 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 01/11/2023 | 07:57 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 01/12/2023 | 01:56 AM | Email sent to [redacted] Airport |
| AppSupport MassPNR | 7822380 | MassPNR | 01/15/2023 | 07:12 PM | Email sent to [redacted] 24 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 01/15/2023 | 07:45 PM | Controllable\|Notification\|F9453\|ATL\|DEN\|16Jan2023 16:16\|16Jan2023 16:16\|TSA Early Arrivals\|notified email |
| Levarti System User | 8719611 | LevartiSU | 01/15/2023 | 07:46 PM | Controllable\|Notification\|F9453\|ATL\|DEN\|16Jan2023 16:16\|16Jan2023 16:16\|notify-tsa-early-arrivals\|notified sms |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| Levarti System User | 8719611 | LevartiSU | 01/16/2023 | 02:53 PM | Notification \| FINAL \| F9453 \| ATL \| DEN \| 16012023 16:16 \| 16012023 17:00 \| Email Sent to [redacted] \| Notified Email |
| Levarti System User | 8719611 | LevartiSU | 01/16/2023 | 02:53 PM | Notification \| FINAL \| F9453 \| ATL \| DEN \| 16012023 16:16 \| 16012023 17:00 \| SMS Sent to [redacted] \| Notified SMS |
| AppSupport MassPNR | 7822380 | MassPNR | 01/17/2023 | 02:10 AM | Email sent to [redacted] |
| [redacted] | [redacted] | [redacted] | 02/06/2023 | 02:56 AM | Do Not Refund - Chargeback received $99 Case#1049796294 Reason Code - 13.1 |
| [redacted] | [redacted] | [redacted] | 03/09/2023 | 10:00 AM | 03/09/23 - [redacted]: Pax upset about gate added bag explaibned chargeback on reservaiton rnt 230308-001113 |

RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 01/10/2023 | 12:14 PM | AS | DEN ATL 454 29B Y 1/11/2023 0:0:0 Aiman H Sabaawy | Website | SYS |
| 01/10/2023 | 12:14 PM | AS | DEN ATL 454 29C Y 1/11/2023 0:0:0 Sharon Pine | Website | SYS |
| 01/10/2023 | 12:14 PM | CI | 1/11/2023 10:11:0 1/11/2023 10:11:0 1/11/2023 15:10:0 DEN ATL F9 454 29C Sharon Pine 41 | Website | SYS |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 01/10/2023 | 12:14 PM | CI | 1/11/2023 10:11:0<br>1/11/2023 10:11:0<br>1/11/2023 15:10:0 DEN<br>ATL F9 454 29B<br>Aiman H Sabaawy 42 | Website | SYS |
| 01/10/2023 | 12:14 PM | BP | 1/11/2023 10:11:0<br>1/11/2023 10:11:0<br>1/11/2023 15:10:0 DEN<br>ATL F9 454 29B<br>Aiman H Sabaawy 42 | Website | SYS |
| 01/10/2023 | 12:14 PM | BP | 1/11/2023 10:11:0<br>1/11/2023 10:11:0<br>1/11/2023 15:10:0 DEN<br>ATL F9 454 29C<br>Sharon Pine 41 | Website | SYS |
| 01/11/2023 | 10:03 AM | SF | GTNC 0 Sharon Pine<br>GTNC:: 99.00 0 False | [redacted] | DEN |
| 01/11/2023 | 10:03 AM | SR | Sharon Pine GTNC<br>1/11/2023 DENATL 454<br>A | [redacted] | DEN |
| 01/11/2023 | 10:03 AM | +P | VI 99.00 USD 0 | [redacted] | DEN |
| 01/11/2023 | 10:04 AM | BP | 1/11/2023 10:11:0<br>1/11/2023 10:11:0<br>1/11/2023 15:10:0 DEN<br>ATL F9 454 29C<br>Sharon Pine 41 | [redacted] | DEN |
| 01/11/2023 | 10:04 AM | BD | 1/11/2023 10:11:0<br>1/11/2023 10:11:0<br>1/11/2023 15:10:0 DEN<br>ATL F9 454 29C<br>Sharon Pine 41 | [redacted] | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 01/11/2023 | 10:04 AM | BD | 1/11/2023 10:11:0 1/11/2023 10:11:0 1/11/2023 15:10:0 DEN ATL F9 454 29B Aiman H Sabaawy 42 | | DEN |
| 01/15/2023 | 03:00 PM | SF | COB1 1 Aiman Sabaawy CWMB:: 58.00 0 False | Website | SYS |
| 01/15/2023 | 03:00 PM | SF | PRIO 0 Aiman Sabaawy PRIO:: 9.00 0 False | Website | SYS |
| 01/15/2023 | 03:00 PM | SR | Aiman H Sabaawy COB1 1/16/2023 ATLDEN 453 A | Website | SYS |
| 01/15/2023 | 03:00 PM | SR | Aiman H Sabaawy PRIO 1/16/2023 ATLDEN 453 A | Website | SYS |
| 01/15/2023 | 03:00 PM | +P | VI 67.00 USD 0 | Website | SYS |
| 01/15/2023 | 03:00 PM | IS | 1/15/2023 22:0:27 | Website | SYS |
| 01/15/2023 | 05:13 PM | IS | 1/16/2023 0:13:59 | MOBILE | DEN |
| 01/15/2023 | 05:14 PM | CI | 1/16/2023 16:16:0 1/16/2023 16:16:0 1/16/2023 17:52:0 ATL DEN F9 453 0 Sharon Pine 37 | MOBILE | DEN |
| 01/15/2023 | 05:14 PM | CI | 1/16/2023 16:16:0 1/16/2023 16:16:0 1/16/2023 17:52:0 ATL | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | DEN F9 453 0 Aiman H Sabaawy 38 | | |
| 01/15/2023 | 05:14 PM | AS | ATL DEN 453 26A Y 1/16/2023 16:16:0 Sharon Pine | MOBILE | DEN |
| 01/15/2023 | 05:14 PM | AS | ATL DEN 453 26B Y 1/16/2023 16:16:0 Aiman H Sabaawy | MOBILE | DEN |
| 01/15/2023 | 05:14 PM | BP | 1/16/2023 16:16:0 1/16/2023 16:16:0 1/16/2023 17:52:0 ATL DEN F9 453 26A Sharon Pine 37 | MOBILE | DEN |
| 01/15/2023 | 05:14 PM | BP | 1/16/2023 16:16:0 1/16/2023 16:16:0 1/16/2023 17:52:0 ATL DEN F9 453 26B Aiman H Sabaawy 38 | MOBILE | DEN |
| 01/15/2023 | 07:13 PM | BP | 1/16/2023 16:16:0 1/16/2023 16:16:0 1/16/2023 17:52:0 ATL DEN F9 453 26A Sharon Pine 37 | MOBILE | DEN |
| 01/16/2023 | 11:45 AM | BP | 1/16/2023 16:16:0 1/16/2023 16:16:0 1/16/2023 17:52:0 ATL DEN F9 453 26A Sharon Pine 37 | MOBILE | DEN |
| 01/16/2023 | 11:46 AM | BP | 1/16/2023 16:16:0 1/16/2023 16:16:0 1/16/2023 17:52:0 ATL | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | DEN F9 453 26A<br>Sharon Pine 37 | | |
| 01/16/2023 | 11:46 AM | BP | 1/16/2023 16:16:0<br>1/16/2023 16:16:0<br>1/16/2023 17:52:0 ATL<br>DEN F9 453 26B<br>Aiman H Sabaawy 38 | MOBILE | DEN |
| 01/16/2023 | 12:03 PM | BP | 1/16/2023 16:16:0<br>1/16/2023 16:16:0<br>1/16/2023 17:52:0 ATL<br>DEN F9 453 26A<br>Sharon Pine 37 | MOBILE | DEN |
| 01/16/2023 | 12:03 PM | BP | 1/16/2023 16:16:0<br>1/16/2023 16:16:0<br>1/16/2023 17:52:0 ATL<br>DEN F9 453 26A<br>Sharon Pine 37 | MOBILE | DEN |
| 01/16/2023 | 12:03 PM | BP | 1/16/2023 16:16:0<br>1/16/2023 16:16:0<br>1/16/2023 17:52:0 ATL<br>DEN F9 453 26B<br>Aiman H Sabaawy 38 | MOBILE | DEN |
| 01/16/2023 | 12:04 PM | BP | 1/16/2023 16:16:0<br>1/16/2023 16:16:0<br>1/16/2023 17:52:0 ATL<br>DEN F9 453 26A<br>Sharon Pine 37 | MOBILE | DEN |
| 01/16/2023 | 12:04 PM | BP | 1/16/2023 16:16:0<br>1/16/2023 16:16:0<br>1/16/2023 17:52:0 ATL<br>DEN F9 453 26B<br>Aiman H Sabaawy 38 | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 01/16/2023 | 02:32 PM | BD | 1/16/2023 16:16:0 1/16/2023 16:16:0 1/16/2023 17:52:0 ATL DEN F9 453 26B Aiman H Sabaawy 38 | [redacted] | ATL |
| 01/16/2023 | 02:32 PM | BD | 1/16/2023 16:16:0 1/16/2023 16:16:0 1/16/2023 17:52:0 ATL DEN F9 453 26A Sharon Pine 37 | [redacted] | ATL |
| 12/26/2022 | 04:09 PM | PP | 138538625 Group A - Kia Rio or similar (CAR) Provider: ZI Location: ATL Start-End: 1/11/2023-1/16/2023 0 | Website | SYS |
| 12/26/2022 | 04:09 PM | IS | [redacted] 12/26/2022 23:9:25 | Website | SYS |
| 12/26/2022 | 04:09 PM | PO | 138538625 Group A - Kia Rio or similar (CAR) Provider: ZI Location: ATL Start-End: 1/11/2023-1/16/2023 0 | PDSBrokerMonitor | SYS |
| 12/26/2022 | 04:09 PM | PF | 138538625 Group A - Kia Rio or similar (CAR) Provider: ZI Location: ATL Start-End: 1/11/2023-1/16/2023 0 | PDSBrokerMonitor | SYS |

FARE

| First Name | Last Name | Charge Amount |
|---|---|---|

©2023 - Frontier Airlines



| | | |
|---|---|---|
| Sharon | Pine | $14.38 |
| Sharon | Pine | $31.38 |
| Aiman | Sabaawy | $14.38 |
| Aiman | Sabaawy | $31.38 |
| Total | | $91.52 |

ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| Sharon | Pine | GTNC | GTNC | $99.00 |
| Aiman | Sabaawy | COB1 | COB1 | $62.00 |
| Aiman | Sabaawy | COB1 | COB1 | $4.00 |
| Total | | | | $165.00 |

PAYMENT

| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | Visa | | Sharon R. Pine | $215.92 |
| ExternalAccount | Visa | | FLY FRONTIER | $99.00 |
| ExternalAccount | Visa | | Sharon | $67.00 |

RETURNING CUSTOMERS

©2023 - Frontier Airlines



| PNR | Booking Date |
|---|---|
| E6WSUL | 01/19/2023 |
| HDBR2Q | 07/05/2022 |
| JC7PKW | 07/21/2022 |
| NDN6GD | 06/19/2022 |
| MITZXE | 07/05/2022 |
| XY3EVS | 08/14/2022 |

©2023 - Frontier Airlines

# Exhibit N



## PASSENGER PNR DETAILS FOR JBY7HM

DOT Compliant # -

DOT Analyst -

*All time displayed in this PNR portal are in Mountain Time(MT)

### SUMMARY

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| JBY7HM | HOPPER | 03/30/2023 | $386.96 | $0.00 |

### PASSENGERS & FLIGHTS

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TESS | GAYNOR | | Female | 1 | 3445 | 10E | 05/18/2023 | DCA | DCA | 05/17/2023 | 08:36 AM | 05:00 AM | Boarded | DEN | 09:01 AM |
| TESS | GAYNOR | | Female | 2 | 889 | 22D | 05/18/2023 | DEN | DEN | 05/17/2023 | 08:36 AM | 02:22 PM | Boarded | SAN | 04:49 PM |
| TESS | GAYNOR | | Female | 1 | 890 | 31D | 05/21/2023 | SAN | SAN | 05/20/2023 | 12:16 PM | 07:25 AM | Boarded | DEN | 09:59 AM |
| TESS | GAYNOR | | Female | 2 | 3514 | 8B | 05/21/2023 | DEN | DEN | 05/20/2023 | 12:16 PM | 11:40 AM | Boarded | DCA | 03:09 PM |

### BOOKING CONTACT

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| | | [redacted] | [redacted] | |

BOOKING COMMENTS

| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 05/15/2023 | 08:16 AM | Email sent to [redacted] 72 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 05/17/2023 | 05:22 AM | Email sent to [redacted] 24 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 05/17/2023 | 08:49 PM | Controllable\|Notification\|F9889\|DEN\|SAN\|18May2023 14:22\|18May2023 14:22\|TSA Early Arrivals\|notified email |
| Levarti System User | 8719611 | LevartiSU | 05/17/2023 | 08:50 PM | Delay\|Notification\|F9889\|DEN\|SAN\|18May2023 14:22\|18May2023 14:22\|notify-tsa-early-arrivals\|sms failure |
| Levarti System User | 8719611 | LevartiSU | 05/17/2023 | 08:50 PM | Error sending SMS notification for F9889 to pnr JBY7HM |
| AppSupport MassPNR | 7822380 | MassPNR | 05/18/2023 | 01:17 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 05/19/2023 | 12:31 AM | Email sent to [redacted].COM Inflight |
| AppSupport MassPNR | 7822380 | MassPNR | 05/20/2023 | 07:38 AM | Email sent to [redacted] 24 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 05/20/2023 | 08:48 PM | Controllable\|Notification\|F93514\|DEN\|DCA\|21May2023 11:40\|21May2023 11:40\|TSA Early Arrivals\|notified email |

©2023 - Frontier Airlines



| Levarti System User | 8719611 | LevartiSU | 05/20/2023 | 08:51 PM | Delay\|Notification\|F93514\|DEN\|DCA\|21May2023 11:40\|21May2023 11:40\|notify-tsa-early-arrivals\|sms failure |
|---|---|---|---|---|---|
| Levarti System User | 8719611 | LevartiSU | 05/20/2023 | 08:51 PM | Error sending SMS notification for F93514 to pnr JBY7HM |
| AppSupport MassPNR | 7822380 | MassPNR | 05/21/2023 | 04:07 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 05/22/2023 | 01:47 AM | Email sent to [redacted] Airport |

RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 03/30/2023 | 09:55 AM | +H | 3/30/2023 19:55:54 | GDSMaster | GDS |
| 03/30/2023 | 09:56 AM | -H | 3/30/2023 19:55:54 | GDSMaster | GDS |
| 03/30/2023 | 09:56 AM | +P | VI 287.96 USD 0 | GDSMaster | GDS |
| 03/30/2023 | 09:56 AM | IS | 2 [redacted] 3/30/2023 15:56:5 | PaymentMaster | SYS |
| 05/17/2023 | 08:36 AM | SR | TESS GAYNOR AAFF 5/21/2023 DENDCA 3514 A | MOBILE | DEN |
| 05/17/2023 | 08:36 AM | IS | 2 [redacted] 5/17/2023 14:36:15 | MOBILE | DEN |
| 05/17/2023 | 08:36 AM | CI | 5/18/2023 7:0:0 5/18/2023 7:0:0 5/18/2023 9:1:0 DCA DEN F9 3445 0 TESS GAYNOR 71 | MOBILE | DEN |

©2023 - Frontier Airlines



| 05/17/2023 | 08:36 AM | CI | 5/18/2023 14:22:0 5/18/2023 14:22:0 5/18/2023 15:49:0 DEN SAN F9 889  0  TESS GAYNOR 10 | MOBILE | DEN |
|---|---|---|---|---|---|
| 05/17/2023 | 08:36 AM | AS | DCA DEN 3445 10E Y 5/18/2023 7:0:0 TESS GAYNOR | MOBILE | DEN |
| 05/17/2023 | 08:36 AM | AS | DEN SAN  889 22D Y 5/18/2023 14:22:0 TESS GAYNOR | MOBILE | DEN |
| 05/17/2023 | 08:36 AM | BP | 5/18/2023 7:0:0 5/18/2023 7:0:0 5/18/2023 9:1:0 DCA DEN F9 3445  10E TESS GAYNOR  71 | MOBILE | DEN |
| 05/17/2023 | 08:36 AM | BP | 5/18/2023 14:22:0 5/18/2023 14:22:0 5/18/2023 15:49:0 DEN SAN F9 889  22D TESS GAYNOR 10 | MOBILE | DEN |
| 05/17/2023 | 08:36 AM | BP | 5/18/2023 7:0:0 5/18/2023 7:0:0 5/18/2023 9:1:0 DCA DEN F9 3445  10E TESS GAYNOR  71 | MOBILE | DEN |
| 05/17/2023 | 08:36 AM | BP | 5/18/2023 7:0:0 5/18/2023 7:0:0 5/18/2023 9:1:0 DCA DEN F9 3445  10E TESS GAYNOR  71 | MOBILE | DEN |
| 05/17/2023 | 08:36 AM | BP | 5/18/2023 14:22:0 5/18/2023 14:22:0 5/18/2023 15:49:0 DEN SAN | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | F9 889 22D TESS GAYNOR 10 | | |
| 05/17/2023 | 08:36 AM | BP | 5/18/2023 14:22:0 5/18/2023 14:22:0 5/18/2023 15:49:0 DEN SAN F9 889 22D TESS GAYNOR 10 | MOBILE | DEN |
| 05/17/2023 | 08:37 AM | BP | 5/18/2023 14:22:0 5/18/2023 14:22:0 5/18/2023 15:49:0 DEN SAN F9 889 22D TESS GAYNOR 10 | MOBILE | DEN |
| 05/17/2023 | 08:37 AM | BP | 5/18/2023 7:0:0 5/18/2023 7:0:0 5/18/2023 9:1:0 DCA DEN F9 3445 10E TESS GAYNOR 71 | MOBILE | DEN |
| 05/17/2023 | 04:45 PM | BP | 5/18/2023 14:22:0 5/18/2023 14:22:0 5/18/2023 15:49:0 DEN SAN F9 889 22D TESS GAYNOR 10 | MOBILE | DEN |
| 05/17/2023 | 04:45 PM | BP | 5/18/2023 7:0:0 5/18/2023 7:0:0 5/18/2023 9:1:0 DCA DEN F9 3445 10E TESS GAYNOR 71 | MOBILE | DEN |
| 05/17/2023 | 08:55 PM | BP | 5/18/2023 14:22:0 5/18/2023 14:22:0 5/18/2023 15:49:0 DEN SAN F9 889 22D TESS GAYNOR 10 | MOBILE | DEN |
| 05/17/2023 | 08:55 PM | BP | 5/18/2023 7:0:0 5/18/2023 7:0:0 5/18/2023 9:1:0 DCA | MOBILE | DEN |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| | | | DEN F9 3445 10E TESS GAYNOR 71 | | |
| 05/17/2023 | 09:40 PM | BP | 5/18/2023 14:22:0 5/18/2023 14:22:0 5/18/2023 15:49:0 DEN SAN F9 889 22D TESS GAYNOR 10 | MOBILE | DEN |
| 05/17/2023 | 09:40 PM | BP | 5/18/2023 7:0:0 5/18/2023 7:0:0 5/18/2023 9:1:0 DCA DEN F9 3445 10E TESS GAYNOR 71 | MOBILE | DEN |
| 05/18/2023 | 03:19 AM | BP | 5/18/2023 14:22:0 5/18/2023 14:22:0 5/18/2023 15:49:0 DEN SAN F9 889 22D TESS GAYNOR 10 | MOBILE | DEN |
| 05/18/2023 | 03:19 AM | BP | 5/18/2023 7:0:0 5/18/2023 7:0:0 5/18/2023 9:1:0 DCA DEN F9 3445 10E TESS GAYNOR 71 | MOBILE | DEN |
| 05/18/2023 | 04:37 AM | BD | 5/18/2023 7:0:0 5/18/2023 7:0:0 5/18/2023 9:1:0 DCA DEN F9 3445 10E TESS GAYNOR 71 | AT3245 | DCA |
| 05/18/2023 | 01:48 PM | BD | 5/18/2023 14:22:0 5/18/2023 14:22:0 5/18/2023 15:49:0 DEN SAN F9 889 22D TESS GAYNOR 10 | [redacted] | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 05/20/2023 | 12:16 PM | IS | 2 [redacted] 5/20/2023 18:16:3 | MOBILE | DEN |
| 05/20/2023 | 12:16 PM | CI | 5/21/2023 6:25:0 5/21/2023 6:25:0 5/21/2023 9:59:0 SAN DEN F9 890 0 TESS GAYNOR 78 | MOBILE | DEN |
| 05/20/2023 | 12:16 PM | CI | 5/21/2023 11:40:0 5/21/2023 11:40:0 5/21/2023 17:9:0 DEN DCA F9 3514 0 TESS GAYNOR 39 | MOBILE | DEN |
| 05/20/2023 | 12:16 PM | AS | SAN DEN 890 31D Y 5/21/2023 6:25:0 TESS GAYNOR | MOBILE | DEN |
| 05/20/2023 | 12:16 PM | AS | DEN DCA 3514 8B Y 5/21/2023 11:40:0 TESS GAYNOR | MOBILE | DEN |
| 05/20/2023 | 12:16 PM | BP | 5/21/2023 6:25:0 5/21/2023 6:25:0 5/21/2023 9:59:0 SAN DEN F9 890 31D TESS GAYNOR 78 | MOBILE | DEN |
| 05/20/2023 | 12:16 PM | BP | 5/21/2023 11:40:0 5/21/2023 11:40:0 5/21/2023 17:9:0 DEN DCA F9 3514 8B TESS GAYNOR 39 | MOBILE | DEN |
| 05/20/2023 | 12:16 PM | BP | 5/21/2023 6:25:0 5/21/2023 6:25:0 5/21/2023 9:59:0 SAN DEN F9 890 31D TESS GAYNOR 78 | MOBILE | DEN |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| 05/20/2023 | 12:16 PM | BP | 5/21/2023 6:25:0 5/21/2023 6:25:0 5/21/2023 9:59:0 SAN DEN F9 890 31D TESS GAYNOR 78 | MOBILE | DEN |
| 05/21/2023 | 06:50 AM | BD | 5/21/2023 6:25:0 5/21/2023 6:25:0 5/21/2023 9:59:0 SAN DEN F9 890 31D TESS GAYNOR 78 | [redacted] | SAN |
| 05/21/2023 | 06:52 AM | SF | GTNC 0 TESS GAYNOR GTNC:: 99.00 0 False | [redacted] | SAN |
| 05/21/2023 | 06:52 AM | SR | TESS GAYNOR GTNC 5/21/2023 DENDCA 3514 A | [redacted] | SAN |
| 05/21/2023 | 06:52 AM | SR | TESS GAYNOR GTNC 5/21/2023 SANDEN 890 A | [redacted] | SAN |
| 05/21/2023 | 06:52 AM | +P | VI 99.00 USD 0 | [redacted] | SAN |
| 05/21/2023 | 09:54 AM | BP | 5/21/2023 6:25:0 5/21/2023 6:25:0 5/21/2023 9:59:0 SAN DEN F9 890 31D TESS GAYNOR 78 | MOBILE | DEN |
| 05/21/2023 | 09:54 AM | BP | 5/21/2023 11:40:0 5/21/2023 11:40:0 5/21/2023 17:9:0 DEN DCA F9 3514 8B TESS GAYNOR 39 | MOBILE | DEN |
| 05/21/2023 | 09:55 AM | BP | 5/21/2023 11:40:0 5/21/2023 11:40:0 5/21/2023 17:9:0 DEN DCA F9 3514 8B TESS GAYNOR 39 | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 05/21/2023 | 09:55 AM | BP | 5/21/2023 11:40:0<br>5/21/2023 11:40:0<br>5/21/2023 17:9:0 DEN DCA<br>F9 3514 8B TESS GAYNOR<br>39 | MOBILE | DEN |
| 05/21/2023 | 11:05 AM | BD | 5/21/2023 11:40:0<br>5/21/2023 11:40:0<br>5/21/2023 17:9:0 DEN DCA<br>F9 3514 8B TESS GAYNOR<br>39 | [redacted] | DEN |

