**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AMIRA HAMAD**, **TAYLOR HARRINGTON,**
**ADRIENNE KRAFT, JOLENE YEADO,**
**SHARON PINE, TESS GAYNOR, CAMILLE**
**CRAWFORD, JOANNE HINRICHS, MASON**
**SPRAGUE, BEATA URBANOWICZ, STEFANI**
**GIMENEZ,** individually and on behalf of
similarly situated others,

     *Plaintiffs,*

v.                                                                    **CASE NO.: 6:23-cv-01209**

**FRONTIER AIRLINES, INC.**, a Colorado
Corporation,

     *Defendants*.

_____/


**DECLARATION OF BRIAN C. CARROLL**

     I, Brian C. Carroll, hereby declare as follows:

     1.    I am General Counsel of Hopper, Inc. ("Hopper"). As part of my responsibilities at Hopper, I am familiar with the procedures for booking airline tickets online through Hopper. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would testify competently thereto.

     2.    Hopper operates an online travel agency and powers a travel portal for Capital One Travel ("Travel Portal") where Capital One credit card users can search for and book various travel reservations, including airline flights.  Hopper facilitates through the Travel Portal the purchase of airline flights for numerous airlines, including Frontier Airlines, Inc. ("Frontier").

3.      I am familiar with the Travel Portal's user-facing Terms and Conditions, which apply to every user of the Travel Portal, regardless of which airline the user books their travel on.

4.      On March 30, 2023, Plaintiff Tess Gaynor booked travel on Frontier through the Travel Portal for roundtrip transportation commencing on May 18, 2023, from Washington, D.C. to San Diego, California (SAN) with a stop in Denver, Colorado (DEN), with return travel on May 20, 2023.

5.      By accessing the Travel Portal and booking this flight on the Travel Portal, Plaintiff Gaynor accepted the Travel Portal Terms and Conditions. The Travel Portal Terms and Conditions are displayed and linked on the screen where Plaintiff Gaynor logged into the Travel Portal, as well as on subsequent screens in the Travel Portal during the search and booking process.

6.      Attached as **Exhibit A** are the Travel Portal's Terms and Conditions currently in effect.  The Terms and Conditions, state, *inter alia*:

"Capital One Travel requires that all visitors to the Sites adhere to the following Terms and Conditions. By accessing the Sites and any of its pages, you indicate your acknowledgement and acceptance of the Terms and Conditions set forth below without limitation or qualification.

From time to time, we may change these terms. We recommend that you review them on a regular basis.

Some of the services made available through Capital One Travel are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper and other third-parties that may be linked to from the Sites will be governed by their respective Terms and Conditions and Privacy Policies."

2

[...]

" ***Third-Party Travel Services***

The purchase of third-party travel products and services through the Sites will be governed by and subject to additional terms and conditions from such providers, and subject to laws and regulations imposed by government entities, and you agree to abide by all such terms, laws, and regulations. Where possible, Capital One Travel will make these terms available to you. However, additional applicable terms may be provided on the third-party provider's website, for example, an airline's cancellation or refund policy. Please read these additional provider terms and conditions carefully prior to purchase, and ensure that you understand the full terms applicable to your airfare, hotel, trip insurance, car rental, or other third-party service."

[...]

"**Additional services and fees**. Airlines may impose additional costs and fees for baggage, meals, beverages and other services. These costs are your sole responsibility. For information regarding airline liability limitations,baggage liability and other regulations of the Montreal Convention, and other regulations, please consult your air carrier."

[...]

"**Baggage allowance**. [...] Carriers may permit a free checked baggage allowance, which is set by the carrier and may differ by class, and/or route. [...] Cabin(Unchecked) Baggage: Carriers may permit a free cabin baggage allowance, which is set by the carrier and may differ by class, route, and/or air crafttype. It is recommended that cabin baggage be kept to a minimum. Check with your carrier.

If more than one carrier is providing the transportation for your journey, each carrier may apply different rules on baggage (both checked and cabin)."

[...]

"**Notice of Contract Terms Incorporated by Reference**

Your contract of carriage with the carrier that provides you with carriage by air, whether international, domestic or a domestic portion of an international journey is subject to this notice; to any notice or receipt of the carrier; and to the carrier's individual terms and conditions (Conditions), related rules, regulations and policies (Regulations) and any applicable tariffs If your carriage is by more than one carrier, different Conditions, Regulations and any applicable tariffs may apply for each carrier. The Conditions, Regulations and any applicable tariffs of each carrier are, by this notice, incorporated by reference into and made part of your contract of carriage. The Conditions may include, but are not restricted to: (a) Conditions and limits on the carrier's liability for the bodily injury or death of passengers; (b) Conditions and limits on the carrier's liability for the loss of, damage to or delay of goods and baggage, including fragile or perishable goods; (c) rules for declaring a higher value for baggage and for paying any supplementary fee that may apply; (d) application of the carrier's Conditions and limits of liability to the acts of the carrier's agents, servants and representatives, including any person providing either equipment or services to the carrier; (e) claims restrictions, including time limits by which passengers must file claims or bring actions against the carrier; (f) rules about reconfirmations or reservations; check in times; the use, duration and validity of air transportation services; and the carrier's right to refuse carriage; (g) rights of the carrier and limits on the carrier's liability for delay or failure to perform

4

a service, including schedule changes, substitution of alternative carriers or aircraftand re-routing, and,when required by applicable law, the obligation of the carrier to notify passengers of the identity of the operatingcarrier or substituted aircraft; and (h) rights of the carrier to refuse carriage to passengers who fail to comply withapplicable laws or who fail to present all necessary travel documents.

You can obtain additional information on items (a) through (h) above and about your contract of carriage (including how to request a copy thereof) at places where transportation on the carrier is sold. Many carriers also have this information on their websites. When required by applicable law, you have the right to inspect the full text of your contract of carriage at the carrier's airport and sales offices, and upon request, to receive a copy by mail or other delivery service from each carrier free of charge. If a carrier sells air transportation services or checks baggage specifying carriage on another carrier, it does so only as an agent for the other carrier."

7.     Attached as **Exhibit B** is a copy of the booking confirmation email sent to Plaintiff Gaynor which includes (i) a hyperlink to the Travel Portal's Terms and Conditions (https://travel.capitalone.com/terms-of-service), (ii) a hyperlink to Frontier's website providing information about Frontier's baggage fees (https://www.flyfrontier.com/travel-information/baggage), and (iii) a statement that "By booking this trip you agree to the airline's fare rules, the airline's change and cancellation policies, and Capital One Travel's Terms and Conditions, including our privacy policy".

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:          October 20, 2023
                      London, England

_____

Brian C. Carroll

6

**Exhibit A**

Copy of Travel Portal Terms and Conditions

See attached and available at https://travel.capitalone.com/terms-of-service.



# Capital One Travel Terms and Conditions

Thank you for using the Capital One Travel website and mobile properties. The term "Capital One" in these Terms and Conditions means Capital One, N.A. The terms "Capital One Travel" or "we" or "us" or "our" in these Terms and Conditions means Capital One Travel, which is a service of Capital One, N.A., with offices at 1680 Capital One Drive, McLean, Virginia. Capital One Travel provides the materials contained on this website and mobile properties on the World Wide Web, which hereinafter will be referred to as the "Sites," as a service to our customers and visitors. Capital One Travel requires that all visitors to the Sites adhere to the following Terms and Conditions. By accessing the Sites and any of its pages, you indicate your acknowledgement and acceptance of the Terms and Conditions set forth below without limitation or qualification.

From time to time, we may change these terms. We recommend that you review them on a regular basis.

Some of the services made available through Capital One Travel are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper and other third-parties that may be linked to from the Sites will be governed by their respective Terms and Conditions and Privacy Policies.

## *General Booking Terms and Condition*

- **Payment methods.** Customers with a US-issued, eligible Capital One credit card can book travel reservations for flights, hotels, and car rentals on the Sites and may pay via reward redemptions, travel credits, and/or an eligible Capital One credit card. Reward redemptions that are included as part of your transaction will be deducted from your reward program account. Travel credit usages that are included as part of your transaction will be deducted. Payments by credit card will appear on your monthly card statement as "COT*[Trip Component] *[TripID]*". You may view the specific airline, hotel, or car rental supplier you booked with (each, a "Supplier" and collectively, "Suppliers") on the Sites under My Trips.
- **Payment issues and fraud.** Capital One Travel may cancel the booking in the event of non-payment, payment dispute, rewards dispute, fraud, or suspected fraud and penalties imposed by Suppliers, up to the full amount of each ticket/reservation, may be applied.
- **Rules and regulations.** All bookings made through Capital One Travel shall comply with all applicable governmental laws, rules and regulations including, without limitation, sanctions issued by the Office of Foreign Assets Control. Such sanctions may prevent Capital One Travel from offering travel to specific destinations or individuals. To assist Capital One Travel with its compliance with laws, rules and regulations, Capital One Travel may ask you for additional information. Any booking made, or in good faith believed to be made, in violation of applicable law, will be canceled by Capital One Travel, in its sole discretion, with no liability to you other than to issue a refund, if permitted by law.
- **Cancellations and changes.** Reservations are subject to the rules of each Supplier on your itinerary; some reservations cannot be canceled for a refund. Itinerary changes are subject to Capital One Travel or Supplier imposed cancellation or change fees plus applicable fare differential. Refunds, if permitted, may take up to 90 days to process and are subject to the policies of the individual Supplier. All refund requests must be submitted within 30 days after the scheduled departure date and any negotiable documents (i.e. airline tickets, redeemable certificates or vouchers, etc.) issued must be returned to Capital One Travel prior to processing any refund. Refunds will be returned via original payment method, with split-pay transactions using both credit card and rewards being refunded proportionally. Please note: The cancellation policy for reservations made

through Capital One Travel may differ from the cancellation policy for reservations made directly with the Supplier.

- **Phone booking fee.** If you book via phone, you may be subject to a $25 phone booking fee for each flight itinerary you book through the phone. Our travel offerings are optimized for digital self-servicing, and we strongly encourage you to book online for the best experience. If you cannot book digitally due to needs for accessibility accommodations, language barriers, or web issues, or in certain emergency situations, the phone booking fee may be waived.

## Earning Rewards

When you book with an eligible Capital One credit card offering elevated rewards on Capital One Travel purchases, you will earn elevated rewards as detailed below. Not all Capital One-issued credit cards offer elevated rewards for purchases made through Capital One Travel. Earnings will apply to net purchases (purchases minus any credits or returns) only. Purchases made outside of the Capital One Travel booking sites, including but not limited to hotel incidentals, upgrades, or other expenses, will not earn the elevated rewards, but will receive the standard purchase earn rate.

- **Venture X:** 10 miles per dollar for hotel and rental car purchases; 5 miles per dollar for flight purchases
- **Venture, Venture One:** 5 miles per dollar for hotel and rental car purchases
- **Spark Miles, Spark Miles Select:** 5 miles per dollar for hotel and rental car purchases
- **Savor, SavorOne, SavorOne Student, SavorOne for Good Credit:** 5% cash back on hotel and rental car purchases
- **Quicksilver, QuicksilverOne, Quicksilver Student, Quicksilver Secured, Quicksilver for Good Credit:** 5% cash back on hotel and rental car purchases
- **Spark Cash Plus, Spark Cash Select, Spark Classic:** 5% cash back on hotel and rental car purchases
- **Journey:** 5% cash back on hotel and rental car purchases

## General Travel Information

- **Required photo identification.** Approved, government-issued photo identification is required for travel and must match the full name on the reservation. Due to the REAL ID requirements, your driver's license or ID card may not be accepted for air travel after certain dates. For the most current information on the REAL ID requirements, please visit: https://www.dhs.gov/real-id. Air carriers cannot board any passenger who fails to carry required documents. Some air carriers may also require you to show the credit card used as payment for your ticket(s).
- **International travel requirements.** If this is an international trip, you will need a passport, and you may need a visa. Travel to certain international destinations also may be subject to governmental health requirements. Passports usually need to be valid for a specified period of time (such as six months) after your scheduled return date. For foreign entry requirements, go to http://travel.state.gov or contact the embassy/consulate of the country to which you are traveling, including layover and stopover destinations, to determine entry documentation and other requirements, such as immunizations that you must satisfy, including return entry into the country from which you departed. It is solely your responsibility to obtain proper travel identification and satisfy all requirements for each location on your itinerary, including layover and stopover destinations. Capital One Travel is not responsible if you are refused entry onto a flight or into any country due to your failure to satisfy any entry requirements. Government imposed departure or entry taxes may not be included in ticket taxes. Passengers should be prepared to pay these taxes in cash, in local currency, on location. Requirements may change and you should check for up-to-date information before booking and departure.

- **Minors.** Minors under the age of 18 who are traveling with only one parent may be required to have additional documentation. Please contact your airline or the embassy/consulate of the country from which you are departing and the country to which you are traveling for additional information.
- **Accommodations.** Capital One Travel has no special knowledge regarding the suitability for persons with disabilities for any travel itinerary.
- **Potential dangers.** Capital One Travel has no special knowledge regarding unsafe conditions, health hazards, weather hazards, or climate extremes at locations to which you may travel. By offering reservations for travel products in particular destinations, Capital One Travel does not represent or warrant that travel to such areas is advisable or without risk, and is not liable for damages or losses that may result from travel to such destinations. For information concerning possible dangers at international destinations, Capital One Travel recommends contacting the Travel Advisory Section of the U.S. State Department at 202-647-5225 or checking online at travel.state.gov/traveladvisories.
- **Public health.** For travel-related public health information Capital One Travel recommends contacting the Centers for Disease Control and Prevention at 800-232-4636. For foreign health requirements and dangers, go to [http://www.cdc.gov/travel](http://www.cdc.gov/travel).
- **Reservation rules.** Travel reservations are subject to the rules of each Supplier on your itinerary. The information and descriptions given about the Suppliers are believed to be accurate, but Capital One Travel makes no warranty or representation regarding the information and descriptions.
- **Tickets.** The passenger's ticket(s), when issued, or the electronic reservation, shall constitute the sole contract between the Supplier and the purchaser and/or passenger. Capital One Travel shall have no liability for any actions or omissions of the Supplier, except where required by applicable law.
- **Credits and vouchers.** Capital One Travel shall have no responsibility for any credit or voucher issued by any Supplier, and any questions or issues you may have with respect to such credit or voucher must be addressed directly with the Supplier. Capital One Travel will only allow and facilitate usage of travel credits issued by airlines for bookings made through the Sites.
- **Special requests and upgrades.** Special requests made to a Supplier are on a request-only basis and cannot be guaranteed. Fees, taxes and charges may apply, depending on the service request. Upgrades are not permitted on certain itineraries. Please check with the Supplier directly. Supplier policies are subject to change at any time without notice.
- **Loyalty programs** Certain rate types do not permit credit for airline frequent flyer programs or car or hotel loyalty programs. The name connected to the frequent flyer program or loyalty program must match the traveler listed on the itinerary or the Supplier may invalidate the booking. You may see a difference between airline loyalty miles received and the amount paid.
- **Luggage.** Capital One Travel is not responsible for any lost, damaged, or delayed luggage.

### Who Can Use Capital One Travel

By using Capital One Travel, you represent and warrant that any profile information you submit is true and accurate, that you are 18 years of age or older and fully able and competent to enter into and abide by these Terms and Conditions, and are an eligible Capital One credit card holder.

Except as otherwise expressly provided in these Terms and Conditions, the services available through Capital One Travel are for personal, non-commercial use only. You may only use Capital One Travel to make legitimate reservations or purchases for you or other persons for whom you are authorized to act. You represent and warrant that you are not using Capital One Travel on behalf of any other third person or entity, or for any commercial purpose. You shall not use Capital One Travel to make any speculative, false, fictitious, or fraudulent reservations.

We reserve the right to refuse access to Capital One Travel or to limit or take away your access at any time and may take all available legal recourse for actual or suspected violations of these Terms and Conditions, including cancellation of bookings and closure of your Capital One card account. Any delay by Capital One Travel in taking such actions does not constitute a waiver of Capital One Travel's rights to enforce these Terms and Conditions. By making Capital One Travel and the Sites available for your use, Capital One Travel does not consent to act as your agent or fiduciary. Use of the Services is void where prohibited.

As a condition of your use of this Site, you warrant that you will not use this Sites for any purpose that is unlawful or prohibited by these Terms and Conditions.

## Links to Other Internet Websites

Some of the Web sites listed as links herein are not under the control of Capital One Travel, but rather are exclusively controlled by third parties. You should review the terms applicable to any third-party site that you choose to access. Accordingly, Capital One Travel makes no representations whatsoever concerning such websites. Although Capital One Travel may provide a link to a third party, such a link is not an authorization, endorsement, sponsorship or affiliation by Capital One Travel with respect to such Web site, its owners or its providers. Capital One Travel is providing these links only as a convenience to you. Capital One Travel has not tested any information, products or software found on such Web sites and therefore cannot make any representations whatsoever with respect thereto. It is up to you to take precautions to ensure that whatever you select is free of such items as viruses, worms, trojan horses and other items of a destructive nature.

IN NO EVENT WILL CAPITAL ONE TRAVEL, CAPITAL ONE, OR ITS AFFILIATED COMPANIES, BE LIABLE TO ANY PARTY FOR ANY DIRECT, INDIRECT, SPECIAL OR OTHER CONSEQUENTIAL DAMAGES FOR ANY USE OF ANY HYPERLINKED WEBSITE, INCLUDING, WITHOUT LIMITATION, ANY LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR INFORMATION HANDLING SYSTEM OR OTHERWISE, EVEN IF WE ARE EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## Third-Party Travel Services

The purchase of third-party travel products and services through the Sites will be governed by and subject to additional terms and conditions from such providers, and subject to laws and regulations imposed by government entities, and you agree to abide by all such terms, laws, and regulations. Where possible, Capital One Travel will make these terms available to you. However, additional applicable terms may be provided on the third-party provider's website, for example, an airline's cancellation or refund policy. Please read these additional provider terms and conditions carefully prior to purchase, and ensure that you understand the full terms applicable to your airfare, hotel, trip insurance, car rental, or other third-party service. If you make bookings on behalf of another person(s) with their authorization, you agree that you will inform such other person(s) about these Terms and any third-party terms, rules and restrictions that apply to the bookings made on their behalf. You understand and agree that any violation of third-party terms of service may result in a cancellation of your bookings, denial of service, and forfeit of any amounts paid. Capital One Travel is not responsible for any damages resulting from your violation of third-party terms.

