UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AMIRA HAMAD, TAYLOR HARRINGTON,
ADRIENNE KRAFT, JOLENE YEADO,
SHARON PINE, TESS GAYNOR, CAMILLE
CRAWFORD, JOANNE HINRICHS, MASON
SPRAGUE, BEATA URBANOWICZ, STEFANI
GIMENEZ,** individually and on behalf of
similarly situated others,

     *Plaintiffs,*

v.

                                    **CASE NO.: 6:23-cv-01209**

**FRONTIER AIRLINES, INC.,** a Colorado
Corporation,

     *Defendants.*

_____/

## DECLARATION OF WERNER KUNZ-CHO

I, Werner Kunz-Cho, hereby declare as follows:

1.     I am Chief Executive Officer of Fareportal Inc. ("Fareportal"), which, among

other things, owns and operates the online travel portal, CheapOair.  As part of my

responsibilities at Fareportal, I am generally familiar with the procedures for booking airline

tickets online through CheapOair.  I joined Fareportal in April 2007, have personal

knowledge of the facts set forth in this declaration and, if called as a witness, I would testify

competently thereto.

2.     CheapOair operates a website where users can search for and book various

1

travel reservations, including airline flights.  CheapOair facilitates the purchase of airline flights for numerous airlines, including Frontier Airlines, Inc. ("Frontier").

3.      I am generally familiar with CheapOair's user-facing Terms and Conditions of service, which apply to every user of CheapOair when using the website or mobile website, regardless of which airline the user books their travel on.

4.      In order to book a flight on CheapOair's website, a customer must agree to CheapOair's Terms and Conditions.  Specifically, to complete a booking on CheapOair's website, a customer is required to click a button acknowledging that he or she read and accepted CheapOAir's Terms and Conditions of purchase, which are hyperlinked thereto.  The applicable screen states: "By clicking BOOK, I agree that I have read and accept CheapOair.com's Terms and Conditions of purchase."

5.      CheapOair's Terms and Conditions, in turn, incorporate by reference the contract of carriage of the relevant airline that a customer elects to travel on.

6.      Attached as Exhibit A are the CheapOair Terms and Conditions that were in effect in May 2023, at which time I understand an individual named Amira Hamad, a plaintiff in this lawsuit, booked her flight on Frontier via CheapOair's website.

7.      The Terms and Conditions, attached as Exhibit A, state, *inter alia*:

a.   "By using the Site, whether to review information or to book travel reservations (through this Site or telephone with our call center), or for any other purpose, you agree to these Terms & Conditions and agree they control any travel reservations made with us."

b.   "Please read the additional Terms & Conditions provided by such Travel Supplier carefully. You hereby agree to be bound by all the Terms & Conditions of purchase imposed by any Travel Supplier with whom you choose to contract, including, but not limited to, payment of all amounts when due and compliance with the Travel Supplier's rules and restrictions regarding availability and use of fares, products, or

SMRH:4872-6611-2648.1

-2-

2

services."

c. "The terms of this agreement incorporate by reference the terms of each airline's contract of carriage. Passengers may inspect the full text of the contract of carriage at the [sic] each airline's airport or city ticket offices. Passengers have the right, upon request to the airlines, to receive free of charge by mail or other delivery service the full text of the contract of carriage. ....."

d. "Additional fuel surcharges, security, baggage, seat reservation, hotel incidentals, and other applicable service charges may apply which will be charged by the relevant Travel Supplier at time of check-in. You are solely responsible for any such additional charges due to the Travel Supplier. If you have any questions about such charges, please contact the relevant Travel Supplier directly."

e. "To find the baggage fees for each airline, please visit our <u>Baggage Fees</u> page."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  This declaration is executed this 20th day of October 2023 in New York, New York.

Werner Kunz-Cho
CEO
Fareportal Inc.

Exhibit A

# Terms & Conditions

- Introduction
- Important Notice
- Compassion Exception Policy
- Price Match Promise
- Price Drop Assurance Terms & Conditions
- Cheapoair Connection Protection
- Limitations of Liability/Disclaimer
- WAIVERS
- Travel Protection Plan Disclaimer
- Indemnification
- Release
- Privacy
- Site Usage and Ticket Purchase
- Resolution of Disputes
- Prohibited Activities
- Booking Process
- Advice to International Passengers
- Links

- Our Fees and Exceptions
- Changes to Flights Already Purchased
- Cancel and Exchange
- Multiple Airline Itineraries
- Cancel and Refund
- Promo Codes
- Newsletters
- SMS Alerts
- Fare Changes

- Payment Acceptance Policy
- Ticket Delivery
- ClubMiles
- Credit/Debit Card Payment Terms
- Credit Card Declines
- Seats, Meals, Frequent Flyer & Other Requests
- Baggage Policy and Fees
- Baggage Policy on Connecting Flights

---

- Airline Optional Services
- Airlines Schedule Changes/Flight Cancellations
- Overbooking of Flights
- Unaccompanied Minor
- Visa and Entry Requirements
- General Restrictions
- Human Error
- Itinerary Re-Confirmation
- Hazardous Materials
- Disinsection
- Hotel Reservations Rules and Regulations
- Car Bookings Rules and Regulations
- Vacation Package Rules & Regulations
- Submissions, Feedback, Reviews & Blog Comments
- Reporting Claims of Copyright Infringement
- Miscellaneous General Terms & Conditions
- Service Help

---

Welcome to the **CheapOair** ("**CheapOair**", "we", "our", "us") website (collectively, the "Site"). This Site is provided by us solely to assist customers in gathering travel information, determining the availability of travel-related goods and services, making legitimate reservations or otherwise transacting business with travel suppliers, and for no other purposes. Use of the Site is governed by the following Terms & Conditions. By using the Site, whether to review information or to book travel reservations (through this Site or telephone with our call center), or for any other purpose, you agree to these Terms & Conditions and agree they control any travel reservations made with us. If you do not agree with any part of these Terms & Conditions, you must not use the Site or book travel reservations with us. We reserve the right to amend these Terms & Conditions at any time without prior notice. All amended terms automatically take effect when these Terms & Conditions are updated. Your continued use of the Site following the posting of changes to the Terms & Conditions will mean you accept those changes. Please return to this page periodically to review any changes.

Any and all statements made in these Terms & Conditions related to **CheapOair** are also made on behalf of our affiliates, subsidiaries and parent companies, including all disclaimers.

---

CheapOair.com Terms & Conditions

# INTRODUCTION

BY ACCEPTING THESE TERMS, YOU ARE AGREEING TO THE MANDATORY ARBITRATION AND CLASS ACTION WAIVER CONTAINED BELOW.

## SAFE SHOPPING GUARANTEE

**CheapOair** values your trust. We seek to use reasonable organizational, technical, and administrative measures to protect your personal information within our organization. Unfortunately, no data transmission or storage system can be guaranteed to be 100% secure. If you have reason to believe that your interaction with us is no longer secure (for example, if you feel that the security of your account has been compromised), please immediately notify customer service at 1-646-738-4820 or feedback@CheapOair.com so that we have an opportunity to try to address your concerns.

---

# IMPORTANT NOTICE

## General Disclaimer

**CheapOair** does not act as principal but makes arrangements with third-party vendors, such as, but not limited to airlines, hotels, cruise lines, railroads, car rental agencies, tour operators and consolidators, traveler assist service providers, insurance providers and activities suppliers (each a "Travel Supplier") for travel-related services which include, without limitation, air transportation, lodging, and car rental (each a "Service Element").

By using this Site, you acknowledge that the rates offered by **CheapOair** and affiliate companies are a result of negotiation between **CheapOair** and the Travel Suppliers and include certain fees retained by them for their services, taxes and other charges. When booking with any Travel Supplier thru this Site, you authorize **CheapOair** and affiliate companies to book reservations or enter a contract on your behalf with Travel Suppliers for the total price displayed, including such fees and any applicable taxes or charges related to the Travel Supplier's or **CheapOair's** services.

**CheapOair** shall not be liable for errors or inaccuracies on the Site, or the failure of Travel Suppliers from whom you obtain services through this Site, including but not limited to airlines, hotels, cruise lines, railroads, car rental agencies, tour operators and consolidators, vacation packages, activities suppliers, traveler assist service providers and insurance providers. **CheapOair**, in providing travel management services, does not endorse, guarantee or insure the products or services which are provided by an external supplier, the financial position of such suppliers or the reimbursement to you from any loss as a result of the financial condition of such supplier. In the event that a supplier defaults prior to providing the service to you where a payment has been made, your sole recourse for a refund shall be the defaulting supplier, from insurance covering such defaults if any, or from other responsible third party unless such loss was caused solely by **CheapOair**. In those situations in which a supplier defaults prior to providing services you may pursue any recourse against the supplier for a refund, as permitted by law or statute.

Except as expressly stated herein, **CheapOair** assumes no responsibility for actions relating to travel services beyond the control of **CheapOair** or its employees. **CheapOair** is not responsible or liable for any act, error, omission, injury, loss, accident, damage, delay, nonperformance, irregularity, or any consequence thereof, which may be occasioned through neglect, or default or any other act or inaction of any Travel Supplier. **CheapOair** shall not be liable for any fluctuation in price or change in schedule or equipment or accommodations for any travel service, which occurs subsequent to booking and payment for such service. **CheapOair** shall not be liable for any cancellation, overbooking, delay, re-routing, strike, any weather occurrence or governmental occurrence as it affects your travel reservation made with us. **CheapOair** shall not be liable for the depiction of travel products and services made available by any supplier of travel products and services, including but not limited to photographs, listed amenities, ratings, and discounts.

**CheapOair** acts as a service that provides value added service to retail travel agents and consumers. **CheapOair** has no control over and assumes no liability for the actions of the suppliers from whom it obtains travel products or services.

**CheapOair** shall not be liable for final currency conversion or rates when paid after a travel reservation is made with us for international travel products and services. You agree and acknowledge that currency rates vary and any quoted price on the Site in local currency is a guideline, and not binding on us or the Travel Supplier.

Once certain travel reservations are made and paid for they may be completely non-refundable or there may be a penalty involved in cancellation or seeking a refund from the supplier of travel products and services. Once tickets have been issued there may be a penalty involved for cancellations and refunds. We do not have control over printed prices on the tickets, although some tickets may have BT (bulk fare) printed on them, some may have a specific value on them, which may be different (lower or higher) than the fare collected.

Discounts offered may vary depending on a number of factors including airlines utilized, class of service, destination, time of year (low, mid or high season), advance notice provided, minimum stay requirements fulfilled and flight load.

CheapOair does not guarantee, endorse, validate or promote other advertiser's products and services that are advertised on our Site.

By booking with us a contract may be formed between you and a Travel Supplier, and additional Terms & Conditions may apply to your booking and purchase of travel-related goods and services. Please read the additional Terms & Conditions provided by such Travel Supplier carefully. You hereby agree to be bound by all the Terms & Conditions of purchase imposed by any Travel Supplier with whom you choose to contract, including, but not limited to, payment of all amounts when due and compliance with the Travel Supplier's rules and restrictions regarding availability and use of fares, products, or services. Some Travel Suppliers may require you to present a credit card or cash deposit upon check-in to cover additional expenses incurred during your stay or during the use of the reserved products or services. Such deposit is unrelated to any payment received by CheapOair for your hotel, car or airline ticket booking. You understand that any violation of a Travel Supplier's rules and restrictions may result in the cancellation of your reservation(s), in denial of access to the respective Service Element or services, in your forfeiting any amount paid for such reservation(s), and/or in our debiting your account for any costs we incur as a result of such violation.

## COMPASSION EXCEPTION POLICY (CEP)

Certain customers may be eligible to receive a discount off cancellation, refund or ticket change service fees, as described in our Compassion Exception Policy (CEP) below:

| Category | Eligibility Requirements | New Booking | Exchange / Refund / Cancel |
|---|---|---|---|
| U.S Military (traveler and Immediate family*) | Proof of Active Duty or Veteran Status** | Up to $35 | 100% discount off our cancellation, refund or ticket change service fees |
| Bereavement (affecting traveler and Immediate family*) | Letter from the funeral director is required | Up to $35 | 100% discount off our cancellation, refund or ticket change service fees |
| Customers with visual impairments | Customer must state that he or she has a visual impairment and is unable to use the web site | Always Match The Website Fare | 50% discount off our cancellation, refund or ticket change service fees. |

*Immediate family is defined as: spouse, domestic partner, children, parents, siblings, grandparents, grandchildren, aunts, uncles, nieces, and nephews. Eligibility applies whether the relationship is biological, adoptive, step, in-law or domestic partner, foster, or ward/legal guardian.

**Active Duty – Acceptable forms of ID are .mil Email Address, Active Duty ID Card, Guard/Reserves ID Card, Common Access Card (CAC); Veterans – Acceptable forms of ID are Military Retiree ID Card, Veterans ID card, Veteran Health ID Card, Uniformed Services ID Card, State Driver's License stamped "VETERAN".

Please note: The above CEP only applies to CheapOair's own cancellation, refund, or ticket change service fees. To avail yourself of this benefit, please identify yourself to our agent and ask for this benefit. This benefit is only available by phone. Customers may still be responsible for airline and/or other supplier imposed penalties, as well as any fare difference. CheapOair does not control the policies of these airlines and/or other suppliers.

## PRICE MATCH PROMISE

### When booking with CheapOair, we want you to be confident that you have found a great deal.

That's why, if you see a lower price (including taxes and fees) for the same flight itinerary offered and available for booking on a Major OTA Competitor's site within twenty-four (24) hours of booking, we will match that lower price by refunding the difference in price, or if you prefer, we will cancel your booking with us for a full refund.

### That's our Price Match Promise ("PMP").

Questions? Here are some answers:

CheapOair.com Terms & Conditions

### What does "the same itinerary" mean?

The same itinerary means that each and every element of each offer matches; airline(s), flight number(s), itinerary, date(s), number of customers and seat type.

### What does "offered and available for booking" mean?

It means that the itinerary you found is actually live on a Major OTA Competitor's site and available to be booked by the general public at the time you contact us, as determined by our customer service representatives.

### What is a "Major OTA Competitor"?

For purposes of the PMP, it means the U.S. English-language websites of Expedia.com, Orbitz.com, Priceline.com and Travelocity.com.

### How do I notify you that I want to invoke the PMP?

To invoke the PMP, all you need to do is contact us at pmp@cheapoair.com with your CheapOair booking number and all of the key details of the lower priced itinerary (airline(s), flight(s), itinerary, date(s), number of customers and seat type), along with documentation such as the exact URL or screen shots that will enable our customer service representatives to verify that such itinerary satisfies the terms and conditions of the PMP. Customer service must be able to locate the lower fare from the information you provide; we reserve the right to deny any claims that cannot be reasonably verified, or for which you have provided incomplete information. Once our representative has verified that the PMP applies, you will be given the choice to either keep your itinerary with a refund of the difference in total price, or cancel your booking with us for a full refund.

### Are there exceptions that apply to the PMP?

The PMP does not apply to fares offered on membership program websites, corporate discounts or rates; group, charter, rewards program, incentive, meeting, convention, or consolidator fares; or fares available only by using a coupon or other promotion not offered to the general public. Military, student, government, tour operator, bulk, vacation package or "Web Only" fares are excluded. The PMP does not apply to "opaque" tickets (where the airline booking details are unknown until after purchase) or tickets issued under a "bidding" or "auction" model. Fare errors are also excluded.

---

## PRICE DROP ASSURANCE TERMS & CONDITIONS

Price Drop Assurance is an opt-in service in which you authorize us to look for additional savings on airline ticket(s) that you booked with us, which we then share with you in the form of a CheapOair gift card.

When you purchase the Price Drop Assurance service, we will search your exact itinerary (travel dates, airports, passengers, airlines & flights) for 24 hours after you book your ticket(s) to look for opportunities to realize additional savings on those ticket(s). If we identify an opportunity to realize additional savings, you authorize us to rebook your ticket(s) for the same exact itinerary that you already purchased. We will then share those savings with you in the form of a gift card good toward any future flight booking on CheapOair.com. We will also retain a portion of the savings as a rebooking fee for providing this service.

The Price Drop Assurance service is not a guarantee of savings. If we are unable to find meaningful additional savings on your exact itinerary (typically $30 or more), your original tickets will remain in place and we will be unable to offer you any additional value. Price Drop Assurance is not available for all itineraries or all airlines, but will only be offered when available.

