**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AMIRA HAMAD, TAYLOR HARRINGTON,**
**ADRIENNE KRAFT, JOLENE YEADO,**
**SHARON PINE, TESS GAYNOR, CAMILLE**
**CRAWFORD, JOANNE HINRICHS, MASON SPRAGUE,**
**BEATA URBANOWICZ, STEFANI GIMENEZ,**
individually and on behalf of similarly situated others,

    Plaintiffs,

v.                                                              Case No. 6:23-cv-01209

**FRONTIER AIRLINES, INC.**,
a Colorado Corporation

    Defendant.
_____

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Frontier Airlines, Inc., makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    Frontier Group Holdings, Inc., a Delaware Corporation, is a public entity and is the 100% owner of Frontier Airlines Holdings, Inc.

    Frontier Airlines Holdings, Inc., a Delaware Corporation, is a holding company and is the 100% owner of Frontier Airlines, Inc.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

    Frontier Airlines, Inc. is incorporated in the state of Colorado with its principal place of business in Colorado. Accordingly, for jurisdictional purposes, Frontier Airlines, Inc. is a citizen of Colorado.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. Amira Hamad (Plaintiff)

    b. Taylor Harrington (Plaintiff)

    c. Adrienne Kraft (Plaintiff)

    d. Jolene Yeado (Plaintiff)

    e. Sharon Pine (Plaintiff)

    f. Tess Gaynor (Plaintiff)

    g. Camille Crawford (Plaintiff)

    h. Joanne Hinrichs (Plaintiff)

    i. Mason Sprague (Plaintiff)

    j. Beata Urbanowicz (Plaintiff)

    k. Stefani Gimenez (Plaintiff)

    l. Frontier Airlines, Inc. (Defendant)

    m. Counsel for Plaintiffs:

        i. Michael G. Mann, Esq.

        ii. The Cochran Firm Orlando, LLC (law firm)

    n. Counsel for Defendant:

        i. Suzanne E. Gilbert, Esq.

        ii. Kristin N. Royal, Esq.

        iii. Holland & Knight LLP (law firm)

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    Frontier Group Holdings, Inc.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

6. Identify each person arguably eligible for restitution:

    Plaintiffs and unknown similarly situated individuals.

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Filed this 24th day of October, 2023.

/s/ *Kristin N. Royal*  
Suzanne E. Gilbert, Esq.  
Fla. Bar No. 94048  
Kristin N. Royal, Esq.  
Fla. Bar No. 0125734  
HOLLAND & KNIGHT, LLP  
200 South Orange Avenue, Suite 2600  
Orlando, FL 32801  
Telephone: (407) 425-8500  
Facsimile: (407) 244-5288  
suzanne.gilbert@hklaw.com  
kristin.royal@hklaw.com

*Counsel for Defendant Frontier Airlines, Inc.*