UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AMIRA HAMAD**, et al.,

   *Plaintiffs*,

v.                                      Case No.: 6:23-cv-01209

**FRONTIER AIRLINES, INC.**,

   *Defendant*.
_____/

## **PLAINTIFFS' NOTICE OF LEAD COUNSEL**

PLEASE TAKE NOTICE that, pursuant to the Local Rule 2.02(a), the Plaintiffs hereby file this paper as designation of Michael G. Mann, Esq., of The Cochran Firm Orlando, LLC, 605 East Robinson Street, Suite 330, Orlando, Florida 32801 (407) 271-8590, as lead trial counsel for Plaintiffs who will remain lead counsel throughout this action, unless the Plaintiffs change the designation.

DATED: 10/24/2023                    Respectfully submitted,

                                              */s/ Michael G. Mann*
                                              **MICHAEL G. MANN, ESQ.**
                                              Fla. Bar No. 1020249
                                              The Cochran Firm Orlando, LLC
                                              605 East Robinson Street, Suite 330
                                              Orlando, Florida 32801
                                              Telephone (407) 271-8590
                                              Facsimile (407) 271-8059
                                              MMann@cochranfirmorlando.com
                                              Service@cochranfirmorlando.com
                                              MPolicard@cochranfirmorlando.com
                                              ***Lead Counsel & Trial Counsel for Plaintiffs and Plaintiffs' Class.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF portal and electronical mailed to the following on this 10th Day of October 2023:

**HOLLAND & KNIGHT, LLP**
SUZANNE E. GILBERT, ESQ.
KRISTIN N. ROYAL, ESQ.
200 South Orange Avenue, Suite 2600
Orlando, Florida 32801
Telephone (407) 425-8500
Facsimile (407) 244-5288
Suzanne.Gilbert@hklaw.com
Kristin.Royal@hklaw.com
*Counsel for Defendant*
*Frontier Airlines, Inc.*

                                                */s/ Michael G. Mann*
                                                MICHAEL G. MANN, ESQ.