UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMRIA HAMAD, et al.,

    *Plaintiffs*,

v.                                                                                  Case No.: 6:23-cv-01209-WWB-LHP

FRONTIER AIRLINES, INC.,

    *Defendant*.

_____/

**UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, MOTION TO COMPEL, AND MOTION TO STAY DISCOVERY**

    Plaintiffs, by and through their undersigned counsel, hereby file this Unopposed Motion for Extension of Time for Plaintiff to Respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint ("FAC") (Doc. 16), Motion to Compel Arbitration (Doc. 15), and Motion to Stay Discovery (Doc. 17) (collectively Defendant's "Motions"), until November 30, 2023; and further state the following as grounds therefor:

    1.    This Court has previously granted extension for Defendant to answer or otherwise respond to Plaintiffs' pleadings (Docs. 9 and Doc. 11).

    2.    On or about October 23, 2023, Plaintiffs' counsel was served with a copy of Defendant's Motions. Plaintiffs' response to Defendant's Motions was due on November 13, 2023. *See* L.R. 3.01(c).

    3.    Plaintiffs' counsel is set to be in trial the week of November 13, 2023, and will preparing for same during the weeks leading up thereto. For that reason, Plaintiffs'

counsel sought to have an extension on Plaintiffs' deadlines to respond to Defendant's Motions.

4. The Parties have met and conferred numerous times, including their conferral efforts relating to the instant Motion. Defendant agreed in writing to the relief sought in this Motion, on November 1, 2023.

5. The Parties are scheduled to meet and confer regarding a proposed draft of the Parties' Case Management Report on November 21, 2023.

6. The deadline for the Parties to file their Case Management Report is presently November 23, 2023, and the Parties intend to satisfy this deadline.

## MEMORANDUM OF LAW

7. Pursuant to Rule 6(b)(A), of the Federal Rules of Civil Procedure, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time [with or without motion if a request is made] before the original time or its extension expires. . . ." Fed. R. Civ. P. 6(b)(A).

8. "Good cause" exists for the requested extension for the following reasons:

    a. The Parties have conferred in good faith regarding the relief sought in the instant Motion and Defendant does not oppose same.

    b. Plaintiffs' counsel is preparing for a trial starting the week of November 13, 2023.

    c. Defendant was given two (2) extensions on their responsive pleadings regarding Plaintiff's initial Complaint and FAC (Docs. 9 and 11).

    d.    Defendant's Motions included more than twenty-five pages (Doc. 13), and the declarations filed in support of Defendant's Motion include hundreds of pages of material (Docs. 14, 14-1, 14-2, 14-3, and 14-4).

    e.    Plaintiffs request additional time to fully assess the legal grounds of Defendant's Motions and prepare responses and memorandum briefs supporting each.

    f.    Plaintiffs' request will not affect any other deadlines, and the Parties expect to have filed their Case Management Report on or before November 23, 2023.

9.    There will be no prejudice in this early stage of the litigation as a result of the requested extension, which is necessary in equity.

## CONCLUSION

**WHEREFORE**, the Plaintiffs request an extension of time, through and including November 30, 2023, for Plaintiffs to respond to Defendants Motions.

## LOCAL RULE 3.01(g) CERIFICATION

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs conferred with counsel for Defendant, including by phone on October 31, 2023. Defendant confirmed in writing, on November 1, 2023, that it would not oppose the relief requested herein.

DATED: 11/06/2023                                  /s/ Michael G. Mann
                                                                        **MICHAEL G. MANN, ESQ.**
                                                                         Fla. Bar No. 1020249
                                                                         The Cochran Firm Orlando, LLC
                                                                         605 East Robinson Street, Suite 330
                                                                         Orlando, Florida 32801
                                                                         Telephone (407) 271-8590
                                                                         Facsimile (407) 271-8059

MMann@cochranfirmorlando.com  
Service@cochranfirmorlando.com  
***Attorney for Plaintiffs and Similarly Situated Others.***

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties and/or counsel of record by filing same with this Court's CM/ECF portal which will electronically serve notices via e-mail the filing, this November 6, 2023, to the following:

**HOLLAND & KNIGHT, LLP**
SUZANNE E. GILBERT, ESQ.
KRISTIN N. ROYAL, ESQ.
200 South Orange Avenue, Suite 2600
Orlando, Florida 32801
Telephone (407) 425-8500
Facsimile (407) 244-5288
Suzanne.Gilber@hklaw.com
Kristin.Royal@hklaw.com
*Attorneys for Frontier Airlines, Inc.*

*/s/ Michael G. Mann*  
MICHAEL G. MANN, ESQ.