**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMIRA HAMAD, TAYLOR HARRINGTON, SHARON PINE, STEFANI GIMENEZ, MASON SPRAGUE, TESS GAYNOR, ADRIENNE KRAFT, JOANNE HINRICHS, JOLENE YEADO, CAMILLE CRAWFORD and BEATA URBANOWICZ,

        Plaintiffs,

v.                              Case No:   6:23-cv-1209-WWB-LHP

FRONTIER AIRLINES, INC.,

        Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, MOTION TO COMPEL, AND MOTION TO STAY DISCOVERY (Doc. No. 21)
>
> **FILED:** November 6, 2023

> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:** UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, MOTION TO COMPEL, AND MOTION TO STAY DISCOVERY (Doc. No. 22)
>
> **FILED:** November 6, 2023
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.[1]

The deadlines for Plaintiffs to file their responses to Defendant Frontier Airlines, Inc.'s complaint (Doc. No. 16), motion to compel arbitration (Doc. No. 15), and motion to stay discovery (Doc. No. 17) are extended up to and including **November 30, 2023**.

**DONE** and **ORDERED** in Orlando, Florida on November 7, 2023.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

---

[1] The motion (Doc. No. 22) appears to be a duplicate copy of Plaintiffs' first motion (Doc. No. 21).

Counsel of Record
Unrepresented Parties