UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AMIRA HAMAD, TAYLOR HARRINGTON, ADRIENNE KRAFT, JOLENE YEADO, TESS GAYNOR, CAMILLE CRAWFORD, JOANNE HINRICHS, MASON SPRAGUE, BEATA URBANOWICZ, and STEFANI GIMENEZ,**

    Plaintiffs,

v.                                                                                  Case No. 6:23-cv-01209-WWB-LHP

**FRONTIER AIRLINES, INC.**,

    Defendant.

_____/

### DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiffs AMIRA HAMAD, TAYLOR HARRINGTON, ADDRIENNE KRAFT, JOLENE YEADO, SHARON PINE, TESS GAYNOR, CAMILE CRAWFORD, JOANNE HINRICHS, MASON SPRAGUE, BEATA UBANOWICZ, and STEFANI GIMENEZ, individually and on behalf of similarly situated others ("Plaintiffs"), by and through their undersigned counsel, makes the following disclosure(s).

1. **If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:**

    None presently known to exist.

2. **If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:**

Citizenship of each the Lead Plaintiff, AMIRA HAMAD, at the time of filing the Initial Complaint (Doc. 1), was and remains the State of Florida. The citizenship of the remaining Plaintiffs added to the instant lawsuit, by amendment of the Initial Complaint (Doc. 1), in Plaintiffs' First Amended Complaint (Doc. 12), are provided as follows:

    (a)    TAYLOR HARRINGTON: State of Florida;

    (b)    ADDRIENNE KRAFT: State of Colorado;

    (c)    JOLENE YEADO: State of Colorado;

    (d)    SHARON PINE: State of Colorado;

    (e)    TESS GAYNOR: State of Florida;

    (f)    CAMILLE CRAWFORD: State of Florida;

    (g)    JOANNE HINRICHS: State of Florida;

    (h)    MASON SPRAGUE: State of Wisconsin;

    (i)    BEATA URBANOWICZ: State of Illinois; and,

    (j)    STEFANI GIMENEZ: State of Texas.

3. **Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:**

    (a)    AMIRA HAMAD (Lead Plaintiff/Class Representative);

    (b)    TAYLOR HARRINGTON (Plaintiff/Class Representative);

    (c)    ADDRIENNE KRAFT (Plaintiff/Class Representative);

    (d)    JOLENE YEADO (Plaintiff/Class Representative);

    (e)    SHARON PINE (Plaintiff/Class Representative);

    (f)    TESS GAYNOR (Plaintiff/Class Representative);

(g)     CAMILLE CRAWFORD (Plaintiff/Class Representative);

(h)     JOANNE HINRICHS (Plaintiff/Class Representative);

(i)     MASON SPRAGUE (Plaintiff/Class Representative);

(j)     BEATA URBANOWICZ (Plaintiff/Class Representative);

(k)     MINOR CHILD J.P.G. (Minor Child);

(l)     STEFANI GIMENEZ (Plaintiff/Class Representative filing on behalf of Minor Child J.P.G./Class Representative);

(m)     FRONTIER AIRLINES, INC. (Defendant);

(n)     FRONTIER AIRLINES HOLDINGS, INC. (100% owner of Defendant);

(o)     FRONTIER GROUP HOLDINGS, INC. (100% owner of Frontier Airlines Holdings, Inc.);

(p)     Legal counsel for the Plaintiffs/Class Representatives includes the following persons and entities:

      (1)     MICHAEL G. MANN, ESQ. (Lead/Trial Attorney);

      (2)     THE COCHRAN FIRM ORLANDO, LLC ("CFO") (Law Firm);

      (3)     THE COCHRAN FIRM, P.C. (Minority Interest in CFO);

(q)     Legal counsel the Defendant incluters the following persons and entities:

      (1)     SUZANNE E. GILBERT, ESQ. (Lead/Trial Attorney);

      (2)     KRISTIN N. ROYAL, ESQ. (Attorney); and,

      (3)     HOLLAND & KNIGHT LLP (Law Firm).

**4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:**

FRONTIER GROUP HOLDINGS, INC., and any entities subsequently disclosed by any party to this class action lawsuit.

5. **Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:**

None presently known to exist.

6. **Identify each person arguably eligible for restitution:**

All named Plaintiffs and unnamed, similarly situated others (or potential "Class Members"), are arguably eligible for restitution in the amount of $99.00.

☑   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED: 11/21/23

Respectfully submitted,

*/s/ Mike Mann*
**MIKE MANN, ESQ.**
Fla. Bar No. 1020249
The Cochran Firm Orlando, LLC
605 East Robinson Street, Suite 140
Orlando, Florida 32801
Telephone: (407) 271-8590
Facsimile: (407) 271-8059
MMann@cochranfirmorlando.com
Service@cochranfirmorlando.com
MPolicard@cochranfirmorlando.com
***Attorney & Trial Counsel for Plaintiffs and similarly situated others.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to this Court by electronically filing same via this Court's CM/ECF portal, which will electronically serve all parties and counsel of record, this 21st day of November 2023, and by electronic mail to the following:

**HOLLAND & KNIGHT, LLP**
SUZANNE E. GILBER, ESQ.
KRISTIN N. ROYAL, ESQ.

200 South Orange Avenue, Suite 2600
Orlando, Florida 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
Suzanne.Gilbert@hklaw.com
Kristin.Royal@hklaw.com
**Counsel for Defendant FRONTIER AIRLINES, INC.**

                                                */s/ Mike Mann*
                                                MIKE MANN, ESQ.