UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMRIA HAMAD, et al.,

     *Plaintiffs*,

v.                             Case No.: 6:23-cv-01209-WWB-LHP

FRONTIER AIRLINES, INC.,

     *Defendant*.

_____/

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME FOR P
LAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS,
MOTION TO COMPEL, AND MOTION TO STAY DISCOVERY,
AND MEMORANDUM OF LAW IN SUPPORT**

Plaintiffs, by and through their undersigned counsel, hereby file this Unopposed Motion for Second Extension of Time for Plaintiff to Respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint ("FAC") (Doc. 16), Motion to Compel Arbitration (Doc. 15), and Motion to Stay Discovery (Doc. 17) (collectively Defendant's "Motions"), until and including December 14, 2023; and further state the following as grounds therefor:

1.     This Court has previously granted extension for Defendant to answer or otherwise respond to Plaintiffs' pleadings (Docs. 9 and Doc. 11).

2.     On or about October 23, 2023, Plaintiffs' counsel was served with a copy of Defendant's Motions. Plaintiffs' response to Defendant's Motions was due on November 13, 2023. *See* L.R. 3.01(c).

3.     Plaintiffs' counsel was in trial the week of November 13, 2023, and was preparing for same during the weeks leading up thereto. For that reason, Plaintiffs'

counsel sought to have an extension on Plaintiffs' deadlines to respond to Defendant's Motions (Doc. 21).

4.      This Court granted Plaintiffs' Motion for First Extension to Respond to the Motions (Doc. 23) and extended the deadline for Plaintiffs' response to the Defendant's Motion until and including November 30, 2023.

5.      Plaintiff's counsel conducted a deposition on November 21, 2023, before going out of office for Thanksgiving on November 22, 2023, through November 24, 2023, and then was in another deposition on November 30, 2023, and a state court hearing on December 1, 2023, that required substantial preparation time.

6.      The Parties have met and conferred numerous times, including their conferral efforts relating to the instant Motion. Defendant agreed in writing to the relief sought in this Motion, on November 29, 2023.

7.      On November 29, 2023, Plaintiffs' counsel met and conferred with counsel for Defendant, Kristin Royal, to request additional time to respond to Defendant's Motions so that Plaintiff's counsel may obtain supporting affidavits for its response to Defendant's Motions.

8.      Defendant's counsel advised that Defendant does not oppose an extension for Plaintiffs' deadline to respond to the motions until and including December 14, 2023.

9.      Due to the forgoing, Plaintiffs' counsel was unable to file the instant Motion on November 30, 2023, because the deposition that day continued until approximately 7:00 PM (EST) and fed into preparations for the state court hearing the following day.

10.     The relief sought in this Motion will not unduly prejudice the Defendant or unnecessarily delay the proceedings in this action.

**MEMORANDUM OF LAW**

11.     Pursuant to Rule 6(b)(A), of the Federal Rules of Civil Procedure, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time [with or without motion if a request is made] before the original time or its extension expires. . . ." Fed. R. Civ. P. 6(b)(A).

12.     "Good cause" exists for the requested extension for the following reasons:

  a.     The Parties have conferred in good faith regarding the relief sought in the instant Motion and Defendant does not oppose same.

  b.     Plaintiffs' counsel was preparing for a trial that began the week of November 13, 2023.

  c.     Defendant was given two (2) extensions on their responsive pleadings regarding Plaintiff's initial Complaint and FAC (Docs. 9 and 11).

  d.     Defendant's Motions included more than twenty-five pages (Doc. 13), and the declarations filed in support of Defendant's Motion include hundreds of pages of material (Docs. 14, 14-1, 14-2, 14-3, and 14-4).

  e.     Plaintiffs request additional time to fully assess and oppose the legal grounds of Defendant's Motions and prepare responses and memorandum briefs supporting each.

  f.     Plaintiffs' request will not affect any other deadlines.

13.     There will be no prejudice in this early stage of the litigation as a result of the requested extension, which is necessary in equity.

## CONCLUSION

**WHEREFORE**, the Plaintiffs request an extension of time, through and including

December 14, 2023, for Plaintiffs to respond to Defendants Motions.

## LOCAL RULE 3.01(g) CERIFICATION

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs conferred with counsel for

Defendant, including by phone on November 29, 2023. Defendant confirmed in writing,

on November 29, 2023, that it would not oppose the relief requested herein.

DATED: <u>12/04/2023</u>

/s/ *Michael G. Mann*
**MICHAEL G. MANN, ESQ.**
Fla. Bar No. 1020249
The Cochran Firm Orlando, LLC
605 East Robinson Street, Suite 330
Orlando, Florida 32801
Telephone (407) 271-8590
Facsimile (407) 271-8059
MMann@cochranfirmorlando.com
Service@cochranfirmorlando.com
***Attorney for Plaintiffs and Similarly Situated Others.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished to all parties and/or counsel of record by filing same with this Court's CM/ECF

portal which will electronically serve notices via e-mail the filing, this December 4, 2023,

to the following:

**HOLLAND & KNIGHT, LLP**
SUZANNE E. GILBERT, ESQ.
KRISTIN N. ROYAL, ESQ.
200 South Orange Avenue, Suite 2600
Orlando, Florida 32801
Telephone (407) 425-8500
Facsimile (407) 244-5288
Suzanne.Gilber@hklaw.com

Kristin.Royal@hklaw.com
*Attorneys for Frontier Airlines, Inc.*

/s/ Michael G. Mann
MICHAEL G. MANN, ESQ.