**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

AMIRA HAMAD, TAYLOR
HARRINGTON, SHARON PINE,
STEFANI GIMENEZ, MASON
SPRAGUE, TESS GAYNOR,
ADRIENNE KRAFT, JOANNE
HINRICHS, JOLENE YEADO,
CAMILLE CRAWFORD and BEATA
URBANOWICZ,

          Plaintiffs,

v.                                                                                            Case No:   6:23-cv-1209-WWB-LHP

FRONTIER AIRLINES, INC.,

          Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, MOTION TO COMPEL, AND MOTION TO STAY DISCOVERY, AND MEMORANDUM OF LAW IN SUPPORT (Doc. No. 26)
>
> **FILED:**   December 4, 2023

- 2 -

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Plaintiffs to respond to Defendant's motion to compel arbitration (Doc. No. 15), motion to dismiss (Doc. No. 16), and motion to stay discovery (Doc. No. 17) is extended up to and including **December 14, 2023**. **Absent extraordinary circumstances, this deadline will not be further extended.**

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties