**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMIRA HAMAD, TAYLOR HARRINGTON, SHARON PINE, STEFANI GIMENEZ, MASON SPRAGUE, TESS GAYNOR, ADRIENNE KRAFT, JOANNE HINRICHS, JOLENE YEADO, CAMILLE CRAWFORD and BEATA URBANOWICZ,

        Plaintiffs,

v.   Case No:   6:23-cv-1209-WWB-LHP

FRONTIER AIRLINES, INC.,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A MOTION TO DISMISS IN EXCESS OF TWENTY-FIVE PAGES (Doc. No. 13)
>
> **FILED:** October 16, 2023

- 2 -

**THEREON** it is **ORDERED** that the motion is **DENIED as moot**.[1]

Defendant has already filed its motion to dismiss, Doc. No. 16, rendering the above-styled motion moot.

**DONE** and **ORDERED** in Orlando, Florida on December 20, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Although filed on October 16, 2023, the above-styled motion was referred to the undersigned on December 20, 2023.