**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMIRA HAMAD, TAYLOR
HARRINGTON, SHARON PINE,
STEFANI GIMENEZ, MASON
SPRAGUE, TESS GAYNOR,
ADRIENNE KRAFT, JOANNE
HINRICHS, JOLENE YEADO,
CAMILLE CRAWFORD and BEATA
URBANOWICZ,

        Plaintiffs,

v.                                          Case No:   6:23-cv-1209-WWB-LHP

FRONTIER AIRLINES, INC.,

        Defendant

---

**ORDER TO STRIKE AND ORDER ON MOTION FOR LEAVE TO REPLY**

This cause comes before the Court on review of the file, as well as Defendant's motion for leave to file a reply, Doc. No. 32. On October 23, 2023, Defendant filed a motion to dismiss the amended complaint. Doc. No. 16. In response, Plaintiffs have filed two documents, a response in opposition, Doc. No. 28, and a separate memorandum of law, Doc. No. 29. Upon review, given the separate filings, Plaintiffs have failed to comply with Local Rule 3.01(b). *See* Local Rule 3.01(b) (requiring responding party to file "a legal memorandum no longer than twenty

pages inclusive of all parts"). Accordingly, the filings (Doc. Nos. 28–29) are **ORDERED stricken**. On or before **January 3, 2024**, Plaintiffs shall refile their response to the motion to dismiss in a single document, not to exceed twenty (20) pages in length. *See* Local Rule 3.01(b).

Defendant's Unopposed Motion for Leave to File Reply (Doc. No. 32) is **GRANTED**. Defendant may file a reply brief, not to exceed **five (5) pages** in length, within **fourteen (14) days** of the filing of Plaintiff's amended response.

**DONE** and **ORDERED** in Orlando, Florida on December 20, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties