**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMIRA HAMAD, TAYLOR HARRINGTON, SHARON PINE, STEFANI GIMENEZ, MASON SPRAGUE, TESS GAYNOR, ADRIENNE KRAFT, JOANNE HINRICHS, JOLENE YEADO, CAMILLE CRAWFORD, and BEATA URBANOWICZ,

  *Plaintiffs*,

v.   CASE NO.: 6:23-cv-1209-WWB-LHP

FRONTIER AIRLINES, INC.,

  *Defendant*.
  _____/

## PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER

COMES NOW, Plaintiffs AMIRA HAMAD, TAYLOR HARRINGTON, SHARON PINE, SETEFANI GIMENEZ, MASON SPRAGUE, TESS GAYNOR, ADRIENNE KRAFT, JOANNE HINRICHS, JOLENE YEADO, CAMILLE CRAWFORD, and BEATA URBANOWICZ (collectively "Plaintiffs"), by and through their undersigned counsel, in this response to the Court's Order to Show Cause (Doc. No. 41), and hereby submits the following in support of finding that subject matter jurisdiction exists and thus the case should not be dismissed:

1. Defendant FRONTIER AIRLINES, INC. ("Defendant"), has its principal place of business in the State of Colorado, and is incorporated in the State of Delaware. (Doc. No. 19, at § 1). (*See* **Exhibit "A,"** Delaware Division of Corporations Filing for Frontier Airlines, Inc.)

2. Plaintiffs AMIRA HAMAD, TAYLOR HARRINGTON, TESS GAYNOR, CAMILLE CRAWFORD, and JOANNE HINRICHS were citizens of the State of Florida, at the time the Plaintiffs' First Amended Class Action Complaint ("FAC") was filed. (Doc. No. 24, at § 2).

3. Plaintiff HAMAD was, and remains to be, a citizen of the State of Florida, in the County of orange. (*See* **Exhibit "B,"** Declaration of Amira Hamad).

4. Therefore, "minimal diversity" exists under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d), because the citizenship of "at least one Plaintiff class member . . . is diverse from that of Defendant," (Doc. No. 41, at 4).

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court find cause to establish subject matter jurisdiction in the instant matter.

DATED: 01/30/2024

Respectfully submitted,

*/s/ Michael G. Mann*
**MICHAEL G. MANN, ESQ.**
Fla. Bar No. 1020249
605 East Robinson Street, Suite 330
Orlando, Florida 32801
Telephone (407) 271-8590
Facsimile (407) 271-8059
MMann@cochranfirmorlando.com
Service@cochranfirmorlando.com
***Attorney & Trial Counsel for Plaintiffs and similarly situated others.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by electronically filing same via this Court's CM/ECF e-filing portal, which will simultaneously serve electronic notices to all parties and counsel of record, this 30th Day of January 2024:

**HOLLAND & KNIGHT, LLP**
SUZANNE E. GILBERT, ESQ.
KRISTIN N. ROYAL, ESQ.
200 South Orange Avenue, Suite 2600
Orlando, Florida 32801
Telephone (407) 425-8500
Facsimile (407) 244-5288
Suzanne.Gilbert@hklaw.com
Kristin.Royal@hklaw.com
*Counsel for Defendant FRONTIER AIRLINES, INC.*

                                        */s/ Michael G. Mann*
                                        MICHAEL G. MANN, ESQ.