# EXHIBIT "A"

Division of Corporations - Filing                                                                                                1/25/24, 10:32 AM

Delaware.gov                                                       Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

| HOME | |
|---|---|
| | **Entity Details** |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 5554068 | Incorporation Date / Formation Date: | **6/18/2014** (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **FRONTIER AIRLINES, INC.** | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Foreign | State: | **COLORADO** |

**REGISTERED AGENT INFORMATION**

| Name: | **CORPORATION SERVICE COMPANY** | | |
|---|---|---|---|
| Address: | **251 LITTLE FALLS DRIVE** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ☐ Status  ☐ Status,Tax & History Information

[Submit]

[View Search Results]                                                                          [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov