# EXHIBIT "B"

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

AMIRA HAMAD, TAYLOR HARRINGTON, SHARON PINE, STEFANI GIMENEZ, MASON SPRAGUE, TESS GAYNOR, ADRIENNE KRAFT, JOANNE HINRICHS, JOLENE YEADO, CAMILLE CRAWFORD, and BEATA URBANOWICZ,

    Plaintiffs,

v.

CASE NO.: 6:23-cv-1209-WWB-LHP

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

### DECLARATION OF PLAINTIFF AMIRA HAMAD

I, **AMIRA HAMAD**, declare as follows:

1. At the time of filing Plaintiffs' First Amended Class Action Complaint (Doc. No. 12), I was a citizen of the State of Florida, in Orange County, Florida.

2. At the time of filing I maintained my true, fixed, and permanent home in the Orange County, Florida; and, I continue to be a citizen of Florida, in Orange County.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: 23/01/2024

_____
Amira Hamad (Jan 23, 2024 14:25 EST)
AMIRA HAMAD (Plaintiff)

# Pls RESPONSE to Show Cause Order - EX. B - Declaration of Amira Hamad - agreement draft

Final Audit Report　　　　　　　　　　　　　　　　　　　　　　　2024-01-23

| | |
|---|---|
| Created: | 2024-01-23 |
| By: | Mike Mann (mmann@cochranfirmorlando.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAENRCHIB-p4tOFOmwN8udxh6QUsbWKFs- |

## "Pls RESPONSE to Show Cause Order - EX. B - Declaration of Amira Hamad - agreement draft" History

- Document created by Mike Mann (REDACTED ranfirmorlando.com)
  2024-01-23 - 6:39:49 PM GMT- IP address: REDACTED

- Document emailed to Amira Hamad (REDACTED) for signature
  2024-01-23 - 6:39:53 PM GMT

- Email viewed by Amira Hamad (REDACTED REDACTED)
  2024-01-23 - 6:40:11 PM GMT- IP address: REDACTED

- Document e-signed by Amira Hamad (REDACTED REDACTED)
  Signature Date: 2024-01-23 - 7:25:03 PM GMT - Time Source: server- IP address: REDACTED

- Agreement completed.
  2024-01-23 - 7:25:03 PM GMT

Adobe Acrobat Sign