**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMIRA HAMAD, TAYLOR HARRINGTON, SHARON PINE, STEFANI GIMENEZ, MASON SPRAGUE, TESS GAYNOR, ADRIENNE KRAFT, JOANNE HINRICHS, JOLENE YEADO, CAMILLE CRAWFORD and BEATA URBANOWICZ,

    Plaintiffs,

v.              Case No:   6:23-cv-1209-WWB-LHP

FRONTIER AIRLINES, INC.,

    Defendant

---

**ORDER**

On January 18, 2024, the Court issued an Order to Show Cause directing Plaintiffs to show cause why this matter should not be dismissed for failure to allege subject matter jurisdiction, specifically, failure to adequately allege that the Court may exercise subject matter jurisdiction in this case based on minimal diversity of citizenship pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). Doc. No. 41.   Upon review of Plaintiffs' response (Doc. No. 42) the Order to Show

Cause (Doc. No. 41) is hereby **DISCHARGED**.  The Court, however, may revisit the issue of jurisdiction pursuant to CAFA going forward, as appropriate.

**DONE** and **ORDERED** in Orlando, Florida on January 31, 2024.

Leslie Hoffman Price
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties