# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AMIRA HAMAD, TAYLOR HARRINGTON, SHARON PINE, STEFANI GIMENEZ, MASON SPRAGUE, TESS GAYNOR, ADRIENNE KRAFT, JOANNE HINRICHS, JOLENE YEADO, CAMILLE CRAWFORD and BEATA URBANOWICZ,

        Plaintiffs,

v.                                          Case No:   6:23-cv-1209-WWB-LHP

FRONTIER AIRLINES, INC.,

        Defendant

## ORDER

This cause comes before the Court on Defendant's Motion to Compel Plaintiff Taylor Harrington's Claims to Arbitration and to Strike Harrington as a Class Representative. Doc. No. 15. Plaintiff Harrington has filed a response in opposition to the motion, arguing that this matter is on all fours with *Calderon v. Sixt Rent a Car, LLC*, 5 F.4th 1204 (11th Cir. 2021), and that the motion is therefore due to be denied. Doc. No. 31. Given that Defendant's motion does not address

*Calderon*, Doc. No. 15, the Court finds it appropriate to direct a reply brief from Defendant.

Accordingly, within **seven (7) days** of the date of this Order, Defendant shall file a reply brief, not to exceed **five (5) pages in length**, addressing the application of *Calderon v. Sixt Rent a Car, LLC*, 5 F.4th 1204 (11th Cir. 2021) to the present case.[1] Defendant may not assert any arguments not previously raised.

**DONE** and **ORDERED** in Orlando, Florida on February 7, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Of course, if Defendant agrees with Plaintiff Harrington that its request to compel arbitration is precluded under *Calderon*, Defendant may alternatively withdraw its motion to compel (Doc. No. 15) by this same deadline.