**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FORIDA**
**ORLANDO DIVISION**

AMIRA HAMAD, TAYLOR HARRINGTON, SHARON PINE, STEFANI GIMENEZ, MASON SPRAGUE, TESS GAYNOR, ADRIENNE KRAFT, JOANNE HINRICHS, JOLENE YEADO, CAMILLE CRAWFORD, and BEATA URBANOWICZ,

　　*Plaintiffs*,

v.                                                                                    Case No.: 6:23-cv-01209-WWB-LHP

FRONTIER AIRLINES, INC.,

　　*Defendant*.
_____/

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that, effective February 2, 2024, the Plaintiffs' designated lead counsel, Michael G. Mann, Esq. (Doc. No. 20), has separated from The Cochran Firm Orlando, LLC. All future reference to Plaintiffs' lead trial counsel in this matter should be to the attention of Michael G. Mann, Esq., as follows:

| | |
|---|---|
| **New Firm Name:** | The Mann Firm, LLC |
| **New Telephone:** | (850) 407-8078 |
| **New Facsimile:** | (850) 262-9580 |
| **New Primary Email:** | Mike@themann.law |
| **New Secondary Email:** | FrontierClass@themann.law |

The lawyer's mailing address has not been affected by this change. However, the domain names "cochranfirm.com" and "cochranfirmorlando.com" are no longer being used by Plaintiffs' counsel.

DATED: 02/07/2024                                   Respectfully submitted,

/s/ Michael G. Mann
**MICHAEL G. MANN, ESQ.**
Fla. Bar No. 1020249
THE MANN FIRM, LLC
605 E Robinson St, Ste 330
Orlando, Florida 32801
Telephone (850) 407-8077
Facsimile (850) 262-9580
mike@themann.law
serve.mike@themann.law
***Lead Counsel & Trial Counsel for Plaintiffs and Plaintiffs' Class Members.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 7th day of February 2024, a true and correct copy of the foregoing has been furnished to the following by electronically filing the same via this Court's CM/ECF e-filing portal, which will contemporaneously serve electronic notice on all parties and counsel of record, including the following:

**HOLLAND & KNIGHT, LLP**
SUZANNE E. GILBERT, ESQ.
KRISTIN N. ROYAL, ESQ.
200 South Orange Avenue, Suite 2600
Orlando, Florida 32801
Telephone (407) 425-8500
Facsimile (407) 244-5288
Suzanne.Gilbert@hklaw.com
Kristin.Royal@hklaw.com
***Counsel for Defendant FRONTIER AIRLINES, INC.***

/s/ Michael G. Mann
MICHAEL G. MANN, ESQ.