# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

AMIRA HAMAD, TAYLOR HARRINGTON, SHARON PINE, STEFANI GIMENEZ, MASON SPRAGUE, TESS GAYNOR, ADRIENNE KRAFT, JOANNE HINRICHS, JOLENE YEADO, CAMILLE CRAWFORD and BEATA URBANOWICZ,

      Plaintiffs,

v.                               Case No.: 6:23-cv-1209-WWB-LHP

FRONTIER AIRLINES, INC.,

      Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On September 9, 2024, the Court entered an Order (Doc. 51) dismissing Plaintiffs' First Amended Class Action Complaint (Doc. 12) without prejudice in limited respects and ordering Plaintiffs to file an amended pleading on or before September 20, 2024. (Doc. 51 at 6–7). Additionally, Plaintiffs were ordered to show cause why this case should not be dismissed for want of subject-matter jurisdiction on or before September 20, 2024. (*Id.* at 7). Plaintiffs was warned that the failure to comply with the Order might result in the dismissal of this case without further notice. (*Id.*).

Plaintiffs did not timely file an amended pleading or respond to the Order to show cause. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on September 25, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record