FARE

| First Name | Last Name | Charge Amount |
|---|---|---|
| TESS | GAYNOR | $98.78 |
| TESS | GAYNOR | $38.78 |
| Total | | $137.56 |

ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| TESS | GAYNOR | GTNC | GTNC | $99.00 |
| Total | | | | $99.00 |

PAYMENT

©2023 - Frontier Airlines



| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | Visa | [redacted] | TESS GAYNOR | $287.96 |
| ExternalAccount | Visa | [redacted] | TESS GAYNOR | $99.00 |

RETURNING CUSTOMERS

| PNR | Booking Date |
|---|---|
| O6MD4Y | 12/20/2022 |
| F7FT2F | 12/27/2022 |
| Z8NLVF | 09/11/2021 |
| FDTPWG | 08/15/2023 |
| XHJ4FH | 02/05/2022 |
| GIPRPE | 01/27/2023 |

©2023 - Frontier Airlines

# Exhibit O



## PASSENGER PNR DETAILS FOR KHEW8H

**DOT Compliant # -**

**DOT Analyst -**

*All time displayed in this PNR portal are in Mountain Time(MT)

**SUMMARY**

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| KHEW8H | Frontier Airlines | 03/04/2023 | $833.28 | $225.00 |

**PASSENGERS & FLIGHTS**

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMILLE | CRAWFORD | | Female | 1 | 128 | 27A | 04/06/2023 | MCO | MCO | 04/06/2023 | 05:12 AM | 05:30 AM | Boarded | SJU | 08:20 AM |
| CAMILLE | CRAWFORD | | Female | 1 | 117 | 13C | 04/09/2023 | SJU | SJU | 04/09/2023 | 06:22 AM | 07:45 AM | Boarded | MCO | 11:03 AM |
| Miya | Crawford | | Female | 1 | 128 | 27B | 04/06/2023 | MCO | MCO | 04/06/2023 | 05:12 AM | 05:30 AM | Boarded | SJU | 08:20 AM |
| Miya | Crawford | | Female | 1 | 117 | 13D | 04/09/2023 | SJU | SJU | 04/09/2023 | 06:22 AM | 07:45 AM | Boarded | MCO | 11:03 AM |
| Jesslyn | Crawford | | Female | 1 | 128 | 36F | 04/06/2023 | MCO | MCO | 04/05/2023 | 10:43 PM | 05:30 AM | Boarded | SJU | 08:20 AM |

©2023 - Frontier Airlines



| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jesslyn | Crawford | | Female | 1 | 117 | 13E | 04/09/2023 | SJU | SJU | 04/09/2023 | 06:22 AM | 07:45 AM | Boarded | MCO | 11:03 AM |

BOOKING CONTACT

| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| CAMILLE | CRAWFORD | | | |

BOOKING COMMENTS

| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| Levarti System User | 8719611 | LevartiSU | 03/23/2023 | 08:04 AM | RESCHEDULE:Time Change greater than 6hrs or <> to same calendar day, action required. 1st Email Sent to |
| Levarti System User | 8719611 | LevartiSU | 03/23/2023 | 08:09 AM | RESCHEDULE:Time Change greater than 6hrs or <> to same calendar day, action required. 1st SMS Sent to |
| Levarti System User | 8719611 | LevartiSU | 03/23/2023 | 09:40 AM | MAX SSDP: time change, Passenger accessed self service portal via token |
| Levarti System User | 8719611 | LevartiSU | 03/23/2023 | 09:41 AM | MAX SSDP: time change, Passenger accessed self service portal via token |
| Levarti System User | 8719611 | LevartiSU | 03/23/2023 | 09:45 AM | MAX SSDP: Dequeue on session completion for queue : LP6SCD |
| Levarti System User | 8719611 | LevartiSU | 03/23/2023 | 09:45 AM | MAX SSDP: FlightCarrier Code: F9 \| Flight Number: 128 \| Flight Origin: MCO - Orlando, FL \| Flight Destination: SJU - San Juan, Puerto Rico \| prt-rbk |

©2023 - Frontier Airlines



| AppSupport MassPNR | 7822380 | MassPNR | 04/03/2023 | 09:47 AM | Email sent to [redacted] 72 Hour Pre-Flight |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 04/05/2023 | 05:59 AM | Email sent to [redacted] 24 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 04/05/2023 | 07:12 PM | Controllable\|Notification\|F9128\|MCO\|SJU\|06Apr2023 07:30\|06Apr2023 07:30\|TSA Early Arrivals\|notified email |
| Levarti System User | 8719611 | LevartiSU | 04/05/2023 | 07:15 PM | Controllable\|Notification\|F9128\|MCO\|SJU\|06Apr2023 07:30\|06Apr2023 07:30\|TSA Early Arrivals\|notified email |
| Levarti System User | 8719611 | LevartiSU | 04/05/2023 | 07:36 PM | Controllable\|Notification\|F9128\|MCO\|SJU\|06Apr2023 07:30\|06Apr2023 07:30\|notify-tsa-early-arrivals\|notified sms |
| Levarti System User | 8719611 | LevartiSU | 04/05/2023 | 07:39 PM | Controllable\|Notification\|F9128\|MCO\|SJU\|06Apr2023 07:30\|06Apr2023 07:30\|notify-tsa-early-arrivals\|notified sms |
| AppSupport MassPNR | 7822380 | MassPNR | 04/05/2023 | 07:58 PM | Email sent to [redacted] 10 Hour Pre-Flight Check In |
| Levarti System User | 8719611 | LevartiSU | 04/06/2023 | 12:47 AM | Controllable\|Notification\|F9128\|MCO\|SJU\|06Apr2023 07:30\|06Apr2023 07:30\|Oversold Offer FREE\|notified email |
| Levarti System User | 8719611 | LevartiSU | 04/06/2023 | 12:47 AM | Controllable\|Notification\|F9128\|MCO\|SJU\|06Apr2023 07:30\|06Apr2023 07:30\|notify-oversold-offer-free\|notified sms |
| AppSupport MassPNR | 7822380 | MassPNR | 04/06/2023 | 01:59 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 04/07/2023 | 01:47 AM | Email sent to [redacted] Airport |