## Flight Bookings Terms and Conditions

- **General ticket rules.** Airline tickets are NON-REFUNDABLE and NON-CHANGEABLE unless permitted by airline fare rules and, if permitted, are subject to airline rules, airline penalties up to the full amount of each ticket plus, in the case of a changed ticket, fare difference charges, and may also be subject to Capital One Travel

fees. Credit card purchases of flights through the Sites, as well as any such fees, will appear on your monthly card statement as "COT*FLT *[TripID]*". Note: If there is more than one carrier on your itinerary, airline rules, airline penalties and change fees may apply to EACH airline on your itinerary and each change made.

- **Unused or canceled tickets.** If the ticket is refundable, there may be cancellation fees to refund the ticket. Unused tickets may have no value if not canceled prior to the scheduled departure date/time as specified by the airline's fare rules. Failure to use any reservations may result in automatic cancellation of all continuing and return reservations. You must advise your carrier if your travel plans change en route. Tickets cannot be reassigned or transferred to a different passenger or airline.
- **Additional services and fees.** Airlines may impose additional costs and fees for baggage, meals, beverages and other services. These costs are your sole responsibility. For information regarding airline liability limitations, baggage liability and other regulations of the Montreal Convention, and other regulations, please consult your air carrier.
- **Flight availability.** A small number of air carriers may require Capital One Travel to confirm flight availability when booking. If there is any issue with availability, you will receive an email notification of the unavailability within 72 hours and will be refunded to your original payment method for any charges. Also, please see U.S. NOTICE—OVERBOOKING OF FLIGHTS below regarding flight availability after booking.
- **Airline travel credits.** In some situations an airline may issue you a credit "in lieu of" a refund according to the fare rules associated with the individual booking. If a credit is issued by an airline, it is held by the airline in the name of the individual who was the passenger of record on the original reservation. This credit can be used towards the payment for the booking of a new trip, subject to the terms and conditions of the credit-issuing airline.
- **Flight schedules.** Flight schedules are subject to change. Capital One Travel may inform you of schedule changes in some scenarios, but is not responsible for any schedule change(s) or notifying you of such change(s). It is your responsibility to confirm the scheduled departure time(s) on the airlines' websites at least 48 hours prior to departure for domestic flights and at least 72 hours prior to departure for international flights to learn if your flight schedule changed.
- **Check-in time and requirements.** Check with each airline regarding its specific boarding and check-in requirements. We recommend that you check-in before arriving at the airport, where such advance check-in is offered by our airline. Some airlines offer advance check-in beginning 24 hours before departure. CHECK-IN TIME: The time shown on the itinerary/receipt is the departure time of the aircraft. Flight departure time is not the same as the time you must check-in or the time you must be available for boarding. Your carrier may refuse your carriage if you are late. Check-in times, as advised by your carrier, are the latest times at which passengers can be accepted for travel; boarding times, as advised by your carrier, are the latest times at which passengers must present themselves for boarding. Flight cannot be held for late-arriving passengers, and Capital One Travel accepts no responsibility in such cases.
- **Aircraft.** Turboprop aircraft may exist on your itinerary. Airlines reserve the right to change aircraft equipment without notice to the booking travel agency or the consumer.
- **Code-sharing.** If a code-share flight exists in your itinerary (a flight where two or more airlines share the same flight), passengers must check in with the operating airline on the day of departure.
- **Tickets and boarding passes.** All tickets will be issued at the time of booking as e-tickets. You will receive a boarding pass upon checking in with the airline digitally or at the airport.
- **Seat selection.** Advance seat assignments, if available and allowed by airline, are not guaranteed and could be subject to additional fees. Please inquire with the airline.
- **Insecticides.** Please go to http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements to learn about the use of insecticides in certain aircraft.

- **Large group bookings.** You may add up to 6 passengers onto a single booking. If you need to book for more than 6 passengers, you may do so for any remaining passengers via another booking. Each booking will have a maximum of 6 passengers. Please ensure that you do not duplicate passenger names across bookings with identical flights and dates. If multiple bookings are identical, including passenger names, they are considered duplicate bookings and will be subject to cancellation by the airline.

- **Unaccompanied minors policy.** Unfortunately, due to airline contracts, Capital One Travel cannot support travelers less than 18 years old, unless they are traveling with an adult (age 18 or older) who is named on the same itinerary. If you want to book a flight for an unaccompanied minor, please book directly through the airline.

- **Canadian traveler rights.** For flights that are destined for, transit through, or depart Canada, passengers may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier or visit the Canadian Transportation Agency's website at https://www.otc-cta.gc.ca/.

- **EU traveler rights.** If you are traveling into or out of the European Union, or on an EU-based airline, You may have rights in the event that your flight is canceled, delayed or you are denied boarding. Please consult Regulation (EC) 261/2004 for more information.

- **Hazardous materials.** Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Examples: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals. There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries in carry-on baggage, and certain smoking materials carried on your person. Certain items are required to be carried with you onboard the aircraft. Spare lithium batteries and cigarette lighters must be removed from checked or gate-checked baggage and carried onboard the aircraft.

- **Baggage allowance.** Excess valuation may be declared on certain types of articles. Carriers may apply special rules for fragile, valuable, or perishable articles. Check with your carrier. Carriers may permit a free checked baggage allowance, which is set by the carrier and may differ by class, and/or route. Carriers may apply extra charges for checked baggage in excess of their permitted allowance. Check with your carrier. Cabin (Unchecked) Baggage: Carriers may permit a free cabin baggage allowance, which is set by the carrier and may differ by class, route, and/or aircraft type. It is recommended that cabin baggage be kept to a minimum. Check with your carrier. If more than one carrier is providing the transportation for your journey, each carrier may apply different rules on baggage (both checked and cabin). SPECIAL BAGGAGE LIABILITY LIMITATIONS FOR U.S. TRAVEL: For domestic travel wholly between U.S. points, federal rules require any limit on a carrier's baggage liability to be at least US $3,800 per passenger, or the amount currently mandated by 14 CFR § 254.5.

- **Required information.** The Transportation Security Administration (TSA), part of the U.S. Department of Homeland Security, requires Capital One Travel to collect information from you for purposes of watch list screening, pursuant to 49 U.S.C. Sec. 114, and the Intelligence Reform and Terrorism Prevention Act of 2004. TSA may share information you provide with law enforcement or intelligence agencies or others under its published system of records notice. For more information, please see www.tsa.gov.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

PASSENGERS EMBARKING UPON A JOURNEY INVOLVING AN ULTIMATE DESTINATION OR A STOP IN A COUNTRY OTHER THAN THE COUNTRY OF DEPARTURE ARE ADVISED THAT THE PROVISIONS OF AN INTERNATIONAL TREATY (THE WARSAW CONVENTION, THE 1999 MONTREAL CONVENTION, OR OTHER TREATY), AS WELL AS A CARRIER'S

OWN CONTRACT OF CARRIAGE OR TARIFF PROVISIONS, MAY BE APPLICABLE TO THEIR ENTIRE JOURNEY, INCLUDING ANY PORTION ENTIRELY WITHIN THE COUNTRIES OF DEPARTURE AND DESTINATION. THE APPLICABLE TREATY GOVERNS AND MAY LIMIT THE LIABILITY OF CARRIERS TO PASSENGERS FOR DEATH OR PERSONAL INJURY, DESTRUCTION OR LOSS OF, OR DAMAGE TO, BAGGAGE, AND FOR DELAY OF PASSENGERS AND BAGGAGE.

ADDITIONAL PROTECTION CAN USUALLY BE OBTAINED BY PURCHASING INSURANCE FROM A PRIVATE COMPANY. SUCH INSURANCE IS NOT AFFECTED BY ANY LIMITATION OF THE CARRIER'S LIABILITY UNDER AN INTERNATIONAL TREATY. FOR FURTHER INFORMATION PLEASE CONSULT YOUR AIRLINE OR INSURANCE COMPANY REPRESENTATIVE.

Notice of Contract Terms Incorporated by Reference

Your contract of carriage with the carrier that provides you with carriage by air, whether international, domestic or a domestic portion of an international journey is subject to this notice; to any notice or receipt of the carrier; and to the carrier's individual terms and conditions (Conditions), related rules, regulations and policies (Regulations) and any applicable tariffs If your carriage is by more than one carrier, different Conditions, Regulations and any applicable tariffs may apply for each carrier. The Conditions, Regulations and any applicable tariffs of each carrier are, by this notice, incorporated by reference into and made part of your contract of carriage. The Conditions may include, but are not restricted to: (a) Conditions and limits on the carrier's liability for the bodily injury or death of passengers; (b) Conditions and limits on the carrier's liability for the loss of, damage to or delay of goods and baggage, including fragile or perishable goods; (c) rules for declaring a higher value for baggage and for paying any supplementary fee that may apply; (d) application of the carrier's Conditions and limits of liability to the acts of the carrier's agents, servants and representatives, including any person providing either equipment or services to the carrier; (e) claims restrictions, including time limits by which passengers must file claims or bring actions against the carrier; (f) rules about reconfirmations or reservations; check in times; the use, duration and validity of air transportation services; and the carrier's right to refuse carriage; (g) rights of the carrier and limits on the carrier's liability for delay or failure to perform a service, including schedule changes, substitution of alternative carriers or aircraft and re-routing, and, when required by applicable law, the obligation of the carrier to notify passengers of the identity of the operating carrier or substituted aircraft; and (h) rights of the carrier to refuse carriage to passengers who fail to comply with applicable laws or who fail to present all necessary travel documents.

You can obtain additional information on items (a) through (h) above and about your contract of carriage (including how to request a copy thereof) at places where transportation on the carrier is sold. Many carriers also have this information on their websites. When required by applicable law, you have the right to inspect the full text of your contract of carriage at the carrier's airport and sales offices, and upon request, to receive a copy by mail or other delivery service from each carrier free of charge. If a carrier sells air transportation services or checks baggage specifying carriage on another carrier, it does so only as an agent for the other carrier.

CARRIERS RESERVE THE RIGHT TO REFUSE CARRIAGE TO ANY PERSON WHO HAS ACQUIRED A TICKET IN VIOLATION OF APPLICABLE LAW OR THE CARRIER'S TARIFFS, RULES OR REGULATIONS.

YOU CANNOT TRAVEL IF YOU DO NOT HAVE ALL REQUIRED TRAVEL DOCUMENTS, SUCH AS PASSPORT AND VISA. PASSENGER SHALL ARRIVE AT AIRPORT BY TIME EARLY ENOUGH TO COMPLETE DEPARTURE PROCEDURES.

GOVERNMENTS MAY REQUIRE YOUR CARRIER TO PROVIDE INFORMATION ON OR PERMIT ACCESS TO PASSENGER DATA, INCLUDING INFORMATION WE MAY BE REQUIRED TO COLLECT FROM YOU DURING THE RESERVATION PROCESS.

U.S. NOTICE—OVERBOOKING OF FLIGHTS. Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will

be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, persons denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. **Some airlines do not apply these consumer protections to travel from some foreign countries although other consumer protections may be available. Check with the airline or your travel agent.**

## *Hotel/Lodging Bookings Terms and Conditions*

- **General hotel booking rules.** Hotel rooms are NON-REFUNDABLE and NON-CHANGEABLE unless permitted by the terms of the room/rate description. Check the terms carefully before making a hotel reservation for cancellation or change terms and fees. For rooms that are non-refundable, if you change or cancel your reservation at any time, you will still be charged the full reservation amount of room and tax for the entire stay. Early check-out from a hotel is not subject to a refund, unless allowed by the Supplier. If permitted, cancellations or modifications received at any time may be subject to a Capital One Travel fee in addition to any Supplier fees. Credit card purchases of hotel rooms through the Sites, as well as any such fees, will appear on your monthly card statement as "COT*HTL *[TripID]*". Please note that reservations do not include services not specified in the reservation confirmation.

- **Cancellations.** Contact Capital One Travel via the number listed on your itinerary (844-422-6922) for all cancellation or change requests. Cancellations or changes handled by the hotel directly may result in additional fees and/or the forfeiture of any refund due. When canceling hotel reservations, retain your cancellation number so you will not be held responsible for cancellation charges if you cancel within the permitted cancellation window and the hotel makes an error.

- **Non-transferability.** Hotel room reservations cannot be transferred or reassigned to another traveler and cannot be resold. If we determine that you have transferred or re-sold a reservation, those reservations are subject to cancellation and will incur applicable cancellation fees in accordance with the rate description.

- **No shows and lateness.** No shows are non-refundable and will result in a forfeiture of all payments made and used by you in connection with the reservation, without credit due. If you think you may arrive at a hotel late, please contact the hotel directly to arrange for late arrival, if available. Actual times for "late" vary by hotel.

- **Check-in requirements.** The hotel will require a major credit card, in the name of one of the guests, or a cash deposit upon check-in. Government-issued photo identification is required at check-in and must match the name on the reservation. Some properties have a minimum age requirement for check-in. In some cases, your name may not be provided by Capital One Travel to the hotel until 24 hours prior to your arrival, due to hotel Supplier policies applicable to our preferred rates.

- **Incidental charges.** Hotel reservations include room and applicable hotel taxes only. Any additional hotel charges, such as resort fees and hotel energy surcharges and cleaning fees, and any charges for incidentals that you incur are not included in your reservation rate and must be paid directly to the hotel. Incidental charges may include but are not limited to parking fees, baby sitting, room service, telephone fees, internet usage fees, in-room movies, mini-bar charges, and gratuities.

- **Special requests.** Policies for children vary by hotel. Please contact the hotel directly to learn whether child benefits are offered and whether there are child restrictions. Additionally, please contact the hotel directly for any special requests, such as bed type, smoking preferences or in-room amenities. Special requests are subject to hotel availability.

- **Potential renovations and refurbishments.** A reasonable attempt will be made to notify guests of hotel renovation or refurbishment if Capital One Travel knows of the same; however, Capital One Travel shall not be

liable for any failure to provide such notification or for damages that may result from renovation or refurbishment.

- **Hotel ratings.** Third-party hotel ratings displayed on the Sites are intended as only general guidelines, and Capital One Travel does not guarantee or endorse any hotel, or the accuracy of any ratings.

## Rental Car Bookings Terms and Conditions

- **General rental car booking rules.** Car rental redemptions may not be available for all locations and destinations. Cancellations or modifications received at any time are subject to the Supplier's cancellation policies and cancellation fees which could be up to the full amount of the reservation and may also be subject to a Capital One Travel fee. Credit card purchases of rental cars through the Sites, as well as any such fees, will appear on your monthly card statement as COT*CAR *TripID *.
- **No shows.** No shows are non-refundable and will result in a total forfeiture of any payments made and used by you in connection with the reservation, without credit due.
- **Early returns.** The early return of car rentals is not eligible for a refund, regardless of situation or notification to the car rental company.
- **Additional fees and surcharges.** Any additional taxes, fees and surcharges are subject to change without notice, may vary by location, and may be charged to the customer at pick-up.
- **Rental rates and rental periods.** Rental rates are based on 24-hour periods and may be subject to additional fees depending on time of return, including but not limited to hourly rental charges, which will be billed directly to you by the car rental company. Certain car rentals may have a minimum rental period. Any rentals less than the required minimum days may be charged the minimum rental period.
- **Domestic and international rates and considerations.** Advance purchase car rental rates in the United States include unlimited mileage, taxes and fees. Car rental rates outside of the United States may not include unlimited mileage, taxes and fees and these will be assessed by the car rental company directly. Charges are billed directly by the car rental company and rates are subject to change. Rentals outside the country in which you reside may require an international driver's license or compliance with other local requirements. Geographic and cross border restrictions may apply. Local renters and renters driving out of state/country may be subject to additional restrictions.
- **Additional charges.** Charges for optional services such as insurance, fuel, additional or underage drivers, and special equipment charges, are not included in your rental and must be paid directly to the car rental company. Car rental rates do not include Collision Damage Waiver insurance and Theft Protection unless specified. Please contact your insurance company if you are unsure whether to accept rental car company insurance at the counter.
- **Vehicle.** Capital One Travel does not guarantee a specific make, model, or color of vehicle no matter what vehicle is reserved.
- **Age requirements.** Renters must meet the minimum (and maximum, if applicable) age requirement where the car is being rented, have a valid driver's license, major credit card and some Suppliers require a good driving record. Most rental car companies do not accept debit cards. Some Suppliers charge a surcharge for drivers above or below certain ages, which is collected by the Supplier at the time of pickup. Suppliers reserve the right to deny car rentals for any reason, including past driving records.
- **One way rentals.** One way rentals may or may not be permitted. If there are additional fees for one way rentals, when permitted, these fees will not be included in the cost of the reservation. A reasonable attempt to advise of these fees will be made when this information is available to Capital One Travel.

# Terms for Additional Products and Features

If offered, the additional products and features made available through Capital One Travel are subject to the following Terms and Conditions. Availability of these services may vary based on your account, and not all services are available to all customers or on all bookings. The availability of the services is subject to change without prior notice. Additional fees may apply. Capital One Travel may revise these Terms and Conditions at any time by updating this posting.

Some of the services made available through Capital One Travel are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper, and other third-parties that may be linked to from the Sites will be governed by their respective Terms and Conditions and Privacy Policies.

### Price Prediction and Alerts

Capital One Travel's price prediction services and notifications, offered in collaboration with Hopper, provide a powerful tool to assist you in finding the best time to book travel and save money. Capital One Travel and Hopper work hard to ensure the accuracy of its predictions based on past data and current trends. However, forecasting price movements in a highly competitive, unpredictable global market has inherent limitations, and no prediction tool can be 100% accurate. Accordingly, while Capital One Travel and Hopper believe strongly in the accuracy of its predictions, they do not guarantee its accuracy, and shall not be liable for any reliance upon them, except as expressly set forth in the terms of any Capital One Travel product purchased by you.