Please be aware that If we reissue your tickets to realize additional savings as described above, you will receive a new confirmation email with new ticket number(s) for the new tickets that we have issued to you. We strongly recommend that if you sign up for the Price Drop Assurance service, you do not purchase any ancillary services, such as seats or prepaid bags, directly from the airline until after the 24-hour search period has ended. IF YOU HAVE PURCHASED ANY ANCILLARY SERVICES, SUCH AS SEATS OR PREPAID BAGS, DIRECTLY FROM THE AIRLINE IN THE INTERIM, YOU WILL NEED TO CALL THE AIRLINE AND REQUEST THAT THEY ASSOCIATE THOSE ITEMS WITH YOUR NEW TICKET NUMBER(S), RATHER THAN YOUR ORIGINAL ONE(S). Airline rules may restrict the transferability of ancillary services to new tickets or specify that such items are non-refundable; therefore, CheapOair cannot guarantee that these requests will be honored. Note that if you use a debit card for this service, depending upon your issuing bank it may take up to five to seven business days for you to regain access to the funds held for purchase of your original ticket.

NOTE THAT THE ORIGINAL FARE MAY BE ELIGIBLE FOR A FULL REFUND IF REQUESTED WITHIN 24-HOURS OF BOOKING.  OTHER FARES MAY BE REFUNDABLE PURSUANT TO THE ORIGINAL FARE RULES.  BY SIGNING UP FOR PRICE DROP ASSURANCE, YOU UNDERSTAND THAT ONCE WE HAVE COMMENCED THE REBOOKING PROCESS, YOU WAIVE YOUR RIGHT TO A REFUND (IF ELIGIBLE) ON THE ORIGINAL TICKET AND ELECT TO APPLY ANY REFUND TO THE PURCHASE OF THE REBOOKED

TICKET AND CHEAPOAIR'S REBOOKING FEE.  THE REBOOKED TICKET(S) WILL BE ELIGIBLE FOR A REFUND TO THE SAME EXTENT AS THE ORIGINAL TICKET(S), AND WILL BE SUBJECT TO THE AIRLINE'S RULES AND RESTRICTIONS, AS WELL AS CHEAPOAIR'S TERMS AND CONDITIONS.

## Cheapoair Connection Protection

CheapOair Connection Protection is a feature available on certain Fusion Fare flights and is designed to assist you should you be impacted by an involuntary schedule change, delay or cancellation of your confirmed flight resulting from some events that occur in the standard course of air transportation.

When you purchase an itinerary that is covered by CheapOair Connection Protection, in the event of an involuntary schedule change or cancellation, we will make reasonable attempts to find you an alternative flight option(s) or other acceptable means of transportation to your destination (or refund the cost of your unused ticket should no options be available). If you are affected by an involuntary change to your itinerary you should immediately reach out to CheapOair and not the airline in order to be covered under this policy.

This option applies whenever a schedule change such as a flight change or cancellation affects the first leg of your confirmed itinerary, which prevents you from reaching your final destination, or your arrival in destination is delayed by more than 24 hours after the original arrival time (i.e., you would either miss your connecting flight(s) or your flight(s) is cancelled).

**IF YOU BECOME AWARE OF A SCHEDULE CHANGE ON YOUR FUSION FARE ITINERARY, YOU MUST GET IN TOUCH WITH US IMMEDIATELY WITHOUT DELAY EITHER BY TELEPHONE, EMAIL OR VIA OUR ONLINE CHAT PLATFORM FOUND ON OUR WEBSITE.** At this time, we have no way of tracking whether there has been a change to your itinerary, so if you fail to contact us in a timely manner, you will not be covered under CheapOAir Connection Protection. Once we are informed of the change or cancellation, at our discretion, we will offer you one of the following resolutions:

1. We will find you alternative transportation to your destination. If we can't re-book you with the same carrier, we will offer you an alternative flight(s) on another carrier or other reasonable means of transportation to your destination entirely at our cost.
2. If no alternative can be offered and once we are in mutual agreement, you can purchase the similar ticket at the airport in the same cabin class and we will refund you the price difference between the two tickets. Any other extra services or upgrades related to these new tickets will not be covered under this policy.
3. For all unused portions, we will refund you accordingly. This option will be offered if we fail to offer you an alternative transportation.

The options will be communicated to you via phone or email. You must respond to us promptly in ALL cases within the 24 hours of receiving our options. Once the 24-hour offer period is over, our options becomes null and void and you will not be entitled to CheapOair Connection Protection.

**CheapOair Additional services covered:**
Any covered travel arrangements must be prearranged with our Customer care team, as these are solely covered at our discretion. The costs associated with these services must be paid upfront by you and then claimed after the fact with valid proof (transaction receipts). We will refund the costs up to the amounts listed below.

**Overnight Hotel Accommodations:**
If your alternative connecting flight is scheduled for eight or more hours after your original departure, CheapOair Connection Protection will provide overnight hotel accommodations. In some cases, you will have to book the hotel room locally and claim a refund of USD $50 per person up to two nights. If additional nights are required due to lack of availability with the airline for an alternative, it must be mutually arranged in advance with CheapOair.

**Airport Transfers:**
If all alternative flights to your destination are sold out for same-day travel, we will cover the costs of a transfer to a nearby airport if the next available flight to your destination departs from that airport. All airport transfers must be prearranged with CheapOair. Airport transfers may be via train, coach bus or a taxi and will apply to all the passengers booked on the same reservation. The maximum aggregate claim limit for this is USD $100 for all passengers on the same reservation.

**Meal and Beverage compensation:**
If your flight connection is delayed by more than 4 hours, we will cover up to US $15 per person booked on a covered itinerary.

**Multiple destination routes:** If the covered itinerary is impacted such that the remaining segments on the same ticket are all impacted, and we are unable to find a suitable alternative and the ticket is fully unused, then a refund for all flights on that ticket can be applied.

**Communication and notices:**

Once we provide you with alternative options, your response is required within 48 hours the latest in exceptional cases. If the 48-hour window has passed, the offer becomes null and void and is no longer covered under CheapOair Connection Protection.

**Important: If you are offered the above-mentioned alternatives by the airline(s) directly or at the airport, we cannot be held responsible for any further compensation or reimbursement.**

**Late Check-ins / No Shows**

CheapOAir Connection Protection is intended to assist when, due to no fault of your own, you miss your connecting flight on an eligible itinerary. However, if CheapOair determines (based on the information provided by the operating carriers/booking systems) that the passenger has had sufficient connecting time (even after a delayed arrival), CheapOair Connection Protection will not apply. Any related costs will become the passenger's responsibility in any such cases.

---

# LIMITATIONS OF LIABILITY/DISCLAIMER

## NOTE TO NEW JERSEY RESIDENTS: THE SECTION BELOW ENTITLED "NOTICE TO NEW JERSEY RESIDENTS" SHALL SUPERSEDE AND REPLACE THIS PARAGRAPH FOR ALL NEW JERSEY RESIDENTS

The information and offers contained on the site (including text, graphics, links or other material) are provided on an "as is," and "where available" basis. **CheapOair** makes no representation or warranty, express or implied, to you or another person or entity as to the accuracy, results, timeliness, completeness, merchantability, fitness for any particular purpose, including but not limited to warranties arising by statute or otherwise in law or from a course of dealing or usage of trade, with respect to the site or any related materials, products, services, or information.

Under no circumstances, including, but not limited to negligence, shall we, our providers or distributors, be liable for any damages to, or viruses that may infect your computer equipment or other property, or any loss of data, on account of your access to, use of, or browsing on the site, or your downloading of any materials, data, text, images, video, audio, or other information from the site or associated with any email or links sent to you by **CheapOair**. In no event shall we, our providers or distributors, be liable for any injury, loss, claim, damage, or any special, punitive, exemplary, direct, indirect, incidental, or consequential damages of any kind (including, but not limited to, lost profits , lost business, or lost savings), whether based in contract, tort, strict liability, or otherwise, that arise out of or are in any way connected with the use, or the inability to use, the site or the services or materials on the site or the travel reservations booked through **CheapOair** (whether through this site or call center), even if advised of the possibility of such damages. In no event shall our aggregate liability, or that of our providers or distributors, exceed the total charges set forth in the itinerary giving rise to any such liability. Any claim or cause of action arising from, or relating to, your access and use of, or purchase of products and/or services from, the site must be brought within one-hundred and eighty (180) days from the date on which such claim or action arose or accrued or purchase was completed.

Applicable law may not allow the limitation or exclusion of liability of incidental or consequential damages, so the above limitation or exclusion may not apply to you. Your use of the site shall be at your own risk. We are acting only as an intermediary or an agent for providers of travel-related products and/or services by promoting, selling or accepting reservations or bookings for such products and/or services (such as air and ground transportation, hotel accommodations, meals, tours, cruises, travel insurance, etc.) and are in no way liable for such providers' products and services.

## NOTICE TO NEW JERSEY RESIDENTS

The following modifications to the Limitations of Liability/Disclaimer section of these Terms & Conditions apply to residents of New Jersey:

THE INFORMATION AND OFFERS (INCLUDING TEXT, GRAPHICS, LINKS OR OTHER MATERIAL) CONTAINED IN THE SITE ARE PROVIDED ON AN "AS IS" AND "WHERE AVAILABLE" BASIS. CHEAPOAIR MAKES NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED AS TO THE ACCURACY, RESULTS, TIMELINESS, COMPLETENESS, MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, INCLUDING BUT NOT LIMITED TO WARRANTIES ARISING BY STATUTE OR OTHERWISE IN LAW OR FROM A COURSE OF DEALING OR USAGE OF TRADE, WITH RESPECT TO THE SITE OR ANY RELATED MATERIALS, PRODUCTS, SERVICES, OR INFORMATION.

UNDER NO CIRCUMSTANCES SHALL OUR PROVIDERS OR DISTRIBUTORS BE LIABLE FOR ANY INJURIES, LOSSES, CLAIMS OR DAMAGES, FOR ANY VIRUSES THAT MAY INFECT YOUR COMPUTER EQUIPMENT, SMART PHONE OR OTHER PROPERTY, FOR ANY LOSS OF DATA ON ACCOUNT OF YOUR ACCESS TO, OR BROWSING ON THE SITE, OR YOUR DOWNLOADING OF ANY MATERIALS, DATA, TEXT, IMAGES, VIDEO, AUDIO, OR OTHER INFORMATION FROM THE SITE OR FROM ANY EMAIL OR LINKS SENT TO YOU BY CHEAPOAIR. IN NO EVENT SHALL OUR PROVIDERS OR DISTRIBUTORS BE LIABLE FOR ANY INJURY, LOSS, CLAIM, DAMAGE, OR ANY SPECIAL, PUNITIVE, EXEMPLARY, DIRECT, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND (INCLUDING, BUT NOT LIMITED TO, LOST PROFITS , LOST BUSINESS, OR LOST SAVINGS), WHETHER BASED IN CONTRACT, TORT, STRICT LIABILITY, OR OTHERWISE, THAT ARISE OUT OF OR ARE IN ANY WAY CONNECTED WITH THE USE, OR THE INABILITY TO

USE, THE SITE OR THE SERVICES OR MATERIALS ON THE SITE OR THE TRAVEL RESERVATIONS BOOKED THROUGH CHEAPOAIR (WHETHER THROUGH THIS SITE OR CALL CENTER), EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF OUR PROVIDERS OR DISTRIBUTORS, EXCEED THE TOTAL CHARGES SET FORTH IN THE ITINERARY GIVING RISE TO ANY SUCH LIABILITY.

WE ARE ACTING ONLY AS AN INTERMEDIARY OR AN AGENT FOR PROVIDERS OF TRAVEL-RELATED PRODUCTS AND/OR SERVICES BY PROMOTING, SELLING OR ACCEPTING RESERVATIONS OR BOOKINGS FOR SUCH PRODUCTS AND/OR SERVICES (SUCH AS AIR AND GROUND TRANSPORTATION, HOTEL ACCOMMODATIONS, MEALS, TOURS, CRUISES, TRAVEL INSURANCE, ETC.) AND ARE IN NO WAY LIABLE FOR SUCH PROVIDERS' PRODUCTS AND SERVICES.

YOUR USE OF THE SITE SHALL BE AT YOUR OWN RISK. WE ARE ACTING ONLY AS AN INTERMEDIARY OR AN AGENT FOR PROVIDERS OF TRAVEL-RELATED PRODUCTS AND/OR SERVICES BY PROMOTING, SELLING OR ACCEPTING RESERVATIONS OR BOOKINGS FOR SUCH PRODUCTS AND/OR SERVICES (SUCH AS AIR AND GROUND TRANSPORTATION, HOTEL ACCOMMODATIONS, MEALS, TOURS, CRUISES, TRAVEL INSURANCE, ETC.) AND ARE IN NO WAY LIABLE FOR SUCH PROVIDERS' PRODUCTS AND SERVICES.

THE LIMITATION OF LIABILITY CONTAINED IN THESE TERMS & CONDITIONS DOES NOT APPLY TO YOU FOR DAMAGES ARISING OUT OF OUR NEGLIGENCE OR WILLFUL MISCONDUCT OR ANY OTHER CAUSE OF ACTION ARISING FROM OUR ACTS BUT DOES APPLY TO THE ACTS OR OMISSION OF OTHERS. OUR AGGREGATE LIABILITY FOR ALL CLAIMS UNDER ANY CIRCUMSTANCES WILL NOT EXCEED $1,000.00 OR YOUR ACTUAL, OUT-OF-POCKET COSTS AND DAMAGES. IN NO EVENT SHALL WE BE LIABLE FOR LOST PROFITS, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES AS STATED IN THESE TERMS AND CONDITIONS.

## WAIVER

By using the Site, you agree to irrevocably waive any claim against **CheapOair**, its subsidiaries or affiliates, and any of such party's officers, directors, managers, agents, contractors, or employees, and expressly agree that neither **CheapOair** nor any of its subsidiaries, affiliates, officers, directors, managers, agents, contractors or employees, shall be held liable for:

- any loss of or damage to property or injury to any person caused by reason of any defect, negligence, or other wrongful act of omission of, or any failure of performance of any kind by any Travel Supplier;
- any inconvenience, loss of enjoyment, mental distress or other similar matter;
- any delayed departure, missed connections, substitutions of accommodations, terminations of service, or changes in fares and rates;
- any cancellation or double-booking of reservations or tickets beyond the reasonable control of **CheapOair**; and
- any claim of any nature arising out of or in connection with air or other transportation services, products or other features performed (or not) or occurring (or not) in connection with your itinerary.

For avoidance of doubt (and without limiting the foregoing), **CheapOair** does not assume any liability whatsoever for cancelled flights, flights that are missed, or flights not connecting due to any scheduled changes made by the relevant airline.

## TRAVEL PROTECTION PLAN DISCLAIMER

If you purchased the travel protection plan **on or after May 1, 2015** you must read, understand and agree to the following Description of Coverage as provided by the travel protection supplier. If you purchased travel protection **on or after February 1, 2015 and before May 1, 2015**, you can view the applicable Description of Coverage here. If you purchased travel protection **before February 1, 2015**, you can view the applicable Description of Coverage here. **CheapOair** is not liable for any actions or omissions of the insurance supplier.

## INDEMNIFICATION

You agree to protect and indemnify **CheapOair**, its affiliates, partners, joint ventures and/or their respective suppliers and any of their respective officers, directors, managers, employees and agents from and against any claims, causes of action, demands, recoveries, losses, damages, fines, penalties or other costs or expenses of any kind or nature including but not limited to reasonable legal and accounting fees, brought by:

- you or on your behalf in excess of the liability described above provided that such limitation of liability is permitted by the law of your state of residence;
- by third parties as a result of your breach of these Terms & Conditions, notices or documents referenced on the Site;
- your violation of any law or the rights of a third party; or
- your use of the Site.

## RELEASE

If you have a dispute with a travel product or service supplier(s), including but not limited to airlines, hotels, cruise lines, railroads, car rental agencies, tour operators and consolidators, vacation packages and activities suppliers, traveler assist service providers and insurance providers, you release us, our affiliates, partners, joint ventures and their respective officers, directors, managers, agents and employees from claims, demands and damages (direct, indirect, incidental, and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such disputes.