©2023 - Frontier Airlines



| AppSupport MassPNR | 7822380 | MassPNR | 04/08/2023 | 08:15 AM | Email sent to [redacted] 24 Hour Pre-Flight |
|---|---|---|---|---|---|
| ANONYMOUS AGENT | 22 | WebAnonymous | 04/08/2023 | 08:52 AM | DDRS\|DD Return Savings\|0 |
| ANONYMOUS AGENT | 22 | WebAnonymous | 04/08/2023 | 08:52 AM | DDDS\|DD Departure Savings\|0 |
| AppSupport MassPNR | 7822380 | MassPNR | 04/09/2023 | 04:03 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 04/10/2023 | 01:47 AM | Email sent to [redacted] Airport |
| [redacted] | [redacted] | [redacted] | 04/11/2023 | 01:25 PM | INC-230406-002018 Dear Camille, Thank you for contacting Frontier Airlines. We are happy to help you. However, for the privacy and security of our customers we ask that you reply with TWO (2) of the following: -Reservation Confirmation Code -Passengers First and Last Name -Last 4 digits of the credit card used to purchase the ticket Or you may instead provide THREE (3) of the following pieces of information: -Phone number on the reservation -Email address on the reservation -Mailing address on the reservation -Name of the Travel Agency (If booked through a 3rd Party) -Flight Number -Passenger Date of Birth We appreciate your cooperation, and look forward to hearing back from you. Sincerely, [redacted] Reservations Specialist Frontier Airlines |
| [redacted] | [redacted] | [redacted] | 04/12/2023 | 06:22 AM | INC-230406-002018 Dear Camille, Thank you for contacting Frontier Airlines. We appreciate receiving your receiving your email, and are happy to address your concern. Carry-on bag fees are non-refundable and we are unable to honor your request for a refund. Information about carry-on bag fees is available for review prior to purchase at www.FlyFrontier.com under the Travel Information |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | | | section. We appreciate your patience and hope to service your travel needs in the future. Regards, [redacted] Reservations Specialist Frontier Airlines |
| [redacted] | [redacted] | [redacted] | 04/13/2023 | 09:55 AM | INC-230406-002018 Dear Camille, Thank you for contacting Frontier Airlines. We appreciate receiving your email and are happy to address your concern. We reviewed your reservation and the pictures you sent, but we cannot honor your request because it is against our policies as there is nothing to support that the luggage you sent was the one you used for the flight. If the airport staff provided you with any documents to support your claim, you may send them as an attachment and if approved we will process the request, otherwise we respectfully decline to honor the refund request. We appreciate your patience and hope to service your travel needs in the future. Regards, [redacted] Reservations Specialist Frontier Airlines |
| [redacted] | [redacted] | [redacted] | 04/13/2023 | 11:13 AM | INC-230406-002018 Hello Camille, Thank you for contacting Frontier Airlines. We appreciate receiving your email and are happy to address your concern. We must inform you that your refund request does not fall within the parameters of our refund policy. Carry-on bag fees are non-refundable and we are unable to honor your request for a refund. Information about carry-on bag fees is available for review prior to purchase at www.FlyFrontier.com under the Travel Information section. In addition, we have no way to support that your luggage met the requirements to be taken as a free personal item, because if the airport staff charges passengers for the carry on is because it did not meet the dimensions, in your case unfortunately although you have sent us the images we have no way to corroborate that this was your luggage and not someone else's and that it did meet the requirements, also not having a document from |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| | | | | | the airport staff with whom you spoke we can not process your request. We appreciate your pat |
| [redacted] | [redacted] | [redacted] | 04/14/2023 | 02:35 PM | Voucher 122034732268300001 added for this booking. |
| [redacted] | [redacted] | [redacted] | 04/14/2023 | 02:35 PM | CSXPT1222 compensation provided due to rudeness experienced. - Voucher 122034732268300001 added for this booking - Passenger Name : Camille Crawford; Voucher Basis Code : CRMS_N; Value : 75.00; Expiry Date : 7/14/2023 5:59:00 AM. |
| [redacted] | [redacted] | [redacted] | 04/14/2023 | 02:35 PM | Voucher 122034745717700001 added for this booking. |
| [redacted] | [redacted] | [redacted] | 04/14/2023 | 02:35 PM | CSXPT1222 compensation provided due to rudeness experienced. - Voucher 122034745717700001 added for this booking - Passenger Name : Miya Crawford; Voucher Basis Code : CRMS_N; Value : 75.00; Expiry Date : 7/14/2023 5:59:00 AM. |
| [redacted] | [redacted] | [redacted] | 04/14/2023 | 02:35 PM | Voucher 122034755612100001 added for this booking. |
| [redacted] | [redacted] | [redacted] | 04/14/2023 | 02:35 PM | CSXPT1222 compensation provided due to rudeness experienced. - Voucher 122034755612100001 added for this booking - Passenger Name : Jesslyn Crawford; Voucher Basis Code : CRMS_N; Value : 75.00; Expiry Date : 7/14/2023 5:59:00 AM. |
| [redacted] | [redacted] | [redacted] | 04/14/2023 | 02:35 PM | Voucher Email sent - Voucher Reference Code : 122034732268300001; Passenger Name : Camille Crawford; Email : [redacted] Voucher Type : CRMS_N; Value : 75.00; Expiry Date : 7/13/2023 10:59:00 PM PST. |
| [redacted] | [redacted] | [redacted] | 04/14/2023 | 02:35 PM | Voucher Email sent - Voucher Reference Code : 122034745717700001; Passenger Name : Miya Crawford; Email : [redacted]; Voucher Type : CRMS_N; Value : 75.00; Expiry Date : 7/13/2023 10:59:00 PM PST. |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 04/14/2023 | 02:35 PM | Voucher Email sent - Voucher Reference Code : 122034755612100001; Passenger Name : Jesslyn Crawford; Email : [redacted]; Voucher Type : CRMS_N; Value : 75.00; Expiry Date : 7/13/2023 10:59:00 PM PST. |
| [redacted] | [redacted] | [redacted] | 04/14/2023 | 02:41 PM | CR NOTES//INC-230406-001987 pax replied back with the information/ we explained to the pax that the refund for the baggage was not applicable, we apologized for the rudeness experienced, and approved a vo compensation for the frustration faced./ REASON CODE CSXPT1222 |
| [redacted] | [redacted] | [redacted] | 04/23/2023 | 01:25 PM | CR NOTES//INC-230406-001987/ pax replied back stating she does not want the vo compensation, and also mentioned the bag fir in the sizer, we mentioned that It is never our intention to be insensitive to our customers when unfortunate circumstances like this one occur. However, in fairness to all customers, it is important for us to remain consistent with our policies, and explained that we have trained employees that are constantly getting updates about any baggage sizes policies. Not to mention the bag sizers equipment we have in each airport staff to make sure your belonging are measure in the correct way. |

RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 03/03/2023 | 08:38 PM | IS | 2 [redacted] 3/4/2023 3:38:56 | PaymentMaster | SYS |
| 03/22/2023 | 02:06 PM | -F | 1 F9 110 W 4/6/2023 0:0:0 8 MCO SJU 0 HK 3 4/6/2023 7:30:0 | JobScheduler | SYS |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | 4/6/2023 10:20:0 W21RPD2 163.1400 | | |
| 03/22/2023 | 02:06 PM | +F | 1 F9 104 W 4/6/2023 0:0:0 8 MCO SJU 0 HK 3 4/6/2023 23:37:0 4/7/2023 2:24:0 W21RPD2 163.1400 | JobScheduler | SYS |
| 03/22/2023 | 02:06 PM | X1 | F9 110 MCO SJU 4/6/2023 0:0:0 F9 104 MCO SJU 4/6/2023 0:0:0 SCHG | JobScheduler | SYS |
| 03/23/2023 | 09:45 AM | -F | 1 F9 104 W 4/6/2023 0:0:0 8 MCO SJU 0 HK 3 4/6/2023 23:37:0 4/7/2023 2:24:0 W21RPD2 163.1400 | LevartiSSDP | HDQ |
| 03/23/2023 | 09:45 AM | +F | 1 F9 128 W 4/6/2023 0:0:0 8 MCO SJU 0 HK 3 4/6/2023 7:30:0 4/6/2023 10:20:0 W21RPD2 163.1400 | LevartiSSDP | HDQ |
| 03/23/2023 | 09:45 AM | X1 | F9 104 MCO SJU 4/6/2023 0:0:0 F9 128 MCO SJU 4/6/2023 0:0:0 IROP | LevartiSSDP | HDQ |
| 03/23/2023 | 09:45 AM | IS | 2 [redacted] 3/23/2023 15:45:17 | LevartiSU | DEN |
| 04/05/2023 | 10:43 PM | IS | 2 [redacted] 4/6/2023 4:43:36 | [redacted] | WWW |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| 04/05/2023 | 10:43 PM | CI | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 0 MISS CAMILLE CRAWFORD 193 | [redacted] | WWW |
| 04/05/2023 | 10:43 PM | CI | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 0 Miya Crawford 194 | [redacted] | WWW |
| 04/05/2023 | 10:43 PM | CI | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 0 Jesslyn Crawford 195 | [redacted] | WWW |
| 04/05/2023 | 10:43 PM | AS | MCO SJU 128 31D Y 4/6/2023 7:30:0 MISS CAMILLE CRAWFORD | [redacted] | WWW |
| 04/05/2023 | 10:43 PM | AS | MCO SJU 128 34A Y 4/6/2023 7:30:0 Miya Crawford | [redacted] | WWW |
| 04/05/2023 | 10:43 PM | AS | MCO SJU 128 36F Y 4/6/2023 7:30:0 Jesslyn Crawford | [redacted] | WWW |
| 04/05/2023 | 10:43 PM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 31D MISS CAMILLE CRAWFORD 193 | [redacted] | WWW |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 04/05/2023 | 10:43 PM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 34A Miya Crawford 194 | [redacted] | WWW |
| 04/05/2023 | 10:43 PM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 36F Jesslyn Crawford 195 | [redacted] | WWW |
| 04/05/2023 | 10:44 PM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 36F Jesslyn Crawford 195 | MOBILE | DEN |
| 04/05/2023 | 10:44 PM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 36F Jesslyn Crawford 195 | MOBILE | DEN |
| 04/05/2023 | 10:44 PM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 34A Miya Crawford 194 | MOBILE | DEN |
| 04/05/2023 | 10:44 PM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 34A Miya Crawford 194 | MOBILE | DEN |
| 04/05/2023 | 10:44 PM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | SJU F9 128 31D MISS CAMILLE CRAWFORD 193 | | |
| 04/05/2023 | 10:44 PM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 31D MISS CAMILLE CRAWFORD 193 | MOBILE | DEN |
| 04/05/2023 | 10:46 PM | IS | 2 4/6/2023 4:46:29 | | WWW |
| 04/05/2023 | 10:46 PM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 31D MISS CAMILLE CRAWFORD 193 | MOBILE | DEN |
| 04/06/2023 | 04:05 AM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 31D MISS CAMILLE CRAWFORD 193 | MOBILE | DEN |
| 04/06/2023 | 05:12 AM | AS | MCO SJU 128 27A Y 4/6/2023 7:30:0 MISS CAMILLE CRAWFORD | mz290248 | MCO |
| 04/06/2023 | 05:12 AM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 27A MISS | mz290248 | MCO |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | CAMILLE CRAWFORD 193 | | |
| 04/06/2023 | 05:12 AM | AS | MCO SJU 128 27B Y 4/6/2023 7:30:0 Miya Crawford | [redacted] | MCO |
| 04/06/2023 | 05:12 AM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 27B Miya Crawford 194 | [redacted] | MCO |
| 04/06/2023 | 05:13 AM | BD | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 27B Miya Crawford 194 | [redacted] | MCO |
| 04/06/2023 | 05:13 AM | BD | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 27A MISS CAMILLE CRAWFORD 193 | [redacted] | MCO |
| 04/06/2023 | 05:13 AM | BD | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 36F Jesslyn Crawford 195 | [redacted] | MCO |
| 04/06/2023 | 05:16 AM | SF | GTNC 0 Jesslyn Crawford GTNC:: 99.00 0 False | [redacted] | MCO |
| 04/06/2023 | 05:16 AM | SF | GTNC 0 Miya Crawford GTNC:: 99.00 0 False | [redacted] | MCO |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 04/06/2023 | 05:16 AM | SR | Jesslyn Crawford GTNC 4/6/2023 MCOSJU 128 A | [redacted] | MCO |
| 04/06/2023 | 05:16 AM | SR | Miya Crawford GTNC 4/6/2023 MCOSJU 128 A | [redacted] | MCO |
| 04/06/2023 | 05:16 AM | +P | MC 198.00 USD 0 | [redacted] | MCO |
| 04/06/2023 | 05:16 AM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 36F Jesslyn Crawford 195 | [redacted] | MCO |
| 04/06/2023 | 05:16 AM | BP | 4/6/2023 7:30:0 4/6/2023 7:30:0 4/6/2023 10:20:0 MCO SJU F9 128 27B Miya Crawford 194 | [redacted] | MCO |
| 04/06/2023 | 05:19 AM | SF | GTNC 0 CAMILLE CRAWFORD GTNC:: 99.00 0 False | [redacted] | MCO |
| 04/06/2023 | 05:19 AM | SR | MISS CAMILLE CRAWFORD GTNC 4/6/2023 MCOSJU 128 A | [redacted] | MCO |
| 04/06/2023 | 05:19 AM | +P | MC 99.00 USD 0 | [redacted] | MCO |
| 04/08/2023 | 08:52 AM | AS | SJU MCO 117 17F Y 4/9/2023 0:0:0 Jesslyn Crawford | Website | SYS |