**Disclaimer:** Availability of these services may vary based on your account, and not all services are available to all customers or on all bookings. The availability of the services is subject to change without prior notice. Capital One Travel may revise these Terms and Conditions at any time by updating this posting.

Some of the services made available through Capital One Travel are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper, and other third-parties that may be linked to from the Sites will be governed by their respective Terms and Conditions and Privacy Policies.

### Free Price Drop Protection (Flights)

**Eligibility.** When Capital One Travel recommends that a customer buys a given flight now (including a flight subject to a frozen flight price), Capital One Travel will automatically apply price drop protection to that purchase at no additional charge. For flights subject to a frozen price, price drop protection is based on the recommendation at the time of purchase to freeze the price. If the recommendation changes before or at the time of exercise of the frozen flight price, the initial recommendation at the time of purchase to freeze a price still applies. If you void or cancel the flight after booking, Capital One Travel may not provide the price drop protection benefit.

**Price Monitoring for up to 10 Calendar Days.** Once price drop protection is applied to a flight, Capital One Travel will monitor the price of that particular itinerary (with the same flight, fare class, seat selection if applicable, etc.) for 10 calendar days after the day of purchase, recording price updates periodically.

**Price Difference Issued As Travel Credit Up To $50.** After the monitoring time frame ends, if there was a price drop of at least a certain threshold identified during one of the periodic monitoring checks, the maximum difference in price will be issued to the customer in the form of a travel credit up to $50. Price drops smaller than the threshold will not trigger the issuance of any travel credit. There is no further action on the customer's part to receive this complimentary price drop protection feature. In the event of a system outage or other network interruption limiting the ability of Capital One Travel to monitor flight prices or detect price drops, Capital One Travel shall have no liability to provide you any travel credits under the price drop protection feature.

For a frozen flight purchase, travel credits under the price drop protection feature may be calculated differently to take into account the amount Capital One Travel already paid on your behalf if the frozen flight price was less than the current flight price at the time of purchase. If this amount was greater than the set limit, you will not receive any travel credits under the price drop protection feature.

When you receive travel credits under the price drop protection feature, they will be added to your Capital One Travel account, up to the benefit maximum. Any receipt of travel credits will not result in an adjustment to the amount of rewards you earned on that transaction.

## Price Match Guarantee

Flight, hotel, and rental car purchases made through Capital One Travel are eligible for price matches if you find a cheaper itinerary elsewhere and let us know within 24 hours of booking through Capital One Travel.

1. **Qualification criteria.** To qualify for Capital One Travel's price match guarantee, you must keep your original itinerary and the cheaper itinerary found must be:
   a. An exact match to the original itinerary that was made within the last 24 hours (including the cancellation policy, i.e. refundable or non-refundable);
   b. Priced in USD, including any taxes and fees;
   c. Available to the general public. For example, this means that the rate doesn't require the customer to log into a site or have a special membership;
   d. Available at the time the customer contacts us. Our agent must be able to verify that the lower price exists.

2. **Submitting a claim.** You must submit a price match guarantee claim through an agent by calling Capital One Travel at 844-422-6922. Please provide the trip ID for the original booking, the amount of the lower price, and the website where you found the lower price so that our agents can verify the lower price. If the claim is verifiable, our agents will authorize the refund live on the phone.

   If our agents are unable to verify the lower price, we will verify offline and will attempt to respond within 24 hours, though it may take longer in certain cases. If the claim is verifiable, you will receive an email confirmation of your refund. If the claim is not verifiable after an offline review, you will be notified of the decline by email, and you may not receive a refund.

3. **Refund method and amount.** For reservations that meet all price match guarantee criteria, and subject to Section 5, below, we will refund you 100% of the difference in price in the form of Capital One Travel Credits. Receipt and use of Capital One Travel Credits provided by Capital One are subject to certain terms and conditions - see the "Travel Credits" section in these terms and conditions for more information. If you used any Capital One Travel offer to purchase any amount of your flight, you will not be refunded in any form for such an amount, as further described above in these terms and conditions.

4. **Travel credit timing.** Travel credits will be available to use on your account within a few hours. Please contact us if you are not seeing your travel credits on your My Travel Credits and Offers page.

5. **Forfeiture of Capital One Travel Credits.** If you make a booking through Capital One Travel and then find a cheaper itinerary elsewhere and receive Capital One Travel Credits as a price match guarantee, you must keep your original itinerary to be eligible for the price match guarantee Capital One Travel Credits. If you cancel your original itinerary after receiving a price match guarantee, any remaining unused Capital One Travel Credits you received from that price match guarantee will be voided and will no longer be available for you to use.

**Best price guarantee (hotels only):** For hotels, we have an automatic, real-time price matching feature. We will automatically search for prices on Booking.com to ensure we are giving you the lowest publicly-available prices on that hotel booking. If we find a better price on the aforementioned travel booking websites, we will automatically match or beat it before the price is shown to you, helping you get the best price at booking. If you find another publicly-available price on your exact hotel itinerary that is lower, you can submit a price match guarantee claim.

## *Frozen Prices (Flights)*

The ability to freeze a flight price through Capital One Travel is subject to the following Terms and Conditions. Not all services are available to all customers or on all bookings. The availability of this service is subject to change without prior notice. Capital One Travel may revise these Terms and Conditions at any time by updating this posting.

Some of the services made available through Capital One Travel are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper, and other third-parties that may be linked to from the Sites, will be governed by their respective Terms and Conditions and Privacy Policies.

When you pay to freeze a flight price, you purchase the opportunity to buy a selected airline ticket at a specified ticket price for a specified period of time, subject to availability and any applicable maximum service cap, which would detail the limit of your frozen flight price coverage (e.g., $1,000). If you pay to freeze a flight price, we will send you a confirmation email indicating the details of the flight itinerary that you have frozen a price for, as well as the expiration time of the freeze. You can also view all frozen itineraries, with their respective expiration dates and times, under My Trips. By purchasing a frozen flight price, you agree to these Terms and Conditions:

1. **Purchase price.** The fee to freeze a flight price is a service fee. By purchasing a frozen price, you authorize Capital One Travel to charge your selected payment method for the quoted fee amount. The fee is applicable for each individual passenger that the price is frozen for. All frozen prices are non-transferable and non-refundable, with an exception for cases in which the flight is no longer available, detailed in Section 3 below.

2. **Exercise Window.** Your frozen price will be available to exercise for a specified period of time that will be disclosed prior to purchasing, referred to as the Exercise Window. This Exercise Window commences upon purchase and expires upon the expiration of the timeframe disclosed on the confirmation page at time of purchase (e.g., 14 days). If you pay to freeze a flight price, we will send you a confirmation email indicating the details of the flight itinerary that you have frozen a price for, as well as the expiration date and time of the freeze. You can also view all frozen itineraries, with their respective expiration dates and times, under My Trips. Capital One Travel is not responsible for technical issues outside of Capital One Travel's control that prevent you from purchasing a flight at its frozen price during the Exercise Window.

3. **Availability.** Freezing a price guarantees the price for a specified ticket (up to a maximum refund cap, if applicable), but does NOT guarantee availability of the frozen flight itinerary at the time of booking the ticket. In the case that a frozen itinerary is canceled, becomes unavailable, or no longer has available seats remaining, you will be notified upon attempting to exercise the frozen itinerary. If available, you will be offered similar flights by Capital One Travel as alternatives to the canceled or unavailable itinerary. You may exercise your frozen price for a suggested similar flight, subject to the maximum service cap and to availability. If you do not accept that offer, or Capital One Travel does not offer an alternative similar flight, Capital One Travel will refund the service fee paid to freeze the original flight price. Upon purchase, you acknowledge and agree that this shall be your sole and exclusive remedy for the unavailability of the selected flight.
Upon freezing a price for multiple tickets together, the multiple frozen prices may not be exercised individually and must be exercised together. If a flight does not have sufficient seats available for the frozen prices to be

exercised together, you will be offered the same alternatives as detailed in Section 3 for similar flights and a refund.

4. **Specified tickets.** A frozen price is valid only for the specified airline ticket(s) selected by you and based on the information provided by you at the time of purchasing the frozen price. No changes to flights, times, dates, cabin classes, or number of passengers will be permitted. Capital One Travel is not responsible for errors you make during the process of purchasing a frozen price.

5. **Exercise process.** You can purchase a flight itinerary at its frozen price under My Trips, so long as the frozen price is valid, has not yet expired, and is still available. When purchasing a flight itinerary at a frozen price, if the price has increased, you will pay the frozen price and, if applicable, any price increase exceeding the maximum service cap. The frozen price is valid only for the number of passengers indicated at the time of freezing the price. Any additional passengers will be billed for the current airline rate. If the airline rate at the time of booking is lower than the frozen price, you will purchase your flights at the lower rate. Following purchase of the specified ticket(s), any refunds, cancellations or exchanges of the purchased ticket will be subject to the fare rules set by the issuing airline.

6. **Service cap.** When you freeze a flight price, it may be subject to a maximum service cap per passenger (e.g., $1,000 per passenger). The maximum cap will be disclosed prior to purchasing a frozen price and will be stated on the confirmation page and email. Upon exercising the frozen price, if the flight price has increased to be more than the stated maximum service cap per passenger, the benefit of the frozen price will be limited to the stated maximum service cap amount. In this instance, you'll pay the current flight price subtracting the maximum service cap. In the event that the flight price does not exceed the maximum service cap per passenger, you'll pay the frozen price upon exercise.

7. **Expiration.** You may elect not to purchase the specified airline ticket(s) during the applicable Exercise Window, in which case the option to purchase the ticket(s) at the frozen price option will expire at the end of the Exercise Window, and Capital One Travel will have no further obligation to sell tickets at the specified price. There is no further charge for allowing a frozen price option to expire. If you elect to purchase the specified airline ticket(s) after the end of the Exercise Window, you will pay in full the ticket price quoted by Capital One Travel at the time of ticket purchase, which may be higher than the price specified in the expired frozen price option. Upon expiration of the frozen price, an option to freeze the price again is presented. You are under no obligation to freeze the price again.

8. **Not insurance.** The ability to freeze a price is the option to purchase, from Capital One Travel, a selected airline ticket at a specified price during the Exercise Window. Capital One Travel provides its customers with the option to freeze a price to provide a more seamless and flexible experience for travel booked through the Sites. The ability to freeze a price is not intended to constitute an offer to insure, does not constitute insurance or an insurance contract, and does not take the place of insurance obtained or obtainable by you.

9. **Price Drop Protection.** After exercising a frozen price, you may still be eligible for the price drop protection benefits subject to any applicable maximum service cap. Price drop protection is only available on flights that have a "buy" recommendation at the time of purchase to freeze a price. If the "buy" or "wait" recommendation changes before or at the time of exercise of the frozen price, the initial recommendation at the time of purchase to freeze a price still applies.

Price drop protection only provide with the right to receive travel credits if the monetary benefit you have received from freezing and exercising the price is less than the applicable maximum service cap for price drop protection.You are eligible for travel credits up to the maximum service cap for price drop protection after adding the benefit you have received from freezing and exercising the price.

| Frozen Prices (Flights) |
| --- |
| Freeze a flight price for a selected airline ticket at a specified ticket price for a specified period of time, subject to availability and any maximum service cap, which would detail the limit of your frozen flight price coverage (e.g., $1,000). |
| If you choose to purchase the frozen flight at the frozen price, the service fee you paid to freeze the price **will NOT be credited** against payment of the booked price. |
| Freezing a price **does NOT guarantee availability of the frozen flight itinerary** at the time of booking the ticket. In the case that a frozen itinerary is canceled, becomes unavailable, or no longer has available seats remaining, you will be notified upon attempting to exercise the frozen itinerary. If available, you will be offered similar flights by Capital One Travel as alternatives to the canceled or unavailable itinerary. If you do not accept that offer, or Capital One Travel does not offer an alternative similar flight, **Capital One Travel will refund the service fee paid to freeze the original flight price**. |

### Cancel for Any Reason (Flights)

The option to cancel a flight for any reason (marketed interchangeably as Cancel for Any Reason or a fare made partially refundable by Capital One Travel) purchased through Capital One Travel is subject to the following Terms and Conditions. Availability of this service may vary, and not all services are available to all customers or on all bookings. Capital One Travel may revise these Terms and Conditions at any time by updating this posting.

Some of the services made available through Capital One Travel are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper, and other third-parties that may be linked to from the Sites, will be governed by their respective Terms and Conditions and Privacy Policies.

With Capital One Travel, you may be eligible to purchase the option to cancel your flight purchase for any reason, **up to three (3) hours** prior to your first scheduled departure, and receive a partial refund from Capital One Travel, as set forth in these terms. You may also be eligible for a travel credit from your respective airline carrier, without purchasing the option to cancel for any reason. The ability to cancel for any reason is subject to the following terms:

1. **Purchases.** The option to cancel for any reason with Capital One Travel may only be purchased at the time of booking, and may not be added after the booking. The option to cancel for any reason must be purchased for all passengers on the booking, and for all segments or legs of such booking. Capital One reserves the right to deny purchases of the option for any reason permitted by law (e.g., fraud or misuse).

2. **Non-refundability.** The cost of the option to cancel for any reason with Capital One Travel is non-refundable and is only valid for the booking for which the option to cancel for any reason was purchased. The option to cancel for any reason is not transferable and cannot be carried over to any future bookings.

3. **Refund or Credit.** By purchasing the option to cancel for any reason, you are eligible to receive a partial refund from Capital One Travel. Prior to purchasing the option to cancel for any reason, your flight may be eligible for a travel credit provided by the respective airline carrier. If eligible, this option will be available to you regardless of whether you purchase the option to cancel for any reason. In that case, however, if you purchased the option to cancel for any reason through Capital One Travel, you will not be charged any additional cancellation or rebooking fees when you use the travel credit from the respective airline carrier to rebook through Capital One

Travel. When you exercise the option to cancel for any reason, you will have the option to choose between a partial refund or a travel credit from the airline, if applicable. In the event your underlying flight purchase is serviced by multiple airline carriers, you may be required to contact Capital One Travel at 844-422-6922 to exercise your option to cancel for any reason.

4. **Additional Information.** For more detailed information regarding your existing cancellation policy from the respective airline carrier, visit the airline's website.

5. **Coverage.** Refunds cover the base fare and related taxes and fees and do not entitle you to a full refund of all trip costs. Any paid add-ons, such as baggage, seat or boarding order selection, and cancel for any reason, are not included in the refund.

   Airlines may offer a travel credit for add-ons when the travel credit option is chosen. If offered, such travel credit will be provided separately from the base fare travel credit. Contact the respective airline carrier to inquire about receiving an additional travel credit for the add-ons.

6. **Exercise process.** If you have purchased the option to cancel for any reason for a flight purchased through Capital One Travel, you may cancel that purchase by visiting Capital One Travel, navigating to My Trips and selecting the itinerary. No documentation or reason will be required in order to cancel.

7. **Cancellation.** Exercising your option to cancel for any reason for any flight in the booking will result in a cancellation of all purchased flights for that traveler for all legs or segments (i.e., outbound and return flights). If multiple travelers are on the flight booking, you can cancel the flight for individual travelers by calling Capital One Travel, or for all passengers by canceling online. **Cancellations cannot be reversed.**

8. **Exercise window.** Except as provided in Section 10 below, you must exercise your purchased flight cancellation through Capital One Travel's travel booking site or via phone agent at least three (3) hours prior to your first scheduled departure. After this deadline has passed, the option to cancel for any reason will expire and any changes or cancellations to your purchased flight will be subject to the fare rules imposed by the respective airline carrier for your ticket.

9. **Refund.** Upon a valid exercise of your option to cancel for any reason, Capital One Travel will refund to you a portion of the flight cost (including taxes and fees), or, if offered by the respective airline carrier for your ticket and you so select, a travel credit, subject to the airline's terms and conditions.The refund portion is specified upon your purchase of the cancellation option. Reimbursements should be processed within 1-2 billing cycles. If assessed by the respective airline carrier, Capital One Travel will cover any applicable cancellation fees for the travel credit option. Airlines are responsible for fulfilling travel credits.

10. **Exclusions.** The option to cancel for any reason does not apply following the earlier of:

    a. A cancellation of any flight by an airline carrier for any reason, including the result of a force majeure event;

    b. Any voluntarily cancellation or change requested by you directly with any airline, or, if applicable, through Capital One Travel's flight disruption assistance service, of any tickets subject to the cancel for any reason;

    c. A declaration of an "emergency" or similar "extraordinary measures" taken by any governmental authority in the destination city, region, or country of your Capital One Travel trip, or issuance of a Safety and Security Alert by the United States Department of State or a Travel Health Notice Warning by the United States Centers for Disease Control and Prevention (CDC) for such destination; or

d. A designation by the World Health Organization (WHO) that the destination city, country, or region of your trip is at risk from COVID-19.

In the event of such cancellation, or declaration of emergency, alert, notice, designation, or other similar government action, your option to cancel for any reason shall expire immediately and a refund of your Capital One Travel purchase will be subject to the fare rules imposed by the respective airline carrier for your ticket.

11. **Travel Credit.** When elected, you will be provided a travel credit subject to the terms and conditions of the respective airline carrier. Travel credit restrictions can include limitations to availability, flight routes, and passengers. A full description of terms and conditions can be found on the respective airline carrier's website.

12. **Refund Reductions.** If you purchased the option to cancel for any reason from a price you froze through Capital One Travel, the cost of your cancel for any reason option, and the amount of any refund in the event you elect to cancel, will be based on the final price you paid for your frozen flight. Similarly, if you received a travel credit via the price drop protection feature after purchasing the flight subject to the option to cancel for any reason, the amount of any refund in the event you elect to cancel will be reduced by the amount of the travel credit you previously received via the price drop protection feature.