## PRIVACY

The Transportation Security Administration of the U.S. Department of Homeland Security requires us to collect information from you for purposes of watch list screening, under the authority of 49 U.S.C. § 114, and the Intelligence Reform and Terrorism Prevention Act of 2004. Providing this information is voluntary; however, if it is not provided, you may be subject to additional screening or denied transport or authorization to enter a sterile area. TSA may share information you provide with law enforcement or intelligence agencies or others under its published system of records notice. For more on TSA Privacy policies, or to view the system of records notice and the privacy impact assessment, please see TSA's Web site at www.tsa.gov

Please review our Privacy Policy, which also governs your visit to this Site to understand our practices. The **CheapOair** Privacy Policy will provide a description of how we protect and use your personal information. If you object to your information being transferred or used in this way please do not use our services.

### Protecting Your Security

To ensure that your credit, debit or charge card is not being used without your consent, we may validate your name, address and contact number supplied by you during the booking process against appropriate third party databases. By accepting these Terms & Conditions you agree and authorize us to carry out such verification checks as stated herein. In performing these checks, you acknowledge and concur that such personal information you provide to us may be disclosed to a registered Credit Reference Agency which may keep a record of such information in whole or in part.Rest assured this verification process is performed for the sole purpose to verify and confirm your identity, and that this process does not perform a credit check, and your credit rating will not be affected whatsoever. All information provided by you to us is securely processed in strict accordance with the Data Protection Act of 1998.

## SITE USAGE AND TICKET PURCHASE

You warrant that you are at least 18 years of age and possess the legal authority to enter into this agreement and to use the Site in accordance with all Terms & Conditions herein. If you are using this Site and/or making travel reservations or bookings for another person you agree to inform that person(s) about the Terms & Conditions that apply to the travel reservations and bookings you have made on their behalf, including all rules and restrictions applicable thereto and these Terms & Conditions. You agree to be financially responsible for all of your use of the Site (as well as for use of your account by others). You are responsible for any bookings and travel reservations made by persons under your direction or control. You also warrant that all information supplied by you or on your behalf, or by members of your household in using the Site is true, current, complete and accurate. Furthermore you also confirm that the traveler is not an unaccompanied minor. Without limitation, any

exploratory, speculative, false, or fraudulent reservation or any reservation in anticipation of demand is prohibited.

Whenever you make use of a Site feature that allows you to upload material to the Site, or to make contact with other users of the Site, you must comply with applicable laws and the best standards of internet courtesy and behavior. You undertake that any such contribution does comply as aforementioned, and you irrevocably undertake to fully indemnify us at all times for any breach of that warranty and undertaking. Any material you upload to the Site will be considered non-confidential and non-proprietary and we have the right to use, copy, store, distribute and disclose to third parties any such material for any purpose. We also have the right to disclose your identity to any third party who is claiming that any material posted or uploaded by you to the Site constitutes a violation of their intellectual property rights, or of their right to privacy. We will not be responsible or liable to any third party for the content or accuracy of any materials posted by you or any other user of the Site. We have the right to remove any material or posting you make on the Site if, in our opinion, such material does not comply with these Terms & Conditions.

## RESOLUTION OF DISPUTES

### PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR RIGHTS AND WILL HAVE A SUBSTANTIAL IMPACT ON HOW CLAIMS YOU AND WE MAY HAVE AGAINST EACH OTHER ARE RESOLVED.

Customer satisfaction is the foundation of our success. That is why, if a dispute arises between us, our goal is to resolve the dispute quickly in a fair and cost-effective way. Accordingly, before taking any other action, first reach out to us by contacting customer service at 1-646-738-4820or at feedback@CheapOair.com so we have an opportunity to try to address your concerns. Otherwise, you and we agree that any dispute, claim or controversy between you and us, including our agents or any representatives acting on our behalf, arising out of or relating to your use of the Site, these Terms & Conditions, or the breach, termination, enforcement, interpretation or validity thereof, or our relationship in connection with the Site or these or previous versions of these Terms & Conditions (each, a "Claim"), shall be resolved in accordance with one of the subsections of this Resolution of Disputes section below or as otherwise mutually agreed by the parties in writing.

### GOVERNING LAW; CLAIMS

These Terms & Conditions and the rights of the parties hereunder shall be governed by and construed in accordance with the laws of the State of New York, USA, exclusive of conflict or choice of law rules. Unless otherwise prohibited by applicable law, any Claim must be brought within two (2) years from the date on which such Claim arose or accrued. The preceding sentence does not apply to New Jersey residents.

**WAIVER OF TRIAL BY JURY AND CLASS, REPRESENTATIVE, AND PRIVATE ATTORNEY GENERAL ACTIONS**
YOU UNDERSTAND AND AGREE THAT, BY ENTERING INTO THESE TERMS AND CONDITIONS, WE ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY. WE EACH AGREE THAT ANY AND ALL DISPUTES MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY. WE ARE ALSO EACH WAIVING THE RIGHT TO PARTICIPATE IN A CLASS, MASS, REPRESENTATIVE, PRIVATE ATTORNEY GENERAL ACTION OR PROCEEDING, OR SIMILAR PROCEEDING, WITH RESPECT TO THE CLAIMS COVERED BY THIS PROVISION, WHETHER SUCH CLAIMS ARE SUBJECT TO MANDATORY ARBITRATION OR ARE BROUGHT IN ANY OTHER COURT OR TRIBUNAL, INCLUDING SMALL CLAIMS, AS SET FORTH BELOW. YOU AGREE THAT YOU HAVE EXPRESSLY AND KNOWINGLY WAIVED THESE RIGHTS. ANY DISPUTE ABOUT WHETHER A CLAIM IS BROUGHT AS A CLASS, MASS, REPRESENTATIVE, PRIVATE ATTORNEY GENERAL ACTION OR PROCEEDING, OR SIMILAR PROCEEDING, MUST BE DECIDED BY A COURT OF COMPETENT JURISDICTION.

### DISPUTE RESOLUTION AND MANDATORY ARBITRATION OR SMALL CLAIMS COURT

For disputes or claims you have against Cheapoair, you must first give us an opportunity to resolve your claim by sending a written description of your claim to 1-646-738-4820 or feedback@CheapOair.com. You and we each agree to negotiate your claim in good faith. You agree that you may not commence any arbitration or court proceeding unless you and we are unable to resolve the claim within 60 days after we receive your claim description and you have made a good faith effort to resolve your claim directly with us during that time.

If we are unable to resolve your claim within 60 days despite those good faith efforts, then either you or we may start arbitration or small claims court proceedings.

Claims shall be resolved via binding arbitration initiated through AAA except for claims asserted on an individual basis that are properly filed in a small claims court.

For small claims court proceedings: if your claim falls within the jurisdiction of a small claims court, then either party may choose to take the claim to small claims court instead of arbitration. Either party may seek to have a claim resolved in small claims court in your county of residence or the small claims court in closest proximity to your residence, and you may also bring a claim in small claims court in New York County, the State of New York, USA. The parties may take their claims to small claims court without first filing with AAA. After a case is filed with AAA, but before the arbitrator is formally appointed to the case by AAA, a party can send a written notice to the opposing party and AAA that it wants the case decided by a small claims court. After receiving this notice,

AAA will administratively close the case without further inquiry. Any dispute about whether a claim falls within the jurisdiction of a small claims court shall be resolved by that court, not by an arbitrator. In the event of any such dispute, the arbitration proceeding shall remain closed unless and until a decision by the small claims court that the claim is not within its jurisdiction.

Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, and court review of an arbitration award is very limited. However, except as set forth below, an arbitrator can award the same damages and relief on an individual basis that a court can award to an individual. An arbitrator should apply the Terms & Conditions as a court would.

The arbitration will be governed by the AAA Consumer Arbitration Rules (the "AAA Rules") and the AAA Consumer Due Process Protocol, Statement of Principles, as modified by this Agreement, and will be administered by AAA. The AAA Rules and Consumer Due Process Protocol, Statement of Principles are available online at www.adr.org/consumer or by calling AAA at 1-800-778-7879. If you initiate arbitration the only fee you shall be required to pay is US $200; all other costs will be borne by the Company, except in the event that the arbitrator determines that the claims were frivolous, the arbitrator may award to the prevailing party the costs and attorneys' fees reasonably incurred in connection with the arbitration, except that, in arbitrations proceeding in California, the arbitrator is not empowered to award the prevailing party the fees and costs it incurred in connection with the arbitration.

Notwithstanding the provision above with respect to applicable substantive law, any arbitration conducted pursuant to these Terms & Conditions shall be governed by the Federal Arbitration Act (9 U.S.C., Secs. 1-16, the "FAA") and any dispute about the interpretation of this arbitration clause shall be covered by the FAA. AAA and the parties must comply with the following rules: (a) the arbitration shall be conducted by a single arbitrator approved by or otherwise affiliated with AAA; (b) the party initiating the arbitration shall choose the form in which they would like the arbitration to be conducted: via telephone, online, solely based on written submissions, or at an in-person hearing; (c) notwithstanding the foregoing, if either party requests an in-person hearing: (i) the arbitrator shall decide whether a hearing is necessary or whether the arbitration should proceed via telephone, online or solely based on written submissions, (ii) if the arbitrator deems that a hearing is necessary, the hearing shall occur at a mutually agreed upon location, or, if the parties are unable to agree on a location, at a location that is selected by the arbitrator and is reasonably convenient to all parties, and (iii) either party may elect to participate in an in-person hearing by phone, unless the arbitrator decides otherwise; (d) the arbitrator may not award any: (i) incidental, indirect or consequential damages, including damages for lost profits, or (ii) punitive or exemplary damages, except where permitted by statute, and the parties waive any right to recover any such damages described in subparagraphs (d) (i) and (d)(ii); (e) the arbitrator may award injunctive or declaratory relief only in favor of the party seeking relief and only to the extent necessary to provide relief warranted by that party's claim; and (f) unless otherwise mutually agreed by the parties in writing, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding.

The arbitrator shall decide all issues relating to jurisdiction and arbitrability and the interpretation, applicability, formation, existence, validity, scope or enforceability of this Mandatory Arbitration provision. Claims, if any, determined by the arbitrator not to be within the scope of this Mandatory Arbitration provision must be brought exclusively in a Federal or State court located in New York County, the State of New York, USA. If subparagraph (f) above is found to be unenforceable, then the entirety of this Mandatory Arbitration provision shall be null and void. Judgment on the award issued by the arbitrator may be entered in any court having jurisdiction. This Mandatory Arbitration provision shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction.

---

## PROHIBITED ACTIVITIES

You agree that the travel services reservations facilities of the Site shall be used only to make legitimate reservations or purchases for you or for another person for whom you are legally authorized to act. You understand that overuse or abuse of the travel services reservation facilities of the Site may result in you being denied access to such facilities. You may not use this Site for any commercial purpose. You agree you will not access, monitor or copy any content or information of this Site using any robot, spider, scraper or other automated means or any manual process for any purpose without our written permission. You agree that you will not violate the restrictions in any robot exclusion headers on this Site, or bypass or circumvent other measures employed to prevent or limit access to this Site. You agree you will not modify, copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer, or sell or re-sell any information, content, graphics, software, products, or services obtained from or through this Site or call center. You agree you will not use a frame or border environment around the Site, or other framing technique to enclose any portion or aspect of the Site, or mirror or replicate any portion of the Site, and that you will not sell, offer for sale, transfer, or license any portion of the Site in any form to any third parties.

You agree you will not use any device, software, or routine that interferes, or attempts to interfere, with the normal operation of our Site, or take any action that impose an unreasonable load on our equipment. You will not disguise the origin of the information you transmit through the Site, whether to navigate the Site, make a travel reservation or booking, or post any content.You must not misuse the Site by knowingly introducing viruses, trojans, worms, logic bombs or other material which is malicious, offensive, defamatory or technologically harmful. You must not attempt to gain unauthorized access to the Site, the server on which the Site is stored or any server, computer or database connected to the Site.

You must not attack the Site via a denial-of-service attack or a distributed denial-of service attack. We will not be liable for any loss or damage caused by a distributed denial-of-service attack, viruses or other technologically harmful material that may infect your computer equipment, computer programs, data or other proprietary material due to your use of the Site or to your downloading of any material posted on it, or on any website linked to it.

We reserve the right to cancel your **CheapOair** account and terminate your use of the Site if you violate any of the above prohibitions.

---

## BOOKING PROCESS

For your convenience, our use of the following terms in these Terms & Conditions shall have the meaning below:

**"Service Element"** - a singular product or service listed on the Site that can be booked independently of any other service. (*e.g.*: car, hotel, flight).

**"Travel Supplier"** - a vendor of one or more Service Elements. (*e.g.*: hotels, car suppliers, airlines). CheapOair does not act as principal but makes arrangements with third-party vendor Travel Suppliers for Service Elements, all as defined above.

**"Booking"** - a negotiation process with the Travel Supplier carried out by you while using this Site for the purpose of obtaining one or more Service Elements that may result in a contract with the Travel Supplier at the time we receive full payment and accept your offer.

In order to complete a Booking the following steps are taken to ensure its validity:
When we place Service Elements on our Site, we are inviting you to make an offer for their purchase. You do not make this offer until you press "Book" on the payment page (entitled "Review Trip Details and Book") of the Site.

Once you have done so you have made **CheapOair** an offer (which cannot be withdrawn if you change your mind) to purchase the relevant Service Element(s) from the relevant Travel Supplier(s) (your "Booking"). We are free to accept your offer on behalf of the relevant Travel Supplier or to reject it, at our sole discretion.

The **CheapOair** email confirmation is NOT the contractual acceptance of the Booking, but merely an acknowledgement that we have received your offer. We will need to check the availability of the relevant Service Element(s).

If the relevant Service Element is available, your Booking will be processed. The contract pertaining to the relevant Booking is formed when payment in full has been received.

The contract between you and the relevant Travel Supplier will relate only to those Service Elements confirmed by email with ticket numbers in case of air or reservation numbers in case of hotels, cars or activities.

The terms of your Booking (such as price, availability and/or dates of travel) are not guaranteed until the contract is formed between you and the Travel Supplier and a ticket has been issued and/or a reservation has been made and confirmed by the Travel Supplier. Please note that once you have completed the Booking stage you can only cancel or change the details (such as names or destinations) of your Booking at our sole discretion and in accordance with these Terms & Conditions.

These Booking processes will apply to any of our individual Service Element's Terms & Conditions set out below. The airline ticket Terms & Conditions, the hotel Terms & Conditions, the car rental Terms & Conditions, the attractions and services Terms & Conditions supplement any area not covered by the Booking process. We reserve the right to change the Booking process at any time, with changes automatically taking effect from the date such changes are posted on the Site.

At all times throughout your trip a government-issued photo ID is required for security checks at airports, hotels and car rental locations and may be required for attractions and other products as deemed necessary by the relevant Travel Suppliers.

In addition to the required government-issued ID as stated above, proof of citizenship (Passport) is required for international travel (for most countries outside of the United States). Please note that it is your sole responsibility to ensure that you meet the passport, visa, and/or health requirements of the countries you wish to visit and those that you transit (even if it is for a simple flight change). Many countries require that your passport should be valid for a minimum period from the date of arrival into that country. For any questions regarding what the applicable minimum period is and any other conditions or passport/visa requirements for travel, you should contact the corresponding local consulate of the countries to which you are travelling.

Neither **CheapOair** nor its affiliates accept any responsibility, and you will not be entitled to any refunds whatsoever, if you are denied boarding, delayed or deported due to non-fulfillment of the above.

- Government entry/exit fees may apply, depending on your destination.
- These are your sole responsibility and will be additional to your Booking charges.
- All travelers on your Booking (if more than one passenger) must travel on the same itinerary. Individual passengers cannot be added to, and/or deleted from your Booking.

**CheapOair** reserves the right to correct errors in any advertised price and, if applicable, give you an option to either cancel the Booking or allow **CheapOair** to collect an amount equal to any increase in price from your provided credit or debit card, prior to your departure.

- Each Service Element listed in your Booking is provided by the respective Travel Supplier.
- Frequent traveler points and/or miles may or may not be available for any portion of your Booking. You must check this with the relevant Travel Supplier.

Once you have made your Booking, you cannot transfer or change the name(s) or destination(s) listed in your Booking.

Your Booking will be fulfilled on the delivery date set out in your ticket information email or, if no delivery date is specified, then on the date the ticket is issued, unless there are exceptional circumstances.