©2023 - Frontier Airlines



| 04/08/2023 | 08:52 AM | AS | SJU MCO 117 17E Y 4/9/2023 0:0:0 Miya Crawford | Website | SYS |
|---|---|---|---|---|---|
| 04/08/2023 | 08:52 AM | AS | SJU MCO 117 17D Y 4/9/2023 0:0:0 MISS CAMILLE CRAWFORD | Website | SYS |
| 04/08/2023 | 08:52 AM | CI | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17D MISS CAMILLE CRAWFORD 45 | Website | SYS |
| 04/08/2023 | 08:52 AM | CI | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17E Miya Crawford 46 | Website | SYS |
| 04/08/2023 | 08:52 AM | CI | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17F Jesslyn Crawford 47 | Website | SYS |
| 04/08/2023 | 08:53 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17E Miya Crawford 46 | Website | SYS |
| 04/08/2023 | 08:53 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17D MISS | Website | SYS |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | CAMILLE CRAWFORD 45 | | |
| 04/08/2023 | 08:53 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17F Jesslyn Crawford 47 | Website | SYS |
| 04/09/2023 | 05:44 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17D MISS CAMILLE CRAWFORD 45 | MOBILE | DEN |
| 04/09/2023 | 05:44 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17D MISS CAMILLE CRAWFORD 45 | MOBILE | DEN |
| 04/09/2023 | 05:44 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17E Miya Crawford 46 | MOBILE | DEN |
| 04/09/2023 | 05:45 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17F Jesslyn Crawford 47 | MOBILE | DEN |
| 04/09/2023 | 05:45 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17D MISS | MOBILE | DEN |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| | | | CAMILLE CRAWFORD 45 | | |
| 04/09/2023 | 05:45 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17D MISS CAMILLE CRAWFORD 45 | MOBILE | DEN |
| 04/09/2023 | 05:45 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17E Miya Crawford 46 | MOBILE | DEN |
| 04/09/2023 | 05:45 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17E Miya Crawford 46 | MOBILE | DEN |
| 04/09/2023 | 05:45 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17F Jesslyn Crawford 47 | MOBILE | DEN |
| 04/09/2023 | 05:45 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 17F Jesslyn Crawford 47 | MOBILE | DEN |
| 04/09/2023 | 06:22 AM | AS | SJU MCO 117 13E Y 4/9/2023 9:45:0 Jesslyn Crawford | [redacted] | SJU |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 04/09/2023 | 06:22 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 13E Jesslyn Crawford 47 | [redacted] | SJU |
| 04/09/2023 | 06:22 AM | AS | SJU MCO 117 13D Y 4/9/2023 9:45:0 Miya Crawford | [redacted] | SJU |
| 04/09/2023 | 06:22 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 13D Miya Crawford 46 | [redacted] | SJU |
| 04/09/2023 | 06:22 AM | AS | SJU MCO 117 13C Y 4/9/2023 9:45:0 MISS CAMILLE CRAWFORD | [redacted] | SJU |
| 04/09/2023 | 06:22 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 13C MISS CAMILLE CRAWFORD 45 | [redacted] | SJU |
| 04/09/2023 | 06:33 AM | SF | COB1 1 Jesslyn Crawford CMCI:: 69.00 0 False | MOBILE | DEN |
| 04/09/2023 | 06:33 AM | SF | COB1 1 Miya Crawford CMCI:: 69.00 0 False | MOBILE | DEN |
| 04/09/2023 | 06:33 AM | SR | Miya Crawford COB1 4/9/2023 SJUMCO 117 A | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 04/09/2023 | 06:33 AM | SR | Jesslyn Crawford COB1 4/9/2023 SJUMCO 117 A | MOBILE | DEN |
| 04/09/2023 | 06:33 AM | +P | VI 138 USD 0 | MOBILE | DEN |
| 04/09/2023 | 06:33 AM | IS | 2 [redacted] 4/9/2023 12:33:44 | PaymentMaster | SYS |
| 04/09/2023 | 06:33 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 13C MISS CAMILLE CRAWFORD 45 | MOBILE | DEN |
| 04/09/2023 | 07:02 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 13C MISS CAMILLE CRAWFORD 45 | MOBILE | DEN |
| 04/09/2023 | 07:02 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 13C MISS CAMILLE CRAWFORD 45 | MOBILE | DEN |
| 04/09/2023 | 07:02 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 13D Miya Crawford 46 | MOBILE | DEN |
| 04/09/2023 | 07:02 AM | BP | 4/9/2023 9:45:0 4/9/2023 9:45:0 | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | 4/9/2023 13:3:0 SJU MCO F9 117 13E Jesslyn Crawford 47 | | |
| 04/09/2023 | 07:09 AM | BD | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 13E Jesslyn Crawford 47 | [redacted] | SJU |
| 04/09/2023 | 07:09 AM | BD | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 13D Miya Crawford 46 | [redacted] | SJU |
| 04/09/2023 | 07:09 AM | BD | 4/9/2023 9:45:0 4/9/2023 9:45:0 4/9/2023 13:3:0 SJU MCO F9 117 13C MISS CAMILLE CRAWFORD 45 | [redacted] | SJU |

VOUCHER

| Voucher ID | Issue Date | Voucher Basis Code | Station | Employee Number | Voucher Reference | Issued Amount | Used Amount |
|---|---|---|---|---|---|---|---|
| 12489108 | 04/14/2023 | CRMS_N | SAL | [redacted] | 122034732268300001 | $75.00 | $0.00 |
| 12489109 | 04/14/2023 | CRMS_N | SAL | [redacted] | 122034745717700001 | $75.00 | $0.00 |
| 12489110 | 04/14/2023 | CRMS_N | SAL | [redacted] | 122034755612100001 | $75.00 | $28.91 |
| Total | | | | | | $225.00 | $28.91 |

©2023 - Frontier Airlines



FARE

| First Name | Last Name | Charge Amount |
|---|---|---|
| CAMILLE | CRAWFORD | $24.18 |
| CAMILLE | CRAWFORD | $0.18 |
| Miya | Crawford | $24.18 |
| Miya | Crawford | $0.18 |
| Jesslyn | Crawford | $24.18 |
| Jesslyn | Crawford | $0.18 |
| Total | | $73.08 |

ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| CAMILLE | CRAWFORD | GTNC | GTNC | $99.00 |
| Miya | Crawford | GTNC | GTNC | $99.00 |
| Miya | Crawford | COB1 | COB1 | $40.00 |
| Miya | Crawford | COB1 | COB1 | ($29.00) |
| Jesslyn | Crawford | GTNC | GTNC | $99.00 |
| Jesslyn | Crawford | COB1 | COB1 | $40.00 |
| Jesslyn | Crawford | COB1 | COB1 | ($29.00) |
| Total | | | | $319.00 |

©2023 - Frontier Airlines



PAYMENT

| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | MasterCard | ███ | Camille Crawford | $398.28 |
| ExternalAccount | MasterCard | ███ | MIYA CRAWFORD | $198.00 |
| ExternalAccount | MasterCard | ███ | MIYA CRAWFORD | $99.00 |
| ExternalAccount | Visa | ███ | Jesslyn N Crawford | $138.00 |