13. **Modifications.** If your purchased Capital One Travel trip has been modified at your request after booking, the "cancel for any reason" will apply only to the original amount of the purchased trip. Certain modifications, such as changes to a passenger name or changes not applicable to all passengers on a multi-passenger booking, may require that you contact Capital One Travel at 844-422-6922 in order to exercise your option to cancel for any reason.

14. **Not insurance.** The option to cancel your flight purchase for any reason ensures that the respective airline carrier's tickets purchased on the Sites can be canceled for any reason without incurring additional fees. Capital One Travel provides its customers with this option to provide a more seamless and flexible experience for travel booked through the Sites. The option to cancel for any reason and the related terms and conditions are not intended to constitute an offer to insure, do not constitute insurance or an insurance contract, and do not take the place of insurance obtained or obtainable by you.

15. **Contact.** For any questions, please contact Capital One Travel at 844-422-6922.

## *Cancel for Any Reason (Hotels)*

The option to cancel a hotel stay for any reason (marketed interchangeably as Cancel for Any Reason or a hotel reservation made fully refundable by Capital One Travel) purchased through Capital One Travel is subject to the following Terms and Conditions. Availability of this service may vary, and not all services are available to all customers or on all bookings. Capital One Travel may revise these Terms and Conditions at any time by updating this posting.

Some of the services made available through Capital One Travel are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper, and other third-parties that may be linked to from the Sites, will be governed by their respective Terms and Conditions and Privacy Policies.

With Capital One Travel, you may be eligible to purchase the option to cancel your hotel stay for any reason, **prior to the check-in time stated on your confirmation email**, and receive a full refund from Capital One Travel, as set forth

in these terms and as stated to you at time of purchase. The ability to cancel for any reason is subject to the following terms:

1. **Purchases**. The option to cancel for any reason with Capital One Travel may only be purchased at the time of your hotel reservation, and may not be added after you make the reservation. The option to cancel for any reason must be purchased for all rooms on the reservation. Capital One reserves the right to deny purchases of the option for any reason permitted by law (e.g., fraud or misuse).

2. **Non-refundability**. The cost of the option to cancel for any reason with Capital One Travel is non-refundable and is only valid for the hotel reservation for which the option to cancel for any reason was purchased. The option to cancel for any reason is not transferable and cannot be carried over to any future reservations.

3. **Form of and eligibility for refund**. By purchasing the option to cancel for any reason, you are eligible to receive a full refund from Capital One Travel in accordance with Section 7. Prior to purchasing the option to cancel for any reason, your hotel stay may be eligible for a more limited refund policy from your hotel in connection with certain cancellations. If eligible, this option will be available to you regardless of whether you purchase the option to cancel for any reason. Even if you purchase the option to cancel for any reason for a hotel stay, you are only entitled to a single refund for your hotel stay and only up to the amount of the hotel stay you have paid at the time of valid cancellation.

4. **Additional information**. For more detailed information regarding your existing cancellation policy from the respective hotel provider, visit the hotel's website.

5. **Exercise process**. If you have purchased the option to cancel for any reason for a hotel stay purchased through Capital One Travel, you may cancel that purchase by visiting Capital One Travel, navigating to My Trips, and selecting the reservation. No documentation or reason will be required in order to cancel. Using the cancel for any reason service will result in a cancellation of the entire booking for all nights, all rooms and all guests on the booking.

6. **Exercise window**. Except as provided in Section 8 below, **you must cancel your hotel stay purchase through Capital One Travel's booking site or via phone agent prior to the check-in time stated on your confirmation email**. After this deadline has passed, the option to cancel for any reason will expire and any changes or cancellations to your purchased hotel stay will be subject to the rules imposed by the hotel. **Your hotel stay purchase must be canceled through Capital One Travel and cannot be canceled through your hotel**.

7. **Amount and timing of refund**. When you exercise the option to cancel for any reason, Capital One Travel will refund to you the total cost of your hotel stay (the base fare for your room plus applicable taxes). If you have not pre-paid for the entirety of your hotel stay, your refund amount will be limited to the total amount of your hotel stay that you have paid to date. Canceling a hotel stay price does not entitle you to a full refund of all trip costs. No additional expenses other than the cost of the hotel stay purchased through Capital One Travel will be reimbursed (including, for example, the purchase price you paid for the option to cancel your stay for any reason or any other purchased items such as airfare). Reimbursements should be processed back to your original method of payment within 1-2 billing cycles.

8. **Exclusions**. The option to cancel for any reason does not apply following the earlier of: a cancelation of your purchased hotel stay by the hotel for any reason, including the result of a force majeure event; any voluntarily cancelation or change requested by you directly with any hotel providing a hotel stay subject to the purchased option to cancel for any reason; a declaration of an "emergency" or similar "extraordinary measures" taken by any governmental authority in the destination city, region, or country of your Capital One Travel trip, or

issuance of a Safety and Security Alert by the United States Department of State or a Travel Health Notice Warning by the United States Center for Disease Control (CDC) for such destination; or a designation by the World Health Organization (WHO) that the destination city, country, or region of your Capital One Travel trip is at risk from COVID-19. In the event of such cancellation, or change, declaration of emergency, alert, notice, designation, or other similar government action, your option to cancel for any reason shall expire immediately and a refund of your hotel stay purchase will be subject to the rules imposed by the hotel.

9. **Refund Reductions and Restrictions**. If you used any Capital One Travel offer to purchase any portion of your hotel stay, you will not be refunded in any form for such an amount.

10. **Not Insurance**. The option to cancel your hotel stay for any reason ensures that the respective hotel stay purchased on the Sites can be canceled for any reason without incurring additional fees. Capital One Travel provides its customers with this option to provide a more seamless and flexible experience for travel booked through the Sites. The option to cancel for any reason is not intended to constitute an offer to insure, does not constitute insurance or an insurance contract, and does not take the place of insurance obtained or obtainable by you.

11. **Contact**. For any questions, please contact Capital One Travel at 844-422-6922.

| Cancel for Any Reason (Flights) | Cancel for Any Reason (Hotels) |
|---|---|
| Cancel your flight purchase for any reason, up to **three (3) hours** prior to your first scheduled departure | Cancel your hotel stay for any reason, **prior to the check-in time** stated on your confirmation email |
| Refunds cover the **base fare and related taxes and fees** and **do not entitle you to a full refund of all trip costs**. Any paid add-ons, such as baggage, seat or boarding order selection, and the fee to purchase cancel for any reason, are **not included in the refund**. | Refunds cover the **base fare for your room and applicable taxes** and **do not entitle you to a full refund of all trip costs**. Any additional expenses, such as the fee to purchase cancel for any reason, are **not included in the refund**. |

### *Flight Disruption Assistance (formerly known as Rapid Rebooking)*

If offered, the flight disruption assistance service (the "flight disruption assistance service" or "service") provided through Capital One Travel is subject to the following Terms and Conditions. Availability of this service may vary, and not all services are available to all customers or on all bookings. Capital One Travel may revise these Terms and Conditions at any time by updating this posting.

Some of the services made available through Capital One Travel are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper, and other third-parties that may be linked to from the Sites, will be governed by their respective Terms and Conditions and Privacy Policies.

1. **Description of the Service.** The flight disruption assistance service includes one free rebooking on a qualifying flight (as defined below), per itinerary, in the event of a Flight Disruption (as defined below), subject to the following terms and conditions.

2. **How it Works.** The service will apply to the purchaser and all other travelers on the same booking ("you"), so long as it was purchased at least twenty-four (24) hours in advance of your scheduled departure. You may use the flight disruption assistance service once per your booked trip and only in the event that either: (a) you miss boarding a connecting flight for an eligible reason on the day of travel, or (b) within 24 hours of the original departure time of your flight, your flight is either delayed by more than the time specified under your purchased service (which will be disclosed to you prior to purchase)  or  is canceled by the airline (collectively, (a) and (b), a "Flight Disruption"). In the event of a Flight Disruption, you will have the option to rebook your disrupted flight on a qualifying flight through Capital One Travel, or, if you aren't satisfied with your rebooking options, to receive a refund of your full base fare, as explained below. When we detect a Flight Disruption, you will be directed to rebook through Capital One Travel. You will have the option to rebook your disrupted flight at no cost on any qualifying flight available through Capital One Travel. A "qualifying flight" means a flight that is available through Capital One Travel: (a) for same-day or next-day travel, (b) for the same or a lower fare class as your original ticket, (c) for the same departure and arrival airports as your original ticket, and (d) for a new ticket price less than the stated maximum fare cap (including taxes and fees), per traveler. The maximum fare cap will be disclosed to you prior to your purchasing the service. If you are traveling with multiple passengers, online rebooking is only available if you are rebooking all of the original travelers. If you would like to rebook one or some of the passengers, you will be prompted to call Capital One Travel at 833-265-4540 for assistance.

If you are not satisfied with your rebooking options, you will have the option to get a refund of your full base fare (for the entire trip booked with the service, including taxes and fees) through Capital One Travel. Requesting a refund does not require you to contact your airline. However, if you receive a refund for your full ticket cost through Capital One Travel's flight disruption assistance service, you will not have the option to request an additional refund for the same ticket through the airline directly. See Section 6. (below) for more details about receiving a refund. If no decision to use the flight disruption assistance service is made, the service will expire twenty-four (24) hours after the last flight of your booked trip.

3. **Eligible Reasons for Missing Your Flight or for Delay or Cancellation.**  To be eligible to use the flight disruption assistance service, the Flight Disruption must occur while you are in transit and traveling to or from your destination. "In-transit" means the disruption must have occurred within twenty-four (24) hours of your scheduled departure time for the impacted flight. The reason you missed your connecting flight, the flight was delayed or the flight was canceled, as applicable, must be due to an eligible reason. Eligible reasons include, but are not limited to, delays, cancellations or missed connections, in each case due to airline issues, customs issues  or weather. All determinations of whether a disruption was due to an eligible reason will be at the discretion of Capital One Travel.

4. **Exclusions.** The service does not apply following the earlier of:

(a) declaration of an "emergency" or similar "extraordinary measures" taken by any governmental authority in the destination city, region, or country of your trip, or issuance of a Safety and Security Alert by the United States Department of State or a Travel Health Notice Warning by the United States Center for Disease Control (CDC) for such destination;

(b) designation by the World Health Organization (WHO) that the destination city, country, or region of your trip is at risk from COVID-19. Such events shall not be eligible reasons. In the event of such cancellation, or declaration of emergency, alert, notice, designation, or other similar government action, your purchased Service shall expire immediately; or

(c) Any voluntary cancellation requested by you for any of the tickets subject to the service, if made (i) directly with any airline or, (ii) if applicable, by exercising your option to cancel for any reason through Capital One Travel.

5. **Things to Know About Booking a New Flight or a New Connecting Flight.** If a Flight Disruption occurs and you elect to use the service to rebook a new ticket on a qualifying flight, you must be able to arrive at the gate of the new or new connecting flight in time to board. Capital One Travel is not responsible for ensuring you arrive at the gate on time and will not pay any additional costs if you miss your new or new connecting flight. Additionally, please note:

   ○ *Checked luggage:* If you have any checked luggage, you must coordinate directly with the original airline to retrieve your luggage before or after your new flight. Capital One Travel is not responsible for any baggage retrieval and will not cover any baggage fees.

   ○ *Return flights or additional flights on your itinerary:* If you elect to use the service, you are solely responsible for confirming with the airline on your original booking that the remainder of the flights in your booking, including any return flights, will not be canceled. If you elect to use the service and have a return flight or remaining legs of your trip that you wish to use, call your original airline directly to: (1) let them know you have found alternate travel for your disrupted flight and (2) request confirmation that any additional or return flights will not be canceled on your reservation.  If the airline on the original booking cancels the remaining flight segments on your original booking and you inform Capital One Travel of such cancellation by contacting an agent, Capital One Travel will offer you the option to rebook a new flight to replace the canceled flight segments at no extra cost, subject to these Terms and Conditions (including the stated maximum fare cap).

6. **Service Satisfaction Guarantee.** The service comes with a satisfaction guarantee, as set forth in this Section. If you are eligible for and elect to use the flight disruption assistance service, and you are not happy with the rebooking options offered by Capital One Travel, you may choose to receive a refund for the cost of your original flight ticket(s) for which the service was purchased. Refunds cover the full base fare and related taxes and fees. Any paid add-ons, such as baggage, seat or boarding order selection, and flight disruption assistance, are not included in the refund. Refunds will be delivered to your original payment method (e.g., credit card, travel credits and/or rewards redemption). If you used a mixture of a credit card, redeemed rewards, and/or travel credits to purchase the fare, the difference will be refunded proportionally. The election to receive a refund shall be in lieu of rebooking on a new flight; if you elect to receive a refund, then the ability to rebook a disrupted flight with the service shall be immediately null and void. You may not be eligible to receive this service satisfaction guarantee refund in the event you elect to receive any cash or credit card refund provided from the airline for the cost of your disrupted flight. However, if you exercise the service satisfaction guarantee and receive a full refund for your booking through Capital One Travel, you will still be eligible to receive any future travel credits or other non-cash equivalents that the airline may provide as compensation for the disrupted flight.

7. **Who is Included in the Service.** The fee to purchase the service is assessed per flight booking and provides the service for all passengers included on the travel itinerary at the time of booking, subject to these Terms and Conditions. If there is more than one passenger on the booking, the passenger who made the booking shall determine how to exercise the flight disruption assistance service in response to a Flight Disruption, and such election shall apply to any other passenger included on the booking.

8. **Other Restrictions.** If you elect to use the flight disruption assistance service, Capital One Travel will not be responsible for any fees and costs incurred by you (e.g., new baggage fees or upgrades) other than the costs of the new eligible ticket(s) or refund for a disrupted flight, as applicable, and in each case subject to the stated maximum fare cap. The service is valid for **ONE** Flight Disruption per passenger in connection with the trip for which the service was purchased. A second Flight Disruption on the same trip itinerary will not be eligible for the service. The service does not carry over to any future bookings made with Capital One Travel. The service is only offered on select bookings made through the Capital One Travel  portal. Capital One Travel reserves the right to deny the purchase of the service to any customer for any lawful reason. In the event you make a voluntary schedule change more than twenty-four (24) hours before your departure date, the service may no longer be valid.  The service cost is non-refundable and non-transferable.

9. **Passenger Rights Regimes**. Certain jurisdictions, including Canada and the European Union, have adopted laws and/or regulations requiring airlines to compensate passengers in the event of certain disruptions to scheduled air travel (a "Passenger Rights Regime"). In the event of such a disruption, you may be eligible for compensation under a Passenger Rights Regime, regardless of whether you elect to purchase the service.

10. **Interaction with Other Capital One Travel Services, Offers and Promotions**. If you purchased the service for a flight purchased following a price freeze through Capital One Travel, or receipt of any refund from Capital One Travel such as a price drop protection refund or price match guarantee refund, the dollar amount of any refund you receive as part of the flight disruption assistance service will be based on the final price you paid for the airline ticket(s) after exercising your price freeze and/or receiving a refund or discount under any other offers, promotions, or services available through Capital One Travel.

    If you have purchased the option to cancel for any reason in addition to the flight disruption assistance service for the same Capital One Travel booking, your option to cancel for any reason will remain valid up to three (3) hours prior to your first scheduled departure. If you exercise your option to cancel for any reason, your flight disruption assistance service will immediately be null and void and you will not be entitled to receive any refund or rebooking under the service. Please see the "Cancel for Any Reason (Flights)" section above for more information.

11. **Not Insurance.** The service is a guarantee that Capital One Travel will rebook you on a new, qualifying flight in the event you experience a Flight Disruption. In the event Capital One Travel is unable to provide the flight disruption assistance service to your satisfaction, Capital One Travel will provide a refund to your original payment method as specified in [Section 6]. Capital One Travel provides its customers with the flight disruption assistance service to provide a more seamless and flexible experience for travel booked on the Capital One Travel portal. The service Terms and Conditions are not intended to constitute an offer to insure, do not constitute insurance or an insurance contract, and do not take the place of insurance obtained or obtainable by you.

### Travel Credits

1. **Travel Credits.** Capital One Travel may give you credits in connection with the terms and conditions of certain free or purchased products (e.g., Price Drop Protection, Price Freeze, Price Match Guarantee) available for use on the Capital One Travel website and mobile application. These travel credits may accumulate in your Capital One Travel account, along with other travel credits received from other qualified bookings or purchases. Your accumulated balance of travel credits may only be used for future qualified purchases on the Capital One Travel website and application. Travel credits are not actual cash/currency, stored value, or account credit, and have no relation to Capital One Credit Card rewards discussed elsewhere in these terms and conditions. Travel

credits are an incentive provided to you for loyalty, award or promotional purposes only and may only be used toward qualifying purchases by you via the Capital One Travel website and mobile application. Available travel credits will be displayed in the "My Travel Credits and Offers" page, accessible by clicking on the "My Travel Credits and Offers" icon in the navigation bar. Your receipt and use of any travel credits serves as your agreement to the terms and conditions set forth herein and any any rules and restrictions communicated to you at the time of the offer, issuance, award, grant, and/or receipt of travel credits, and/or as displayed in your Capital One Travel account in connection with each of the travel credits granted to you ("Rules").

2. **Annual Travel Credit.** Annually, eligible Venture X and Venture X Business primary account holders will receive a $300 Capital One Travel credit ("Credit") to use toward purchases made through Capital One Travel. Each annual Credit will expire on the next account open date anniversary. The Credit will be available within Capital One Travel and can be applied to purchases at checkout. The Credit may be used in whole for a single purchase or in part over multiple purchases. Rewards will not be earned on the Credit. If the purchase using the Credit is canceled, the Credit will be restored if it is not expired. An expired Credit will not be restored upon cancellation. A Venture X or Venture X Business card account must be open and in good standing to receive or use the Credit.