The terms of this agreement incorporate by reference the terms of each airline's contract of carriage. Passengers may inspect the full text of the contract of carriage at the each airline's airport or city ticket offices. Passengers have the right, upon request to the airlines, to receive free of charge by mail or other delivery service the full text of the contract of carriage. The incorporated terms of the contract of carriage may include: (1) Limits on the airline's liability for personal injury or death of passengers, and for loss, damage, or delay of goods and baggage, including fragile or perishable goods; (2) Claim restrictions, including time periods within which passengers must file a claim or bring an action against the airline for its acts or omissions or those of its agents; (3) Rights of the airline to change terms of the contract; (4) Rules about reconfirmation of reservations, check-in times, and refusal to carry; (5) Rights of the airline and limitations concerning delay or failure to perform service, including schedule changes, substitution of alternate airline or aircraft, and rerouting.

## Pricing, Taxes/Fees, and Payment:

Our total prices include all taxes and fees applicable to airfare, hotel accommodation, car rentals and activities included in your Booking, unless stated otherwise in your ticket information email or in these Terms & Conditions. Additional fuel surcharges, security, baggage, seat reservation, hotel incidentals, and other applicable service charges may apply which will be charged by the relevant Travel Supplier at time of check-in. You are solely responsible for any such additional charges due to the Travel Supplier. If you have any questions about such charges, please contact the relevant Travel Supplier directly.

Prices quoted for Service Element(s) do not include liability insurance, collision damage waiver, personal accident insurance, personal effects protection, drop-off charges, gas, child safety seats, sky racks or incidental room charges at the hotel (telephone, movies, energy surcharges and any applicable increases in taxes). All such charges must be paid at the car rental pick-up location and/or at the check-in counter at the hotel.

Prices quoted also do not include any additional flight fuel surcharges or other surcharges which may be imposed from time to time by the relevant Travel Supplier or authorities, all of which must be paid by you.

Payment must be made in full with a valid credit or debit card at the time of Booking. **CheapOair** accepts all major credit or debit cards with a verifiable billing address.

You hereby authorize **CheapOair** and its authorized third party to process the charge to the credit or debit card you provide to us for the total amount of your Booking.

You may be required by the relevant Travel Supplier(s) to present a valid credit or debit card at the time of check-in at the hotel and/or at the pick-up location of the car rental company to provide confirmation of authorized card usage and/or to secure any additional charges. The cardholder must be a traveler listed on yourBooking.

All offers, prices, and conditions of sale may be subject to:

- change without notice;
- advance purchase, eligibility, seating, or other limitations;
- travel days, dates, minimum or maximum stays, holidays, seasons, blackout dates, stopovers, and/or waitlisting restrictions;
- reservation validation limitations of up to one year (if any extension permitted, penalties/restrictions may apply);
- other conditions/restrictions; and
- availability.

If your itinerary involves an ultimate destination or stop in a country other than the country of departure, the provisions of a treaty known as the "Warsaw Convention" may be applicable to your entire trip, including any portion entirely within the country of origin or destination. The Warsaw Convention governs and may limit the liability of certain air carriers for death of or personal injury to passengers and/or loss of or damage to baggage.

A reservation is not complete until confirmed/ticketed. To protect our customers, we verify with the credit/debit card company that the billing address and credit card verification number you provided to us is accurate and that your debit/charge will be accepted. Until such information is verified, the fare is subject to change. We are not responsible for any transaction that is declined based upon a credit/debit card that is declined by the issuing company or a travel provider or if, for any reason, the debit/credit card billing address and/or credit card verification number cannot be verified in a timely manner, nor are we responsible for any changes in fare or any other charges that may occur during our verification process. In the event the fare selected is not available an approval code may have been issued on your credit card. If the transaction is not completed the approval code may temporarily credit the amount from your bank account.

## ADVICE TO INTERNATIONAL PASSENGERS

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of treaties known as the Montreal Convention and the Warsaw Convention may be applicable to their entire journey including the portion entirely within the countries of departure and destination. The Conventions govern and in most cases limits the liability of carriers to passengers for death or personal injury. Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under the Montreal Convention or Warsaw Convention. For further information please consult your airline or insurance company representative. For more details about the carrier's liability under the Warsaw convention, please click here.

## LINKS

The Site provides links to other websites as a convenience to you or as advertising of other suppliers and vendors related or unrelated to travel. We do not endorse any such suppliers and vendors nor are we responsible for the contents of other websites or their privacy policy or other practices. If you decide to access other websites you do so at your own risk and it is your sole responsibility to read their Terms & Conditions and ensure that whatever links you select or software you download (whether from this Site or other websites) is free of such items as viruses, worms, trojan horses, defects and other items of a destructive nature such as malware.

## OUR FEES AND EXCEPTIONS

In addition to each Travel Supplier's cost and fees, CheapOair may charge a service fee as described below. All CheapOair fees are charged on a per-passenger, per-ticket basis and are generally non-refundable.

### 1. OUR SERVICE FEES

| Our Service Fees ‡ | May Apply To | Code | Amount |
|---|---|---|---|
| **Online Air Transaction Service Fees**<br>On most airfares a service fee up to $35◊ is charged on a per-passenger, per-ticket basis. ** | U.S. Domestic and International | Fees ◊ | $0.00 to $35.00 |
| **Online Hotel Transaction Service Fees**<br>(per night, per room) | All Hotels | Fees ◊ | up to $42.00 |
| **Online Car Rental Transaction Service Fees**<br>(per rental) | All Car Rentals | Fees ◊ | up to $40.00 |
| Service fees will be converted in your local currency on the payment page. | | | |

*Approximate amount

\*\* Passenger types = Adult, child, senior, infant, student, military.

‡ All transaction service fees are non-refundable and are subject to change without notice.

Government imposed taxes and fees are subject to change. You will only be charged the final total amount as shown.

◊ **Certain exceptions to the above service fees apply:**
- **Online vacation package booking service fees are up to $50 per passenger.**
- **Business and First Class Airfares - Service fees are up to $150 per passenger.**
- **Multi-city and Open-jaw trips - Service fees are up to $100 per passenger.**
- **Cities with high fraud rates - Service fees are up to $40 per passenger**
- **Alternate Date & Nearby Airport - Service fees are up to $55 per passenger**
- **Fusion Fares/Value Deals - Service fees are up to $100 per passenger.**
- **Unaccompanied Minor Tickets - Service fees are up to $100 per passenger.**

- **Contact Center booking service fees: Service fees for contact center bookings (including complex multi-stop and round-the-world itineraries) may be higher than those charged for bookings made online. These service fees can range from $10 to $200 per passenger (up to $100 for Senior Citizens). Contact Center bookings include premium package benefits.**

**Important Note: All service fees are subject to change without notice. YOU WILL BE CHARGED THE FINAL TOTAL PRICE AS QUOTED REGARDLESS OF ANY CHANGE OR VARIANCE IN THE SERVICE FEES. Please review the total final price carefully.**

## 2. OUR POST-TICKETING FEES

### Post-Ticketing Service Fees ‡

| Applies To | For | Amount per Ticket |
|---|---|---|
| | | Per-passenger, per-ticket fees: |
| Agent Assisted Cancellation[1] | Cancellation requested within 24 hours of booking (USA Web-sites Only) | Domestic $50<br>International: $75<br>Business and First Class: $75 |

### Cancellation & Refunds (beyond 24 hrs)

| | Air - Economy | | Air - Business/First | |
|---|---|---|---|---|
| | Domestic | International | Domestic | International |
| Agent Assisted Cancellation[1] w/Future Credit | $50 | $50 | $100 | $100 |
| Agent Assisted Cancellation[2] w/Refund | $100 | $250 | $250 | $250 |

### Changes to Existing Tickets (exchange)

| | Domestic | International | Domestic | International |
|---|---|---|---|---|
| Within 10 days of new travel date[1] | $150 | $250 | $250 | $250 |
| Beyond 10 days of new travel date[2] | $100 | $200 | $200 | $250 |

### Special Services

| | Air - Economy | | Air - Business/First | |
|---|---|---|---|---|
| | Domestic | International | Domestic | International |
| Agent Assisted Waivers | $75 | $100 | $100 | $200 |

**Fees for Agent Assistance Seeking Refund or Future Airline Credit for Listed Reasons[3]**

| | | | |
|---|---|---|---|
| Death/Bereavement | Duplicate | Infant | Medical |
| Military | Name Change | Name Correction | No Show |
| Reinstate | Routing Changes | Ticket Validity | UNMR |
| Visa/Schengen Visa Issues | | | |

We offer Special Discounts under our Compassion Exception Policy (CEP). for Military, Bereavement, the Visually Impaired.

**All Airline Refunds/Future Credits are subject to each airline fare rules, policies and procedures**

Service fees will be converted in your local currency on the payment page.

Passenger types = Adult, child, senior, infant, student, military.

Service fees on all changes, refunds, cancellations and future credits will be charged on a per passenger, per ticket basis.

‡ Like our transaction service fees (booking fees), all post-ticketing service fees are non-refundable and are subject to change without notice. Our fees are in addition to any airline and/or other supplier imposed fees and charges.

Government imposed taxes and fees are subject to change. You will only be charged the final total amount displayed or quoted by our agent.

[1] Most of our airline tickets are non-refundable. Only available if our Travel Suppliers' fare rules allow cancellation and refunds, and we have accepted your request for a refund, you are not a "no show" (most "no show" bookings are in-eligible for any waiver from suppliers for refund processing), and if we are able to secure waivers from suppliers to process this requested cancellation and refund.

[2] Most of our airline tickets are non-refundable. Airline Refunds/Future credits are subject to airline fare rules, policies and procedures.

[3] **Special Services** - All Special Services are on a request basis ONLY and are subject to each airline's review and approval process along with their fare rules, policies and procedures. Special Service Fees will be charged upon the provision of the service(s) and will only be refunded if the request is denied by the airline.

Name Misspelling - Passengers name on their airline ticket does not match their passport or other universally accepted government ID

Visa/Passport - A Visa/Passport decline letter is normally required in order to process a request

Baggage - please retain all receipts and baggage tags

No- Show - Documentation advising why you were unable to make your scheduled departure will be required

Denied Boarding - Documentation as why you were denied boarding of your scheduled departure will be required

Duplicate Tickets - Copies of all tickets, reflecting exact same itineraries booked with us will be required in order to process a refund request

## CHANGES TO FLIGHTS ALREADY PURCHASED

Any and all changes made to the itinerary are restricted and are subject to airline fare rules, whichever is more restrictive; most of our tickets,hotels,cars,packages and cruises do not allow any date or name changes after the booking is completed. **CheapOair** does not guarantee, and shall not be responsible for, any bookings or reservations made or confirmed to you in the event that the original itinerary has been changed by the supplier pursuant to customer's request or supplier's schedule changes.

## CANCEL AND EXCHANGE

Most of our airline tickets are **100% non-refundable**. In certain cases where the airline may allow cancellations, a credit may be valid towards a future ticket purchase by the same traveler on the same airline. Usually the credit issued by the airline supplier has a specific expiration date, after which it cannot be used. We encourage you to discuss additional restrictions attached to your credit with a customer service agent. All such bookings where the cancellation may be permitted must be cancelled prior to the scheduled departure time of the first flight segment by calling our customer service center. We do not guarantee any cancellation. When you are ready to make your new booking and wish to use your airline credit, you will be required to the pay fare difference (if any), applicable airline penalties and any applicable **CheapOair** post-ticketing fees. All such changes are governed by each airline's fare rules, policies and procedures, which are not under our control.

No additional representation is made for our exchange fees except that an agent will assist you in locating your desired new flights and attempt to re-book the new flights based on availability and other factors.

As per our Compassion Exception Policy (CEP), we offer Special Discounts for Military, Bereavement, and the Visually Impaired.

## MULTIPLE AIRLINE ITINERARIES

If your itinerary includes flights operated by more than one airline, please read carefully each such airline's terms and conditions, which can be found on each such airline's website. Each such airline will have its own restrictions, rules and fees. If one of these flights is affected by an airline change (e.g. cancellation or rescheduling) that causes a Customer to make changes to the other flight, the Customer may be responsible for any fees or ticket cost incurred for making changes to the unaffected flight. Such airlines may charge their own fees for changes, refunds, or if exchanges are requested. You are responsible for complying with each airline's terms and conditions, which may differ (for example, check-in times and limits on baggage size/weight). It is advisable you print your outbound and return portions of your e-ticket confirmation for all flights prior to travelling. You may be asked for proof of your return ticket at check-in.

## CANCEL AND REFUND

Most of our airline tickets, hotels, pre-paid car rentals, vacation packages and service fees are non-refundable after 24 hours of booking. Trip protection insurance is refundable within 10 days of purchase if travel has not commenced and you have called our customer service center to cancel. All cancellations must be done over the phone only. We can accept refund requests only if the following conditions have been met:

- you have applied for a cancellation and refund with us and if the fare rules provide for cancellation and refunds;
- you are not a "no show" (most "no show" bookings are in-eligible for any waiver from suppliers for refund processing); and
- we are able to secure waivers from suppliers to process this requested cancellation and refund.

We are unable to provide a specific time line for how long it may take for this requested refund to be processed. All refund requests are processed in a sequential format. Once you have provided our customer service agent with your cancellation request, we will then send you an email notification that your request has been received. This notification does not automatically qualify you for a refund. This only provides you with an acknowledgement of your request and provides you with a tracking number. Upon receipt of your request we will work with the suppliers such as airlines, hotels, car-rental companies to generate a waiver based on airline and other supplier rules and notify you of the supplier decision. Our services fees associated with the original travel reservation or booking are not refundable. Please note that we are dependent on the suppliers for receiving the requested refunds. Once the refund has been approved by the supplier it may take additional time for this to appear on your credit card statement. Generally, all suppliers will charge a penalty for refund. This entire process may take 60-90 days from receipt of your request to receiving credit on your statement. Apart from the airlines and other suppliers refund penalties, **CheapOair** will charge a post-ticketing services fee, as applicable. All refund fees are charged on per-passenger, per-ticket basis. These fees will only be assessed if a refund has been authorized by the supplier or a waiver has been received and when the airline/supplier rules permit such refunds. If such refund is not processed by the supplier, we will refund you our post-ticketing service fees applicable to your agent assisted refund request , but not our booking fees for the original travel reservation or booking.

As per our Compassion Exception Policy (CEP), we offer Special Discounts for Military, Bereavement, and the Visually Impaired.

**Cancellation Password -** For your security, bookings may only be cancelled over the phone, and not by email or web chat. When requesting Cheapoair to cancel a booking on your behalf, our agents will send you an email with a unique Cancellation Password to the e-mail you entered when the booking was created. Please provide the Cancellation Password to our agents when asked, in order to complete your cancellation request. If you cannot access your email and provide your Cancellation Password, we may not be able to process your request for cancellation. The Cancellation Password will expire within 3 hours of issuance. If your Cancellation Password expired before we were able to process your request please call us back to obtain a new Cancellation Password.

## PROMO CODES

a. **CheapOair** may issue certain promo codes which are generally valid for online travel reservations and bookings, though some specific **CheapOair** promo codes may only be used over the phone through our customer service center.

b. We invite you to sign up for our newsletter to receive promo codes by email.

c. The maximum discount from all **CheapOair** promo codes is the value of our service fees and/or "Traveler Assist" fees (up to 70%).

d. **CheapOair** promo codes are non-transferable, can not be sold or bartered and hold no cash value.

e. To receive the value of the discount, a valid promo code must be entered in the promo code link on payment page. If the code is not entered the discount cannot be redeemed and has no value. Due to technical problems, if the code is not accepted or a coupon link is not present, you have the right to not purchase the product or service, but in no circumstances will the credit be applied after purchase is made.

f. **CheapOair** promo codes offers may be revised or withdrawn any time without notice, even if other websites are displaying the same offers.

g. For all technical errors there is no recourse except you have the right to not make the purchase.

h. If the offer is withdrawn, the promo code becomes invalid and the Site and system will not accept the promo code when entered. This is final and you have the right at that point to continue with original price or not continue with your purchase.

i. The final price displayed (with or without promo code) will be the amount billed/charged and there will be no credits/discounts applied after purchase for absolutely any reason.

j. **CheapOair** promo codes may not be combined with another offer.

We reserve the right to decline any transaction that may have had an error in promo code value even after the booking is created and booking receipt is issued.