RETURNING CUSTOMERS

| PNR | Booking Date |
|---|---|
| SDVG7Q | 05/21/2022 |
| ZYF6PP | 01/07/2022 |
| KFBY5K | 04/07/2022 |
| U3GUTR | 03/12/2020 |
| WFH6XA | 01/23/2022 |
| EI7UYE | 05/21/2022 |
| QFT96K | 05/21/2022 |
| BFILHN | 04/30/2023 |
| XJITJH | 09/21/2023 |
| DD6FQQ | 10/13/2021 |
| IY3CFZ | 09/02/2021 |

©2023 - Frontier Airlines



| | |
|---|---|
| BFMTRK | 04/07/2022 |
| DBU29J | 08/16/2023 |
| H8DRNS | 05/21/2022 |
| RB9U4J | 05/21/2022 |
| O6CK4L | 01/31/2023 |
| THJ59E | 09/01/2021 |
| T6SHYL | 01/15/2022 |
| Y4QTUE | 05/21/2022 |
| I868UF | 05/21/2022 |
| EF429K | 05/21/2022 |
| HIKDPR | 05/21/2022 |
| GHED2E | 09/09/2022 |
| Q9HPJS | 12/25/2022 |
| MCH83T | 05/21/2022 |

©2023 - Frontier Airlines

# Exhibit P



## PASSENGER PNR DETAILS FOR S6TM9L

DOT Compliant # -

DOT Analyst -

*All time displayed in this PNR portal are in Mountain Time(MT)

### SUMMARY

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| S6TM9L | Frontier Airlines | 04/17/2023 | $352.96 | $0.00 |

### PASSENGERS & FLIGHTS

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert | Hinrichs | | Male | 1 | 1129 | 10A | 04/19/2023 | MKE | MKE | 04/18/2023 | 12:17 PM | 12:12 PM | Boarded | MCO | 03:03 PM |
| JoAnne | Hinrichs | | Female | 1 | 1129 | 10C | 04/19/2023 | MKE | MKE | 04/18/2023 | 12:19 PM | 12:12 PM | Boarded | MCO | 03:03 PM |

### BOOKING CONTACT

| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| Robert | Hinrichs | | | |

©2023 - Frontier Airlines



BOOKING COMMENTS

| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 04/18/2023 | 12:32 PM | Email sent to [redacted] 24 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 04/19/2023 | 08:29 AM | Email sent to [redacted] 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 04/20/2023 | 12:49 AM | Email sent to [redacted] Virtual CheckIn |
| [redacted] | [redacted] | [redacted] | 04/20/2023 | 02:40 PM | Voucher 122219356105100001 added for this booking. |
| [redacted] | [redacted] | [redacted] | 04/20/2023 | 02:40 PM | CSXPT1222 pax asks for refund on baggage. - Voucher 122219356105100001 added for this booking - Passenger Name : Robert Hinrichs; Voucher Basis Code : CRMS_N; Value : 75.00; Expiry Date : 7/20/2023 5:59:00 AM. |
| [redacted] | [redacted] | [redacted] | 04/20/2023 | 02:40 PM | Voucher Email sent - Voucher Reference Code : 122219356105100001; Passenger Name : Robert Hinrichs; Email : [redacted] |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | | | Voucher Type : CRMS_N; Value : 75.00; Expiry Date : 7/19/2023 10:59:00 PM PST. |
| [redacted] | [redacted] | [redacted] | 04/20/2023 | 02:58 PM | **CR NOTES** RNT #:230420-001016 Customer Name: JoAnne Hinrichs Reason for contact: pax asked for a refund on carry on fee. Resolution: I did educate the customer let her no apply for refund. |
| [redacted] | [redacted] | [redacted] | 04/20/2023 | 02:59 PM | **CR NOTES** RNT #:230420-001016 Customer Name: JoAnne Hinrichs Reason for contact: pax still askeing for a refund. Resolution: I will send a vocuher as one time exeption only |
| [redacted] | [redacted] | [redacted] | 07/18/2023 | 09:04 AM | Voucher 122219356105100001 has been voided. |
| [redacted] | [redacted] | [redacted] | 07/18/2023 | 09:15 AM | **CR NOTES** RNT #:230420-001016 Customer Name: JoAnne Hinrichs R: Px said that his vo s about to expire on 07/19 but the web shows flights until 08/15. Px asking |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | | | for an extension. S: Px explained that we don't have vo extensions, I deposited 10,000 miles to his account PCNS. |
| [redacted] | [redacted] | [redacted] | 07/18/2023 | 09:53 AM | ***CR NOTES*** INC-230413-002228 Date and Name: July 18th, 2023 // Soff VErbatim: px asking if they can get a voucher extended the validity due to the flights are only available until august 15th RESOLUTION: Information was explained that we can not extend any voucher but asked to sent the voucher information and we can try to approve an exception |

RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 04/17/2023 | 09:17 AM | IS | 2 [redacted] 4/17/2023 15:17:41 | [redacted] | WWW |
| 04/17/2023 | 09:17 AM | IS | 2 [redacted] 4/17/2023 15:17:41 | [redacted] | WWW |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 04/18/2023 | 12:17 PM | IS | 2<br>[redacted]<br>4/18/2023 18:17:19 | MOBILE | DEN |
| 04/18/2023 | 12:17 PM | CI | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 0<br>Robert Hinrichs 12 | MOBILE | DEN |
| 04/18/2023 | 12:17 PM | AS | MKE MCO 1129 10A Y<br>4/19/2023 13:12:0<br>Robert Hinrichs | MOBILE | DEN |
| 04/18/2023 | 12:17 PM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10A<br>Robert Hinrichs 12 | MOBILE | DEN |
| 04/18/2023 | 12:19 PM | IS | 2<br>[redacted]<br>4/18/2023 18:19:25 | MOBILE | DEN |
| 04/18/2023 | 12:19 PM | CI | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 0<br>JoAnne Hinrichs 16 | MOBILE | DEN |
| 04/18/2023 | 12:19 PM | AS | MKE MCO 1129 10C Y<br>4/19/2023 13:12:0<br>JoAnne Hinrichs | MOBILE | DEN |
| 04/18/2023 | 12:19 PM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE | MOBILE | DEN |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | MCO F9 1129 10A<br>Robert Hinrichs 12 | | |
| 04/18/2023 | 12:19 PM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10A<br>Robert Hinrichs 12 | MOBILE | DEN |
| 04/18/2023 | 12:19 PM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10C<br>JoAnne Hinrichs 16 | MOBILE | DEN |
| 04/19/2023 | 09:07 AM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10A<br>Robert Hinrichs 12 | MOBILE | DEN |
| 04/19/2023 | 11:17 AM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10A<br>Robert Hinrichs 12 | [redacted] | WWW |
| 04/19/2023 | 11:17 AM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10C<br>JoAnne Hinrichs 16 | [redacted] | WWW |
| 04/19/2023 | 11:34 AM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10A<br>Robert Hinrichs 12 | [redacted] | WWW |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| 04/19/2023 | 11:34 AM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10C<br>JoAnne Hinrichs 16 | [redacted] | WWW |
| 04/19/2023 | 11:47 AM | SF | GTNC 0 Robert Hinrichs<br>GTNC:: 99.00 0 False | [redacted] | MKE |
| 04/19/2023 | 11:47 AM | SR | Robert Hinrichs GTNC<br>4/19/2023 MKEMCO<br>1129 A | [redacted] | MKE |
| 04/19/2023 | 11:47 AM | +P | DS 99.00 USD 0 | [redacted] | MKE |
| 04/19/2023 | 11:48 AM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10A<br>Robert Hinrichs 12 | MOBILE | DEN |
| 04/19/2023 | 11:48 AM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10A<br>Robert Hinrichs 12 | [redacted] | WWW |
| 04/19/2023 | 11:48 AM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10C<br>JoAnne Hinrichs 16 | [redacted] | WWW |
| 04/19/2023 | 11:48 AM | BD | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10A<br>Robert Hinrichs 12 | [redacted] | MKE |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 04/19/2023 | 11:48 AM | BD | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10C<br>JoAnne Hinrichs 16 | | MKE |
| 07/26/2023 | 08:29 AM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10A<br>Robert Hinrichs 12 | MOBILE | DEN |
| 07/26/2023 | 08:29 AM | BP | 4/19/2023 13:12:0<br>4/19/2023 13:12:0<br>4/19/2023 17:3:0 MKE<br>MCO F9 1129 10C<br>JoAnne Hinrichs 16 | MOBILE | DEN |

FARE

| First Name | Last Name | Charge Amount |
|---|---|---|
| Robert | Hinrichs | $89.08 |
| JoAnne | Hinrichs | $89.08 |
| Total | | $178.16 |

ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| Robert | Hinrichs | GTNC | GTNC | $99.00 |
| Total | | | | $99.00 |

©2023 - Frontier Airlines



PAYMENT

| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| Voucher | Voucher | ■ | | $50.00 |
| Voucher | Voucher | ■ | | $32.87 |
| Voucher | Voucher | ■ | | $100.00 |
| ExternalAccount | MasterCard | ■ | Robert Hinrichs | $71.09 |
| ExternalAccount | Discover | ■ | JOANNE S HINRICHS | $99.00 |

RETURNING CUSTOMERS

| PNR | Booking Date |
|---|---|
| H7V9PV | 08/31/2022 |
| CCPJ3T | 04/10/2023 |
| FBV2HT | 09/19/2021 |
| G65UNY | 02/15/2022 |
| X5Z8TB | 08/01/2021 |
| GYN63G | 05/17/2021 |
| ICNV5G | 04/10/2023 |
| J7ZH3Y | 08/22/2023 |
| QCTBYG | 10/13/2021 |

©2023 - Frontier Airlines



| | |
|---|---|
| A7I2QY | 09/12/2023 |
| ECCEVT | 09/17/2021 |
| N9RHXP | 12/21/2021 |
| LY57GP | 12/22/2022 |
| VDTQ6T | 12/29/2022 |
| N9RWYP | 02/15/2022 |

©2023 - Frontier Airlines

# Exhibit Q



## PASSENGER PNR DETAILS FOR MDMKMG

DOT Compliant # -

DOT Analyst -

*All time displayed in this PNR portal are in Mountain Time(MT)