3. **Restrictions on Travel Credits.** All travel credits are non-transferrable. All travel credits expire as indicated at issuance, at the cardholder's death, or when the cardholder no longer has an eligible credit card account for Capital One Travel, whichever occurs first. The Rules applicable to travel credits may include: restrictions on the nature of the products, services, and fees to which travel credits may be applied; restrictions on the eligibility of users to receive and use travel credits, and restrictions on availability of Capital One Travel offers. Capital One Travel reserves the right to make changes to these travel credits terms and conditions and/or any applicable travel credit at any time, as determined solely in Capital One Travel's business discretion.

4. **No Cash Value.** Travel credits may not be redeemed or exchanged for cash and have no cash value. You have no property interest in travel credits. Capital One Travel may choose to discontinue a published, offered, or granted travel credit or any other incentive offer or promotional program at any time solely in Capital One's business discretion. If your use of the Capital One Travel websites or mobile application is suspended or terminated by Capital One Travel for any reason, all travel credits will expire immediately. Capital One Travel is not obligated to compensate you for any value associated with expired or discontinued incentives, promotions, or travel credits.

5. **Redemption.** At the time of a qualified transaction using the Capital One website or mobile application, you will have the option to redeem travel credits applicable to your purchase. If the amount of travel credit redeemed/applied is less than the total transaction amount, you authorize Capital One Travel to charge your linked Capital One Credit Card or redeem rewards, as indicated to you at the time of purchase, for the remaining transaction amount.

6. **No Warranties.** Capital One Travel disclaims all express or implied warranties, including warranties of merchantability or fitness for a particular purpose, as to travel credits or any offers associated with travel credits, to the fullest extent permitted by law.

7. **Corrections and Disputes.** Capital One Travel reserves the right to adjust the balance of any travel credits in the event of a clerical, billing, or accounting error as determined solely in Capital One Travel's business

discretion. Transactions or corrections concerning travel credits may be disputed by contacting Capital One Travel Support within 60 days of the disputed transaction or correction.

8. **Unauthorized Use of Travel Credits.** Capital One Travel is not responsible for any unauthorized redemption of travel credits associated with your Capital One Travel user account. You are solely responsible for loss or unauthorized use of any device from which your Capital One account may be accessible. To help secure your travel credits, do not share access to your Capital One account with others. If you suspect that someone has accessed your account and/or used your travel credits without authorization, contact Capital One Travel Support immediately.

### *Tree Planting Efforts*

Capital One, together with its partners, will donate to GlobalGiving's fund for EarthLungs' Reforestation Project enough to plant two (2) trees, $0.25, for every completed flight, hotel booking, car rental, or vacation rental booking made through Capital One Travel. In the event that a booking is made, but later canceled and refunded to the customer, for any reason, such a payment will not be made. No portion of a customer's Capital One Travel purchase is tax-deductible.

GlobalGiving is a 501(c)(3) nonprofit organization whose mission is to transform aid and philanthropy to accelerate community-led change. To learn more about GlobalGiving, visit www.globalgiving.org; to learn more about GlobalGiving's nonprofit partner, EarthLungs Reforestation Project, visit www.earthlungsreforestation.org.

# Capital One Travel for Business Terms and Conditions

Thank you for using the Capital One Travel for Business website and mobile properties. The term "Capital One" in these Terms and Conditions means Capital One, N.A. The terms "Capital One Travel for Business" or "we" or "us" or "our" in these Terms and Conditions means Capital One Travel for Business, which is a service of Capital One, N.A., with offices at 1680 Capital One Drive, McLean, Virginia. Capital One Travel for Business provides the materials contained on this website and mobile properties on the World Wide Web, which hereinafter will be referred to as the "Sites," as a service to our customers and visitors. Capital One Travel for Business requires that all visitors to the Sites adhere to the following Terms and Conditions. By accessing the Sites and any of its pages, you indicate your acknowledgement and acceptance of the Terms and Conditions set forth below without limitation or qualification.

You acknowledge that the Capital One Travel for Business platform is currently a pilot program in the Beta testing phase, and may have ongoing changes, errors, or inconsistencies. Capital One reserves the right to test, change, or add features and terms throughout the Beta testing phase.

From time to time, we may change these terms. We recommend that you review them on a regular basis.

Some of the services made available through Capital One Travel for Business are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper and other third-parties that may be linked to from the Sites will be governed by their respective Terms and Conditions and Privacy Policies.

# General Booking Terms and Conditions

- **Payment methods.** Customers with a US-issued, eligible Capital One business card can book travel reservations for flights, hotels, and car rentals on the Sites and may pay via reward redemptions, travel credits,

and/or an eligible Capital One business card. Reward redemptions that are included as part of your transaction will be deducted from your reward program account. Travel credit usages that are included as part of your transaction will be deducted. Payments by credit card will appear on your monthly card statement as "COT* [Trip Component]*BIZ*[TripID]*". You may view the specific airline, hotel, or car rental supplier you booked with (each, a "Supplier" and collectively, "Suppliers") on the Sites under My Trips.

- **Payment issues and fraud.** Capital One Travel for Business may cancel the booking in the event of non-payment, payment dispute, rewards dispute, fraud, or suspected fraud and penalties imposed by Suppliers, up to the full amount of each ticket/reservation, may be applied.
- **Rules and regulations.** All bookings made through Capital One Travel for Business shall comply with all applicable governmental laws, rules and regulations including, without limitation, sanctions issued by the Office of Foreign Assets Control. Such sanctions may prevent Capital One Travel for Business from offering travel to specific destinations or individuals. To assist Capital One Travel for Business with its compliance with laws, rules and regulations, Capital One Travel for Business may ask you for additional information. Any booking made, or in good faith believed to be made, in violation of applicable law, will be canceled by Capital One Travel for Business, in its sole discretion, with no liability to you other than to issue a refund, if permitted by law.
- **Cancellations and changes.** Reservations are subject to the rules of each Supplier on your itinerary; some reservations cannot be canceled for a refund. Itinerary changes are subject to Capital One Travel for Business or Supplier imposed cancellation or change fees plus applicable fare differential. Refunds, if permitted, may take up to 90 days to process and are subject to the policies of the individual Supplier. All refund requests must be submitted within 30 days after the scheduled departure date and any negotiable documents (i.e. airline tickets, redeemable certificates or vouchers, etc.) issued must be returned to Capital One Travel for Business prior to processing any refund. Refunds will be returned via original payment method, with split-pay transactions using both credit card and rewards or Capital One statement credits being refunded proportionally. Please note: The cancellation policy for reservations made through Capital One Travel for Business may differ from the cancellation policy for reservations made directly with the Supplier.
- **Phone booking fee.** If you book via phone, you may be subject to a $25 phone booking fee for each flight itinerary you book through the phone. Our travel offerings are optimized for digital self-servicing, and we strongly encourage you to book online for the best experience. If you cannot book digitally due to needs for accessibility accommodations, language barriers, or web issues, or in certain emergency situations, the phone booking fee may be waived.

## Who Can Use Capital One Travel for Business

In order to use Capital One Travel for Business, the primary cardholder of the corresponding business card account must opt into using this business-grade travel management platform. The primary cardholder, or another cardholder on the account delegated by the account primary as the Onboarding Admin, must set up the business's Capital One Travel for Business policies and users. The Onboarding Admin will then be able to turn on all other users' access to the business travel platform.

By using Capital One Travel for Business, you represent and warrant that any profile information you submit is true and accurate, that you are 18 years of age or older and fully able and competent to enter into and abide by these Terms and Conditions, are an eligible Capital One business card holder, and are digitally enrolled (i.e., have an online login to a Capital One account).

The features on Capital One Travel for Business (a.k.a., the business travel platform) may differ from those available on the consumer travel booking website (a.k.a., Capital One Travel).

If you are a cardholder on a business card account enrolled in Capital One Travel for Business:

- You will be able to book travel on the business travel platform with your business card, provided that you have not been deactivated by a travel administrator.
- You will be able to book travel on the consumer travel booking website (a.k.a., Capital One Travel) if and only if you have a separate Capital One card that has access to the consumer travel booking website.

Except as otherwise expressly provided in these Terms and Conditions, you shall not utilize Capital One Travel for Business to provide travel to non-employees or consumers (e.g. utilizing Capital One Travel for Business in connection with your business as a travel agency). You may only use Capital One Travel for Business to make legitimate reservations or purchases for you or other persons for whom you are authorized to act. You represent and warrant that you are not using Capital One Travel for Business on behalf of any other entity, or for any commercial purpose. You shall not use Capital One Travel for Business to make any speculative, false, fictitious, or fraudulent reservations.

We reserve the right to refuse access to Capital One Travel for Business or to limit or take away your access at any time and may take all available legal recourse for actual or suspected violations of these Terms and Conditions, including cancellation of bookings and closure of your Capital One card account. Any delay by Capital One Travel for Business in taking such actions does not constitute a waiver of Capital One Travel for Business's rights to enforce these Terms and Conditions. By making Capital One Travel for Business and the Sites available for your use, Capital One Travel for Business does not consent to act as your agent or fiduciary. Use of the Services is void where prohibited.

As a condition of your use of this Site, you warrant that you will not use this Sites for any purpose that is unlawful or prohibited by these Terms and Conditions.

## Earning Rewards and Credits

When you book with an eligible Capital One business card offering elevated rewards on Capital One Travel for Business purchases, your business's primary cardholder will earn elevated rewards as detailed below. Not all Capital One-issued credit cards offer elevated rewards for purchases made through Capital One Travel for Business. Earnings will apply to net purchases (purchases minus any credits or returns) only. Purchases made outside of the Capital One Travel for Business booking sites, including but not limited to hotel incidentals, upgrades, or other expenses, will not earn the elevated rewards, but will receive the standard purchase earn rate. Please note, only the primary cardholder will have access to view or redeem business rewards.

- **Spark Miles, Spark Miles Select:** 5 miles per dollar for hotel and rental car purchases
- **Spark Cash Plus, Spark Cash Select, Spark Classic, Spark Pro:** 5% cash back on hotel and rental car purchases

## Managing Business Travel

- **Travel management capabilities.** Beyond booking travel, Capital One Travel for Business empowers business cardholders to manage and analyze employees' business travel spend. Capital One reserves the right to change and improve travel management capabilities at any time.
  - **Users.** The Users tab allows Admins to edit an employee's travel role and/or policy tier. Admins may deactivate users, which would prevent the user from accessing Capital One Travel for Business. Admins may also reactivate users to re-establish that user's access to the business travel platform. The Users tab is automatically populated with digitally-enrolled cardholders associated with the business card account.

- ○ **Policies.** The Policies tab allows Admins to set maximum price caps for in-policy bookings, across flights, hotels, and rental cars. Admins can set policies for the default Associate policy tier, and also have the option to set separate caps for an Executive policy tier.
- ○ **Requests.** The Requests tab is where Admins and Approvers can review and subsequently approve or deny out-of-policy bookings. Admins and Approvers will be able to see any business justification Travelers provide, as well as give their own denial rationale if they deny the request.
- ○ **All Trips.** The All Trips tab will show all business travel booked on the business card account, across all travelers. Admins will be able to sort and search by trip date, booking type, airlines, hotel names, rental car companies, traveler name, and trip status. Trip status filters will allow Admins to see which trips are happening at the moment, versus future trips and past trips.
- ○ **Reports.** The Reports tab will allow Admins to view and analyze spend across Capital One Travel for Business. Reports include a dashboard view of the number of trips taken, total spend across flights, hotel, and rental cars, and travel spend insights. Reports are subject to change. Admins can download a CSV with travel transaction data from the Reports tab.
- **Travel roles.** Travel roles govern permissions on Capital One Travel for Business and are separate and distinct from cardholder roles (e.g., primary cardholder, Authorized User, and Account Manager). Travel roles and permissions are subject to change as we build out new features and capabilities, so please refer to the Capital One Travel for Business Users tab for the latest and most accurate information.
- ○ **Admin role.** Admins will be able to view Reports, All Trips, Requests, Users, and Policies. Admins will be able to make edits to Users and Policies, and approve out-of-policy requests. By default, the primary cardholder will be an Admin and cannot be removed as an Admin.
- ○ **Approver role.** Approvers will have limited Admin capabilities, and will be able to view Requests, Users, and Policies. Approvers will be able to approve out-of-policy requests but will not have the ability to edit Users or Policies.
- ○ **Traveler role.** Travelers will be able to book in-policy travel, request out-of-policy travel, and digitally self-service their travel (e.g., change or cancel reservations) subject to the rules of each Supplier on their itinerary.

## General Travel Information

- **Required photo identification.** Approved, government-issued photo identification is required for travel and must match the full name on the reservation. Due to the REAL ID requirements, your driver's license or ID card may not be accepted for air travel after certain dates if it is not REAL ID. For the most current information on the REAL ID requirements, please visit: https://www.dhs.gov/real-id. Air carriers cannot board any passenger who fails to carry required documents. Some air carriers may also require you to show the credit card used as payment for your ticket(s).
- **International travel requirements.** If this is an international trip, you will need a passport, and you may need a visa. Travel to certain international destinations also may be subject to governmental health requirements. Passports usually need to be valid for a specified period of time (such as six months) after your scheduled return date. For foreign entry requirements, go to http://travel.state.gov or contact the embassy/consulate of the country to which you are traveling, including layover and stopover destinations, to determine entry documentation and other requirements, such as immunizations that you must satisfy, including return entry into the country from which you departed. It is solely your responsibility to obtain proper travel identification and satisfy all requirements for each location on your itinerary, including layover and stopover destinations. Capital One Travel for Business is not responsible if you are refused entry onto a flight or into any country due to your failure to satisfy any entry requirements. Government imposed departure or entry taxes may not be

included in ticket taxes. Passengers should be prepared to pay these taxes in cash, in local currency, on location. Requirements may change and you should check for up-to-date information before booking and departure.

- **Minors.** Minors under the age of 18 who are traveling with only one parent may be required to have additional documentation. Please contact your airline or the embassy/consulate of the country from which you are departing and the country to which you are traveling for additional information.
- **Accommodations.** Capital One Travel for Business has no special knowledge regarding the suitability for persons with disabilities for any travel itinerary.
- **Potential dangers.** Capital One Travel for Business has no special knowledge regarding unsafe conditions, health hazards, weather hazards, or climate extremes at locations to which you may travel. By offering reservations for travel products in particular destinations, Capital One Travel for Business does not represent or warrant that travel to such areas is advisable or without risk, and is not liable for damages or losses that may result from travel to such destinations. For information concerning possible dangers at international destinations, Capital One Travel for Business recommends contacting the Travel Advisory Section of the U.S. State Department at 202-647-5225 or checking online at travel.state.gov/traveladvisories.
- **Public health.** For travel-related public health information Capital One Travel for Business recommends contacting the Centers for Disease Control and Prevention at 800-232-4636. For foreign health requirements and dangers, go to http://www.cdc.gov/travel.
- **Reservation rules.** Travel reservations are subject to the rules of each Supplier on your itinerary. The information and descriptions given about the Suppliers are believed to be accurate, but Capital One Travel for Business makes no warranty or representation regarding the information and descriptions.
- **Tickets.** The passenger's ticket(s), when issued, or the electronic reservation, shall constitute the sole contract between the Supplier and the purchaser and/or passenger. Capital One Travel for Business shall have no liability for any actions or omissions of the Supplier, except where required by applicable law.
- **Credits and vouchers.** Capital One Travel for Business shall have no responsibility for any credit or voucher issued by any Supplier, and any questions or issues you may have with respect to such credit or voucher must be addressed directly with the Supplier. Capital One Travel for Business will only allow and facilitate usage of travel credits issued by airlines for bookings made through the Sites.
- **Special requests and upgrades.** Special requests made to a Supplier are on a request-only basis and cannot be guaranteed. Fees, taxes and charges may apply, depending on the service request. Upgrades are not permitted on certain itineraries. Please check with the Supplier directly. Supplier policies are subject to change at any time without notice.
- **Loyalty programs.** Certain rate types do not permit credit for airline frequent flyer programs or car or hotel loyalty programs. The name connected to the frequent flyer program or loyalty program must match the traveler listed on the itinerary or the Supplier may invalidate the booking.
- **Luggage.** Capital One Travel for Business is not responsible for any lost, damaged, or delayed luggage.

## Links to Other Internet Web Sites

Some of the Web sites listed as links herein are not under the control of Capital One Travel for Business, but rather are exclusively controlled by third parties. You should review the terms applicable to any third-party site that you choose to access. Accordingly, Capital One Travel for Business makes no representations whatsoever concerning such websites. Although Capital One Travel for Business may provide a link to a third party, such a link is not an authorization, endorsement, sponsorship or affiliation by Capital One Travel for Business with respect to such Web site, its owners or its providers. Capital One Travel for Business is providing these links only as a convenience to you. Capital One Travel for Business has not tested any information, products or software found on such Web sites and

therefore cannot make any representations whatsoever with respect thereto. It is up to you to take precautions to ensure that whatever you select is free of such items as viruses, worms, trojan horses and other items of a destructive nature.

IN NO EVENT WILL Capital One Travel for Business, CAPITAL ONE, OR ITS AFFILIATED COMPANIES, BE LIABLE TO ANY PARTY FOR ANY DIRECT, INDIRECT, SPECIAL OR OTHER CONSEQUENTIAL DAMAGES FOR ANY USE OF ANY HYPERLINKED WEBSITE, INCLUDING, WITHOUT LIMITATION, ANY LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR INFORMATION HANDLING SYSTEM OR OTHERWISE, EVEN IF WE ARE EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## Third-Party Travel Services

The purchase of third-party travel products and services through the Sites will be governed by and subject to additional terms and conditions from such providers, and subject to laws and regulations imposed by government entities, and you agree to abide by all such terms, laws, and regulations. Where possible, Capital One Travel for Business will make these terms available to you. However, additional applicable terms may be provided on the third-party provider's website, for example, an airline's cancellation or refund policy. Please read these additional provider terms and conditions carefully prior to purchase, and ensure that you understand the full terms applicable to your airfare, hotel, trip insurance, car rental, or other third-party service. If you make bookings on behalf of another person(s) with their authorization, you agree that you will inform such other person(s) about these Terms and any third-party terms, rules and restrictions that apply to the bookings made on their behalf. You understand and agree that any violation of third-party terms of service may result in a cancellation of your bookings, denial of service, and forfeit of any amounts paid. Capital One Travel for Business is not responsible for any damages resulting from your violation of third-party terms.