---

## NEWSLETTERS

### Opt-In

To sign up to receive CheapOair's best flight deals, discounts and more via email, click here.

### Promo Code Terms

The promo code offer is on our transaction service fees only, Discount varies based on the transaction service fees charged for that ticket or travel reservation, and the value of discount will be up to the amount of the service fees charged for that transaction or the promo code's value per transaction whichever is less. You must use the promo code at check-out to redeem this offer. This offer may be revised or dis-continued without notice.

---

## SMS ALERTS

### CheapOair SMS Alerts - Terms of Service

By signing up for CheapOair text alerts, you agree to receive up to 6 automated promotional short text messages ("SMS") per month from CheapOair's short code: 872835. You acknowledge and understand that your consent is not a condition of purchase.

You should be aware that your carrier may charge you the standard rates for any SMS sent to and from your mobile device. If you have any questions about your standard SMS rates applicable to your text plan or data plan, it is best to contact your wireless provider.

You can cancel the SMS service at any time. Just text "STOP" to 872835. After you send the SMS message "STOP" to us, we will send you an SMS message to confirm that you have been unsubscribed. After this, you will no longer receive promotional SMS messages from us. Unsubscribing from our SMS promotional list will not preclude us from sending you service related SMS in connection with an existing CheapOair booking.

For all questions about SMS services provided by CheapOair, you can send an email to textalerts@cheapoair.com.

If you have any questions regarding privacy, please read our privacy policy.

---

## FARE CHANGES AND POST PAYMENT PRICE GUARANTEE

- Prior to your form of payment being processed and accepted successfully, if there is a change in the price of air fare or any other change, you may be notified of this change and only upon such notification you have the right to either accept or decline this transaction. If you elect to decline this transaction, you will not be charged.

- Our Post Payment Price Guarantee: Upon successful acceptance and processing of your payment (credit/debit card), we guarantee that we will honor the total final quoted price of the airline tickets regardless of any changes or fluctuation in the price of air fare.

## PAYMENT ACCEPTANCE POLICY

We accept credit cards and debit cards issued in US, Canada and several other countries as listed in the billings section. We also accept AE/AP billing addresses.

- Please note: your credit/debit card may be billed in multiple charges totaling the final total price. If your credit/debit card or other form of payment is not processed or accepted for any reason, we will notify you within 24 hours (it may take longer than 24 hours for non credit/debit card payment methods). Prior to your form of payment being processed and accepted successfully, if there is a change in the price of air fare or any other change, you may be notified of this change and only upon such notification you have the right to either accept or decline this transaction. If you elect to decline this transaction, you will not be charged.

- Our Post Payment Price Guarantee: Upon successful acceptance and processing of your payment (credit/debit card), we guarantee that we will honor the total final quoted price of the airline tickets regardless of any changes or fluctuation in the price of air fare.

Please note: all hotel, car rental and tour/activity bookings are only confirmed upon delivery of complete confirmation details to the email you provided with your reservation. In some cases, pre-payment may be required to receive confirmation.

In order to provide you with further protection, when certain transactions are determined to be high-risk by our systems, we will not process such transactions unless our credit card verification team has determined that it's safe to process them. In order to establish validity of such transactions, we may contact you or your bank.

## TICKET DELIVERY

Most tickets are electronic (e-Tickets), however with certain itineraries where an e-Ticket is not available a paper ticket will be issued. Please check the shipping charges before confirming the booking. If an e-Ticket could not be issued for a particular reservation or if a delivery was being made of another product or service, **CheapOair** will send the paper ticket, product or service through a secure mode of delivery (a reputable carrier company) and the applicable shipping charges will be debited to the credit holder's account as per rates published on the Site. These shipping charges are displayed before you make the booking and you may select not to purchase the tickets to avoid shipping charges. **CheapOair** does not assume any responsibility for the fault of the delivery company. We will attempt to redeliver but do not provide any guarantees for redelivery on time. If you provide an incorrect address, then you may have to pay excess fees to the delivery company for alteration of the address. You will be billed to the credit card used for payment. If an e-Ticket is generated the ticket information will be available on the Site.

## CLUBMILES TERMS AND CONDITIONS

Effective May 18, 2022

PLEASE READ THESE TERMS AND CONDITIONS ("TERMS") CAREFULLY. BY ACCESSING OR PARTICIPATING IN THE CLUBMILES PROGRAM, YOU AGREE TO BE BOUND BY THESE TERMS AND ALL TERMS INCORPORATED HEREIN BY REFERENCE. IF YOU DO NOT AGREE TO THESE TERMS, DO NOT ACCESS OR PARTICIPATE IN CLUBMILES. BY ACCEPTING THESE TERMS, YOU ARE AGREEING TO THE MANDATORY ARBITRATION AND CLASS ACTION WAIVER CONTAINED BELOW.

Welcome to the ClubMiles Program (the "Program"). The Program is a rewards program operated and offered by OTG Club Miles LLC ("ClubMiles", "we", "our", "us") to users of websites and/or mobile applications of CheapOair.com, OneTravel.com CheapOair.ca, and any other brands that offer ClubMiles membership (collectively, the "Sites"). The terms "you" and "your" used throughout these Terms refer to any member and any person eligible to participate in the Program, as applicable. As a member of the Program at Silver Tier or higher, you will be able to earn ClubMiles Points ("Points") every time you make a Qualifying Purchase (as defined below) from any of the Sites. If you do not agree with any part of these Terms & Conditions, you must opt out of joining the Program and not use any Points. ClubMiles reserves the right to change these Terms or any related policy or FAQ's of the Program or terminate the Program or your membership in the Program at any time, for any reason, without prior written notice.

By enrolling in the Program, you agree to the following:

**Eligibility**

Only residents of the United States who are over eighteen (18) years of age and residents of Canada who have reached the age of majority in their province/territory of residence and, in each case, have provided ClubMiles with a valid email address are eligible to become Program members and earn Points. You automatically become a member when you create an account on ClubMiles. You automatically become a member when you create an account on CheapOair unless you opt out of the Program. The Program is void if prohibited by law in the state, province or territory of the customer's residence, and subject to change as may be necessary to comply with such laws or regulations.

**Your Account**

When you sign up your Program account ("Account") will automatically be tied to the email address you used to create your Account and you will be automatically enrolled in the Program. When you are signed into any of the Sites you will be able to see the total amount of Points in your account, as well as what Points have been earned and redeemed.

You must have a valid email address to become a Program member. All communications from ClubMiles to members relating to the Program will be made via email. You will not be able to unsubscribe to Program-related email notifications but may unsubscribe from promotional email via the unsubscribe link at the bottom of such emails. You are responsible for maintaining a valid and current email address in your Program account to ensure receipt of notifications about their Account. You must advise ClubMiles immediately of any change of address or email address by updating your Account profile online.

**Privacy**

The Privacy Policy provided by our affiliate, Fareportal, Inc. ("Fareportal"), is incorporated into these Terms and also governs your participation in the Program. We shall assume all of the same rights, obligations and duties to you as those accorded to Fareportal under the Privacy Policy. Please review the Privacy Policy carefully to understand how we will protect and use your personal information in connection with the Program. If you object to your information being transferred or used in this way please do not access or participate in the Program.

**Collecting Points**

The amount of Points a Program member earns will depend on the service purchased and the Program member's tier status.

Members at the Silver Tier or higher earn Points as follows:

Airline Tickets

- Earn one (1) Point for every U.S. dollar spent on stand-alone flights through the CheapOair.com or OneTravel.com branded desktop or mobile websites.

- Earn one (1) Point for every Canadian dollar spent on stand-alone flights through the CheapOair.ca branded desktop or mobile website.

Hotels and Rental Cars

- Earn two (2) Points for every U.S. dollar spent on stand-alone hotels and rental cars through the CheapOair.com or OneTravel.com branded desktop or mobile websites.

- Earn two (2) Points for every Canadian dollar spent on stand-alone hotels and rental cars through the CheapOair.ca branded desktop or mobile website.

Ancillary Offerings

- Earn two (2) Points for every U.S. dollar spent on an Ancillary Offering that is combined with the purchase of flights, hotels or rental cars through the CheapOair.com or OneTravel.com branded desktop or mobile websites.

- Earn two (2) Points for every Canadian dollar spent on an Ancillary Offering that is combined with the purchase of flights, hotels or rental cars through the CheapOair.ca branded desktop or mobile website.

In addition, Points multiply at the Gold and Platinum tiers, as follows:

- Gold Members: Points are doubled on each Qualifying Purchase.

- Platinum Members: Points are tripled on each Qualifying Purchase.

And purchasing using one of our brands' mobile applications doubles your points earned on top of any tier multiplier.

Qualifying Purchases can be made online on the Sites for the applicable brand that offers ClubMiles membership. No Points will be provided for purchases of stand-alone Ancillary Offerings. Except where required by law or provided for in these Terms, Points have no cash value. Points have no exchange rate to any market currency.

ClubMiles will attempt to credit your Account with the awarded Points on a timely basis, usually thirty (30) days after the booked travel was completed. Points are not earned on bookings that are cancelled. Changes or cancellations to the booked itinerary may result in differences between the estimated number of pending points calculated and the ultimate number of points that are credited to your Account for that itinerary. However, you have the responsibility of making sure that your Points are properly credited. Please retain copies of your purchases for your records. Any claim for Points not credited accurately must be received by us within six (6) months of the date of claimed accrual of such Points.

For clarity, where a purchase is made in whole via redemption of the Points, the portion of such purchase that includes a Points redemption will not be included in the total of the Qualifying Purchase. Points you earn upon making a Qualifying Purchase cannot be redeemed for that purchase and can only be redeemed for a subsequent Qualifying Purchase.

In the event of any ambiguity, uncertainty or dispute as to whether any particular itinerary or part thereof is a Qualifying Purchase, CheapOair shall have the right in its sole discretion to determine whether such travel is a Qualifying Purchase.

Points may also be awarded to you by ClubMiles as a goodwill gesture in the context of customer service (e.g., courtesy waiver of applicable fees). To avail yourself of these courtesy points, you will need to sign up for the Program on a Site.

## Points Expiration

In general, Points will not expire as long as a Qualifying Purchase was made through your ClubMiles Account with the brand on which the Points were earned at least once every two (2) years. "Qualifying Purchase" means a Points-eligible booking that has been completed through one of the Sites or over the phone, and has been confirmed in the case of flight bookings, or consumed in the case of hotel and rental car booking (meaning hotel check-out date or end of the rental car period). Points on your Account shall expire if no Qualifying Purchase was made through your Account with the brand on which the Points were earned for the preceding two (2) year period; however, Points rewarded as a customer service courtesy will expire on the expiration date assigned to them and should be redeemed before the assigned date.

## Redeeming Points

Points can be redeemed via instant redemption while booking on the Sites. You must have a minimum of 1000 Points in order to use instant redemption. The Points are redeemable for service fees charged by us and/or our affiliates in connection with your flight booking ("Service Fees") and fees charged by us and/or our affiliates when you purchase certain Ancillary Offerings (as defined below) ("Ancillary Offering Fees"). Service Fees exclude Enhanced Seat Assignment Fee, Baggage Service Fee, Post Ticketing Fees. The maximum savings from the redemption of Points on flights and Ancillary Offerings is the value of Service Fees and Ancillary Offering Fees. The exact number of Points required to redeem for certain Service Fees or Ancillary Offering Fees will be shown online on the applicable Site. ClubMiles reserves the right in its sole discretion to change the redemption options offered as well as the number of points needed to redeem for certain Service Fees or Ancillary Offering Fees at any time. ClubMiles also reserves the right to limit the quantity of Points an Account may redeem in a single transaction. Gift cards redeemed through the Program must be fulfilled online. All gift cards are subject to the issuer's own Terms & Conditions. At ClubMiles' discretion the Program may also allow you to use Points to get a discount off of certain types of travel or travel-related items booked on CheapOair.com.

Ancillary Offering means the following services:
- Travel Assist Classic
- Support Package (Premium Support or Supreme Support)
- Flexible Ticket
- Flexible Ticket Bundle (Flexible Ticket and Flight Watcher)
- TAC Bundle (Travel Assist Classic and Price Drop Assurance)

## Participation in the Program

ClubMiles reserves the right at any time to limit Program enrollment. We may terminate your participation in the Program and void or cancel your entire Points balance if you do not meet the Program eligibility requirements or any Points in your Account are issued, received, or redeemed through deception, fraud or theft, or otherwise illegally, or not as authorized in these Terms.

## Membership Tiers

There are four tiers in ClubMiles. Your tier is brand specific and with each incremental booking on the Site for a particular brand, your tier changes. You will get upgraded to the next tier level(s) based on the number of bookings you have made on the Site for a particular brand, as follows:

Bronze Member. To qualify for Bronze member tier status, you must agree to participate in the Program and adhere to these Terms.

Silver Member. To qualify for Silver member tier status, you will need to make one Qualifying Purchase on the Site for the particular brand.

Gold Member. To qualify for Gold member tier status, you will need to make two Qualifying Purchases on the Site for the particular brand.

Platinum Member. To qualify for Platinum member tier status, you will need to make at least three Qualifying Purchases on the Site for the particular brand.

Your tier expires 365 days from the date of your last booking date on the Site for the respective brand.

## Member Obligations

You agree not to misuse Program privileges by conduct which is detrimental to us, including without limitation: attempting to accrue Points or redeem Points in a manner inconsistent with our policies or the intent of these Terms; having multiple Accounts on the same brand; or participating in purchasing or redemption fraud. Points may not be shared or transferred and are not divisible in case of separation or divorce.

## The Program May be Suspended, Changed or Terminated

ClubMiles reserves the right, at its sole discretion and without prior notice, to suspend, change or terminate the Program, in whole or in part; to modify, limit or suspend the use of or redemption of Points in any respect, including but not limited to changing the types of redemption rewards that we make available to you; to modify or change redemption procedures, including the number of Points required for particular reward; to modify, limit or suspend the collection of Points, including but not limited to imposing time limits and changes in Points values. We may make these changes even though the changes may affect the value of Points already accumulated at any time and from time to time.

You understand and agree by participating in the Program that we can make these changes at any time, with or without notice. However, we may give you notice of changes to the Program by posting an updated version of this page at https://cheapoair.com/rewards/ or via email. Notwithstanding the foregoing, publication of revised or updated Terms and Conditions will be deemed notice of such changes. Your continued membership in the Program will be deemed as acceptance of the current Program and related Terms. ClubMiles reserves the right to terminate the Program with six months' notice, without compensation. This means that regardless of the number of Points you accumulate in the Program, your right to accumulate and redeem Points can be terminated six months after we give you notice.

You should not rely upon the continued availability of the Program, or any earning or redemption offers, merchandise or other offers made in connection with the Program. All merchandise and/or offers are available while supplies last and are subject to change and/or revocation without notice. ClubMiles will not be liable or responsible in any manner for any tax consequences which may arise out of your participation in the Program. You will be solely responsible for the reporting of any income tax benefits and the payment of any taxes.

## Limitation of Liability

ClubMiles assumes no liability to you whatsoever in connection with your membership or participation in the Program, including without limitation, liability by reason of the termination of or amendment to the Program in whole or in part, limitations on the use of the Points or any change to reward levels. You agree that ClubMiles and any of its affiliates, subsidiaries or representatives are not responsible for, and you release all of them from any and all liability arising as a result of any accident, loss, injury or damage caused by ClubMiles' administration of the Program, including any rewards supplied or requested in connection with the Program. ClubMiles is not liable for the product or delivery of service of any partner. In no event shall ClubMiles' liability with respect to the Program, including liability for negligence or breach of contract, be greater than the Points accumulated to your Account at the time the dispute arose, subject to these Terms.

If you have any questions regarding the Program, we can be contacted by email at rewards@CheapOair.com.

## CheapOair Credit Reward Terms

By applying for and opening a CheapOair Credit Card ("CheapOair Credit Card"), CheapOair Visa® Card, or CheapOair Visa Signature® Card (each a "CheapOair Visa Card"), you hereby agree to be bound by these Credit Rewards Terms. In addition, you acknowledge you have previously enrolled in the CheapOair Rewards Program (the "Rewards Program"), or if you have not, you agree to be enrolled in the Rewards Program, and to be bound by the Rewards Program Terms and Conditions ("Rewards Program Terms"), which are available at CheapOairCardRewards.com.