SUMMARY

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| MDMKMG | Frontier Airlines | 04/19/2023 | $275.96 | $100.00 |

PASSENGERS & FLIGHTS

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mason | Sprague | | Male | 1 | 2809 | 19A | 05/28/2023 | MKE | MKE | 05/28/2023 | 04:08 PM | 07:07 PM | Boarded | LAS | 11:11 PM |
| Karla | Sprague | | Female | 1 | 2809 | 18D | 05/28/2023 | MKE | MKE | 05/28/2023 | 04:08 PM | 07:07 PM | Boarded | LAS | 11:11 PM |

BOOKING CONTACT

| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| Mason | Sprague | | | |

©2023 - Frontier Airlines



BOOKING COMMENTS

| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 05/25/2023 | 07:23 AM | Email sent to [redacted] 72 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 05/27/2023 | 07:39 PM | Email sent to [redacted] 24 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 05/28/2023 | 09:54 AM | Email sent to [redacted] 10 Hour Pre-Flight Check In |
| AppSupport MassPNR | 7822380 | MassPNR | 05/28/2023 | 03:49 PM | Email sent to [redacted] 4 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 05/28/2023 | 04:19 PM | Boarding pass email sent |
| Levarti System User | 8719611 | LevartiSU | 05/28/2023 | 04:19 PM | boarding pass sms sent |
| [redacted] | [redacted] | [redacted] | 05/28/2023 | 11:51 PM | ***chat notes*** ca806d5e-735d-486e-a469-6efcac828fba PNR: MDMKMG NAME: Mason Sprague REASON: refund for the COB charged at the airport RESO: chk PNR/ pax informed us that their personal item charged as COB at the airport/ask for manager/ deescalated/ offer voucher/ sup |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | | | approved issue a voucher $50 per pax/ pax agreed/ pcns/ eoc. |
| [redacted] | [redacted] | [redacted] | 05/28/2023 | 11:55 PM | Voucher 123254214471300001 has been voided. |
| [redacted] | [redacted] | [redacted] | 05/28/2023 | 11:59 PM | Voucher Email sent - Voucher Reference Code : 123254224237500001; Passenger Name : Karla Sprague; Email : [redacted] Voucher Type : CRMS; Value : 50.00; Expiry Date : 8/28/2023 8:59:59 PM PST. |
| [redacted] | [redacted] | [redacted] | 05/28/2023 | 11:59 PM | Voucher Email sent - Voucher Reference Code : 123254235375300001; Passenger Name : Mason Sprague; Email : [redacted] Voucher Type : CRMS; Value : 50.00; Expiry Date : 8/28/2023 8:59:59 PM PST. |
| AppSupport MassPNR | 7822380 | MassPNR | 05/29/2023 | 01:40 AM | Email sent to [redacted] Airport |
| [redacted] | [redacted] | [redacted] | 05/29/2023 | 02:52 AM | CSXPT1222 |

©2023 - Frontier Airlines



RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 04/19/2023 | 09:19 AM | IS | 2 [redacted] 4/19/2023 15:19:38 | Website | SYS |
| 05/23/2023 | 12:59 PM | AS | MKE LAS 2809 18D Y 5/28/2023 20:7:0 Karla Sprague | [redacted] | HDQ |
| 05/23/2023 | 01:13 PM | AS | MKE LAS 2809 19A Y 5/28/2023 20:7:0 Mason Sprague | [redacted] | HDQ |
| 05/28/2023 | 04:08 PM | CI | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE LAS F9 2809 19A Mason Sprague 126 | Website | SYS |
| 05/28/2023 | 04:08 PM | CI | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE LAS F9 2809 18D Karla Sprague 127 | Website | SYS |
| 05/28/2023 | 04:08 PM | BP | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE LAS F9 2809 19A Mason Sprague 126 | Website | SYS |
| 05/28/2023 | 04:08 PM | BP | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE | Website | SYS |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | LAS F9 2809 18D Karla Sprague 127 | | |
| 05/28/2023 | 04:20 PM | BP | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE LAS F9 2809 19A Mason Sprague 126 | Website | SYS |
| 05/28/2023 | 04:20 PM | BP | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE LAS F9 2809 18D Karla Sprague 127 | Website | SYS |
| 05/28/2023 | 05:04 PM | BP | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE LAS F9 2809 19A Mason Sprague 126 | Website | SYS |
| 05/28/2023 | 05:04 PM | BP | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE LAS F9 2809 18D Karla Sprague 127 | Website | SYS |
| 05/28/2023 | 06:53 PM | SF | COB1 0 Karla Sprague CWMB:: 69.00 0 False | Website | SYS |
| 05/28/2023 | 06:53 PM | SF | COB1 0 Mason Sprague CWMB:: 69.00 0 False | Website | SYS |
| 05/28/2023 | 06:53 PM | SR | Karla Sprague COB1 5/28/2023 MKELAS 2809 A | Website | SYS |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 05/28/2023 | 06:53 PM | SR | Mason Sprague COB1 5/28/2023 MKELAS 2809 A | Website | SYS |
| 05/28/2023 | 06:53 PM | +P | VI 138.00 USD 0 | Website | SYS |
| 05/28/2023 | 06:54 PM | IS | 2 [redacted] 5/29/2023 0:54:1 | Website | SYS |
| 05/28/2023 | 06:54 PM | BD | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE LAS F9 2809 19A Mason Sprague 126 | SM316206 | MKE |
| 05/28/2023 | 06:54 PM | BD | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE LAS F9 2809 18D Karla Sprague 127 | SM316206 | MKE |
| 08/26/2023 | 12:48 PM | BP | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE LAS F9 2809 19A Mason Sprague 126 | Website | SYS |
| 08/26/2023 | 12:48 PM | BP | 5/28/2023 20:7:0 5/28/2023 20:7:0 5/28/2023 22:11:0 MKE LAS F9 2809 18D Karla Sprague 127 | Website | SYS |

VOUCHER

©2023 - Frontier Airlines



| Voucher ID | Issue Date | Voucher Basis Code | Station | Employee Number | Voucher Reference | Issued Amount | Used Amount |
|---|---|---|---|---|---|---|---|
| 12620442 | 05/29/2023 | CRMS | BCD | | 123254224237500001 | $50.00 | $50.00 |
| 12620443 | 05/29/2023 | CRMS | BCD | | 123254235375300001 | $50.00 | $50.00 |
| Total | | | | | | $100.00 | $100.00 |

FARE

| First Name | Last Name | Charge Amount |
|---|---|---|
| Mason | Sprague | $31.08 |
| Karla | Sprague | $31.08 |
| Total | | $62.16 |

ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| Mason | Sprague | COB1 | COB1 | $62.00 |
| Mason | Sprague | COB1 | COB1 | ($7.00) |
| Karla | Sprague | COB1 | COB1 | $62.00 |
| Karla | Sprague | COB1 | COB1 | ($7.00) |
| Total | | | | $110.00 |

PAYMENT

©2023 - Frontier Airlines



| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | Visa | ████ | Mason Sprague | $137.96 |
| ExternalAccount | Visa | ████ | Mason Sprague | $138.00 |

RETURNING CUSTOMERS

| PNR | Booking Date |
|---|---|
| RF7EUA | 03/01/2022 |
| MG3JWN | 10/13/2022 |
| IY43NC | 07/05/2023 |
| YJEJ4E | 04/19/2023 |
| AGLS9E | 02/11/2022 |
| AEFC6K | 02/12/2022 |
| YGCC9K | 03/13/2022 |

©2023 - Frontier Airlines

# Exhibit R



PASSENGER PNR DETAILS FOR ZBNL3M

DOT Compliant # -

DOT Analyst -

*All time displayed in this PNR portal are in Mountain Time(MT)

SUMMARY

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|---|---|---|---|---|
| ZBNL3M | Frontier Airlines | 03/01/2023 | $939.90 | $375.00 |

PASSENGERS & FLIGHTS

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beata | Urbanowicz | | Female | 1 | 44 | 6C | 04/29/2023 | MCO | MCO | 04/28/2023 | 12:59 PM | 05:05 AM | Boarded | ORD | 08:10 AM |
| Diana | Dizon | | Female | 1 | 44 | 6B | 04/29/2023 | MCO | MCO | 04/28/2023 | 12:59 PM | 05:05 AM | Boarded | ORD | 08:10 AM |
| Beatriz | Romero-Corona | | Female | 1 | 44 | 6D | 04/29/2023 | MCO | MCO | 04/28/2023 | 12:59 PM | 05:05 AM | Boarded | ORD | 08:10 AM |
| Reselma | Martinez | | Female | 1 | 44 | 6E | 04/29/2023 | MCO | MCO | 04/28/2023 | 12:59 PM | 05:05 AM | Boarded | ORD | 08:10 AM |
| Sherron Meyer | Brick | | Female | 1 | 44 | 6F | 04/29/2023 | MCO | MCO | 04/28/2023 | 12:59 PM | 05:05 AM | Boarded | ORD | 08:10 AM |

©2023 - Frontier Airlines



BOOKING CONTACT

| First Name | Last Name | Email Address | Home Phone | Other Phone |
|---|---|---|---|---|
| Beata | Urbanowicz | [REDACTED] | | [REDACTED] |

BOOKING COMMENTS

| Created Agent Name | Created Agent Id | Created Agent Code | Created Date | Created Time | Comment |
|---|---|---|---|---|---|
| AppSupport MassPNR | 7822380 | MassPNR | 04/26/2023 | 07:28 AM | Email sent to [REDACTED] 72 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 04/28/2023 | 05:19 AM | Email sent to [REDACTED] 24 Hour Pre-Flight |
| Levarti System User | 8719611 | LevartiSU | 04/28/2023 | 01:10 PM | Boarding pass email sent |
| Levarti System User | 8719611 | LevartiSU | 04/28/2023 | 01:10 PM | boarding pass sms sent |
| Levarti System User | 8719611 | LevartiSU | 04/28/2023 | 08:50 PM | Controllable\|Notification\|F944\|MCO\|ORD\|29Apr2023 07:05\|29Apr2023 07:05\|TSA Early Arrivals\|notified email |
| Levarti System User | 8719611 | LevartiSU | 04/28/2023 | 08:52 PM | Controllable\|Notification\|F944\|MCO\|ORD\|29Apr2023 07:05\|29Apr2023 07:05\|notify-tsa-early-arrivals\|notified sms |
| AppSupport MassPNR | 7822380 | MassPNR | 04/29/2023 | 01:29 AM | Email sent to [REDACTED] 4 Hour Pre-Flight |
| AppSupport MassPNR | 7822380 | MassPNR | 04/30/2023 | 03:15 AM | Email sent to [REDACTED] Airport |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 05/01/2023 | 07:04 PM | 🚀🚀🚀🚀🚀🚀🚀🚀🚀🚀Chat Support🚀🚀🚀🚀🚀🚀🚀🚀🚀🚀 - 🚀Customer: Beata Urbanowicz -🚀Reason of chat: information about of the charge made at the airport - 🚀Solution:/information provided -🚀Chat ID: B. |
| [redacted] | [redacted] | [redacted] | 05/02/2023 | 06:52 PM | Email ( Beata ) Pax she and the other passenger on her reservation were wrongly charged for baggage. 05/02/23 Tyus -INC-230502-000222- Apologized for the inconvenience. Explained policy and issued each passenger a $75 voucher |
| [redacted] | [redacted] | [redacted] | 06/06/2023 | 02:06 AM | Do Not Refund - Chargeback received $99.00 Case#1050592819 Reason Code - 13.7 |