## Flight Bookings Terms and Conditions

- **General ticket rules.** Airline tickets are NON-REFUNDABLE and NON-CHANGEABLE unless permitted by airline fare rules and, if permitted, are subject to airline rules, airline penalties up to the full amount of each ticket plus, in the case of a changed ticket, fare difference charges, and may also be subject to Capital One Travel for Business fees. Credit card purchases of flights through the Sites, as well as any such fees, will appear on your monthly card statement as "COT*FLT*BIZ". **Note:** If there is more than one carrier on your itinerary, airline rules, airline penalties and change fees may apply to EACH airline on your itinerary and each change made.
- **Unused or canceled tickets.** If the ticket is refundable, there may be cancellation fees to refund the ticket. Unused tickets may have no value if not canceled prior to the scheduled departure date/time as specified by the airline's fare rules. Failure to use any reservations may result in automatic cancellation of all continuing and return reservations. You must advise your carrier if your travel plans change en route. Tickets cannot be reassigned or transferred to a different passenger or airline.
- **Additional services and fees.** Airlines may impose additional costs and fees for baggage, meals, beverages and other services. These costs are your sole responsibility. For information regarding airline liability limitations, baggage liability and other regulations of the Montreal Convention, and other regulations, please consult your air carrier.
- **Flight availability.** A small number of air carriers may require Capital One Travel for Business to confirm flight availability when booking. If there is any issue with availability, you will receive an email notification of the unavailability within 72 hours and will be refunded to your original payment method for any charges. Also, please see U.S. NOTICE—OVERBOOKING OF FLIGHTS below regarding flight availability after booking.

- **Airline travel credits.** In some situations an airline may issue you a credit "in lieu of" a refund according to the fare rules associated with the individual booking. If a credit is issued by an airline, it is held by the airline in the name of the individual who was the passenger of record on the original reservation. This credit can be used towards the payment for the booking of a new trip, subject to the terms and conditions of the credit-issuing airline.

- **Flight schedules.** Flight schedules are subject to change. Capital One Travel for Business may inform you of schedule changes in some scenarios, but is not responsible for any schedule change(s) or notifying you of such change(s). It is your responsibility to confirm the scheduled departure time(s) on the airlines' websites at least 48 hours prior to departure for domestic flights and at least 72 hours prior to departure for international flights to learn if your flight schedule changed.

- **Check-in time and requirements.** Check with each airline regarding its specific boarding and check-in requirements. We recommend that you check-in before arriving at the airport, where such advance check-in is offered by our airline. Some airlines offer advance check-in beginning 24 hours before departure. CHECK-IN TIME: The time shown on the itinerary/receipt is the departure time of the aircraft. Flight departure time is not the same as the time you must check-in or the time you must be available for boarding. Your carrier may refuse your carriage if you are late. Check-in times, as advised by your carrier, are the latest times at which passengers can be accepted for travel; boarding times, as advised by your carrier, are the latest times at which passengers must present themselves for boarding. Flight cannot be held for late-arriving passengers, and Capital One Travel for Business accepts no responsibility in such cases.

- **Aircraft.** Turboprop aircraft may exist on your itinerary. Airlines reserve the right to change aircraft equipment without notice to the booking travel agency or the consumer.

- **Code-sharing.** If a code-share flight exists in your itinerary (a flight where two or more airlines share the same flight), passengers must check in with the operating airline on the day of departure.

- **Tickets and boarding passes.** All tickets will be issued at the time of booking as e-tickets. You will receive a boarding pass upon checking in with the airline digitally or at the airport.

- **Seat selection.** Advance seat assignments, if available and allowed by airline, are not guaranteed and could be subject to additional fees. Please inquire with the airline.

- **Insecticides.** Please go to http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements to learn about the use of insecticides in certain aircraft.

- **Large group bookings.** You may add up to 6 passengers onto a single booking. If you need to book for more than 6 passengers, you may do so for any remaining passengers via another booking. Each booking will have a maximum of 6 passengers. Please ensure that you do not duplicate passenger names across bookings with identical flights and dates. If multiple bookings are identical, including passenger names, they are considered duplicate bookings and will be subject to cancellation by the airline.

- **Unaccompanied minors policy.** Unfortunately, due to airline contracts, Capital One Travel for Business cannot support online bookings in which the only traveler is less than 18 years old. If you want to book a flight for an unaccompanied minor, please call Capital One Travel for Business and book via phone (844-422-6972). The phone booking fee for an unaccompanied minor booking will be waived.

- **Canadian traveler rights.** For flights that are destined for, transit through, or depart Canada, passengers may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier or visit the Canadian Transportation Agency's website at https://www.otc-cta.gc.ca/.

- **EU traveler rights.** If you are traveling into or out of the European Union, or on an EU-based airline, You may have rights in the event that your flight is canceled, delayed or you are denied boarding. Please consult Regulation (EC) 261/2004 for more information.

- **Hazardous materials.** Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gasses, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Examples: Paints, lighter fluid, fireworks, tear gasses, oxygen bottles, and radio-pharmaceuticals. There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries in carry-on baggage, and certain smoking materials carried on your person. Certain items are required to be carried with you onboard the aircraft. Spare lithium batteries and cigarette lighters must be removed from checked or gate-checked baggage and carried onboard the aircraft.
- **Baggage allowance.** Excess valuation may be declared on certain types of articles. Carriers may apply special rules for fragile, valuable, or perishable articles. Check with your carrier. Carriers may permit a free checked baggage allowance, which is set by the carrier and may differ by class, and/or route. Carriers may apply extra charges for checked baggage in excess of their permitted allowance. Check with your carrier. Cabin (Unchecked) Baggage: Carriers may permit a free cabin baggage allowance, which is set by the carrier and may differ by class, route, and/or aircraft type. It is recommended that cabin baggage be kept to a minimum. Check with your carrier. If more than one carrier is providing the transportation for your journey, each carrier may apply different rules on baggage (both checked and cabin). SPECIAL BAGGAGE LIABILITY LIMITATIONS FOR U.S. TRAVEL: For domestic travel wholly between U.S. points, federal rules require any limit on a carrier's baggage liability to be at least US $3,800 per passenger, or the amount currently mandated by 14 CFR § 254.5.
- **Required information.** The Transportation Security Administration (TSA), part of the U.S. Department of Homeland Security, requires Capital One Travel for Business to collect information from you for purposes of watch list screening, pursuant to 49 U.S.C. Sec. 114, and the Intelligence Reform and Terrorism Prevention Act of 2004. TSA may share information you provide with law enforcement or intelligence agencies or others under its published system of records notice. For more information, please see www.tsa.gov.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

PASSENGERS EMBARKING UPON A JOURNEY INVOLVING AN ULTIMATE DESTINATION OR A STOP IN A COUNTRY OTHER THAN THE COUNTRY OF DEPARTURE ARE ADVISED THAT THE PROVISIONS OF AN INTERNATIONAL TREATY (THE WARSAW CONVENTION, THE 1999 MONTREAL CONVENTION, OR OTHER TREATY), AS WELL AS A CARRIER'S OWN CONTRACT OF CARRIAGE OR TARIFF PROVISIONS, MAY BE APPLICABLE TO THEIR ENTIRE JOURNEY, INCLUDING ANY PORTION ENTIRELY WITHIN THE COUNTRIES OF DEPARTURE AND DESTINATION. THE APPLICABLE TREATY GOVERNS AND MAY LIMIT THE LIABILITY OF CARRIERS TO PASSENGERS FOR DEATH OR PERSONAL INJURY, DESTRUCTION OR LOSS OF, OR DAMAGE TO, BAGGAGE, AND FOR DELAY OF PASSENGERS AND BAGGAGE.

ADDITIONAL PROTECTION CAN USUALLY BE OBTAINED BY PURCHASING INSURANCE FROM A PRIVATE COMPANY. SUCH INSURANCE IS NOT AFFECTED BY ANY LIMITATION OF THE CARRIER'S LIABILITY UNDER AN INTERNATIONAL TREATY. FOR FURTHER INFORMATION PLEASE CONSULT YOUR AIRLINE OR INSURANCE COMPANY REPRESENTATIVE.

Notice of Contract Terms Incorporated by Reference

Your contract of carriage with the carrier that provides you with carriage by air, whether international, domestic or a domestic portion of an international journey is subject to this notice; to any notice or receipt of the carrier; and to the carrier's individual terms and conditions (Conditions), related rules, regulations and policies (Regulations) and any applicable tariffs If your carriage is by more than one carrier, different Conditions, Regulations and any applicable tariffs may apply for each carrier. The Conditions, Regulations and any applicable tariffs of each carrier are, by this notice, incorporated by reference into and made part of your contract of carriage. The Conditions may include, but are not restricted to:

(a) Conditions and limits on the carrier's liability for the bodily injury or death of passengers; (b) Conditions and limits on the carrier's liability for the loss of, damage to or delay of goods and baggage, including fragile or perishable goods; (c) rules for declaring a higher value for baggage and for paying any supplementary fee that may apply; (d) application of the carrier's Conditions and limits of liability to the acts of the carrier's agents, servants and representatives, including any person providing either equipment or services to the carrier; (e) claims restrictions, including time limits by which passengers must file claims or bring actions against the carrier; (f) rules about reconfirmations or reservations; check in times; the use, duration and validity of air transportation services; and the carrier's right to refuse carriage; (g) rights of the carrier and limits on the carrier's liability for delay or failure to perform a service, including schedule changes, substitution of alternative carriers or aircraft and re-routing, and, when required by applicable law, the obligation of the carrier to notify passengers of the identity of the operating carrier or substituted aircraft; and (h) rights of the carrier to refuse carriage to passengers who fail to comply with applicable laws or who fail to present all necessary travel documents.

You can obtain additional information on items (a) through (h) above and about your contract of carriage (including how to request a copy thereof) at places where transportation on the carrier is sold. Many carriers also have this information on their websites. When required by applicable law, you have the right to inspect the full text of your contract of carriage at the carrier's airport and sales offices, and upon request, to receive a copy by mail or other delivery service from each carrier free of charge. If a carrier sells air transportation services or checks baggage specifying carriage on another carrier, it does so only as an agent for the other carrier.

*Itinerary Changes/Cancelations*. Itinerary changes or cancelations you request (i.e., voluntary refunds), if permitted under the airline fare rules applicable to your ticket, may be subject to airline-imposed fees in addition to any fare differential at re-ticketing. Such fees vary by airline. Your airline may permit a portion of the fare paid for an unused nonrefundable ticket to be applied toward the purchase of future travel. For many airlines, tickets not changed or canceled prior to departure have no remaining value.

*Tax Refunds*. In case of a no-show or cancellation of an air booking, you may be entitled to a refund of government taxes and fees included in the price of the ticket purchased. Where you are eligible for a refund, you can request such a refund from Capital One Travel for Business, who will submit your request to the airline on your behalf.

*Airline Prohibited Practices*. The circumvention of an air carrier's rules, including practices such as back-to-back ticketing (booking two or more tickets with overlapping travel dates in order to circumvent minimum stay requirements) and hidden-city, point beyond or throwaway ticketing (booking tickets that include segments you do not intend to use in order to circumvent an air carrier's pricing structure), is prohibited by many air carriers. You agree that you will not use Capital One Travel for Business to engage in these or similar activities if prohibited by an airline.

CARRIERS RESERVE THE RIGHT TO REFUSE CARRIAGE TO ANY PERSON WHO HAS ACQUIRED A TICKET IN VIOLATION OF APPLICABLE LAW OR THE CARRIER'S TARIFFS, RULES OR REGULATIONS.

YOU CANNOT TRAVEL IF YOU DO NOT HAVE ALL REQUIRED TRAVEL DOCUMENTS, SUCH AS PASSPORT AND VISA. PASSENGER SHALL ARRIVE AT AIRPORT BY TIME EARLY ENOUGH TO COMPLETE DEPARTURE PROCEDURES.

GOVERNMENTS MAY REQUIRE YOUR CARRIER TO PROVIDE INFORMATION ON OR PERMIT ACCESS TO PASSENGER DATA, INCLUDING INFORMATION WE MAY BE REQUIRED TO COLLECT FROM YOU DURING THE RESERVATION PROCESS.

U.S. NOTICE—OVERBOOKING OF FLIGHTS. Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a

payment of the airline's choosing. If there are not enough volunteers the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions persons denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. **Some airlines do not apply these consumer protections to travel from some foreign countries although other consumer protections may be available. Check with the airline or your travel agent.**

## Hotel/Lodging Bookings Terms and Conditions

- **General hotel booking rules.** Hotel rooms are NON-REFUNDABLE and NON-CHANGEABLE unless permitted by the terms of the room/rate description. Check the terms carefully before making a hotel reservation for cancellation or change terms and fees. For rooms that are non-refundable, if you change or cancel your reservation at any time, you will still be charged the full reservation amount of room and tax for the entire stay. Early check-out from a hotel is not subject to a refund, unless allowed by the Supplier. If permitted, cancellations or modifications received at any time may be subject to a Capital One Travel for Business fee in addition to any Supplier fees. Credit card purchases of hotel rooms through the Sites, as well as any such fees, will appear on your monthly card statement as "COT*HTL*BIZ". Please note that reservations do not include services not specified in the reservation confirmation.
- **Cancellations.** Contact Capital One Travel for Business via the number listed on your itinerary (844-422-6972) for all cancellation or change requests. Cancellations or changes handled by the hotel directly may result in additional fees and/or the forfeiture of any refund due. When canceling hotel reservations, retain your cancellation number so you will not be held responsible for cancellation charges if you cancel within the permitted cancellation window and the hotel makes an error.
- **Non-transferability.** Hotel room reservations cannot be transferred or reassigned to another traveler and cannot be resold. If we determine that you have transferred or re-sold a reservation, those reservations are subject to cancellation and will incur applicable cancellation fees in accordance with the rate description.
- **No shows and lateness.** No shows are non-refundable and will result in a forfeiture of all payments made and used by you in connection with the reservation, without credit due. If you think you may arrive at a hotel late, please contact the hotel directly to arrange for late arrival, if available. Actual times for "late" vary by hotel.
- **Check-in requirements.** The hotel will require a major credit card, in the name of one of the guests, or a cash deposit upon check-in. Government-issued photo identification is required at check-in and must match the name on the reservation. Some properties have a minimum age requirement for check-in. In some cases, your name may not be provided by Capital One Travel for Business to the hotel until 24 hours prior to your arrival, due to hotel Supplier policies applicable to our preferred rates.
- **Incidental charges.** Hotel reservations include room and applicable hotel taxes only. Any additional hotel charges, such as resort fees and hotel energy surcharges and cleaning fees, and any charges for incidentals that you incur are not included in your reservation rate and must be paid directly to the hotel. Incidental charges may include but are not limited to parking fees, baby sitting, room service, telephone fees, internet usage fees, in-room movies, mini-bar charges, and gratuities.
- **Special requests.** Policies for children vary by hotel. Please contact the hotel directly to learn whether child benefits are offered and whether there are child restrictions. Additionally, please contact the hotel directly for any special requests, such as bed type, smoking preferences or in-room amenities. Special requests are subject to hotel availability.
- **Potential renovations and refurbishments.** A reasonable attempt will be made to notify guests of hotel renovation or refurbishment if Capital One Travel for Business knows of the same; however, Capital One Travel

for Business shall not be liable for any failure to provide such notification or for damages that may result from renovation or refurbishment.

- **Hotel ratings.** Third-party hotel ratings displayed on the Sites are intended as only general guidelines, and Capital One Travel for Business does not guarantee or endorse any hotel, or the accuracy of any ratings.
- **Loyalty rates and hotel status.** Capital One Travel for Business may have hotel inventory shown on the Sites that have specially negotiated loyalty rates and discounts. Capital One Travel for Business has no obligation or responsibility to provide or continue to provide loyalty rates and discounts. Any such loyalty rates and discounts are for the benefit of cardholders. In order to earn points towards status with a hotel chain, you must input the loyalty number associated with the hotel chain at the time of booking. Your name must match the name on the loyalty account for hotels to validate.

## Rental Car Bookings Terms and Conditions

- **General rental car booking rules.** Car rental redemptions may not be available for all locations and destinations. Cancellations or modifications received at any time are subject to the Supplier's cancellation policies and cancellation fees which could be up to the full amount of the reservation and may also be subject to a Capital One Travel for Business fee. Credit card purchases of rental cars through the Sites, as well as any such fees, will appear on your monthly card statement as COT*CAR*BIZ.
- **No shows.** No shows are non-refundable and will result in a total forfeiture of any payments made and used by you in connection with the reservation, without credit due.
- **Early returns.** The early return of car rentals is not eligible for a refund, regardless of situation or notification to the car rental company.
- **Additional fees and surcharges.** Any additional taxes, fees and surcharges are subject to change without notice, may vary by location, and may be charged to the customer at pick-up.
- **Rental rates and rental periods.** Rental rates are based on 24-hour periods and may be subject to additional fees depending on time of return, including but not limited to hourly rental charges, which will be billed directly to you by the car rental company. Certain car rentals may have a minimum rental period. Any rentals less than the required minimum days may be charged the minimum rental period.
- **Domestic and international rates and considerations.** Advance purchase car rental rates in the United States include unlimited mileage, taxes and fees. Car rental rates outside of the United States may not include unlimited mileage, taxes and fees and these will be assessed by the car rental company directly. Charges are billed directly by the car rental company and rates are subject to change. Rentals outside the country in which you reside may require an international driver's license or compliance with other local requirements. Geographic and cross border restrictions may apply. Local renters and renters driving out of state/country may be subject to additional restrictions.
- **Additional charges.** Charges for optional services such as insurance, fuel, additional or underage drivers, and special equipment charges, are not included in your rental and must be paid directly to the car rental company. Car rental rates do not include Collision Damage Waiver insurance and Theft Protection unless specified. Please contact your insurance company if you are unsure whether to accept rental car company insurance at the counter.
- **Vehicle.** Capital One Travel for Business does not guarantee a specific make, model, or color of vehicle no matter what vehicle is reserved.
- **Age requirements.** Renters must meet the minimum (and maximum, if applicable) age requirement where the car is being rented, have a valid driver's license, major credit card and some Suppliers require a good driving record. Most rental car companies do not accept debit cards. Some Suppliers charge a surcharge for drivers

above or below certain ages, which is collected by the Supplier at the time of pickup. Suppliers reserve the right to deny car rentals for any reason, including past driving records.