**Make Purchases with your CheapOair Credit Card or CheapOair Visa Card and Earn Reward Points**

When you make an eligible net purchase (eligible purchases minus credits, returns and adjustments) ("Eligible Purchase") with your CheapOair Credit Card or CheapOair Visa Card, you will automatically earn points in your Rewards Program account if your CheapOair Credit Card or CheapOair Visa Card account is open and in good standing both at the time you make an Eligible Purchase and at the end of your billing cycle during which you made an Eligible Purchase. Points earned for an Eligible Purchase will be calculated at the end of the billing cycle in which the Eligible Purchase was posted to your CheapOair Credit Card or CheapOair Visa Card account and will appear in your Rewards Program account within 60 days. Eligible Purchases do not include special financing purchases, balance transfers, cash advances, finance charges and fees associated with your credit card.

**Earn Points with Your CheapOair Credit Card**

When you use your CheapOair Credit Card for Eligible Purchases made at the CheapOair website or through the CheapOair telephone customer service center, you will earn 6 points for every US dollar spent, rounded to the nearest dollar. "Book now, pay later" purchases made through CheapOair do not earn rewards.

**Earn Points with Your CheapOair Visa Card**

- **Base Reward** When you use your CheapOair Visa Card for Eligible Purchases made everywhere Visa credit cards are accepted, you will earn 2 points for every US dollar spent, rounded to the nearest dollar.
- **Dining** When you use your CheapOair Visa Card for Eligible Purchases made at dining establishments, you will earn 2 additional points, for a total of 4 points for every US dollar spent, rounded to the nearest dollar. Eligible Purchases made at dining establishments will be determined by the merchant category code (the "MCC") associated with the merchant. A MCC is a four-digit classification code that is assigned to a merchant by the merchant's payment card network or merchant processor based on the predominant business activity of the merchant. The merchant's MCC

CheapOair.com Terms & Conditions

will determine whether an Eligible Purchase qualifies as being made at a dining establishment for the 4 point reward. For example, a dining purchase at the café area of a grocery store may have a MCC identification as a type of merchant other than a dining establishment and therefore would not qualify as a dining purchase under these Credit Reward Terms. Neither CheapOair nor Synchrony Bank assigns or has responsibility for the assignment of MCCs or evaluates what MCC should be assigned to a particular merchant.

- **CheapOair Purchases** When you use your CheapOair Visa Card for Eligible Purchases made at the CheapOair website or through the CheapOair telephone customer service center, you will earn 4 additional points, for a total of 6 points for every US dollar spent, rounded to the nearest dollar. "Book now, pay later" purchases made through CheapOair with your CheapOair Visa Card only earn the Base Reward which is 2 points for every US dollar spent, rounded to the nearest dollar.

### Redeem Your Points

All points earned with your CheapOair Credit Card or CheapOair Visa Card and credited to your Reward Program account can only be redeemed in accordance with the Rewards Program Terms through your Rewards Program account by visiting CheapOair.com/rewards. Your CheapOair Credit Card account or CheapOair Visa Card account must be open and in good standing when your reward points are calculated at the end of the billing cycle during which you made an Eligible Purchase. If your account is not in good standing at that time, any points earned will be not be posted to your Rewards Program account until your CheapOair Credit Card account or CheapOair Visa Card account is brought back into good standing status. If your CheapOair Credit Card account or CheapOair Visa Card account is closed for any reason before your reward points are calculated or credited to your Rewards Program account, you will forfeit all points you may have earned that had not yet been credited to your Rewards Program account. Points are only earned on the Credit Card account or Visa Card account used to make the purchase and are not based on the website on which the purchase is made. For example, if you use a CheapOair Credit Card account to make an Eligible Purchase on the OneTravel website, you will earn points on your CheapOair Rewards Program account (and not on your OneTravel Rewards Program account). If you have more than one Rewards Program account, you cannot transfer or combine points between accounts. Points will not expire as long as a Qualifying Purchase was made through your CheapOair Rewards Program account at least once every two (2) years. "Qualifying Purchase" shall mean a Points-eligible booking which has been completed.

### Other Conditions

The Rewards Program is owned and operated by Fareportal Inc. and/or its affiliates ("Fareportal"). Fareportal reserves the right to cancel, modify, restrict, waive or terminate the Rewards Program or any aspects or features of the Rewards Program, and Fareportal and Synchrony Bank (collectively, "We") reserve the right to cancel, modify, restrict, waive or terminate any aspects or features these Credit Reward Terms (including, without limitation, the number of points earned for each dollar in Eligible Purchases made with your CheapOair Credit Card or CheapOair Visa Card), at any time and without prior notice. Fareportal also reserves the right to remove any participant from the Rewards Program in the event of any fraud or abuse in connection with the Rewards Program. Points accumulated under the Rewards Program are not transferable, are not redeemable for cash, and may not be used for gift-giving purposes. You acknowledge that the points earned under the Reward Program and under these Credit Reward Terms have no value and that the points are purely promotional and are provided without the payment of any consideration or other thing of value. Unless and until points are redeemed in accordance with these Credit Reward Terms and the Rewards Program Terms, you have no right, title or interest in the points. If your CheapOair Credit Card or CheapOair Visa Card is closed, only the Rewards Program Terms will apply to your Rewards Program account and not these Credit Reward Terms. If your Rewards Program account is closed for any reason, you will no longer accumulate points with your CheapOair Credit Card or CheapOair Visa Card. The email address associated with your CheapOair Rewards Program account is the email address that will be able to accumulate and redeem the points earned with your CheapOair Credit Card or CheapOair Visa Card. In the event of any conflict between these Credit Reward Terms and the Rewards Program Terms, the Rewards Program Terms will control.

## CREDIT/DEBIT CARD PAYMENTS

a. All credit cards must have a verifiable US, Canadian or other country billing address. To see the list of countries where credit cards are accepted, click the drop menu down in the check-out page.

b. All bookings and fares are not guaranteed until ticketed by the supplier. For hotels, car rentals, and vacation packages, bookings are not guaranteed unless you receive a confirmation number by email.

c. When you submit your credit or debit card for a purchase, we request an authorization for the amount of your anticipated transaction (placing a temporary "hold" on the funds). If for some reason we are unable to confirm your booking, you will not be charged and we will request that such hold be released by your credit or debit card bank; until then, funds subject to the hold will not be available to you for other purposes.

d. If your credit card is declined for any reason, we will notify you within 72 hours. Simply submitting the credit card does not automatically guarantee ticketing.

e. **CheapOair** bears no responsibility in the event your credit or debit card is not approved or charged.

f. There can be many reasons why your credit or debit card may not have been approved or charged. Examples of these maybe: airline could not confirm the booking, fare increased since payment information was submitted and prior to ticketing; or sufficient funds not available on the credit card. In such instances where the fare may have increased, you will be provided with alternate options and you have the right to cancel the booking at no cost to you. When the booking is ticketed at the cost originally quoted to you the ticket becomes non-refundable and non-cancellable.

g. **CheapOair** uses stringent safety measures for credit card payment processing. Fraudulent transactions, if any, are reported to airport security, airlines and other federal and state law enforcement.

h. You agree to be liable for any and all credit card payments and you agree not to dispute charges after the purchase has been made and your tickets and/or other products have been delivered by email confirmation or have been shipped to you. You agree to reimburse **CheapOair** in cases of charge back or credit card disputes where you have genuinely purchased a service on our website.

i. Most credit card transactions over the phone to our Customer Service Department are recorded and are available as evidence in case of any dispute.

j. Online credit card transactions are authorized at the time a user or anyone acting on their behalf accepts these Terms & Conditions and continues with the purchase.

k. When certain transactions are determined to be high risk by our systems, we will not process such transactions unless our credit card verification team has determined that it's safe to process them. In order to establish validity of such transactions, we may contact you or your bank.

## CREDIT CARD DECLINES

If your credit card declines at the time of processing your transaction, we will make all efforts to notify you by email within 72 hours. The transaction will not be processed if your credit card has been declined. The fare and any other booking details are not guaranteed. **If there is a fare change you have a right to cancel the booking at no cost to you. There will be no service fees charged for this**.

## SEATS, MEALS, FREQUENT FLYER AND OTHER SPECIAL REQUESTS

Please note that your seats, meals, frequent flyer and other special requests are requests only. Any service fees that we charge for making such special requests on your behalf are non-refundable for services rendered and do not guarantee any particular result. We do not guarantee you will be assigned the seat(s) you have requested. We also do not guarantee that your meal(s), frequent flyer and other special requests will be honored by the airline. It is therefore recommended you contact your airline directly to confirm these requests prior to your scheduled departure date. Click here to view the list of airlines and phone numbers.

## BAGGAGE POLICY AND FEES

If you have excess baggage, you will have to pay any excess baggage fee assessed by each airline. Most airlines now charge baggage fees even for the first bag checked-in; we recommend traveling light to reduce these costs. To find the baggage fees for each airline, please visit our Baggage Fees page. Baggage fees range from $15 up to $200 or more depending on the size and weight of the bag and is per checked bag. These fees are to be paid directly to airline upon using such service. We make an effort to keep the baggage fees table updated but we recommend you contact the airline directly for the latest fees on check baggage and policy as it relates to baggage.

## BAGGAGE POLICY ON CONNECTING FLIGHTS

When there are two or more airlines involved for connecting flights, you may have to reclaim your bags at the connecting airport and check-in again to continue your journey. In these cases, if you have excess baggage, you will have to pay any excess baggage fee assessed by each airline. Most airlines now charge baggage fees even for the first bag checked-in, we recommend traveling light to reduce these costs. To locate the fees on baggage check-in by airlines, please visit our Baggage Fees

## AIRLINE OPTIONAL SERVICES AND PRODUCTS

From time to time and depending on the airline(s) operating your flight(s), we may provide you with the option to request through us Airline optional services and products in connection with your ticket(s), which may include, without limitation pre-reserved seat assignments and checked baggage.

Such optional services and products will be provided to you by the airline(s) and their purchase cost shall be in addition to the ticket cost and subject to the each airline's availability and terms of use. Any service fees that we charge for requesting such optional services and products on your behalf are non-refundable for services rendered and do not guarantee such requests will be honored by the airline(s). We strongly encourage you to check the restrictions the airline(s) operating your flight(s) might have in connection with the optional products and services you request through us.

You acknowledge that we are acting as a marketing agent with regard to any airline optional services and products. You agree that our entire aggregate liability to you arising out of or in connection with your request of any optional services and products through us is limited to the purchase cost of such services or products. We strongly encourage you to contact the operating carrier to resolve any issues concerning the use and availability of any such optional products and services.

## AIRLINES SCHEDULE CHANGES/FLIGHT CANCELLATIONS

### Airline Policy on Schedule Changes:

All Airlines have differing rules and policies regarding schedule changes, which are beyond our control.

Due to the operational needs of each airline, changes are often made to the flights that they are currently operating. Often these changes are a prediction of travel needs for a future dates but can also reflect same day changes. Types of changes could be: flight number changes, time changes, routing, date changes and or cancellations. Cancellations include when an airline has stopped or temporarily canceled service to certain cities, or stopped service on certain days of the week.

### Cancellations:

### Reasons for cancellations or schedule changes may include:

- peak or high travel seasons;
- low travel season;
- airport terminal or gate changes;
- fuel prices;
- civil unrest; and
- bankruptcy.

**CheapOair** does not assume any liability whatsoever for cancelled flights, flights that are missed, or flights not connecting due to any scheduled changes made by the airlines.

### Our Policy on Schedule Changes:

We make every attempt to notify the customer of any schedule changes. It is always best to contact the airline to reconfirm your flights within 72 hours of departure.

### Airline-Initiated Schedule Change(s):

Airlines sometimes initiate involuntary schedule changes due to a variety of reasons, such as changes in travel time, layover time, travel date, flight number, terminal changes, etc. These changes are made by the airline and are outside of our control. Some of these changes may be last-minute and/or occur while you are in transit.

If your airline initiates changes to your flight itinerary, you will not be charged for change fees or differences in airfare.

### Low Cost Carriers (LCCs)

If you booked your flight with a LCC, such as Frontier or Spirit, please contact your airline directly regarding any change in schedule. Our agents are unable to assist you with any changes to LCC bookings.

If you have chosen a combination of 2 one way tickets and one of the flights in your trip is operated by a LCC and the LCC initiated a change to that flight, please take the following steps:

1. You need to contact the LCC directly to make changes to the booking.
2. Once your changes are confirmed with the LCC, you may contact us if you need to make any additional changes to the non-LCC portion of your trip.

## Full Service Carrier

When any change(s) in schedule occurs on a full service carrier, we will work closely with the airline to provide you with a new flight option closest to your original flight time. Once we have a flight option, we will contact you. Some schedule changes require no action on your part. In other cases, you may need to take action, depending on the type of airline schedule change notification you receive from us and/or airline.

## Prior to Departure

If an airline has a change to any of its flights within a 4 hour period of your original flight times, we will notify you of such change by email. We will attempt to contact you via other information provided by you, but; if we are unable to get in touch with you, our email will serve as final notice. For all such changes within a 4 hour period, tickets will remain non-refundable. Certain ticket types may be non-refundable even when the schedule change is over 4 hours. **CheapOair** does not assume any liability whatsoever for cancelled flights, flights that are missed, or flights not connecting due to any scheduled changes made by the airlines.

## Date of Departure

If you have already arrived at the airport you will need to speak with an agent at the airline counter. During severe weather, options may be limited and although it is sunny where you are there may be bad weather at your destination or connection cities. You should always check the airlines website and weather channels for airport updates. It is always best to contact the airline directly, if it is the date of departure.

## Customers Obligations:

It is always important for the customer to reconfirm their flights with the airlines 24 to 72 hours prior to departure, especially if they are already traveling. You should periodically check emails for updates regarding flight schedules and respond in a timely manner.

## Customer Notification

Depending on departure date and when we receive the change from the airline we will attempt to send at least 3 emails and call at least 1 time. If you do not contact either **CheapOair** or the airline prior to your departure you may: miss your flights, lose the value of your tickets and possibly have your travel postponed by 1 or 2 days or even a few weeks before the airline can accommodate you.

## Services Provided

Once you have contacted **CheapOair** we will contact the airline on your behalf and try to come to a resolution. In some cases the only resolution may result in cancellation of the flight and refund.

**If a customer does not fulfill their obligation, they may miss their flight or lose the value of their reservation, and other options may not be available.**

We will make every attempt to get the airlines in question to re-protect the customer. It ultimately depends on the airline or airlines involved. If the airline is unable to re - protect the customer we will request a refund.

In the event that a flight is cancelled, **CheapOair** will attempt to contact the airline, find other flight options and/or discuss refund options.

## OVERBOOKING OF FLIGHTS

Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. Each airline has its own rules for dealing with such scenarios, which are contained in the airline's contract of carriage. Check with the airline or call us for details.

## UNACCOMPANIED MINOR

Each airline sets its own policies and regulations for children ages 16 through 18 (age may vary by airline) traveling without adult supervision. Please check directly with the airline for unaccompanied minor age requirements, restrictions and fees, as the following items may change at any time:

- Some airlines may not allow unaccompanied minors to travel without an adult.
- Some airlines will only allow unaccompanied minors to travel on non-stop flights.
- Anyone younger than 18 years of age, does NOT qualify as an adult, when two or more accompanied minors are traveling together.
- Many airlines may require additional fees to be paid at check-in.

You must call the airline to verify rules and restrictions for unaccompanied minor(s) traveling alone.

## VISA AND ENTRY REQUIREMENTS

All customers are advised to verify travel documents (transit visa/entry visa) for the country through which they are transiting and/or entering. Reliable information regarding international travel can be found at www.travel.state.gov and also with the consulate/embassy of the country(s) you are visiting or transiting through. **CheapOair** will not be responsible if proper travel documents are not available and you are denied entry or transit into a Country.

Your transaction with CheapOair does not guarantee entrance to the country of destination. Traveler understands that **CheapOair** accepts no responsibility for determining passenger's eligibility to enter or transit through any specific country. Information, if any, given by **CheapOair's** employees must be verified with government authorities. Such information does not imply responsibility on **CheapOair**'s behalf.

## GENERAL RESTRICTIONS

All flights should be confirmed with the airline directly as they may have last minute schedule changes. You must re-confirm at least 24 hours prior to departure for domestic flights and 72 hours for flights to Hawaii and international destinations.