RECORD HISTORY

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 03/01/2023 | 08:09 AM | IS | 2 [redacted] 3/1/2023 15:9:54 | Website | SYS |
| 04/28/2023 | 12:59 PM | AS | MCO ORD 44 6F Y 4/29/2023 0:0:0 Sherron Meyer Brick | Website | SYS |
| 04/28/2023 | 12:59 PM | AS | MCO ORD 44 6E Y 4/29/2023 0:0:0 Reselma Ocampo Martinez | Website | SYS |
| 04/28/2023 | 12:59 PM | AS | MCO ORD 44 6D Y 4/29/2023 0:0:0 Beatriz Romero-Corona | Website | SYS |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| 04/28/2023 | 12:59 PM | AS | MCO ORD 44 6B Y 4/29/2023 0:0:0 Diana Aprieto Dizon | Website | SYS |
| 04/28/2023 | 12:59 PM | AS | MCO ORD 44 6C Y 4/29/2023 0:0:0 Beata Maria Urbanowicz | Website | SYS |
| 04/28/2023 | 12:59 PM | CI | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6C Beata Maria Urbanowicz 141 | Website | SYS |
| 04/28/2023 | 12:59 PM | CI | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6B Diana Aprieto Dizon 142 | Website | SYS |
| 04/28/2023 | 12:59 PM | CI | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6D Beatriz Romero-Corona 143 | Website | SYS |
| 04/28/2023 | 12:59 PM | CI | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6E Reselma Ocampo Martinez 144 | Website | SYS |
| 04/28/2023 | 12:59 PM | CI | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6F Sherron Meyer Brick 145 | Website | SYS |
| 04/28/2023 | 12:59 PM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6C | Website | SYS |

©2023 - Frontier Airlines



| | | | | | |
|---|---|---|---|---|---|
| | | | Beata Maria Urbanowicz 141 | | |
| 04/28/2023 | 12:59 PM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6B Diana Aprieto Dizon 142 | Website | SYS |
| 04/28/2023 | 12:59 PM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6D Beatriz Romero-Corona 143 | Website | SYS |
| 04/28/2023 | 12:59 PM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6F Sherron Meyer Brick 145 | Website | SYS |
| 04/28/2023 | 12:59 PM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6E Reselma Ocampo Martinez 144 | Website | SYS |
| 04/28/2023 | 01:38 PM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6C Beata Maria Urbanowicz 141 | Website | SYS |
| 04/28/2023 | 01:38 PM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6D Beatriz Romero-Corona 143 | Website | SYS |
| 04/28/2023 | 01:38 PM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 | Website | SYS |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| | | | MCO ORD F9 44 6B Diana Aprieto Dizon 142 | | |
| 04/28/2023 | 01:38 PM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6E Reselma Ocampo Martinez 144 | Website | SYS |
| 04/28/2023 | 01:38 PM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6F Sherron Meyer Brick 145 | Website | SYS |
| 04/29/2023 | 04:50 AM | SF | GTNC 0 Reselma Martinez GTNC:: 99.00 0 False | [redacted] | MCO |
| 04/29/2023 | 04:50 AM | SR | Reselma Ocampo Martinez GTNC 4/29/2023 MCOORD 44 A | [redacted] | MCO |
| 04/29/2023 | 04:50 AM | +P | VI 99.00 USD 0 | [redacted] | MCO |
| 04/29/2023 | 04:51 AM | SF | GTNC 0 Beata Urbanowicz GTNC:: 99.00 0 False | [redacted] | MCO |
| 04/29/2023 | 04:51 AM | SR | Beata Maria Urbanowicz GTNC 4/29/2023 MCOORD 44 A | [redacted] | MCO |
| 04/29/2023 | 04:51 AM | +P | VI 99.00 USD 0 | [redacted] | MCO |
| 04/29/2023 | 04:51 AM | SF | GTNC 0 Sherron Meyer Brick GTNC:: 99.00 0 False | [redacted] | MCO |
| 04/29/2023 | 04:51 AM | SR | Sherron Meyer Brick GTNC 4/29/2023 MCOORD 44 A | [redacted] | MCO |
| 04/29/2023 | 04:51 AM | +P | VI 99.00 USD 0 | [redacted] | MCO |

©2023 - Frontier Airlines



| 04/29/2023 | 04:52 AM | SF | GTNC 0 Beatriz Romero-Corona GTNC:: 99.00 0 False | [redacted] | MCO |
|---|---|---|---|---|---|
| 04/29/2023 | 04:52 AM | SR | Beatriz Romero-Corona GTNC 4/29/2023 MCOORD 44 A | [redacted] | MCO |
| 04/29/2023 | 04:52 AM | +P | MC 99.00 USD 0 | [redacted] | MCO |
| 04/29/2023 | 04:52 AM | SF | GTNC 0 Diana Dizon GTNC:: 99.00 0 False | [redacted] | MCO |
| 04/29/2023 | 04:52 AM | SR | Diana Aprieto Dizon GTNC 4/29/2023 MCOORD 44 A | [redacted] | MCO |
| 04/29/2023 | 04:52 AM | +P | DS 99.00 USD 0 | [redacted] | MCO |
| 04/29/2023 | 04:56 AM | BD | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6E Reselma Ocampo Martinez 144 | [redacted] | MCO |
| 04/29/2023 | 04:57 AM | BD | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6C Beata Maria Urbanowicz 141 | [redacted] | MCO |
| 04/29/2023 | 04:57 AM | BD | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6D Beatriz Romero-Corona 143 | [redacted] | MCO |
| 04/29/2023 | 04:57 AM | BD | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 | [redacted] | MCO |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| | | | MCO ORD F9 44 6B Diana Aprieto Dizon 142 | | |
| 04/29/2023 | 05:05 AM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6F Sherron Meyer Brick 145 | [redacted] | MCO |
| 04/29/2023 | 05:08 AM | BD | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6F Sherron Meyer Brick 145 | [redacted] | MCO |
| 05/01/2023 | 07:04 PM | IS | 2 [redacted] 5/2/2023 1:4:58 | WEBH10651 | SAL |
| 08/02/2023 | 06:44 AM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6C Beata Maria Urbanowicz 141 | Website | SYS |
| 08/02/2023 | 06:44 AM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6B Diana Aprieto Dizon 142 | Website | SYS |
| 08/02/2023 | 06:44 AM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6D Beatriz Romero-Corona 143 | Website | SYS |
| 08/02/2023 | 06:44 AM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6E | Website | SYS |

©2023 - Frontier Airlines



FRONTIER
LOW FARES DONE RIGHT

| | | | | | |
|---|---|---|---|---|---|
| | | | Reselma Ocampo Martinez 144 | | |
| 08/02/2023 | 06:44 AM | BP | 4/29/2023 7:5:0 4/29/2023 7:5:0 4/29/2023 9:10:0 MCO ORD F9 44 6F Sherron Meyer Brick 145 | Website | SYS |

VOUCHER

| Voucher ID | Issue Date | Voucher Basis Code | Station | Employee Number | Voucher Reference | Issued Amount | Used Amount |
|---|---|---|---|---|---|---|---|
| 12534813 | 05/03/2023 | CRMS | RMEI | [redacted] | 122405946508200001 | $75.00 | $0.00 |
| 12534814 | 05/03/2023 | CRMS | RMEI | [redacted] | 122405956824700001 | $75.00 | $0.00 |
| 12534816 | 05/03/2023 | CRMS | RMEI | [redacted] | 122405977065100001 | $75.00 | $0.00 |
| 12534817 | 05/03/2023 | CRMS | RMEI | [redacted] | 122405981383400001 | $75.00 | $0.00 |
| 12534818 | 05/03/2023 | CRMS | RMEI | [redacted] | 122405998057400001 | $75.00 | $0.00 |
| Total | | | | | | $375.00 | $0.00 |

FARE

| First Name | Last Name | Charge Amount |
|---|---|---|
| Beata | Urbanowicz | $51.08 |
| Diana | Dizon | $51.08 |
| Beatriz | Romero-Corona | $51.08 |
| Reselma | Martinez | $51.08 |

©2023 - Frontier Airlines



| Sherron Meyer | Brick | $51.08 |
|---|---|---|
| Total | | $255.40 |

ANCILLARY

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| Beata | Urbanowicz | GTNC | GTNC | $99.00 |
| Diana | Dizon | GTNC | GTNC | $99.00 |
| Beatriz | Romero-Corona | GTNC | GTNC | $99.00 |
| Reselma | Martinez | GTNC | GTNC | $99.00 |
| Sherron Meyer | Brick | GTNC | GTNC | $99.00 |
| Total | | | | $495.00 |

PAYMENT

| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | Discover | | Beata Urbanowicz | $444.90 |
| ExternalAccount | Visa | | RESELMA MARTINEZ | $99.00 |
| ExternalAccount | Visa | | BEATA URBANOWICZ | $99.00 |
| ExternalAccount | Visa | | SHERRON BRICK | $99.00 |
| ExternalAccount | MasterCard | | BEATRIZ ROMERO | $99.00 |
| ExternalAccount | Discover | | DIANA DIZON | $99.00 |

©2023 - Frontier Airlines



©2023 - Frontier Airlines