- **One way rentals.** One way rentals may or may not be permitted. If there are additional fees for one way rentals, when permitted, these fees will not be included in the cost of the reservation. A reasonable attempt to advise of these fees will be made when this information is available to Capital One Travel for Business.

## Terms for Additional Products and Features

If offered, the additional products and features made available through Capital One Travel for Business are subject to the following Terms and Conditions. Availability of these services may vary based on your account, and not all services are available to all customers or on all bookings. The availability of the services is subject to change without prior notice. Additional fees may apply. Capital One Travel for Business may revise these Terms and Conditions at any time by updating this posting.

Some of the services made available through Capital One Travel for Business are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper, and other third-parties that may be linked to from the Sites will be governed by their respective Terms and Conditions and Privacy Policies.

## Price Prediction and Alerts

Capital One Travel for Business's price prediction services and notifications, offered in collaboration with Hopper, provide a powerful tool to assist you in finding the best time to book travel and save money. Capital One Travel for Business and Hopper work hard to ensure the accuracy of its predictions based on past data and current trends. However, forecasting price movements in a highly competitive, unpredictable global market has inherent limitations, and no prediction tool can be 100% accurate. Accordingly, while Capital One Travel for Business and Hopper believe strongly in the accuracy of its predictions, they do not guarantee its accuracy, and shall not be liable for any reliance upon them, except as expressly set forth in the terms of any Capital One Travel for Business product purchased by you, such as a frozen price.

**Disclaimer:** Availability of these services may vary based on your account, and not all services are available to all customers or on all bookings. The availability of the services is subject to change without prior notice. Capital One Travel for Business may revise these Terms and Conditions at any time by updating this posting.

Some of the services made available through Capital One Travel for Business are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper, and other third-parties that may be linked to from the Sites will be governed by their respective Terms and Conditions and Privacy Policies.

## Cancel for Any Reason

The option to cancel a flight for any reason (marketed interchangeably as cancel for any reason or a fare made partially refundable by Capital One Travel for Business) purchased through Capital One Travel for Business is subject to the following Terms and Conditions. Availability of this service may vary, and not all services are available to all customers or on all bookings. Capital One Travel for Business may revise these Terms and Conditions at any time by updating this posting.

Some of the services made available through Capital One Travel for Business are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper, and other third-parties that may be

linked to from the Sites, will be governed by their respective Terms and Conditions and Privacy Policies.

With Capital One Travel for Business, you may be eligible to purchase the option to cancel your flight purchase for any reason, **up to three (3) hours** prior to your first scheduled departure, and receive a partial refund from Capital One Travel for Business, as set forth in these terms. You may also be eligible for a travel credit from your respective airline carrier, without purchasing the option to cancel for any reason. The ability to cancel for any reason is subject to the following terms:

1. **Purchases.** The option to cancel for any reason with Capital One Travel for Business may only be purchased at the time of booking, and may not be added after the booking. The option to cancel for any reason must be purchased for all passengers on the booking, and for all segments or legs of such booking. Capital One reserves the right to deny purchases of the option for any reason permitted by law (e.g., fraud or misuse).

2. **Non-refundability.** The cost of the option to cancel for any reason with Capital One Travel for Business is non-refundable and is only valid for the booking for which the option to cancel for any reason was purchased. The option to cancel for any reason is not transferable and cannot be carried over to any future bookings.

3. **Refund or Credit.** By purchasing the option to cancel for any reason, you are eligible to receive a partial refund from Capital One Travel for Business. Prior to purchasing the option to cancel for any reason, your flight may be eligible for a travel credit provided by the respective airline carrier. If eligible, this option will be available to you regardless of whether you purchase the option to cancel for any reason. In that case, however, if you purchased the option to cancel for any reason through Capital One Travel for Business, you will not be charged any additional cancellation or rebooking fees when you use the travel credit from the respective airline carrier to rebook through Capital One Travel for Business. When you exercise the option to cancel for any reason, you will have the option to choose between a partial refund or a travel credit from the airline, if applicable. In the event your underlying flight purchase is serviced by multiple airline carriers, you may be required to contact Capital One Travel for Business at 844-422-6922 to exercise your option to cancel for any reason.

4. **Additional Information.** For more detailed information regarding your existing cancellation policy from the respective airline carrier, visit the airline's website.

5. **Coverage.** Refunds cover the base fare and related taxes and fees and do not entitle you to a full refund of all trip costs. Any paid add-ons, such as baggage, seat or boarding order selection, and cancel for any reason, are not included in the refund.

Airlines may offer a travel credit for add-ons when the travel credit option is chosen. If offered, such travel credit will be provided separately from the base fare travel credit. Contact the respective airline carrier to inquire about receiving an additional travel credit for the add-ons.

6. **Exercise process.** If you have purchased the option to cancel for any reason for a flight purchased through Capital One Travel for Business, you may cancel that purchase by visiting Capital One Travel for Business, navigating to My Trips and selecting the itinerary. No documentation or reason will be required in order to cancel.

7. **Cancellation.** Exercising your option to cancel for any reason for any flight in the booking will result in a cancellation of all purchased flights for that traveler for all legs or segments (i.e., outbound and return flights). If multiple travelers are on the flight booking, you can cancel the flight for individual travelers by calling Capital One Travel for Business, or for all passengers by canceling online. **Cancellations cannot be reversed.**

8. **Exercise window.** Except as provided in Section 10 below, you must exercise your purchased flight cancellation through Capital One Travel for Business's travel booking site or via phone agent at least three (3) hours prior to your

first scheduled departure. After this deadline has passed, the option to cancel for any reason will expire and any changes or cancellations to your purchased flight will be subject to the fare rules imposed by the respective airline carrier for your ticket.

9. **Refund.** Upon a valid exercise of your option to cancel for any reason, Capital One Travel for Business will refund to you a portion of the flight cost (including taxes and fees), or, if offered by the respective airline carrier for your ticket and you so select, a travel credit, subject to the airline's terms and conditions.The refund portion is specified upon your purchase of the cancellation option. Reimbursements should be processed within 1-2 billing cycles. If assessed by the respective airline carrier, Capital One Travel for Business will cover any applicable cancellation fees for the travel credit option. Airlines are responsible for fulfilling travel credits.

10.**Exclusions.** The option to cancel for any reason does not apply following the earlier of:

a. A cancellation of any flight by an airline carrier for any reason, including the result of a force majeure event;

b. Any voluntarily cancellation or change requested by you directly with any airline, or, if applicable, through Capital One Travel for Business's flight disruption service, of any tickets subject to the cancel for any reason;

c. A declaration of an "emergency" or similar "extraordinary measures" taken by any governmental authority in the destination city, region, or country of your Capital One Travel for Business trip, or issuance of a Safety and Security Alert by the United States Department of State or a Travel Health Notice Warning by the United States Centers for Disease Control and Prevention (CDC) for such destination; or

d. A designation by the World Health Organization (WHO) that the destination city, country, or region of your trip is at risk from COVID-19.

In the event of such cancellation, or declaration of emergency, alert, notice, designation, or other similar government action, your option to cancel for any reason shall expire immediately and a refund of your Capital One Travel for Business purchase will be subject to the fare rules imposed by the respective airline carrier for your ticket.

11. **Travel Credit.** When elected, you will be provided a travel credit subject to the terms and conditions of the respective airline carrier. Travel credit restrictions can include limitations to availability, flight routes, and passengers. A full description of terms and conditions can be found on the respective airline carrier's website.

12. **Modifications**. If your purchased Capital One Travel for Business trip has been modified at your request after booking, the "cancel for any reason" will apply only to the original amount of the purchased trip. Certain modifications, such as changes to a passenger name or changes not applicable to all passengers on a multi-passenger booking, may require that you contact Capital One Travel for Business at 844-422-6922 in order to exercise your option to cancel for any reason.

13. **Not insurance.** The option to cancel your flight purchase for any reason ensures that the respective airline carrier's tickets purchased on the Sites can be canceled for any reason without incurring additional fees. Capital One Travel for Business provides its customers with this option to provide a more seamless and flexible experience for travel booked through the Sites. The option to cancel for any reason and the related terms and conditions are not intended to constitute an offer to insure, do not constitute insurance or an insurance contract, and do not take the place of insurance obtained or obtainable by you.

14. **Contact.** For any questions, please contact Capital One Travel for Business at 844-422-6922.

## Flight Disruption Assistance (formerly known as Rapid Rebooking)

If offered, the flight disruption assistance service (the "flight disruption assistance service" or "service") provided through Capital One Travel for Business is subject to the following Terms and Conditions. Availability of this service may vary, and not all services are available to all customers or on all bookings. Capital One Travel for Business may revise these Terms and Conditions at any time by updating this posting.

Some of the services made available through Capital One Travel for Business are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper, and other third-parties that may be linked to from the Sites, will be governed by their respective Terms and Conditions and Privacy Policies.

1. **Description of the Service.** The flight disruption assistance service includes one free rebooking on a qualifying flight (as defined below), per itinerary, in the event of a Flight Disruption (as defined below), subject to the following terms and conditions.

2. **How it Works.** The service will apply to the purchaser and all other travelers on the same booking ("you"), so long as it was purchased at least twenty-four (24) hours in advance of your scheduled departure. You may use the flight disruption assistance service once per your booked trip and only in the event that either: (a) you miss boarding a connecting flight for an eligible reason on the day of travel, or (b) within 24 hours of the original departure time of your flight, your flight is either delayed by more than the time specified under your purchased service (which will be disclosed to you prior to purchase) or is canceled by the airline (collectively, (a) and (b), a "Flight Disruption"). In the event of a Flight Disruption, you will have the option to rebook your disrupted flight on a qualifying flight through Capital One Travel for Business, or, if you aren't satisfied with your rebooking options, to receive a refund of your full base fare, as explained below. When we detect a Flight Disruption, you will be directed to rebook through Capital One Travel for Business. You will have the option to rebook your disrupted flight at no cost on any qualifying flight available through Capital One Travel for Business. A "qualifying flight" means a flight that is available through Capital One Travel for Business: (a) for same-day or next-day travel, (b) for the same or a lower fare class as your original ticket, (c) for the same departure and arrival airports as your original ticket, and (d) for a new ticket price less than the stated maximum fare cap (including taxes and fees), per traveler. The maximum fare cap will be disclosed to you prior to your purchasing the service. If you are traveling with multiple passengers, online rebooking is only available if you are rebooking all of the original travelers. If you would like to rebook one or some of the passengers, you will be prompted to call Capital One Travel for Business at 833-265-4540 for assistance.

   If you are not satisfied with your rebooking options, you will have the option to get a refund of your full base fare (for the entire trip booked with the service, including taxes and fees) through Capital One Travel for Business. Requesting a refund does not require you to contact your airline. However, if you receive a refund for your full ticket cost through Capital One Travel for Business's flight disruption assistance service, you will not have the option to request an additional refund for the same ticket through the airline directly. See Section 6. (below) for more details about receiving a refund. If no decision to use the flight disruption assistance service is made, the service will expire twenty-four (24) hours after the last flight of your booked trip.

3. **Eligible Reasons for Missing Your Flight or for Delay or Cancellation.** To be eligible to use the flight disruption assistance service, the Flight Disruption must occur while you are in transit and traveling to or from your destination."In-transit" means the disruption must have occurred within twenty-four (24) hours of your scheduled departure time for the impacted flight. The reason you missed your connecting flight, the flight was delayed or the flight was canceled, as applicable, must be due to an eligible reason. Eligible reasons include, but are not limited to, delays, cancellations or missed connections, in each case due to airline issues, customs issues or weather. All determinations of whether a disruption was due to an eligible reason will be at the discretion of Capital One Travel for Business.

4. **Exclusions.** The service does not apply following the earlier of:

(a) declaration of an "emergency" or similar "extraordinary measures" taken by any governmental authority in the destination city, region, or country of your trip, or issuance of a Safety and Security Alert by the United States Department of State or a Travel Health Notice Warning by the United States Center for Disease Control (CDC) for such destination;

(b) designation by the World Health Organization (WHO) that the destination city, country, or region of your trip is at risk from COVID-19. Such events shall not be eligible reasons. In the event of such cancellation, or declaration of emergency, alert, notice, designation, or other similar government action, your purchased Service shall expire immediately; or

(c) Any voluntary cancellation requested by you for any of the tickets subject to the service, if made (i) directly with any airline or, (ii) if applicable, by exercising your option to cancel for any reason through Capital One Travel for Business.

5. **Things to Know About Booking a New Flight or a New Connecting Flight.** If a Flight Disruption occurs and you elect to use the service to rebook a new ticket on a qualifying flight, you must be able to arrive at the gate of the new or new connecting flight in time to board. Capital One Travel for Business is not responsible for ensuring you arrive at the gate on time and will not pay any additional costs if you miss your new or new connecting flight. Additionally, please note:
   - *Checked luggage:* If you have any checked luggage, you must coordinate directly with the original airline to retrieve your luggage before or after your new flight. Capital One Travel for Business is not responsible for any baggage retrieval and will not cover any baggage fees.
   - *Return flights or additional flights on your itinerary:* If you elect to use the service, you are solely responsible for confirming with the airline on your original booking that the remainder of the flights in your booking, including any return flights, will not be canceled. If you elect to use the service and have a return flight or remaining legs of your trip that you wish to use, call your original airline directly to: (1) let them know you have found alternate travel for your disrupted flight and (2) request confirmation that any additional or return flights will not be canceled on your reservation. If the airline on the original booking cancels the remaining flight segments on your original booking and you inform Capital One Travel for Business of such cancellation by contacting an agent, Capital One Travel for Business will offer you the option to rebook a new flight to replace the canceled flight segments at no extra cost, subject to these Terms and Conditions (including the stated maximum fare cap).

6. **Service Satisfaction Guarantee.** The service comes with a satisfaction guarantee, as set forth in this Section. If you are eligible for and elect to use the flight disruption assistance service, and you are not happy with the rebooking options offered by Capital One Travel for Business, you may choose to receive a refund for the cost of your original flight ticket(s) for which the service was purchased. Refunds cover the full base fare and related taxes and fees. Any paid add-ons, such as baggage, seat or boarding order selection, and flight disruption assistance, are not included in the refund. Refunds will be delivered to your original payment method (e.g., credit card, travel credits and/or rewards redemption). If you used a mixture of a credit card, redeemed rewards, and/or travel credits to purchase the fare, the difference will be refunded proportionally. The election to receive a refund shall be in lieu of rebooking on a new flight; if you elect to receive a refund, then the ability to rebook a disrupted flight with the service shall be immediately null and void. You may not be eligible to receive this service satisfaction guarantee refund in the event you elect to receive any cash or credit card refund provided from the airline for the cost of your disrupted flight. However, if you exercise the service satisfaction guarantee and receive a full refund for your booking through Capital One Travel for Business, you

will still be eligible to receive any future travel credits or other non-cash equivalents that the airline may provide as compensation for the disrupted flight.

7. **Who is Included in the Service.** The fee to purchase the service is assessed per flight booking and provides the service for all passengers included on the travel itinerary at the time of booking, subject to these Terms and Conditions. If there is more than one passenger on the booking, the passenger who made the booking shall determine how to exercise the flight disruption assistance service in response to a Flight Disruption, and such election shall apply to any other passenger included on the booking.

8. **Other Restrictions.** If you elect to use the flight disruption assistance service, Capital One Travel for Business will not be responsible for any fees and costs incurred by you (e.g., new baggage fees or upgrades) other than the costs of the new eligible ticket(s) or refund for a disrupted flight, as applicable, and in each case subject to the stated maximum fare cap. The service is valid for **ONE** Flight Disruption per passenger in connection with the trip for which the service was purchased. A second Flight Disruption on the same trip itinerary will not be eligible for the service. The service does not carry over to any future bookings made with Capital One Travel for Business. The service is only offered on select bookings made through the Capital One Travel for Business portal. Capital One Travel for Business reserves the right to deny the purchase of the service to any customer for any lawful reason. In the event you make a voluntary schedule change more than twenty-four (24) hours before your departure date, the service may no longer be valid. The service cost is non-refundable and non-transferable.

9. **Passenger Rights Regimes**. Certain jurisdictions, including Canada and the European Union, have adopted laws and/or regulations requiring airlines to compensate passengers in the event of certain disruptions to scheduled air travel (a "Passenger Rights Regime"). In the event of such a disruption, you may be eligible for compensation under a Passenger Rights Regime, regardless of whether you elect to purchase the service.

10. **Interaction with Other Capital One Travel for Business Services**. If you have purchased the option to cancel for any reason in addition to the flight disruption assistance service for the same Capital One Travel for Business booking, your option to cancel for any reason will remain valid up to three (3) hours prior to your first scheduled departure. If you exercise your option to cancel for any reason, your flight disruption assistance service will immediately be null and void and you will not be entitled to receive any refund or rebooking under the service. Please see the "Cancel for Any Reason (Flights)" section above for more information.

11. **Not Insurance.** The service is a guarantee that Capital One Travel for Business will rebook you on a new, qualifying flight in the event you experience a Flight Disruption. In the event Capital One Travel for Business is unable to provide the flight disruption assistance service to your satisfaction, Capital One Travel for Business will provide a refund to your original payment method as specified in [Section 6]. Capital One Travel for Business provides its customers with the flight disruption assistance service to provide a more seamless and flexible experience for travel booked on the Capital One Travel for Business portal. The service Terms and Conditions are not intended to constitute an offer to insure, do not constitute insurance or an insurance contract, and do not take the place of insurance obtained or obtainable by you.