In most cases, upgrades and standbys will not be permitted. Upgrades/standby are strictly the responsibilities of the respective airlines.

Many of our discounted tickets do not allow for frequent flyer mileage accrual.

All seat requests will be forwarded to the airlines. Please be advised that not all seat requests are guaranteed. If you want to receive immediate confirmation on your seat or if you have any special requirement such as "stretcher assistance" or "wheelchair", please contact the airline directly.

We reserve the right to cancel requests for travel to destinations that have been embargoed by the US government.

A passenger's duty or departure tax may be assessed upon departure from international destinations such as Mexico, Caribbean, the United Kingdom and Australia. These are local government taxes collected at the airports and are not included in initial ticket costs.

A $28 administrative fee will be charged for travel receipts requested for bookings that were made a year or more ago.

## HUMAN ERROR

If any of our agents make a mistake in the booking process we shall make reasonable attempts to rectify these errors at the time of occurrence. **CheapOair** stands committed to providing compensation up to a maximum of the entire service fees that **CheapOair** has collected for that booking in addition to a $50 coupon as redemption towards purchases from **CheapOair** within 12 months in the future. You must notify us of errors within 24 hours of receiving your itinerary. Beyond this 24 hour period, **CheapOair** will not be responsible for these errors.

## ITINERARY RE-CONFIRMATION

It is the responsibility of the traveler who has booked with us online or has made the booking directly with a customer service agent to review and reconfirm names, dates, flight numbers, airlines and routing including all airport changes. If you discover any discrepancy in your itinerary, you are requested to immediately contact a **CheapOair** customer service agent within 4 hours from the time the booking was completed.

If you fail to contact us by phone within 4 hours of completing the booking, we shall consider the booking you have made to be acceptable to you and we do not assume any liability thereafter for any discrepancy in your booking.

You are requested to review and save the itinerary.

## HAZARDOUS MATERIALS

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years of imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Examples: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals. There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information contact your airline representative.

## DISINSECTION

Some destination countries may require the air carrier or foreign air carrier to treat an aircraft passenger cabin with insecticides prior to the flight or to apply an aerosol insecticide in an aircraft cabin used for such a flight when the cabin is occupied with passengers. Additional information can be obtained from the U.S. Department of Transportation (//www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements).

## HOTEL RESERVATIONS RULES AND REGULATIONS

Photos of the hotel and information provided regarding the service, amenities, products, etc. have been provided to us by the supplier. **CheapOair** accepts no responsibility for any changes that the supplier has not updated.

Specific features such as bedding type or non-smoking rooms are simply a request and not guaranteed unless otherwise specified by the hotel. While most hotels will strive to honor your requests, neither **CheapOair** nor the hotel will guarantee that your request will be honored.

Some rates have special requirements such as Corporate, Government (including Military), AAA, or AARP membership. These rates will require you to present identification at the time of check-in to prove that you're eligible for those special rates. Hotel properties are not obligated to honor these rates if you do not qualify or if you don't have identification confirming your eligibility.

No refunds will be issued for unused room nights due to early departures.

Some hotels offer an Airport Shuttle as an extra service. You should always contact the hotel prior to check-in to find out availability and pricing.

Booking Bonus' that are offered by the hotels, such as free breakfast, tours, etc. are all subject to change and availability and are controlled by the hotel directly.

### Pet Policies:

It is very important that you confirm directly with the property that they do, indeed, accept pets. **CheapOair** accepts no responsibility for an individual property's pet policy. You must call the hotel directly to confirm pet policies, including fees and pet restrictions on breeds and size.

### Pre-Paid Reservations:

Prepaid Reservations are charged to your credit card at the time of booking. This charge includes Full Base Amount (room only) of the reservation. Resort fees, energy surcharges and cleaning fees, may be charged on a daily basis. They also will collect for incidentals such as meals, movies, games, wet bar, parking, and phone calls. Rates are only guaranteed at the time of booking.

### Pre-Paid Booking Vouchers:

Some hotels will require a voucher at check-in. **CheapOair** will send the voucher to the email address supplied to us when your booking was made. It is always recommended you have a copy of your email confirmation with you at check-in.

### Book Now, Pay Later Bookings:

Book Now, Pay Later Reservations use your credit card to hold your reservation until you arrive for check-in. **CheapOair** strongly recommends that you confirm Book Now, Pay Later reservations directly with the hotel, no sooner than 24 hours prior to check-in. On some non-prepaid hotels, hotel companies require a deposit up to the full amount of the stay. These rates are usually non-refundable, with no modifications allowed.

### Meal Plans:

Meal Plan are the sort of dining arrangements that you have selected for your hotel stay. For example you may have selected a hotel which cooks all your meals for you and which are included in the price. Or, you may have selected an apartment with cooking facilities, which means you arrange your own meals. Meal Plan meanings and abbreviations are as follows:

- Room Only (RO) means that no meals will be included in the price you have paid for your accommodation/vacation package.
- Self-Catering (SC) means that no meals are included in the cost of your accommodation/vacation package, but you will be provided with catering facilities in your accommodation to cook light meals.
- Bed and Breakfast (BB) means that breakfast is included in the price you have paid for your accommodation/vacation package.
- Half Board (HB) means that your breakfast and evening meal is included in the price you have paid for your accommodation/vacation package. In some cases you can choose to receive lunch instead of breakfast - the hotel will confirm this upon arrival.
- Full Board (FB) means that breakfast, lunch and evening meals are included in the price you have paid for your accommodation/vacation package.
- All-Inclusive (AI) means all meals and locally produced drinks are included (until midnight, when a cash bar system may operate. This may vary depending on the accommodation). You may also be entitled to entertainment and non-motorized water sports laid on by your hotel.

Photos of the hotel and information provided regarding the service, amenities, products, etc. have been provided to us by the supplier. **CheapOair** accepts NO RESPONSIBILITY for any changes that the supplier has not updated.

Specific features such as bedding type or non-smoking rooms are simply a request and not guaranteed unless otherwise specified by the hotel. While most hotels will strive to honor your requests, neither **CheapOair** nor the hotel will guarantee that your request will be honored.

Some rates have special requirements such as Corporate, Government (including Military), AAA, or AARP membership. These rates will require you to present identification at the time of check-in to prove that you're eligible for those special rates. Hotel properties are NOT obligated to honor these rates if you do not qualify or if you don't have identification confirming your eligibility.

Pet Policies - It is very important that you confirm directly with the property that they do, indeed, accept pets. **CheapOair** accepts NO RESPONSIBILITY for an individual property's pet policy. You must call the hotel directly to confirm pet policies, including fees and pet restrictions on breeds and size.

Some hotels offer an Airport Shuttle as an extra service. You should always contact the hotel prior to check-in to find out availability and pricing.

Booking Bonus' that are offered by the hotels, such as free breakfast, tours, etc. are all subject to change and availability and are controlled by the hotel directly.

## Hotel Changes, Cancellations and Refunds:
Any changes or cancellations should be requested by calling customer service.

## No-Show Policy:
A No-Show is when you fail to show up to check-in for your reservation without prior notification. If you are not going to check in for your reservation you will need to contact the hotel directly. Depending on the hotel restrictions you may be charged penalties or lose the entire pre-paid or deposit amount of you booking.

## Hotel Confirmation:
Hotels may take up to 24 hours to return a confirmation number. The process starts when you book the hotel on our Site. We will send you an email stating that your reservation is confirmed. This is to let you know that we have received your request. If you do not receive any email communication from **CheapOair**, please email feedback@cheapoair.com and include the confirmation number and a contact phone number. We suggest you to reconfirm your hotel reservation 24 hours prior to check in.

In many cases, the hotel will not receive the actual guest name until 72 hours prior to arrival. Your reservation is secured and guaranteed once you have received the final confirmation email and or voucher. We recommend you contact the property within three (3) days of your scheduled arrival to confirm your details.

## All About Changes, Cancellations and Refunds
Any changes or cancellations should be requested by calling customer service.

We understand that sometimes plans change. Listed below are additional cancellation and change policies. Some policies may vary by property:

a. For high-demand special events (i.e.: the Super Bowl, Olympics, New Year's Eve in Times Square) or peak seasonal dates many hotels may change the cancellation policies of the booking.
b. Cancellations or modifications to the reservation may be subject to **CheapOair** cancellation fees in addition to fees charged by the property.
c. Changes to dates, reduction in rooms or any other amendments are subject to fees based on the hotel's policy.
d. No credits can be issued for unused room nights due to early departures.
e. Stay extensions require a new reservation. Original room rate is not guaranteed.
f. Refunds for early departures, no-shows or cancellations are at the sole discretion of **CheapOair** and **CheapOair**'s hotel suppliers.
g. We reserve the right to be indemnified by you in full against all loss, costs, damages, charges and expenses incurred by us as a result of any cancellation for any reason.
h. You must call **CheapOair** if you have any issues during check-in or check-out. Many issues may be resolved by a simple phone call.

## Payment, Taxes and Fees
In connection with facilitating your hotel transaction, the charge to your debit or credit card will include a charge for taxes and fees. This charge includes an estimated amount to recover the amount we pay to the hotel in connection with your reservation for taxes owed by the hotel including, without limitation, sales and use tax, occupancy tax, room tax, excise tax, value added tax and/or other similar taxes. In certain locations, the tax amount may also include government imposed service fees or other fees not paid directly to the taxing authorities but required by law to be collected by the hotel. The amount paid to the hotel in connection with your reservation for taxes may vary from the amount we estimate and include in the charge to you. The balance of the charge for taxes and fees is a fee we retain as part of the compensation for our services. The charge for taxes and fees varies based on a number of factors including, without limitation, the amount we pay the hotel and the location of the

hotel where you will be staying, and will include profit that we retain.

For new reservations **CheapOair** will charge booking service fees - up to $42 per room per night.

For changes/cancelations/refunds of Hotel reservation, All **CheapOair** hotel reservation booking fees are non-refundable. **CheapOair** will charge a service fee up to $25 per room in addition to supplier penalty fees, if any.

Except as described below, we are not the vendor collecting and remitting taxes to the applicable taxing authorities. Our hotel suppliers, as vendors, include all applicable taxes in the amount billed to us and we pay over such amounts directly to the vendors. We are not a co-vendor associated with the vendor with whom we book or reserve your travel arrangements. Taxability and the appropriate tax rate and the type of applicable taxes vary greatly by location.

For transactions involving hotels located within certain jurisdictions, the charge to your debit or credit card for taxes and fees includes a payment of tax that we are required to collect and remit to the jurisdiction for tax owed on amounts we retain as compensation for our services.

Please note that we are unable to facilitate a rebate of Canadian Goods and Services Tax ("GST") for customers booking Canadian hotel accommodations utilizing our services or for Value Added Tax ("VAT") or similar taxes imposed by countries outside the United States.

Currency conversions are based on approximate exchange rates at the time of booking and should be used for an approximate guide only. These rates are approximate base room charges. Individual hotels collect payment for per night room tax, resort fees, and cleaning fees, which may be accessed on a daily basis. They also will collect for incidentals such as meals, movies, games, wet bar, parking, and phone calls.

### Source of Inventory

In order to provide wide variety of hotels /accommodations to our customers, **CheapOair** sources the inventory from a variety of third party suppliers and direct contracts, some of which have their own terms and conditions which may apply to your booking. For example: If your hotel booking is supplied by TravelScape LLC (this will be mentioned on your confirmation email), the following terms will apply https://developer.ean.com/terms/en/

### Worry-Free Cancellation Policy:

- To qualify for a worry-free cancellation, a reservation can only be cancelled online. Sign in into your CheapOair.com account by clicking here. If you don't have a CheapOair.com account create one here.
- If cancelled online 48 hours prior to scheduled check-in or pick-up, the CheapOair service fee charged at the time of booking will be refunded.
- Reservations cancelled by phone or within 48 hours of check-in or pick-up date/time are not fully refundable. Cancellation fees will apply and the CheapOair booking service fee will be non-refundable.

---

## CAR BOOKINGS RULES AND REGULATIONS

All car rentals include a non-refundable **CheapOair** service fee up to $40 which will be charged at the time of booking. If you have purchased car rental insurance, this will also be billed at the time of booking. Changes and cancellations to car rentals are subject to additional fees by us and/or the supplier.

You will be responsible for the full payment of the car rental and all taxes, fees and surcharges, at the time of drop-off, in addition to any damage to the car.

Renters not meeting the minimum age requirement will not be given a car and will be cause to void the policy agreement.

A valid driver's license and credit card (or other preapproved payment methods) are required at time of rental. If the driver's license is in another language other than English and the rental is in the United States, an International Driver's Permit may be required. Most rental companies require a Commercial Driver's License for renting a full size van.

Additional taxes and service fees may be imposed by the car rental agency at the time of pick-up and/or drop off. Please verify all fees and rental details with the car agency. Car rental reservations

cannot be transferred from one person to another.

Additional equipment, such as child safety seats, navigation systems, etc. must be requested in advance and are not guaranteed. It is highly recommended you purchase some type of car insurance if you are not covered by your own policy. You can be held responsible for any damage to the rental car that was not documented prior to driving the car off the rental lot. There will be an additional fee for any "One Way" rentals. This fee can be higher if picking up in one state and dropping off in another. Please double check for any surcharges or fees if you will not be returning the car to the exact same location you picked it up from.

Daily rates imply a 24 hour reservation period. Weekly rates imply a 5-7 day reservation period. You could be charged additional fees for cars returned at a different time or date or location from the original reservation. For example, holding the car for 27 hours could cost you a single daily rate, plus an hourly rate or half a day rate or a full day rate as imposed by the supplier for the additional 3 hours.

Unlimited mileage rates have no restrictions on the number of miles you are allowed to drive. However, certain geographical restrictions may still apply. Miles per day rates specify a maximum number of miles that you are allowed to accumulate. A per mile fee will be charged for any additional miles.

## Drivers Must:

a. meet age requirements;

b. present a credit card in the driver's name; and

c. present a valid driver's license.

## Payment Taxes and Fees:

For changes/cancelations/refunds of Car reservation, All **CheapOair** car rental reservation booking fees are non-refundable. **CheapOair** will charge a service fee of $15 in addition to supplier penalty fees, if any.

## Other Restrictions:

Some rates may apply only to cars picked up within 24 hours of the arrival time shown on an airline boarding pass or ticket. If you require a pick up time outside of that timeframe, please contact the car rental agency to confirm they will honor your reservation.

If you are using a debit card, please check with the supplier or email us to determine if there are additional restrictions. Some rental companies will not accept a debit card as a valid form of payment and could result in being denied the rental. Local residents may have additional restrictions. It is recommended you check with us or the car rental company to verify. Falsifying information may void company liability and you may be responsible for any damages or injuries that may incur.

## Copyright Notice:

Automotive Images, Copyright [2000 - 2020] izmo, Inc. All Rights Reserved. The automotive images contained herein are owned by izmo, Inc. and are protected under United States and international copyright law. Access to and use of these images is restricted by terms and conditions of a separate license agreement. Any unauthorized use, reproduction, distribution, recording or modification of these images is strictly prohibited.

## Worry-Free Cancellation Policy:

- To qualify for a worry-free cancellation, a reservation can only be cancelled online. Sign in into your CheapOair.com account by clicking here. If you don't have a CheapOair.com account create one here.

- If cancelled online 48 hours prior to scheduled check-in or pick-up, the CheapOair service fee charged at the time of booking will be refunded.

- Reservations cancelled by phone or within 48 hours of check-in or pick-up date/time are not fully refundable. Cancellation fees will apply and the CheapOair booking service fee will be non-refundable.

## VACATION PACKAGE RULES & REGULATIONS

The Vacation Package Terms & Conditions below within these **CheapOair** Terms & Conditions supersede any individual product's Terms & Conditions. The Airline Ticket Terms & Conditions, the Hotel Terms & Conditions, the Car Rental Terms & Conditions, and the Attractions and Services Terms & Conditions supplement any area not covered by the Vacation Package Terms & Conditions. **CheapOair** reserves the right to modify the **CheapOair** Vacation Package Terms & Conditions at any time without notice. In the event that the **CheapOair** Vacation Package Terms & Conditions change, the modified terms will go into effect on the date when posted on this Site. The amended Terms & Conditions, including but not limited to, change and cancellation policies as shown below shall take precedence over any previously published and conflicting applicable policies and Terms & Conditions to any individual travel product included in the Vacation Package.

All prices are displayed in United States Dollars (USD).