# Website Terms of Use

# What You Should Know

Thank you for using the Capital One Travel for Business website and mobile properties. The term "Capital One" in these Terms and Conditions meansCapital One, N.A. The terms "Capital One Travel for Business" or "we" or "us" or "our" in these Terms and Conditions means Capital One Travel for Business, which is a service of Capital One, N.A., with offices at 1680 Capital One Drive, McLean, Virginia. Capital One Travel for Business provides the materials contained on this website and mobile properties on the World Wide Web, which hereinafter will be referred to as the

"Sites" as a service to our customers and visitors. Capital One Travel for Business requires that all visitors to the Sites adhere to the following Terms and Conditions. By accessing the Sites and any of its pages, you indicate your acknowledgement and acceptance of the Terms and Conditions set forth below without limitation or qualification.

From time to time, we may change these terms. We recommend that you review them on a regular basis.

Some of the services made available through Capital One Travel for Business are offered by Hopper (USA) Inc. and its affiliated companies ("Hopper"). Your use of the services offered by Hopper, and other third-parties that may be linked to from the Sites will be governed by their respective Terms and Conditions and Privacy Policies.

## Privacy

By accessing and using the Capital One Travel for Business services ("Services"), you consent to the collection and use of certain information about you, as specified in the Capital One Online & Mobile Privacy Policy (the "Privacy Policy"). Capital One encourages users of the Services to frequently check the Privacy Policy for changes. By accessing the Services, you represent and warrant that you have read and understood, and agree to be bound by the Privacy Policy.

## Disclaimer of Warranties

YOUR USE OF THE Capital One Travel for Business SERVICES IS AT YOUR SOLE RISK. THE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. CAPITAL ONE, OUR AFFILIATES, LICENSORS, SUPPLIERS, AND DISTRIBUTORS EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT. CAPITAL ONE DOES NOT WARRANT UNINTERRUPTED USE OR OPERATION OF THE SERVICES OR THAT ANY DATA SENT BY OR TO YOU WILL BE ACCURATE, COMPLETE, TRANSMITTED IN UNCORRUPTED FORM, OR TRANSMITTED WITHIN A REASONABLE AMOUNT OF TIME. CAPITAL ONE DOES NOT WARRANT THAT THE SERVICES WILL BE AVAILABLE AT ANY PARTICULAR TIME OR LOCATION; THAT THE SERVICES WILL BE SECURE; THAT ANY DEFECTS OR ERRORS WILL BE CORRECTED; OR THAT THE SERVICES ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. CAPITAL ONE AND OUR AFFILIATES, LICENSORS, SUPPLIERS, AND DISTRIBUTORS EXPRESSLY DISCLAIM ANY LIABILITY FOR LOSSES OR OTHER HARM THAT YOU MAY INCUR THROUGH OUR NEGLIGENCE. YOUR SOLE REMEDY IN THE EVENT OF ANY DEFICIENCY, ERROR, OR INACCURACY IN THE SERVICES SHALL BE TO REQUEST THAT CAPITAL ONE CORRECT THE MATTER OR, IF CAPITAL ONE FAILS TO DO SO, TO DISCONTINUE YOUR USE OF THE Capital One Travel for Business SERVICES. YOU WILL BE SOLELY RESPONSIBLE FOR ANY DELAY OR LOSS OF ANY KIND THAT RESULTS FROM YOUR ACCESS OR USE OF THE Capital One Travel for Business SERVICES, INCLUDING LOSS OF ANY LOSS OR HARM TO YOUR COMPUTER OR MOBILE DEVICE. NOTWITHSTANDING ANYTHING WRITTEN OR IMPLIED IN THE SERVICES, CAPITAL ONE DOES NOT GUARANTEE THAT PRODUCTS OR SERVICES OFFERED THROUGH THE Capital One Travel for Business SERVICE WILL BE SOLD AT THE LOWEST PRICE COMPARED TO ALL OTHER VENDORS OF THE SAME PRODUCTS OR SERVICES, THIRD-PARTY TRAVEL SERVICES INFORMATION, AND PRICE PREDICTIONS AND RECOMMENDATIONS. CAPITAL ONE RESERVES THE RIGHT TO CORRECT ANY PRICING ERRORS ON THE SITES AND/OR ANY PENDING RESERVATIONS MADE UNDER AN INCORRECT PRICE. CAPITAL ONE DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE SERVICES, AND CAPITAL ONE IS NOT RESPONSIBLE IN ANY WAY FOR MONITORING ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES. SOME JURISDICTIONS MAY PROHIBIT A DISCLAIMER OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU, AND YOU MAY HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE.

The content that you access on the Sites is provided solely for your convenience and information only. We do not warrant or make any representations regarding the results that may be obtained from the use of the Sites in terms of their correctness, accuracy, reliability, timeliness, completeness,or otherwise, including, without limitation, the safety, quality, and/or timing of any travel service purchased from third-parties via the Services. Capital One shall not be liable for delay, damage, or failure in performance resulting from causes beyond Capital One's reasonable control, including, without limitation, delays and other problems inherent in the use of internet and electronic communications, force majeure, or the actions or omissions of third-parties.

## Indemnification

You agree to defend and indemnify Us, our affiliates, and/or their respective suppliers and any of their officers, directors, employees and agents from and against any claims, causes of action, demands, recoveries, losses, damages, fines, penalties or other costs or expenses of any kind or nature including, but not limited to, reasonable legal and accounting fees caused by, arising out of, or related to you or on your behalf in excess of the liability described above; or by third-parties as a result of your breach of these Terms and Conditions or the documents referenced herein, your violation of any law or the rights of a third-party, or your use of the Sites and any products or services purchased via the Sites.

## Waiver and Severability of Terms

The failure of Capital One to exercise or enforce any right or provision of these Terms will not constitute a waiver of that right or provision. Any waiver of any provision of these Terms will be effective only if in writing and signed by Capital One. If any provision of these Terms is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and that the other provisions of these Terms shall remain in full force and effect.

## Violations of Terms and Conditions

Capital One reserves the right to seek all remedies available at law and in equity for violations of these Terms and Conditions, including the right to block access from a particular Internet address to the Sites. YOU AGREE TO INDEMNIFY, DEFEND AND HOLD HARMLESS CAPITAL ONE FROM ANY LIABILITY, LOSS, CLAIM AND EXPENSE, INCLUDING ATTORNEY'S FEES, RELATED TO YOUR VIOLATION OF THESE TERMS AND CONDITIONS OR YOUR USE OF THE SERVICES AND INFORMATION PROVIDED ON THE SITES.

## Indemnity and Attorneys' Fees

You agree to indemnify, defend, and hold harmless Capital One, its affiliates and subsidiaries and their respective officers, directors, employees, agents, successors, assigns, and our licensors and suppliers from and against any and all losses and threatened losses, including attorney's fees, arising from, in connection with, or based on allegations whenever made of, any of the following: your breach of these Terms, your use of the Services, any claim that your use of the Services violates any applicable law, any claim arising out of your negligent acts or omissions, and your violation of any rights of a third party, including intellectual property rights. This obligation will survive any termination of these terms or your Capital One account. You will cooperate fully as reasonably required in defense of any claim identified under this section. You acknowledge that damages from improper use of the Services may be irreparable; therefore, Capital One is entitled to seek equitable relief in addition to all other remedies. Capital One reserves the right, at its own expense, to assume the exclusive defense and control of any matter subject to

indemnification by you. In the event of a dispute with Capital One arising out of or in connection with use of the Services or these Terms, you agree you will be responsible for paying Capital One's attorneys' fees and costs.

## Assignment

These Terms, and any rights or licenses granted under these Terms, may not be transferred or assigned by you, but may be assigned by Capital One without restriction. Any assignment attempted in violation of these Terms is void.

## Survival

Even after your use of the Capital One Travel for Business service ends, terms in this Agreement that relate to things that might happen after termination will survive and still apply after termination.

## Third Party Beneficiaries

Other than Capital One and its affiliates, no other person or company will be third party beneficiaries to the Terms.

## Laws and Regulations

User access to and use of the Sites is subject to all applicable federal, state and local laws and regulations. Unauthorized use of this system is prohibited and violators can be prosecuted under federal and state laws. Virginia law and Federal law will govern the interpretation and enforcement of these Terms and Conditions.

## Consent to Electronic Communications

By using the Services, you consent to receiving electronic communications from us. These communications may include notices about your account and information concerning or related to the Services. You agree that any notices, agreements, disclosures, or other communications that we send to you electronically will satisfy any legal communication requirements, including that those communications be in writing.

You are solely responsible for all fees charged by your telecommunications service provider or any other service provider related to your use of the Services, including without limitation any SMS / text messaging fees, data charges, and other fees.

## Copyright and Trademark Information

The information contained at the Site, including but not limited to text and images herein (other than certain images licensed from third parties, e.g., Hopper is a trademark of Hopper, Inc.) and their arrangement, are copyright ©2021 by Capital One Financial Corporation. All rights reserved.

Capital One and Capital One Travel for Business and their logos are trademarks of Capital One. All other trademarks are property of Capital One unless otherwise designated or clearly implied herein as belonging to third parties. Nothing contained at the Sites shall be construed as granting by implication, estoppel, or otherwise any license or right under any patent, trademark, copyright (except as expressly stated above) or proprietary rights of Capital One or of any third party.

You are authorized by Capital One to copy, transmit or display any information registered or owned by Capital One on any page of the Sites solely for your personal, non-commercial use, provided that any such copy, transmission or display includes any copyright, trademark or service mark attribution as it appears on such page. The information and materials contained at the Sites may not otherwise be copied, transmitted, displayed, distributed, downloaded, licensed, modified, published, posted, reproduced, used, sold, transmitted, used to create a derivative work or otherwise used for commercial or public purposes without Capital One's prior written consent.

The Sites, including this page, may contain other proprietary notices and copyright information, the terms of which must be observed and followed. Certain images and information at the Sites are the copyright or trademark of third parties and any use is subject to the terms and conditions of such third parties.

## Digital Millennium Copyright Act

DMCA Notifications

In compliance with the Digital Millennium Copyright Act, Capital One Financial Corporation has designated an agent to receive notifications of alleged copyright infringement. If you believe that your work has been used in a way that constitutes copyright infringement, please send a notice, including all of the following information: (1) a description of the work allegedly infringed; (2) a description of the location of the allegedly infringing work, including the URL; (3) your name, address, telephone number, and email address; (4) a statement signed by you that you have a good faith belief that the disputed use is unauthorized under current law; and (5) a statement signed by you that you believe, under penalty of perjury, that your allegations are true and that you are the copyright owner or acting on behalf of the copyright owner with their authorization.

DMCA Counter-Notifications

If you have a good faith belief that the material you posted was removed or disabled as a result of mistake or misidentification in a DMCA takedown notification, you may contest the takedown by submitting a DMCA counter notification. The counter notification must fully comply with the requirements of 17 U.S.C. 512(g)(3). If we receive a compliant counter notice, we will wait 10 days and then re-enable your content unless the copyright owner initiates a legal action against you before then or Capital One determines, at its sole discretion, that the content at issue is not appropriate for inclusion.

Submission of DMCA Notifications and Counter-Notifications

DMCA Notifications and Counter-Notifications must be submitted to:

DMCA Agent (attn: Capital One Travel for Business)

Capital One Services, LLC

15000 Capital One Drive

Richmond, VA 23238

Email: dmca@capitalone.com

Capital One reserves the right to terminate users of its Services who are repeat infringers, as determined by Capital One Travel for Business in its sole discretion.

## Entire Agreement

These Terms are the entire agreement between you and Capital One regarding your use of the Services, and these Terms supersede and replace any prior agreements between Capital One and you regarding use of the Services. These Terms may not be modified orally.

Capital One has no duties to you (including fiduciary duties) with respect to the Services except as expressly set forth in these Terms.

THE PROVISION OF INFORMATION REGARDING PRODUCTS OR MERCHANTS IN THE SERVICES OR ENABLING PURCHASE OF PRODUCTS VIA THE SERVICES IS NOT A RECOMMENDATION OR ENDORSEMENT OF ANY PRODUCT OR MERCHANT.

YOU ARE SOLELY RESPONSIBLE FOR COMPLIANCE WITH ANY TERMS OF USE, TERMS OF SERVICE, OR OTHER AGREEMENTS OR POLICIES THAT GOVERN YOUR USE OF ANY THIRD-PARTY SITES OR SERVICE OF A SELLER THAT YOU MAY VISIT WHILE USING THE SERVICES OR TO WHICH YOU MAY BE REFERRED BY THE SERVICES.

## Contacting Capital One Travel for Business

For any questions you may have, please first consult the Capital One Travel for Business Frequently Asked Questions page here. For additional questions, comments, complaints, or claims related to the Services, please contact Capital One Travel for Business by phone at 844-422-6972.

## Seller of Travel Disclosures

Certain Capital One Travel for Business services, including the booking and servicing of reservations, are provided by Hopper (USA), Inc. ("Hopper"). Payment for reservations/purchases made through Hopper shall be made to Hopper, if Hopper is the merchant of record, or to the applicable Supplier, if the Supplier is the merchant of record. Hopper's seller of travel registration numbers are: *California: 2141604; Hawaii: TAR-7387; and Washington: 604 516 639. Hopper is **not a participant** in the California Travel Consumer Restitution Fund.

*Registration as a seller of travel does not constitute approval by the State of California.

California: Upon cancellation of the transportation or travel services, where the passenger is not at fault and has not canceled in violation of any terms and conditions previously clearly and conspicuously disclosed and agreed to by the passenger, all sums paid to the seller of travel for services not provided will be promptly reimbursed to the passenger. This provision does not apply where the seller of travel has remitted the payment from customer to another registered wholesale seller of travel or a carrier, without obtaining a refund and such other provider fails to provide the agreed-upon transportation or service. In this situation, the initial seller of travel must provide the passenger with a written statement accompanied by bank records establishing the disbursement of the customer payment, and if disbursed to a registered wholesaler of travel, proof of current registration of that wholesaler.

Washington State: If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within 30 days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within 14 days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

FAQs | Travel terms
& conditions | Site terms
of use | Privacy

© 2023 Capital One

Powered by *hopper*

**<u>Exhibit B</u>**

Copy of Booking Confirmation Email



**Capital**One *Travel*

# Pack your bags for San Diego!

Check out your full receipt with flight and passenger details below.

## YOUR CONFIRMATION CODES

Frontier **JBY7HM**

Capital One Travel **H-AGFRTA**

**Manage Your Trip**

Outbound to San Diego                    Economy Cabin
May 18, 2023                             11h 49m  1 stop

Frontier - F93445

Washington,                                      Denver
**DCA** ✈—————○ **DEN**
7:00 a.m.              4h 1m              9:01 a.m.

5h 21m layover in Denver



Frontier - F9889

Denver
**DEN** ✈——————○ **SAN**
San Diego

2:22 p.m.                  2h 27m                  3:49 p.m.

This trip includes a long layover.

Return to Washington, D.C.              Economy Cabin
May 21, 2023                            7h 44m  1 stop

Frontier - F9890

San Diego
**SAN** ✈——————○ **DEN**
Denver

6:25 a.m.                  2h 34m                  9:59 a.m.

1h 41m layover in Denver

Frontier - F93514

Denver
**DEN** ✈——————○ **DCA**
Washington,

11:40 a.m.                 3h 29m                  5:09 p.m.

## Fare Details

**Tess Gaynor**
Base Fare:                                              $222.86
Taxes and Fees:                                        $65.11

---

**Total**                                          **US$ 287.97**

---

Card Payment from Capital One Venture            $87.97
Visa *▮▮

Rewards Applied from Capital One Venture    20,000 miles
Visa *▮▮

## Payment Info



Capital One Venture Visa *▮▮
····▮▮

Capital One Venture Visa *▮▮
····▮▮

Tess Gaynor
▮▮▮▮

## Airline Fare Rules

$ Cancelation and Changes:              Fees vary for this
                                                      booking

*Change/cancellation fees are per passenger and set by the airline. In addition
to a change fee, the airline may charge a fare difference to modify your flight.
Fees and policies may change at the airline's discretion.*

 **Your flight has free price drop protection.**
Capital One Travel will monitor your flight for up
to 10 days. If the price drops, you'll get up to
US$50 in travel credit to cover the difference.*
View Terms and Conditions.

## Helpful Links

Cancel or Change Booking

Check In with Frontier

Frontier Baggage Fees

Frequently Asked Questions

Terms and Conditions

**Important Information from Capital One**

Contact Us | Privacy | Help Prevent Fraud

Please note that most airlines charge fees to modify or cancel your booking. As their
agent, Capital One Travel is required to collect fees on their behalf when you change or
cancel your flight.

Departing from the U.S.? In most cases, after you've booked, you have until 11:59 p.m. ET
the next business day to cancel this booking without charge.

Modifications to your booking are available at the sole discretion of the airline.
Cancellations and changes may not be permitted per the airline's fare rules and policies.

This booking is non-refundable. Tickets cannot be transferred to a different traveler.

This booking will be charged in USD. Airlines may also charge additional fees for checked
baggage, seat selection or other optional services.

12

Flying internationally? International trips may require special travel documentation. Your connection airport may require a transit visa for a stopover or aircraft change in that country. See your government's regulations regarding passport and visa requirements. Your I.D., travel documents and the passenger details on your booking must match exactly. Capital One Travel is not liable if you are unable to fly due to improper, incomplete or incorrect travel I.D. or visas.

Airlines may not permit name changes after booking.

By booking this trip, you agree to the airline's fare rules, the airline's change and cancellation policies, and Capital One Travel's Terms and Conditions, including our privacy policy.

To ensure delivery, add capitalone@capitalonebooking.com to your address book.

This email was sent to tesshgaynor@gmail.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Capital One Travel may be unavailable during normal maintenance or due to unforeseen circumstances.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit http://www.capitalone.com/support-center/contact-us.

Products and services are offered by Capital One Bank (USA), N.A., and Capital One, N.A.

© 2023 Capital One. Capital One is a federally registered service mark.