All vacation packages are non- refundable and non-transferrable.

Your credit card will be charged for the full amount of your **CheapOair** vacation package at the time of booking. No portion of the vacation package is guaranteed (such as price, availability and/or dates of travel) until the full payment of the entire Vacation Package is received.

## PAYMENT IN FULL CONSTITUES FINAL ACCEPTANCE OF THE CHEAPOAIR VACATION PACKAGE TERMS & CONDITIONS

Government-issued ID and proof of citizenship are required for international travel (for all countries outside of the United State of America). It is your sole responsibility to provide the proper documents. Transit visas may be required. For any questions you may contact the corresponding local consulate of the countries to which you are traveling. At all times throughout the trip a government-issued photo ID is required for security checks at airport, hotels, car rental pickups, attractions, and other travel related products as so deemed by suppliers.

Citizens of the U.S. must carry a valid passport for international travel. You will not be entitled to any refunds whatsoever if travel with improper travel documents and thus resulting in denied boarding, delayed travel, or unused portions of your **CheapOair** vacation package.

All travelers on one a single booking record (if more than one traveler) must travel on the same itinerary. Upon completion of booking, individual travelers cannot be added to, and/or deleted from any **CheapOair** Vacation Package.

Name changes are not permitted. Your reservations cannot be transferred or changed to another name or destination upon completion.

## Cancellation by Suppliers

Each portion of your **CheapOair** Vacation Package is provided by the separate airline, hotel, rental car company and other travel service providers (each a "Travel Supplier"). In the event that a Travel Supplier cancels a portion of your Vacation Package, we will, at your request, try to obtain alternative arrangements. However, we will not be responsible for the performance of the Travel Supplier and/or for the reimbursement of money paid by you (and/or any incidental or consequential or other damages) if the Travel Supplier fails to perform its obligations. We accept no responsibility for information supplied to us by third parties.

Frequent traveler points and/or miles may or may not be available for any portion of a Vacation Package.

Special requests are just requests. We will endeavor to pass any reasonable requests to the Travel Supplier; however, we regret that we cannot guarantee that your special request will be fulfilled.

## Pricing, Taxes/Fees, and Payment:

For new reservations **CheapOair** will charge service fees of $50 per-passenger, per-ticket basis for flight bookings, $42 per room per night for hotel bookings and up to $40 for car rental bookings.

Prices and availability are valid only in conjunction with a vacation package in its entirety, and do not apply to any single portion thereof. **CheapOair**, due to contractual requirements, is not able to provide you with a breakdown of the cost for each portion of your Vacation Package booking.

Prices include all taxes and fees applicable to airfare, hotel accommodation, car rentals and activities of your vacation package. Additional fuel, security, baggage, seat reservation, hotel incidental, and other applicable service surcharges may apply which will be charged by the respective travel supplier at time of check-in. You are solely responsible for any such additional surcharges due to the Travel Supplier; if you have any questions about such surcharges, please contact respective the Travel Supplier directly. Government entry/exit fees may apply, depending on your destination.

Prices quoted for your vacation package do not include liability insurance, collision damage waiver, personal accident insurance, personal effects protection, drop-off charges, gas, child safety seats, sky racks or incidental room charges at the hotel (telephone, movies, energy surcharges and any applicable increases in taxes). All such charges must be paid at the car rental pick-up location and/or at the check-in counter at the hotel.

Payment must be made in full with a valid credit card at the time of booking. **CheapOair** accepts all major credit cards with a verifiable United States or Canadian billing address.

You authorize **CheapOair** and its authorized third party to charge the credit card you have provided for the amount of the vacation package booking.

Travel Suppliers require a valid credit card to be presented at the time of check-in at the hotel and/or at the pick-up location of the car rental company. This is to provide confirmation of authorized card usage and/or to secure any additional charges. The cardholder must be a traveler listed on the booking.

Debit cards may not be accepted by some Travel Suppliers. Check directly with the Travel Supplier prior to arrival.

## Vacation Package Changes, Cancellation and Refunds:

You must call **CheapOair** prior to departure to change or cancel any **CheapOair** vacation package bookings. Please do not call the individual Travel Suppliers. Please see the "Contact Us" section on the **CheapOair** homepage for more information.

Once a package is booked, some or all of the components may be non-refundable. Packages can only be canceled according to the cancellation rules of each individual travel product component which make up the package.

All travelers on a single booking record (if more than one traveler) must travel together on the same itinerary. Upon completion of booking, individual travelers cannot be added to, and/or deleted from any **CheapOair** vacation package.

You shall be responsible for any and all cancellation fees assessed by **CheapOair** and travel suppliers for airline tickets, hotel reservations, car rental bookings and other travel services.

Partial changes or cancellations to one product component of the package may not be allowed by certain Travel Suppliers. In such cases all components such as air, car, and hotel must be changed at the same time. You can check with a **CheapOair** customer service representative for more detailed information regarding your package.

Upon commencement of your trip no changes are allowed and no refunds will be made for early check-out and/or car rental return, and/or for any unused portion of the vacation package.

In the event that changes or a cancellation is allowed for a vacation package, **CheapOair**'s service fee for processing such change or cancellation will be $75 per-passenger, per-ticket for flights, $25 per room per night for hotel and $15 for car bookings in addition to any fare difference and any applicable Travel Supplier fees.

**Cancel and Refund**: In the event that a portion of your vacation package is refundable, the refundable portion thereof will be refunded less any cancellation fee. No refund will be made for any unused or partially used portions of the vacation package.

## Flight Component Policies:

- Airline Ticket Terms & Conditions include various rules and restrictions which apply to your airline ticket(s).
- Any and all changes are subject to availability, limitations and restrictions determined by Travel Suppliers (availability may be very limited during peak travel periods).
- Most flight tickets are not changeable/transferable and non-refundable.
- Origin and destination cities for any **CheapOair** vacation package cannot be changed.
- No changes are allowed to the number of travelers.

## Hotel Component Policies:

- Hotel Terms & Conditions include various rules and restrictions that apply to your hotel booking.
- Hotel properties cannot be changed, however, room category changes may be allowed in certain cases. Call **CheapOair** to inquire of such changes.
- For certain hotels, once your booking is confirmed, your reservation may be non-refundable in its entirety. Check cancellation/change policy for the hotel prior to booking.
- You will be solely responsible for any and all incidental charges at the hotel, including, but not limited to charges for telephone access, internet access, movies, energy surcharges, resort fees, parking fees, room service and other services provided by the hotel that you request during your stay at the hotel.

## Car Rental Component Policies:

- Car Terms & Conditions include various rules and restrictions that apply to your car rental reservation.

- Booked car categories cannot be downgraded (i.e., mid-size to economy).
- No refunds will be made for unused car rentals, in part or in its entirety whatsoever.
- Extra charges, including but not limited to fuel, fuel plans; optional collision damage, personal injury, theft and/or other protection plans, airport assessed taxes and fees, overtime and drop off charges, children's safety seats, ski racks, GPS and other optional items, if any, are subject to direct payment by you to the car rental company at the car pick-up location.

## Activities Component Policies:

- Activities Terms & Conditions include various rules and restrictions that apply to your activities booking.

## Responsibility:

**CheapOair** makes arrangements with third-party suppliers for tour and package services and accommodations, including air transportation, lodging, and car rental (each a Travel Supplier). **CheapOair** is not an agent of the customer or of the travel supplier providing travel related services. By using this Site, you waive any claim against **CheapOair**, its subsidiaries or affiliates, and any of such party's officers, directors, agents, contractors, or employees, and expressly agree that neither **CheapOair** nor any of its subsidiaries, affiliates, officers, directors, agents, contractors or employees, shall be held liable for a) any loss of or damage to property or injury to any person caused by reason of any defect, negligence, or other wrongful act of omission of, or any failure of performance of any kind by any other transportation company, vendor, or supplier; b) any inconvenience, loss of enjoyment, mental distress or other similar matter; c) any delayed departure, missed connections, substitutions of accommodations, terminations of service, or changes in fares and rates; d) any cancellation or double booking of reservations or tickets beyond the reasonable control of **CheapOair**; and e) any claim of any nature arising out of or in connection with air or other transportation, services, or other features performed or occurring in connection with any package component. Your sole remedy, if any, is with the specific Travel Supplier regarding your claim for that travel product and/or service and not **CheapOair**.

**CheapOair** strongly recommends the purchase of travel protection, which may help to recover certain change and cancellation fees. **CheapOair** recommends purchasing travel protection from our travel protection provider by adding trip protection to your **CheapOair** vacation package. Travel protection pay outs are subject to limits of coverage. Please read the "Travel Protection Terms & Conditions" for full details. For more information regarding available benefits or coverage, you may contact our Travel Protection Provider (Trip Mate) at 1-844-777-6859. Changes to your travel plans may require changes to your coverage. In the event your plans change, please contact our travel protection provider to confirm that the coverage of your policy is adequate.

## Documents:

Electronic confirmation and documentation will be sent to the email address on record unless otherwise stated.

---

# SUBMISSIONS, FEEDBACK, REVIEWS AND BLOG COMMENTS

We welcome you as a **CheapOair** account member and we welcome your comments, submitted reviews of our services and the travel products and services of suppliers and vendors. CheapOair shall have the right (but not the obligation) to, monitor and review your Submissions (defined below) and any other information transmitted or received through our Site. We reserve the right to censor, edit, remove or prohibit the transmission or receipt of any information that we deem inappropriate or in violation of these Terms & Conditions. Any and all submissions, whether in text or graphical format to this Site by opening a **CheapOair** account, any e-mail, postings on this Site or otherwise (such as blogs and Facebook[®]), including any hotel reviews, questions, comments, suggestions, ideas or the like contained in any submissions (collectively, "Submissions"), you make includes an explicit consent to use such Submissions, and you hereby grant **CheapOair** and its affiliates and the affiliated, co-branded and/or linked website partners through whom we provide our travel products and services: a worldwide, nonexclusive, royalty-free, perpetual, transferable, irrevocable and fully sublicensable right to (a) use, reproduce, modify, adapt, translate, distribute, publish, create derivative works from and publicly display and perform such Submissions throughout the world in any media, now known or hereafter devised; and (b) use the name, any likeness and all graphics that you submit in connection with such Submission. You acknowledge that we may choose to provide attribution of your comments or reviews (for example, listing your name and hometown on a hotel review that you submit) at our discretion, and that such submissions may be shared with our suppliers. You further grant us the right to pursue at law any person or entity that violates your or our rights in the Submissions by a breach of these Terms & Conditions. You acknowledge and agree that Submissions are non-confidential and non-proprietary. We take no responsibility and assume no liability for any Submissions posted or submitted by you. We have no obligation to post your comments; we reserve the right in our absolute discretion to determine which comments are published on the Site. If you do not agree to these Terms & Conditions, please do not provide us with any Submissions.

You are fully responsible for the content of your Submissions, (specifically including, but not limited to, reviews posted to this Site). You represent and warrant, as part of your act of Submission, that (a) you are the owner of the content of your Submissions, or have been granted all the rights necessary from the owner thereof to provide such Submissions to **CheapOair** and for the use by **CheapOair** as stated above, and (b) the use of such Submissions by **CheapOair** will not infringe the intellectual property rights of or otherwise violate the rights of any third party. You shall be solely liable for any damages resulting from any infringement of copyright, trademark, or other proprietary right or any other harm resulting from your use of the Site and **CheapOair**'s use of your

Submissions.

You are prohibited from posting or transmitting to or from this Site: (a) any unlawful, threatening, libelous, defamatory, obscene, pornographic, or other material or content that would violate rights of publicity and/or privacy or that would violate any law; (b) any commercial material or content (including, but not limited to, solicitation of funds, advertising, or marketing of any good or services); and (c) any material or content that infringes, misappropriates or violates any copyright, trademark, patent right or other proprietary right of any third party. You shall be solely liable for any damages resulting from any violation of the foregoing restrictions, or any other harm resulting from your posting of content to this Site or any Submission. You acknowledge that **CheapOair** may exercise its rights (e.g. use, publish, delete) to any content you submit without notice to you and without any payment of any kind. If you submit more than one review for the same hotel, only your most recent submission is eligible for use.

---

## REPORTING CLAIMS OF COPYRIGHT INFRINGEMENT

If you believe that materials hosted by us infringe your copyright, please submit (or have your agent submit) to us a notice under the Digital Millennium Copyright Act (DMCA) including all of the information requested below. If you fail to provide all of the requested information, we will not process your notice. You may wish to seek legal counsel prior to submitting a copyright infringement notice. You could be held liable for alleging false claims of copyright infringement.

- A physical signature of the person authorized to act on behalf of the owner of the copyrighted work;
- A description of the copyrighted work that you claim has been infringed upon;
- A description of where the material that you claim is infringing is located on the Site;
- Your address, telephone number, and e-mail address;
- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Our DMCA Copyright Agent for notice of claims of copyright infringement on the site can be reached as follows:

Fareportal Inc.
137 West 25th Street,
11th Floor New York
NY 10001 United States
Attn: Legal Team
e-mail: legal@fareportal.com

We reserve the right in appropriate circumstances to remove content on the Site alleged to be infringing without prior notice, and/or to terminate the accounts of users who infringe any intellectual property rights of others.

---

## MISCELLANEOUS GENERAL TERMS & CONDITIONS

### AUTHORITY TO SEND COMMUNICATION

By using this Site, making a travel reservation or booking, or approving this transaction you are authorizing **CheapOair** to send you communication in the form of email, postal mail, instant messaging, phone call and any other form of electronic or paper communication. These communications will be primarily for customer service and may include special offers.

### COPYRIGHT AND TRADEMARK NOTICES

© 2006-2020 "**CheapOair**" and "CheapOair.com the only way to go!!" are registered trademarks. All rights reserved. © 2006-2020 Fareportal, Inc. All rights reserved. Fareportal, Inc. owns the copyright of all material displayed on this website. Anyone accessing this website may view and print material from this website for information purposes only. Any copyright material of this website is strictly restricted to non-commercial use only and must include this copyright notice. Fareportal, Inc. is the owner of the trademarks "**CheapOair**" and "**CheapOair** the only way to go!!". Other trademarks and service marks displayed on this Site are the trademarks and service marks of their rightful owners.

## REGISTERED SELLER OF TRAVEL

States in which **CheapOair** is required to hold a license to sell travel services are:

California: CST #2073455,

Florida: ST37449,

Iowa: SOT #967,

Nevada: SOT #2007-1137,

Washington: WASOT #602755832

(Affiliate DBA of Travelong, Inc.) Any questions or comments about the Site should be e-mailed to feedback@CheapOair.com

## TERMINATION

We reserve the right, in our sole discretion, and without liability, to terminate your access to all or part of the Site, with or without notice, for any reason or no reason.

## SEVERABILITY

These Terms & Conditions are severable. In the event that any provision is determined to be unenforceable or invalid, such provision shall nonetheless be enforced to the fullest extent permitted by applicable law, and such determination shall not affect the validity and enforceability of any other remaining provisions.

## NO WAIVER

No failure on the part of **CheapOair** to enforce any part of these Terms & Conditions shall constitute a waiver of any of **CheapOair**'s rights under these Terms & Conditions, whether for past or future actions on the part of any person. Neither the receipt of any funds by **CheapOair** nor the reliance of any person on **CheapOair**'s actions shall be deemed to constitute a waiver of any part of these Terms & Conditions. Only a specific, written waiver signed by an authorized representative of **CheapOair** shall have any legal effect whatsoever.

## DATA SCRAPING

If you abuse this Site with numerous scans, data scraping, or screen scraping, we reserve the right to terminate your access to this Site immediately, without notice.

## NO RELATIONSHIP

Nothing contained in these Terms & Conditions shall be deemed or construed as creating a joint venture, partnership, independent contractor or employment relationship between us or any of the parties hereto based on your use of the Site or making travel reservations or bookings. Neither you nor **CheapOair** is, by virtue of these Terms & Conditions, authorized as an agent, employee or legal representative of the other party. No party shall have any power or authority to bind or commit any other party.

---

## SERVICE HELP

For quick answers to your questions or ways to contact us, visit our Customer Support Center. Or, you can write to us at:

Attn: Customer Service - CheapOair
Fareportal, Inc.

137 West 25th Street,
11th Floor New York,
NY 10001 United States
Last Revised April 2017
© 2006-2020 Fareportal, Inc. All rights reserved.